**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>THE DIOCESE OF CAMDEN, NEW JERSEY,<br><br>Debtor. | Chapter 11 |

### NOTES AND STATEMENT OF LIMITATIONS, METHODOLOGY AND DISCLAIMER REGARDING DEBTOR'S SCHEDULES OF ASSETS AND LIABILITIES AND STATEMENT OF FINANCIAL AFFAIRS

On October 1, 2020 (the "Petition Date"), The Diocese of Camden, New Jersey (the "Debtor"), filed a voluntary petition for relief under Chapter 11 of Title 11 of the United States Code (the "Bankruptcy Code") with the United States Bankruptcy Court for the District of New Jersey. The Debtor is operating its business and managing its affairs as debtor-in-possession pursuant to Sections 1107(a) and 1108 of the Bankruptcy Code.

The Debtor, with the assistance of legal advisors and other professionals, has prepared the Schedules of Assets and Liabilities (the "Schedules") and Statement of Financial Affairs (the "SOFA") pursuant to Section 521 of the Bankruptcy Code and Federal Rule of Bankruptcy Procedure 1007. These Notes and Statement of Limitations, Methodology and Disclaimer Regarding the Debtor's Schedules of Assets and Liabilities and Statement of Financial Affairs (the "Notes and Disclaimers") pertain to all of the Schedules and the SOFA. While the Debtor's management has made reasonable efforts to ensure that the Schedules and SOFA are accurate and complete based on information that was available to it at the time of preparation, subsequent information or discovery may result in changes to these Schedules and SOFA, and inadvertent errors or omissions may exist in the Schedules and SOFA. Moreover, the Schedules and SOFA contain unaudited information that is subject to further review and potential adjustment. Nothing contained in the Schedules or SOFA shall constitute a waiver of any of the Debtor's rights or an admission with respect to this Chapter 11 case including, without limitation, any issues involving substantive consolidation, equitable subordination and/or causes of action arising under the provisions of Chapter 5 of the Bankruptcy Code and any other applicable laws to recover assets or avoid transfers. These Notes and Disclaimers are incorporated by reference herein, and comprise an integral part of, the Schedules and SOFA, and should be referred to and reviewed in connection with any review of the Schedules and SOFA. Nothing contained on the Schedules and SOFA shall waive any rights to assert that an alleged lease is a disguised security interest.

**Amendment.** While reasonable efforts were made to file complete and accurate Schedules and SOFA, inadvertent errors or omissions may exist. The Debtor thus reserves the right to amend and/or supplement the Schedules and SOFA from time to time as may be necessary or appropriate.

**Dates.**  To the best of the Debtor's ability and knowledge, all asset information is listed as of the Petition Date and all liability information is listed as of the Petition Date.

**Basis of Presentation.**  The Schedules and SOFA do not purport to represent financial information or data prepared in accordance with U.S. Generally Accepted Accounting Principles. The Debtor reserves all rights with respect to the values, amounts and characterizations of the assets and liabilities listed in its Schedules and SOFA.

**Causes of Action.**  Despite reasonable efforts to identify all known assets, the Debtor may not have identified or set forth all of their causes of action (filed or potential) as assets in the Schedules and SOFA.  Notwithstanding this, the Debtor reserves all of its rights with respect to any causes of action it may have, whether or not listed as assets in the Schedules and SOFA, and neither these Notes and Disclaimers nor the Schedules and SOFA shall be deemed a waiver of any such causes of action.

**Dates.**  Unless otherwise indicated, all asset and liability information in the Schedules and SOFA is provided as of the Petition Date.

**Leases**.  The Debtor has not included in the Schedules and SOFA future obligations under any leases.

**Litigation**:  Identification of litigation as a claim against the Debtor does not constitute an admission or acknowledgment that the Debtor is, in fact, properly a defendant in such litigation.

**Totals.**  All totals that are included in the Schedules and SOFA represent totals of all of the known amounts included on the Schedules and SOFA.  To the extent that there are unknown or undetermined amounts, the actual total may be different than the listed total, at times materially.

**Current Market Value of Assets.**  Unless otherwise indicated, net book values are reflected in the Debtor's Schedules and SOFA.  For this reason, amounts ultimately realized may vary from net book value and such variance may be material.  Thus, unless otherwise noted, the Schedules and SOFA reflect the carrying value of the assets as recorded on the Debtor's books and are not based upon any estimate of its current market value unless so indicated.  Exceptions to this include operating cash, which is presented as bank balances as of the Petition Date. Certain other assets are listed as "Unknown" amounts because the net book values may materially differ from fair market value.  The amounts shown for assets and liabilities exclude items identified as "Unknown" and the Debtor's ultimate assets and liabilities may differ materially from those stated in the Schedules and SOFA.

**Claims Descriptions.**  Any failure to designate a claim on the Debtor's Schedules and SOFA as "disputed," "contingent" or "unliquidated" does not constitute an admission by the Debtor that such amount is not "disputed," "contingent" or "unliquidated."  Listing a claim does not constitute an admission of liability by the Debtor. The Debtor reserves the right to dispute any claims reflected on their Schedules or SOFA on any grounds, including to assert an offset or

4827-9663-3543, v. 1

any defense to any claim reflected on the Schedules and/or SOFA with respect to, but not limited to, amount, liability or classification, or to otherwise subsequently designate such claims as "disputed," "contingent" or "unliquidated." The Debtor reserves the right to amend these Schedules and SOFA accordingly.

**Classifications.** Listing a claim on (i) Schedule E as "priority" or (ii) Schedule F as "unsecured nonpriority," or listing a contract on Schedule G as "executory" or "unexpired," does not constitute an admission by the Debtor of the legal rights of the claimant, or a waiver of the Debtor's right to recharacterize or reclassify such claim or contract. In particular, the Debtor reserves the right to amend the Schedules and SOFA to recharacterize or reclassify any such contract or claim.

**Notes and Disclaimers Control.** In the event the Schedules and SOFA differ from the foregoing Notes and Disclaimers, the Notes and Disclaimers shall control.

**Recharacterization.** The Debtor has made reasonable efforts to characterize, classify, categorize or designate the claims, assets, executory contracts, unexpired leases and other items reported in the Schedules and SOFA correctly. The Debtor, however, may have inadvertently characterized, classified, categorized or designated certain items mistakenly. Thus, the Debtor reserves its right to recharacterize, reclassify, recategorize or redesignate items reported in the Schedules and SOFA at a later time as necessary or appropriate as additional information becomes available, including, but not limited to, whether contracts listed herein were executory as of the Petition Date or remain executory post-petition.

4827-9663-3543, v. 1

**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

DISTRICT OF NEW JERSEY

Case number *(if known)* _____  Chapter  __11__

☐ Check if this an amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy    04/20

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | | |
|---|---|---|---|
| 1. | **Debtor's name** | **The Diocese of Camden, New Jersey** | |

| | |
|---|---|
| 2. | **All other names debtor used in the last 8 years**<br>Include any assumed names, trade names and *doing business as* names |

| | |
|---|---|
| 3. | **Debtor's federal Employer Identification Number** (EIN)  **21-0634498** |

**4.  Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **631 Market Street**<br>**Camden, NJ 08102**<br>Number, Street, City, State & ZIP Code | <br><br>P.O. Box, Number, Street, City, State & ZIP Code |
| **Camden**<br>County | **Location of principal assets, if different from principal place of business**<br><br>Number, Street, City, State & ZIP Code |

**5.  Debtor's website** (URL)    **https://www.camdendiocese.org/**

**6.  Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor    **The Diocese of Camden, New Jersey**                                          Case number *(if known)* _____
         Name

| | |
|---|---|
| **7.** | **Describe debtor's business** |

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☑ None of the above

B. *Check all that apply*

☑ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

  __8131__

---

**8.** **Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

☑ Chapter 11. *Check **all** that apply:*

  ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  ☐ A plan is being filed with this petition.

  ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

  ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

  ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

---

**9.** **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No.

☐ Yes.

| District | _____ | When | _____ | Case number | _____ |
|---|---|---|---|---|---|
| District | _____ | When | _____ | Case number | _____ |

---

**10.** **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

☑ No

☐ Yes.

| Debtor | _____ | | Relationship | _____ |
|---|---|---|---|---|
| District | _____ | When | Case number, if known | _____ |

Debtor    **The Diocese of Camden, New Jersey**                                   Case number (*if known*)
     Name

---

**11.** **Why is the case filed in this district?**    *Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12.** **Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
    What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
    Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.  Insurance agency _____
        Contact name _____
        Phone _____

---

**▊ Statistical and administrative information**

**13.** **Debtor's estimation of available funds** .    *Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

**14.** **Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ■ 200-999 | | |

---

**15.** **Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ■ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

**16.** **Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ■ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

Debtor   **The Diocese of Camden, New Jersey**                                     Case number (*if known*)  _____
         Name

| Request for Relief, Declaration, and Signatures |
| --- |

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **October  1, 2020**
              MM / DD / YYYY

**X** **/s/ Reverend Robert E. Hughes**                              **Reverend Robert E. Hughes**
Signature of authorized representative of debtor                    Printed name

Title   **Vicar General/Vice President**

**18. Signature of attorney**

**X** **/s/ Richard D. Trenk**                           Date  **October  1, 2020**
Signature of attorney for debtor                              MM / DD / YYYY

**Richard D. Trenk**
Printed name

**McManimon, Scotland & Baumann, LLC**
Firm name

**75 Livingston Avenue**
**Second Floor**
**Roseland, NJ 07068**
Number, Street, City, State & ZIP Code

Contact phone   **973-622-1800**        Email address   **rtrenk@msbnj.com**

**016951982 NJ**
Bar number and State

## WRITTEN ACTION TO EXECUTE & FILE PETITION

The Reverend Robert E. Hughes, Vicar General and Moderator of the Curia of The Diocese of Camden, New Jersey (the "Diocese"), a religious not for profit corporation organized and existing under N.J.S.A. 16:15-9, and Vice President of the Diocese, after consulting with and obtaining the consent of the College of Consultors and the Diocesan Finance Council[1] to the following resolutions at a meeting of those bodies held on October 1, 2020:

> **WHEREAS,** along with the Diocesan Finance Council and the College of Consultors, I have reviewed and considered the materials and guidance presented by the management, financial and legal advisors and spiritual advisors of the Diocese regarding the assets and liabilities of the Diocese, the impact of such liabilities on the continuation of the mission of the Diocese, and the alternatives available to the Diocese; and

> **WHEREAS,** along with the Diocesan Finance Council and the College of Consultors, I have had the opportunity to ask questions of the management and the financial and legal advisors of the Diocese regarding the alternatives available to the Diocese;

> **NOW, THEREFORE, BE IT RESOLVED,** that the Diocese shall seek relief through reorganization under the provisions of chapter 11 of title 11 of the United States Code (11 U.S.C. §§ 101 et seq., the ("Bankruptcy Code") in order to respond to all claims in an equitable and comprehensive manner, and to reorganize the financial affairs of the Diocese to permit it to continue to fulfill its ministries to the Catholic faithful of the Diocese, and provide essential services to the six (6) southern counties of Camden, Atlantic, Salem, Cumberland, Gloucester and Cape May especially during the Global COVID-19 pandemic crisis,); and

> **RESOLVED,** that the officers and representatives of the Diocese be, and they hereby are, authorized to execute and file on behalf of the Diocese all petitions, schedules, lists, motions, applications, pleadings and other papers or documents, necessary to commence a case and obtain relief under the Bankruptcy Code, and to take any and all further acts and deeds that they deem necessary, proper and desirable in connection with the chapter 11 case of the Diocese, with a view to the successful reorganization of such case; and

---

[1] In addition, the Diocese has received a *Nihil Obstat* of the Holy See.  This is the central governing body of the Roman Catholic Church, often referred to as "the Vatican."

**RESOLVED**, that the officers and representatives of the Diocese are authorized and directed to employ the law firm of McManimon, Scotland & Baumann, LLC to represent the Diocese in such reorganization proceedings, and take such other and further steps that may be necessary in furtherance of the chapter 11 proceeding; and

**RESOLVED**, that the officers and representatives of the Diocese be, and they hereby are, authorized and directed to employ any other professionals to assist the Diocese in carrying out its duties under the Bankruptcy Code; and in connection therewith, the officers and representatives of the Diocese are hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers prior to or immediately upon the filing of the chapter 11 case of the Diocese, and to cause to be filed an appropriate application for authority to retain the services of any other professionals as necessary; and

**RESOLVED**, that in addition to the specific authorizations heretofore conferred upon them, the officers and representatives of the Diocese be, and hereby are, authorized and empowered, in the name of and on behalf of the Diocese, to take or cause to be taken any and all such further actions, and to execute, acknowledge, deliver and file any and all such agreements, certificates, instruments and other documents and to pay all expenses, including filing fees, as each officer and representative in his/her discretion may deem necessary or desirable in order to fully carry out the intent and accomplish the purpose of the resolutions adopted herein; and

**RESOLVED**, that all acts, actions, and transactions relating to the matters contemplated by the foregoing resolutions done in the name of and on behalf of the Diocese, which acts would have been approved by the foregoing resolutions except that such acts were taken before these resolutions were certified, are hereby in all respects approved and ratified.

In certification hereof, I do set my hand and seal this 1st day of October 2020.

THE DIOCESE OF CAMDEN, NEW JERSEY

By: _____
Reverend Robert E. Hughes, Vicar General
of the Roman Catholic Diocese of Camden
and Vice President of The Diocese of Camden,
New Jersey

**Fill in this information to identify the case:**

Debtor name    __The Diocese of Camden, New Jersey__

United States Bankruptcy Court for the:    DISTRICT OF NEW JERSEY

Case number (if known)    _____

☐ Check if this is an
amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

| | Declaration and signature |
|---|---|

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

■ *Schedule H: Codebtors* (Official Form 206H)

■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐ Amended *Schedule*

■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ Other document that requires a declaration    _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    __October  1, 2020__    X __/s/ Reverend Robert E. Hughes__
                                             Signature of individual signing on behalf of debtor

                                          __Reverend Robert E. Hughes__
                                          Printed name

                                          __Vicar General/Vice President__
                                          Position or relationship to debtor

Official Form 202    **Declaration Under Penalty of Perjury for Non-Individual Debtors**

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | **The Diocese of Camden, New Jersey** |
| United States Bankruptcy Court for the: | **DISTRICT OF NEW JERSEY** |
| Case number (if known): | _____ |

☐ Check if this is an

amended filing

Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **PNC Bank, NA PO Box 1030 Oshtemo, MI 49009** | **Grace Anselmo** grace.anselmo@pnc.com 215-585-1074 | **Line of Credit** | | | | **$22,807,500.00** |
| **PNC Bank Attn:  Business Banking 222 Delaware Avenue Wilmington, DE 19801** | **Grace Anselmo** grace.anselmo@pnc.com 215-585-1074 | **Paycheck Protection Program Term Note** | | | | **$2,372,000.00** |
| **Immaculate Conception Seminary 400 South Orange Avenue South Orange, NJ 07079** | **Ewa Bracko** 973-761-9575 | **Trade Debt** | | | | **$96,465.50** |
| **St. Mary's Villa 220 St Mary Drive Cherry Hill, NJ 08003** | 856-874-5400 | **Trade Debt** | | | | **$60,560.00** |
| **Porter & Curtis LLC 225 State Road Media, PA 19063** | **Bill Curtis** bcurtis@portercurtis.com 610-891-9850 | **Trade Debt** | | | | **$25,772.00** |
| **New Jersey Catholic Conference 149 North Warren Street Trenton, NJ 08608** | **Deshawn Burnett** deshawn.burnett@njcatholic.org 609-989-1120 | **Trade Debt** | | | | **$24,360.31** |
| **Matthews International Corp. PO Box 536621 Pittsburgh, PA 15253-5908** | 877-333-6438 | **Trade Debt** | | | | **$22,865.77** |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                                                 Best Case Bankruptcy

| Debtor | **The Diocese of Camden, New Jersey** | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Guest House Inc.** 1601 Joslyn Road PO Box 293 Lake Orion, MI 48361 | contact@gueshouse.org 800-626-6910 | **Trade Debt** | | | | $19,427.85 |
| **PSE&G** PO Box 14444 New Brunswick, NJ 08906-4444 | Vilna Gaston, Esq. vilna.gaston@pseg.com (973) 430-7000 | **Trade Debt** | | | | $16,451.66 |
| **All Year Landscaping** 145 W. Grant Avenue Vineland, NJ 08360 | | **Trade Debt** | | | | $14,600.00 |
| **St. Mary's Center** 210 St Mary's Drive Cherry Hill, NJ 08003 | 856-874-5400 | **Trade Debt** | | | | $14,012.00 |
| **Telesystems Block Line Systems** PO Box 826590 Philadelphia, PA 19182-6590 | | **Trade Debt** | | | | $13,121.62 |
| **Northeast Mechanical Services** 402 Airport Drive Williamstown, NJ 08094 | Nick Edelman III 856-262-2305 | **Trade Debt** | | | | $12,673.40 |
| **Bishop McHugh Regional School** 2221 North Route 9 Cape May Court House, NJ 08210 | Tom Maguire principal@bishopmchugh.com | **Trade Debt** | | | | $12,000.00 |
| **PNC Bank** c/o Zak Thomas, Esq. 501 Grant Street, Suite 200 Pittsburgh, PA 15219-4413 | Zak Thomas, Esq. zakarij.thomas@bipc.com 412 562 1614 | **Credit Card** | | | | $11,167.39 |
| **Kiva** PO Box 246 Thorofare, NJ 08086 | tyler@kivafresh.com 877-777-5482 | **Trade Debt** | | | | $11,105.00 |
| **Syndicate Strategies** 1489 Baltimore Pike Bldg 100, Suite 101 Springfield, PA 19064 | 610-565-9640 | **Trade Debt** | | | | $10,450.00 |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

Debtor    **The Diocese of Camden, New Jersey**                          Case number *(if known)* _____
          Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Servants of the Paraclete Attn:  Accounting PO Box 539 Cedar Hill, MO 63016** | **636-748-1933** | **Trade Debt** | | | | **$9,835.00** |
| **Servicemaster TBS Div. 73 Coolidge Avenue Bellmawr, NJ 08031** | **856-931-3300** | **Trade Debt** | | | | **$8,883.00** |
| **John Hacala Primrose Unit 119 650 S. Dodon Road Rogers, AR 72758** | | **Trade Debt** | | | | **$8,600.00** |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name **The Diocese of Camden, New Jersey**

United States Bankruptcy Court for the: DISTRICT OF NEW JERSEY

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    12/15

| Part 1: | Summary of Assets |
|---|---|

1.  ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

   **1a. Real property:**
   Copy line 88 from *Schedule A/B*.................................................................................................. $       **0.00**

   **1b. Total personal property:**
   Copy line 91A from *Schedule A/B*............................................................................................ $     **53,575,365.98**

   **1c. Total of all property:**
   Copy line 92 from *Schedule A/B*.............................................................................................. $     **53,575,365.98**

| Part 2: | Summary of Liabilities |
|---|---|

2.  ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.................... $     **3,461.80**

3.  ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

   **3a. Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*.......................................................... $       **0.00**

   **3b. Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*.............................. +$     **25,723,748.14**

4.  Total liabilities ....................................................................................................................
   Lines 2 + 3a + 3b            $     **25,727,209.94**

**Fill in this information to identify the case:**

Debtor name      **The Diocese of Camden, New Jersey**

United States Bankruptcy Court for the:   DISTRICT OF NEW JERSEY

Case number (if known)   _____

☐ Check if this is an amended filing

## Official Form 206A/B
# Schedule A/B: Assets - Real and Personal Property                    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:       Cash and cash equivalents**

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
☑ Yes Fill in the information below.

**All cash or cash equivalents owned or controlled by the debtor**  | **Current value of debtor's interest**
---|---
2.       **Cash on hand** | $532.12

3.  **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **PNC Bank** | **DOC Catholic Strong** | **6476** | $168,090.98 |
| 3.2. | **PNC Bank** | **DOC NJ Payroll** | **1941** | $343,663.06 |
| 3.3. | **PNC Bank** | **DOC Brazil Mission** | **8777** | $4,000.00 |
| 3.4. | **PNC Bank** | **DOC Sacred Heart Res** | **8785** | $4,349.71 |
| 3.5. | **PNC Bank** | **DOC Campus Mininstry** | **8793** | $23,730.62 |
| 3.6. | **PNC Bank** | **DOC Health Ins** | **8814** | $2,797,979.64 |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor    **The Diocese of Camden, New Jersey**                                    Case number *(If known)* _____
_____
Name

| | | | | |
|---|---|---|---|---|
| 3.7. | **PNC Bank** | **DOC Black Catholic Min** | **8822** | **$408.10** |
| 3.8. | **PNC Bank** | **DOC Cemeteries** | **8857** | **$468,811.49** |
| 3.9. | **PNC Bank** | **DOC House of Charity** | **8873** | **$76,267.42** |
| 3.10. | **PNC Bank** | **DOC Operating** | **8937** | **$2,166,201.03** |
| 3.11. | **PNC Bank** | **DOC Billing** | **8945** | **$2,251,045.83** |
| 3.12. | **PNC Bank** | **DOC CREDO** | **5635** | **$197.66** |
| 3.13. | **TD Bank** | **Operating Account** | **9393** | **$11,652.95** |
| 3.14. | **TD Bank** | **Payroll account** | **3393** | **$1,229.01** |
| 3.15. | **BB&T Bank** | **Diocese of Camden Bishops Foundation** | **1763** | **$27,821.07** |
| 3.16. | **BB&T Bank** | **Diocese of Camden G.I.F.T.** | **1755** | **$31,233.43** |
| 3.17. | **PNC Bank** | **Est of Thomas A Guenther** | **8118** | **$23,695.00** |
| 3.18. | **PNC Bank** | **Catholic Social Services** | **0477** | **$500.00** |

4.        **Other cash equivalents** *(Identify all)*

5.        **Total of Part 1.**                                                                    $8,401,409.12
          Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

**Part 2:**    **Deposits and Prepayments**

**6. Does the debtor have any deposits or prepayments?**

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor **The Diocese of Camden, New Jersey** Case number *(if known)* _____
        _____
        Name

☑ No. Go to Part 3.
☐ Yes Fill in the information below.

| Part 3: | Accounts receivable |
|---|---|

**10. Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.
☑ Yes Fill in the information below.

11.     **Accounts receivable**

11a. 90 days old or less:     20,336,978.00     -     659,689.00     = ....     **$19,677,289.00**
                              face amount              doubtful or uncollectible accounts

11b. Over 90 days old:     33,478,028.00     -     26,854,366.00     = ....     **$6,623,662.00**
                           face amount              doubtful or uncollectible accounts

12.     **Total of Part 3.**                                                     **$26,300,951.00**
        Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

| Part 4: | Investments |
|---|---|

**13. Does the debtor own any investments?**

☑ No. Go to Part 5.
☐ Yes Fill in the information below.

| Part 5: | Inventory, excluding agriculture assets |
|---|---|

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No. Go to Part 6.
☑ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19.     **Raw materials** | | | | |
| 20.     **Work in progress** | | | | |
| 21.     **Finished goods, including goods held for resale** | | | | |
| 22.     **Other inventory or supplies** **Inventory** **See attached Rider # 1** **for complete listing** | | **Unknown** | | **Unknown** |

23.     **Total of Part 5.**                                                     **$0.00**
        Add lines 19 through 22.  Copy the total to line 84.

24.     **Is any of the property listed in Part 5 perishable?**
        ☑ No
        ☐ Yes

25.     **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
        ☑ No
        ☐ Yes. Book value _____  Valuation method _____  Current Value _____

| Debtor | **The Diocese of Camden, New Jersey** | Case number *(If known)* | |
|--------|----------------------------------------|--------------------------|--|
| | Name | | |

26.  **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
- ☑ No
- ☐ Yes

**Part 6:**    Farming and fishing-related assets (other than titled motor vehicles and land)

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

- ☑ No.  Go to Part 7.
- ☐ Yes Fill in the information below.

**Part 7:**    Office furniture, fixtures, and equipment; and collectibles

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

- ☐ No.  Go to Part 8.
- ☑ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---------------------|-------------------------------------------------------|-----------------------------------------|-------------------------------------|
| 39.  **Office furniture**<br>**Office Furniture**<br>**See attached Rider # 2 for complete listing** | **Unknown** | | **Unknown** |
| 40.  **Office fixtures**<br>**Office Fixtures**<br>**See attached Rider # 2 for complete listing** | **Unknown** | | **Unknown** |
| 41.  **Office equipment, including all computer equipment and communication systems equipment and software**<br>**Office, equipment, computer and communication systems equipment, and software**<br>**See attached Rider # 2 for complete listing** | **Unknown** | | **Unknown** |
| 42.  **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles<br>42.1.  **Collectibles, antiques and jewelry**<br>**See attached Rider # 2 for complete listing** | **Unknown** | | **Unknown** |

43.  **Total of Part 7.**
Add lines 39 through 42.  Copy the total to line 86.

|  |
|--|
| **$0.00** |

44.  **Is a depreciation schedule available for any of the property listed in Part 7?**
- ☐ No
- ☑ Yes

45.  **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
- ☑ No
- ☐ Yes

**Part 8:**    Machinery, equipment, and vehicles

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                                    Best Case Bankruptcy

Debtor    **The Diocese of Camden, New Jersey**                    Case number *(If known)* _____
_____
Name

☐ No.  Go to Part 9.
☑ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| 47.    **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1.    **See attached Rider # 3 for complete listing** | Unknown | | $74,946.00 |

48.    **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors,
floating homes, personal watercraft, and fishing vessels

49.    **Aircraft and accessories**

50.    **Other machinery, fixtures, and equipment (excluding farm
machinery and equipment)**

51.    **Total of Part 8.**                                                                 $74,946.00

Add lines 47 through 50.  Copy the total to line 87.

52.    **Is a depreciation schedule available for any of the property listed in Part 8?**
☐ No
☑ Yes

53.    **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
☑ No
☐ Yes

**Part 9:**    **Real property**

54. **Does the debtor own or lease any real property?**

☐ No.  Go to Part 10.
☑ Yes Fill in the information below.

55.    **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of<br>property<br>Include street address or other<br>description such as Assessor<br>Parcel Number (APN), and type<br>of property (for example,<br>acreage, factory, warehouse,<br>apartment or office building, if<br>available. | Nature and<br>extent of<br>debtor's interest<br>in property | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|---|
| 55.1.    **See attached Rider #<br>4 for complete listing** | | Unknown | | Unknown |

56.    **Total of Part 9.**                                                                 $0.00

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
Copy the total to line 88.

57.    **Is a depreciation schedule available for any of the property listed in Part 9?**
☐ No
☑ Yes

58.    **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

| Debtor | **The Diocese of Camden, New Jersey** | Case number *(If known)* _____ |
|---|---|---|
| | Name | |

☐ No
☑ Yes

| **Part 10:** | **Intangibles and intellectual property** |
|---|---|

**59. Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.
☑ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets** | | | |
| 61. **Internet domain names and websites** **https://www.camdendiocese.org/** | **Unknown** | | **Unknown** |
| 62. **Licenses, franchises, and royalties** | | | |
| 63. **Customer lists, mailing lists, or other compilations** | | | |
| 64. **Other intangibles, or intellectual property** | | | |
| 65. **Goodwill** | | | |

| 66. | **Total of Part 10.** | | **$0.00** |
|---|---|---|---|
| | Add lines 60 through 65. Copy the total to line 89. | | |

**67. Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**
☐ No
☑ Yes

**68. Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
☑ No
☐ Yes

**69. Has any of the property listed in Part 10 been appraised by a professional within the last year?**
☑ No
☐ Yes

| **Part 11:** | **All other assets** |
|---|---|

**70. Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No. Go to Part 12.
☑ Yes Fill in the information below.

| | | | Current value of debtor's interest |
|---|---|---|---|
| 71. | **Notes receivable** Description (include name of obligor) **See attached Rider # 5 for complete listing** | **44,265,624.64** - Total face amount     **25,467,564.78** = doubtful or uncollectible amount | **$18,798,059.86** |
| 72. | **Tax refunds and unused net operating losses (NOLs)** Description (for example, federal, state, local) | | |
| 73. | **Interests in insurance policies or annuities** | | |

| Debtor | **The Diocese of Camden, New Jersey** | Case number *(If known)* |
|---|---|---|
| | Name | |

**The National Catholic Risk Retention Group, Inc.; Policy No. RRG10249-22**
**Primary Liability Including General Liability, Auto Liability, Errors and Omissions,Sexual Misconduct and Cyber**

Unknown

---

**American Alternative Insurance Corporation; Policy No. N2-A2-RL-0000007-10**
**Auto Liability**

Unknown

---

**The National Catholic Risk Retention Group, Inc.; Policy No. FM10249-22**
**Excess Liability**

Unknown

---

**Ironshore Specialty Insurance Company; Policy No. 001217508**
**Excess Liability**

Unknown

---

**Steadfast Insurance Company; Policy No. CPP4402838-00**
**Property Insurance**

Unknown

---

**Everest Indemnity Insurance Company; Policy No. CA3P006312-191**
**Property Insurance**

Unknown

---

**Lexington Insurance Company; Policy No. 34249996**
**Property Insurance**

Unknown

---

**Evanston Insurance Company; Policy No. MKLV21XP003664**
**Excess Property**

Unknown

---

**Ategrity Specialty Insurance Company; Policy No. 01-B-XP-P00001044-0**
**Excess Property**

Unknown

---

**Landmark American; Policy No. LHD910695**
**Excess Property**

Unknown

---

**Arch Specialty Insurance Company; Policy No. ESP0041488-09**
**Excess Property**

Unknown

---

**Safety National Casualty Corporation; Policy No. SP4061612**
**Excess Workers Compensation**

Unknown

---

**Travelers; Policy No. BME1-8D971573-TIL-19**
**Boiler & Machinery Insurance**

Unknown

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com       Best Case Bankruptcy

| Debtor | **The Diocese of Camden, New Jersey** | Case number *(if known)* |
|---|---|---|
| | Name | |

| | |
|---|---|
| **U. S. Fire (Crum & Forster); Policy No. 626-037396-3**<br>**Crime Bond** | **Unknown** |
| **Euclid Specialty; Policy No. SFD31210051-07**<br>**Fiduciary Liability Policy** | **Unknown** |
| **Great Divide Insurance Company; Policy No.**<br>**CLA7500657-12**<br>**Tenant Users Liability Coverage** | **Unknown** |
| **Great American Insurance Company; Policy No.**<br>**KTT1466640-02**<br>**Student Accident Basic Coverage** | **Unknown** |
| **Great American Insurance Company; Policy No.**<br>**CAT1466641-02**<br>**Student Accident Catastrophic Coverage** | **Unknown** |
| **International Fidelity Insurance; Policy No. 762492**<br>**Maintenance Bond Hamilton Township and Holy Cross**<br>**Cemetery** | **Unknown** |
| **Hartford Insurance; Policy No. 87045984442020**<br>**Guardian Angels School** | **Unknown** |
| **Hartford Insurance; Policy No. 87045984422020**<br>**Notre Dame de la Mer for Cape Trinity Regional School** | **Unknown** |
| **Hartford Insurance; Policy No. 87045984432020**<br>**St. Brendan the Navigator Church** | **Unknown** |
| **Hartford Insurance; Policy No. 87046047112020**<br>**St. Brendan the Navigator Parish** | **Unknown** |
| **Hartford Insurance; Policy No. 87045984472020**<br>**St. Damien 1310 Ocean Avenue, Ocean City** | **Unknown** |
| **Hartford Insurance; Policy No. 87045984392020**<br>**St. Damien 3948 Central Avenue, Ocean City** | **Unknown** |
| **Hartford Insurance; Policy No. 87045984412020**<br>**St. Damien Asbury Avenue & 40th Street** | **Unknown** |
| **Hartford Insurance; Policy No. 87045984452020**<br>**St. Nicholas of Tolentine Church** | **Unknown** |
| **Hartford Insurance; Policy No. 87045984462020**<br>**St. Thomas Church** | **Unknown** |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

| Debtor | **The Diocese of Camden, New Jersey** | Case number *(If known)* _____ |
|---|---|---|
| | Name | |

| | |
|---|---|
| **Hartford Insurance; Policy No. 87061804152020**<br>**St.Thomas New Rectory** | **Unknown** |

| | |
|---|---|
| **Hartford Insurance; Policy No. 87046024422020**<br>**St. Thomas Rectory** | **Unknown** |

| | |
|---|---|
| **Landmark American; Policy No. LHD398586**<br>**Property Insurance** | **Unknown** |

| | |
|---|---|
| **Insurance Company of North America Church Policy;**<br>**Policy No. CP 2 24 44** | **Unknown** |

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**
**Claim against, D.M. (a minor) in case captioned Tricia Vekeman & daughter v. Our Lady of Mount Carmel School; Diocese of Camden; Alice Malloy; Susan Demore; Jane Doe; and John Does 1-10, Docket No. CAM-L-2616-19 pending in the Superior Court of New Jersey, Camden Count Law Division**

**Unknown**

| Nature of claim | **Third-Party Complaint in pending state court litigation** |
|---|---|
| Amount requested | **TBD** |

**Claim against Fr. Patrick Weaver in case captioned J.C. v. Diocese of Camden; St. John the Evangelist; Catholic Church of St. Mary; John Does 1-10, Docket No. CAM-L-4790-19, pending in the Superior Court of New Jersey, Camden County Law Division**

**Unknown**

| Nature of claim | **Third-Party Complaint in pending state court litigation** |
|---|---|
| Amount requested | **TBD** |

**Claim against Fr. Joseph Shannon, Fr. John Kelly, and Fr. John Bernard in case captioned J.H. v. Diocese of Camden; St. John's Church; St. Gregory Church; John Does 1-10, Docket No. CAM-L-4789-19, pending in the Superior Court of New Jersey Camden County Law Division**

**Unknown**

| Nature of claim | **Third-Party Complaint in pending state court litigation** |
|---|---|
| Amount requested | **TBD** |

**Claim against Fr. Norman T. Connelly in case captioned J.P. v. Diocese of Camden; St. John the Evangelist; John Does 1-10, Docket No. CAM-L-4788-19, pending in the Superior Court of New Jersey, Camden County Law Division**

**Unknown**

| Nature of claim | **Third-Party Complaint in pending state court litigation** |
|---|---|
| Amount requested | **TBD** |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                                     Best Case Bankruptcy

| Debtor | **The Diocese of Camden, New Jersey** | Case number *(If known)* | _____ |
|---|---|---|---|
| | Name | | |

**Claim against W.H. in case captioned JA/GG Doe 1 v. Diocese or Camden, New Jersey a/k/a Diocese of Camden; St. Peter's; St. Gianna Beretta Molla Parish a/k/a St. Gianna Beretta Molla Parish Roman Catholic Church a/k/a St. Gianna Parish a/k/a St. Gianna; Brothers of Charity America District-Region of Our Lady of Charity a/k/a Brothers of Charity Region of Our Lady of Charity a/k/a Brothers of Charity; ABC Entity; and John Does 1-5, Docket No. CAM-L-4838-19, pending in the Superior Court of New Jersey, Camden County Law Division**

**Unknown**

| Nature of claim | **Third-Party Complaint filed in pending litigation** |
|---|---|
| Amount requested | **TBD** |

**Claim against Thomas M. Harkins in case captioned Jane Doe 1  v. Diocese of Camden; ABC Corporations 1 Through 10 and John Doe 1 Through 10, Docket No. CAM-L-416-20, pending in the Superior Court of New Jersey, Camden County Law Division**

**Unknown**

| Nature of claim | **Third-Party Complaint filed in pending litigation** |
|---|---|
| Amount requested | **TBD** |

**Claim against Fr. Joseph E. Shannon in case captioned P.H. v. Diocese of Camden, Docket No. CAM-L-487-20, pending in the Superior Court of New Jersey, Camden County Law Division**

**Unknown**

| Nature of claim | **Third-Party Complaint filed in pending litigation** |
|---|---|
| Amount requested | **TBD** |

**Claim against Fr. Charles Kuhl in case captioned R.S. v. Paul VI High School; Roman Catholic Diocese of Camden; and John Doe I-V, Docket No. CAM-L-592-20, pending in the Superior Court of New Jersey, Camden County Law Division**

**Unknown**

| Nature of claim | **Third-Party Complaint filed in pending litigation** |
|---|---|
| Amount requested | **TBD** |

**Claim against Estate of Claude Bender in case captioned E.P.H. v. Roman Catholic Diocese of Camden; St. Clare of Assisi Parish; St. Michael's Church; and John Does 1-10, Docket No. CAM-1009-20, pending in the Superior Court of New Jersey, Camden County Law Division**

**Unknown**

| Nature of claim | **Third-Party Complaint filed in pending litigation** |
|---|---|
| Amount requested | **TBD** |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

| Debtor | **The Diocese of Camden, New Jersey** | Case number *(If known)* _____ |
|---|---|---|
| | Name | |

**Claim against James Ryan in case captioned T.J. v. Diocese of Camden; ABC Corporations, One Through Ten; and John Doe, One Through Ten, Docket No. CAM-L-1651-20, pending in the Superior Court of New Jersey, Camden County Law Division**

**Unknown**

| Nature of claim | **Third-Party Complaint filed in pending litigation** |
|---|---|
| Amount requested | **TBD** |

**Claim against Patrick Weaver in case captioned J.C. v. Diocese of Camden, St. John the Evangelist, Catholic Church of St. Mary, and John Does 1-10, Docket No. CAM-L-4790-19, pending in the Superior Court of New Jersey, Camden Count Law Division**

**Unknown**

| Nature of claim | **Third-Party Complaint in pending litigation** |
|---|---|
| Amount requested | **TBD** |

75.   **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**
**Claim against Fr. Richard Gerbino/Estate of Fr. Richard Gerbino is case captioned E.F. v. Roman Catholic Diocese of Camden; St. Francis of Assisi Parish; Divine Mercy Parish; Defendant Doe Representative of the Estate of Fr. Richard Gerbino, Deceased 1-5; Defendant Doe 1-10; Defendant Institution 1-10, Docket No. CAM-L-4834-19, pending in the Superior Court of New Jersey, Camden County Law Division**

**Unknown**

| Nature of claim | **Crossclaim against Co-Defendant in pending state court litigation** |
|---|---|
| Amount requested | **TBD** |

**Claim against Fr. Norman T. Connelly in case captioned B.H. v. Roman Catholic Diocese of Camden; St. Clare of Assisi Parish; St. Michael's Church; St. James Parish; St. James High School; St. Gabriel the Archangel Parish; Norman T. Connelly; Defendant Doe 1-10; Defendant Institution 1-10, Docket No. CAM-L-4837-19, pending in the Superior Court of New Jersey, Camden County Law Division**

**Unknown**

| Nature of claim | **Crossclaim against Co-Defendant in pending litigation** |
|---|---|
| Amount requested | **TBD** |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

Debtor    **The Diocese of Camden, New Jersey**                                    Case number *(If known)* _____
Name

**Claim against Fr. Norman T. Connelly in case captioned
E.M. v. Roman Catholic Diocese of Camden; St. James
Parish; St. James High School; St. Gabriel the
Archangel Parish; Norman T. Connelly; Defendant Doe
1-10; Defendant Institution 1-10, Docket No.
CAM-L-4836-19, pending in the Superior Court of New
Jersey, Camden County Law Division**                                                    **Unknown**

| Nature of claim | **Crossclaim against Co-Defendant in pending litigation** |
|---|---|
| Amount requested | **TBD** |

**Claim against Fr. Joseph Shannon/Estate of Fr. Joseph
Shannon in case captioned N.S. v. Roman Catholic
Diocese of Camden; St. Patrick Parish; Holy Angels
Parish; Defendant Doe Representative of the Estate of
Faqther Joseph Shannon, Deceased 1-5; Defendant Doe
1-10; Defendant Institution 1-10, Docket No.
CAM-L-4835-19, pending in the Superior Court of New
Jersey, Camden County Law Division**                                                   **Unknown**

| Nature of claim | **Crossclaim against Co-Defendant in pending litigation** |
|---|---|
| Amount requested | **TBD** |

**Claim against Brothers of Charity America
District-Region of Our Lady of Charity a/k/a Brothers of
Charity Region of Our Lady of Charity a/k/a Brothers of
Charity in case captioned JA/GG Doe 1 v. Diocese or
Camden, New Jersey a/k/a Diocese of Camden; St.
Peter's; St. Gianna Beretta Molla Parish a/k/a St. Gianna
Beretta Molla Parish Roman Catholic Church a/k/a St.
Gianna Parish a/k/a St. Gianna; Brothers of Charity
America District-Region of Our Lady of Charity a/k/a
Brothers of Charity Region of Our Lady of Charity a/k/a
Brothers of Charity; ABC Entity; and John Does 1-5,
Docket No. CAM-L-4838-19, pending in the Superior
Court of New Jersey, Camden County Law Division**                                     **Unknown**

| Nature of claim | **Crossclaim for contribution against Co-Defendant in pending litigation** |
|---|---|
| Amount requested | **TBD** |

**Claim against Fr. Richard Gerbino/Estate of Fr. Richard
Gerbino is case captioned A.S. v. Roman Catholic
Diocese of Camden; St. Francis of Assisi Parish; Divine
Mercy Parish; Defendant Doe Representative of the
Estate of Father Richard Gerbino, Deceased 1-5;
Defendant Doe 1-10; Defendant Institution 1-10, Docket
No. CAM-L-4831-19, pending in the Superior Court of
New Jersey, Camden County Law Division**                                              **Unknown**

| Nature of claim | **Crossclaim filed in pending state court litigation** |
|---|---|
| Amount requested | **TBD** |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                                    Best Case Bankruptcy

| Debtor | **The Diocese of Camden, New Jersey** | Case number *(If known)* _____ |
|---|---|---|
| | Name | |

**Amount due pursuant to June 28, 2019 Judgment in litigation captioned State of New Jersey, by ther Commissioner of Transportation v. St. Mary's Church Gloucester, The Diocese of Camden and the Borough of Bellmawr, in the Superior Court of New Jersey, Camden County Law Division, Docket No. CAM-L-3076-10.  Total amount of judgment was $2,960,000, plus interest.  Judgment has been satisfied.  Amount of interest due to be determined by Superio Court or resolved via settelement.**

Unknown

| Nature of claim | **Balance of Amount Due Under Judgment** |
|---|---|
| **Amount requested** | $275,000.00 |

---

76.  **Trusts, equitable or future interests in property**
**The Frank and Rosina Suttill Catholic Foundation is a nonprofit membership corporation and was incorporated in 1972.  The Suttill Foundation provides a scholarship program for students from Camden to attend college and other purposes.**

Unknown

**The Diocese of Camden Healthcare Foundation, Inc. (the "Healthcare Foundation") is a nonprofit membership corporation and was incorporated in 2015.  The Healthcare Foundation assists in the development and implementation of healthcare ministries.**

Unknown

**The Sharkey Family Charitable Trust was established in 1988 to contribute to Catholic organizations and engage in activities supported by the Church.  It regularly provides scholarships for students in Catholic secondary schools.**

Unknown

**The Tuition Assistance Fund, Inc. (the "Tuition Fund") is a nonprofit membership corporation that was incorporated in 1980.  The Tuition Fund provides tuition assistance to needy families whose children attend schools affiliated with the Diocese.**

Unknown

**Diocese of Camden Trusts, Inc. ("Trusts") is a nonprofit membership corporation that was incorporated in 2001.  Trusts assists the Diocese by providing funding for education, religious personnel development, health care and long-term capital needs and the maintenance of diocesan offices required by the Code of Canon Law.**

Unknown

---

77.  **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

78.  **Total of Part 11.**
Add lines 71 through 77. Copy the total to line 90.

| $18,798,059.86 |
|---|

79.  **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
☑ No
☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

Debtor    **The Diocese of Camden, New Jersey**                          Case number *(If known)* _____
       Name

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $8,401,409.12 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $26,300,951.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $74,946.00 | |
| 88. **Real property.** *Copy line 56, Part 9*.......................................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $18,798,059.86 | |
| 91. **Total.** Add lines 80 through 90 for each column | $53,575,365.98 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $53,575,365.98 |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                                    Best Case Bankruptcy

Rider # 1
Schedule B Question #22
Inventory
Page 1

| **Description** |
| --- |
| 11 chalice with paten |
| 2  pectoral cross chains, one gold, one possibly silver |
| 10 pectoral crosses, various metals |
| 1 episcopal ring; solid metal with Diocesan Crest |
| 1 episcopal ring, with set jewel from Pius X |
| 1 episcopal cross, gold, with several jewels, from Pius X |
| 1 sick call set, possibly silver |

Schedule B Questions #39, 40, 41 and 42

Office Furniture, Office Fixtures, Office Equipment

and Collectibles

Page 1

**TO BE PROVIDED**

Schedule B Question #47

Automobiles, vans, trucks, motorcyles, trailers, and titled farm vehicles

Page 1

| Make | Model | Year | Miles | Kelly Blue Book Value | VIN# |
|------|-------|------|-------|-----------------------|------|
| Honda | Accord | 2016 | 55,000 | $11,753 | 1HGCR2F32GA030591 |
| Chevrolet | Venture | 2004 | 204,175 | $738 | 1GNDX03E64D190414 |
| Nissan | Sentra | 2004 | 79,124 | $966 | 3N1CB51DX4L462115 |
| Honda | Civic LX | 2014 | 45,350 | $7,500 | 19XFB2F55EE238203 |
| Honda | Civic | 2012 | 111,972 | $3,370 | 2HGFB2F55CH593780 |
| Nissan | Sentra | 2006 | 152,554 | $469 | 3N1CB51D86L483158 |
| Nissan | Sentra | 2006 | 148,231 | $469 | 3N1CB51D26L483138 |
| Ford | F150 | 2003 | 27,378 | $2,109 | 1 FTRF17273NB71631 |
| Honda | Accord | 2012 | 80,745 | $5,253 | 1HGCP2F62CA110886 |
| Honda | Civic | 2012 | 114,000 | $2,720 | 19XFB2F50CE347522 |
| Hyundai | Accent | 2009 | 89,320 | $976 | KMHCN46C59U371793 |
| GMC | Acadia | 2009 | 55,073 | $4,807 | 1GKEV13D39J173325 |
| Toyota | Corolla | 2011 | 38,235 | $5,957 | JTDBU4EE4B9147283 |
| Honda | Civic | 2011 | 25,000 | $4,540 | 2HGFA1F52BH509961 |
| Honda | Accord | 2012 | 58,302 | $6,710 | 19XFB2F50CE348198 |
| Nissan | Murano | 2015 | 84,557 | $10,117 | 5NIAZ2MH1FN2228179 |
| Dodge | Grand Caravan | 2013 | 41,023 | $6,492 | 2C4RDGCG8DR740985 |

Rider # 4

Schedule A/B Question #55

Any building, other improved real estate, or land which the debtor owns or in which the debtor has interest

1

| __Property Address__ | __Acreage__ | __Block__ | __Lot__ |
|---|---|---|---|
| 419 George Street, Galloway, NJ | 0.42 | 527 | 7 |
| 430 S. Pomona Road, Galloway, NJ | 1.13 | 527 | 1 |
| 440 Whig Lane, Glassboro, NJ | 26.85 | 172 | 7 |
| 510 Cooper Street, Woodbury, NJ | 1.094 | 161 | 2 |
| 626 Cooper Street, Camden, NJ | 0.331 | 125 | 8 |
| 631 Market Street, Camden, NJ | 0.275 | 125 | 24 |
| 633-637 Market Street, Camden, NJ | 0.319 | 125 | 21 |
| 700 College Drive, Gloucester, NJ | 0.28 | 14003 | 2.01 |
| 1000 Williamstown Road, Gloucester, NJ | | 18302 | 1 |
| 1845 Haddon Ave, Camden, NJ | 1.43 | 1279.02 | 17 Additional lots 23 & 25 |
| 2209 Route 9, Dennis Township, NJ | 4.91 | 256.05 | 44 |
| 2221 Route 9, Dennis Township, NJ | 41.66 | 256.05 | 43 |
| 6075 West Jersey Ave, Egg Harbor Township, NJ | 15 | 2610 | 14 |
| Center Street, Mantua, NJ | 8.62 | 199 | 6 |
| Cross Keys Road, Winslow, NJ | 29.97 | 302 | 1.01 |
| 1145 Delsea Drive, Deptford, NJ | 12.36 | 4 | 5 |
| 1139 Delsea Drive, Deptford, NJ | 1.076 | 4 | 25 |
| 1597 Almonesson Road, Deptford, NJ | 4.38 | 226 | 3 |
| Blackwood Barnsboro, Deptford, NJ | 20.55 | 417 | 8 |
| 70 Blackwood Barnsboro, Deptford, NJ | 26.64 | 418 | 1 |
| 90 Blackwood Barnsboro, Deptford, NJ | 18.14 | 418 | 2 |
| 450 Salina Road, Deptford, NJ | 4.42 | 418 | 3 |
| 52 Blackwood Barnsboro, Deptford, NJ | 6.89 | 418 | 4 |
| 54 Blackwood Barnsboro, Deptford, NJ | 3.49 | 418 | 5 |
| Blackwood Barnsboro, Deptford, NJ | 4.01 | 418 | 6 |
| Washington Ave, Frankin, NJ | 14.71 | 103 | 59 |
| Tuckahoe Road, Franklin, NJ | 12 | 6702 | 40 |
| 1300 Tuckahoe Road, Franklin, NJ (Back) | 10.83 | 6503 | 2 |
| 1300 Tuckahoe Road, Franklin, NJ | 17.11 | 6503 | 1 |
| Tuckahoe Road, Franklin, NJ | 198.41 | 6503 | 1 |
| 1300 Tuckahoe Road, Franklin, NJ (Back) | 8 | 6503 | 2 |
| Victoria Road, Franklin, NJ | 306 | 6503 | 7 |
| Tuckahoe Road, Franklin, NJ | 20.5 | 6702 | 39 |
| Tuckahoe Road, Franklin, NJ | 308.92 | 6702 | 40 |
| Piney Lane, Franklin, NJ | 75.49 | 6702 | 43 |
| Weatherby Road, Maurice River, NJ | 3.94 | 248 | 3 |
| Weatherby Road, Maurice River, NJ | 35.91 | 122.01 | 19 |
| 101-107 No 7th Street, Camden, NJ | 0.109 | 125 | 12 Additional lots 11 & 13 |
| 124-128 No Broadway, Camden, NJ | 0.081 | 125 | 57 |
| 235 S. Pomona Road, Galloway, NJ | 4.86 | 648 | 10 |
| 336 Kings Highway, Dennis Township, NJ | 42.15 | 256.05 | 13 |
| Tuckahoe & Blue Bell | 0.43 | 6001 | 1 |
| Route 45, Mullica Hill | 39.23 | 28 | 9 |
| 261 Cross Keys Road, Berlin, NJ | 2 | 118 | 2 |
| Berlin Crosskeys Road | 4.317 | 118 | 3 |
| 1 Redmond Avenue, Glassboro, NJ | 0.3 | 21 | 7.01 |

Rider # 4

Schedule A/B Question #55

Any building, other improved real estate, or land which the debtor owns or in which the debtor has interest

2

| | | | |
|---|---|---|---|
| 641 Bridgeton Pike, Elk, NJ | 27.95 | 7 | 1 |
| 248 Clayton-Aura Road, Clayton, NJ | 55.4 | 502 | 4 |
| 730 N. Delsea Drive, Clayton, NJ | 3.208 | 1902 | 31 |
| 312 Cumberland Street, Gloucester City, NJ | 10x146 lot | 60 | 10 |
| Ferrel Road, Harrison Township, NJ | 21.5 | 15 | 4 |

**The following buildings and improvements were funded by the Debtor.  The Property located at 200 Saint Mary's Drive, Cherry Hill, New Jersey is owned by St. Mary's Catholic Home.**

| |
|---|
| Vianney Villa 1 |
| Vianney Villa 2 |
| Convent Building |
| Scared Heart Priest Residence |

Rider # 5
Schedule B Question #71
Notes Receivable
Page 1

| Loan No. | Description (include name of obligor) | Principal | Doubtful or Uncollectible Amount |
|---|---|---|---|
| L-2003-228 | Memorandum of Indebtedness (Amended) entered into January 1, 2013 between the Debtor and Camden Catholic High School, Cherry Hill, N.J. for outstanding payables. **\*This MOI was superseded.** | $808,200.35 | $202,050.00 |
| L-2003-227 | Memorandum of Indebtedness (Amended) entered into October 21, 2015 between the Debtor and Camden Catholic High School, Cherry Hill, N.J. for various capital improvements.  (Consolidated Loan) **\*This MOI replaces and supersedes the MOI dated January 1, 2013.** | $834,950.15 | $216,208.00 |
| L-1418-102 | Memorandum of Indebtedness entered into on October 8, 2015 between the Debtor and The Parish of the Holy Cross, Bridgeton, NJ, for outstanding payables. | $57,513.72 | $0.00 |
| L-2001-221 | Memorandum of Indebtedness entered into on October 13, 2017 between the Debtor and Holy Spirit High School, Absecon, NJ for payroll and outstanding accounts payable. | $628,661.08 | $628,661.08 |
| L-1435-007 | Memorandum of Advances entered into on March 20, 2007 between the Debtor and St. Vincent Pallotti Parish, Haddon Township, NJ, for the purpose of rectory renovations (St. Joseph the Worker Rectory/Meeting Room). | $256,875.51 | $128,438.00 |
| L-1428-006 | Memorandum of Indebtedness entered into July 1, 2005 between the Debtor and Resurrection (St. Maximilian Kolbe Deferred Bishop McHugh Regional School Loan). | $247,955.54 | $86,784.00 |
| L-1428-007 | Memorandum of Indebtedness entered into July 1, 2005 between the Debtor and Resurrection (St. Maximilian Kolbe Deferred Bishop McHugh Regional School Loan). | $561,000.00 | $196,350.00 |
| L-1104-002 | Memorandum of Indebtedness entered into September 1, 2012 between the Debtor and St. Joseph's Catholic Church, Sea Isle City, NJ, for the construction of a new church | $4,847,715.17 | $0.00 |
| L-1113-006 | Memorandum of Indebtedness entered into on October 1, 2016 between the Debtor and St. Padre Pio Parish, Vineland, NJ, for the building of a gymnasium (St. Mary's Regional School renovation). | $994,742.55 | $497,371.00 |

| Loan No. | Description (include name of obligor) | Principal | Doubtful or Uncollectible Amount |
|---|---|---|---|
| L-1113-007 | Memorandum of Indebtedness entered into October 1, 2016 between the Debtor and St. Padre Pio Parish, Vineland, NJ, for the building of a gymnasium | $284,525.10 | $142,263.00 |
| L-1113-008 | Memorandum of Indebtedness entered into October 1, 2016 between the Debtor and St. Padre Pio Parish, Vineland, NJ, for parish and school expenses | $434,210.37 | $217,105.00 |
| L-1119-006 | Memorandum of Advances and Indebtedness No. 2 entered into July 1, 2009 between the Debtor and St. Agnes' Church, Blackwood Terrace, N.J.; The Roman Catholic Church of St. Jude, Gloucester Township, N.J.; The Church of St. Charles Borromeo, Washington Township, N.J.; The Church of Saints Peter and Paul, Washington Township, N.J.; and the Church of the Holy Family, Washington Township, N.J., for renovations of, and the addition of, a gymnasium to Our Lady of Hope Regional School building.<br><br>**(This Memorandum was replaced by Memorandum of Advances and Indebtedness No. 2A.)** | $150,474.94 | $0.00 |
| L-1120-006 | Memorandum of Advances and Indebtedness No. 2A entered into March 1, 2011 between the Debtor and Our Lady of Hope Parish, Blackwood, N.J. (formerly St. Agnes' Church, Blackwood Terrace, N.J.); The R.C. Church of St. Jude, Gloucester, Township, N.J. (Our Lady of Hope); The Church of St. Charles Borromeo, Washington Township, N.J.; The Church of Saints Peter and Paul, Washington Township, N.J.; and The Church of the Holy Family, Washington Township, N.J., for renovation and expansion of Our Lady of Hope Regional School and Our Lady of Hope Parish, Blackwood, N.J. (St Charles – Our Lady of Hope School Renovation Loan). | $196,472.36 | $0.00 |
| L-1417-006 | Memorandum of Advances and Indebtedness No. 2A entered into March 1, 2011 between the Debtor and Our Lady of Hope Parish, Blackwood, N.J. (formerly St. Agnes' Church, Blackwood Terrace, N.J.); The R.C. Church of St. Jude, Gloucester, Township, N.J. (Our Lady of Hope); The Church of St. Charles Borromeo, Washington Township, N.J.; The Church of Saints Peter and Paul, Washington Township, N.J.; and The Church of the Holy Family, Washington Township, N.J., for renovation and expansion of Our Lady of Hope Regional School and Our Lady of Hope Parish, Blackwood, N.J. | $628,339.97 | $0.00 |
| L-1137-001 | Memorandum of Indebtedness entered into December 12, 2003 between the Debtor and Mater Ecclesiae Chapel. | $155,130.01 | $0.00 |

2

| Loan No. | Description (include name of obligor) | Principal | Doubtful or Uncollectible Amount |
|---|---|---|---|
| L-1401-001 | Memorandum of Indebtedness entered into December 31, 2006 between the Debtor and Our Lady of Mt. Carmel/Fatima for Cathedral Immaculate Conception. | $507,065.04 | $507,065.04 |
| L-1416-001 | Memorandum of Indebtedness entered into December 31, 2006 between the Debtor and Church of St. Edward. | $335,743.10 | $167,872.00 |
| L-1417-222 | Memorandum of Indebtedness No. 1A entered into January 31, 2012 between the Debtor and Our Lady of Hope Parish, Blackwood, N.J. for the renovation and expansion of Our Lady of Hope Regional School (facility loan). **(*This Memorandum, together with Memorandum of Indebtedness No. 1B, replace Memorandum of Advances and Indebtedness No. 1.)** | $100,263.89 | $0.00 |
| L-1417-223 | Memorandum of Indebtedness No. 1B entered into January 31, 2012 between the Debtor and Our Lady of Hope Parish, Blackwood, N.J. for the renovation and expansion of Our Lady of Hope Regional School. | $428,542.55 | $0.00 |
| L-1419-018 | Memorandum of Indebtedness entered into July 10, 2015 between the Debtor and Saint Gabriel the Archangel Parish, Carneys Point, N.J. for prior year DSIP, pension and health insurance premiums owed to the Diocese. | $162,769.64 | $40,692.00 |
| L-1419-019 | Memorandum of Indebtedness entered into between the Debtor and Saint Gabriel the Archangel Parish (debt forgiveness loan). | $125,885.90 | $31,471.00 |
| L-1420-002 | Memorandum of Advances entered into April 21, 2016 between the Debtor and The Catholic Community of Christ Our Light for the purpose of constructing a parish center/gym. | $1,738,167.36 | $0.00 |
| L-1422-001 | Memorandum of Advances entered into January 28, 2011 between the Debtor and Blessed Teresa of Calcutta for the purpose of replacing a heating and air conditioning system at St. John Church ($85,000—partial of total loan). | $425,610.27 | $319,208.00 |
| L-1438-226 | Memorandum of Indebtedness entered into March 31, 2012 between the Debtor and The Church of the Assumption at Pomona for the construction of Assumption Regional Catholic School. | $2,890,348.65 | $722,587.00 |
| L-1441-003 | Memorandum of Indebtedness entered into July 22, 2011 between the Debtor and Divine Mercy Parish to pay school subsidy to Bishop Shad Regional School. | $78,102.72 | $78,102.72 |

4845-6689-0187, v. 2

| Loan No. | Description (include name of obligor) | Principal | Doubtful or Uncollectible Amount |
|---|---|---|---|
| L-1442-022 | Memorandum of Indebtedness entered into June 26, 2012 between the Debtor and Sacred Heart High School, Vineland, N.J. for operational expenses for the 2011-2012 school year. | $308,000.00 | $308,000.00 |
| L-1445-221 | Memorandum of Advances entered into August 30, 2018 between the Debtor and Holy Angels Elementary School for the purpose of providing cash to pay outstanding accounts payable owed to outside parties. | $428,329.00 | $107,082.00 |
| L-1447-006 | Memorandum of Indebtedness entered into September 1, 2012 between the Debtor and St. Vincent de Paul Catholic Church, Mays Landing, N.J. for the construction of a new church. | $2,152,818.03 | $0.00 |
| L-2006-227 | Memorandum of Advances entered into June 7, 2019 between the Debtor and St. Joseph High School, Hammonton, N.J. for the purpose of providing cash to pay the outstanding invoices owed to Northeast Mechanical Services and to provide cash for operations in June 2019. | $242,000.00 | $242,000.00 |
| L-2008-223 | Memorandum of Indebtedness entered into May 27, 2011 between the Debtor and Wildwood Catholic High School to fund payroll and health benefits. | $54,074.25 | $27,037.00 |
| L-6133-661 | Memorandum of Indebtedness entered into October 20, 2017 between the Debtor and John Wasilewski for federal tax liability and penalties. | $8,319.43 | $0.00 |
| L-1029-001 | St. Joseph Pro. Cathedral Loan (No Loan Agreement) | $948,570.05 | $948,570.05 |
| L-1029-101 | St. Joseph's SAP Ch. Loan (No Loan Agreement) | $284,463.09 | $284,463.09 |
| L-1029-102 | St. Joseph's SAP Sch. Loan (No Loan Agreement) | $5,000.00 | $5,000.00 |
| L-1031-006 | Our Lady of the Angels Bishop Mc Hugh Regional School Loan (No Loan Agreement) | $409,215.33 | $245,529.00 |
| L-1031-007 | Our Lady of the Angels – Property Loan – Steel Road Properties (No Loan Agreement) | 382,704.74 | $229,623.00 |
| L-1401-006 | Cathedral Immaculate Conception Loan (cathedral preservation) (No Loan Agreement) | $3,481,397.95 | $3,481,397.95 |

4845-6689-0187, v. 2

| Loan No. | Description (include name of obligor) | Principal | Doubtful or Uncollectible Amount |
|---|---|---|---|
| L-1401-021 | Holy Name Grade School Loan (No Loan Agreement) | $64,072.00 | $64,072.00 |
| L-1401-022 | Holy Name School Operating Loan (No Loan Agreement) | $199,737.00 | $199,737.00 |
| L-1426-001 | Our Lady of Guadalupe Loan (No Loan Agreement) | $1,125,115.46 | $1,125,115.46 |
| L-1426-221 | Our Lady of Guadalupe – JP II School Renovation Loan (No Loan Agreement) | $2,698,807.82 | $2,698,807.82 |
| L-1426-222 | St. JP II Regional Elementary School Loan (No Loan Agreement) | $363,238.00 | $363,238.00 |
| L-1429-001 | Loan to Parish of All Saints (St. Mary Magdalen School) (No Loan Agreement) | $41,253.05 | $0.00 |
| L-1438-010 | Loan to Our Lady of Perpetual Help, 146 S. Pitney Road, Galloway, NJ 08205 (No Loan Agreement) | $3,648,310.93 | $1,824,155.00 |
| L-1438-221 | Loan to Assumption Catholic School 146 S. Pitney Road, Galloway, NJ 08205 (Operating Loan) (No Loan Agreement) | $45,000.00 | $11,250.00 |
| L-1442-001 | Loan to Christ the Good Shepherd, 1655 Magnolia Road, Vineland, NJ 08361 (Sacred Heart Church) (No Loan Agreement) | $2,238,571.26 | $2,238,571.26 |
| L-1442-006 | Loan to Christ the Good Shepherd, 1655 Magnolia Road, Vineland, NJ 08361 (Sacred Heart Prop. Loan) (No Loan Agreement) | $61,234.02 | $61,234.02 |
| L-1442-011 | Loan to Christ the Good Shepherd, 1655 Magnolia Road, Vineland, NJ 08361 (St. Isadore) (No Loan Agreement) | $169,320.63 | $169,320.63 |
| L-1442-012 | Loan to Christ the Good Shepherd, 1655 Magnolia Road, Vineland, NJ 08361 (Pension Loan) (No Loan Agreement) | $243,320.00 | $243,320.00 |
| L-1442-021 | Loan to Christ the Good Shepherd, 1655 Magnolia Road, Vineland, NJ 08361 (Sacred Heart High School Loan) (No Loan Agreement) | $379,820.00 | $379,820.00 |
| L-1442-023 | Loan to Christ the Good Shepherd, 1655 Magnolia Road, Vineland, NJ 08361 (Sacred Heart High School Expansion Loan) (No Loan Agreement) | $235,000.00 | $235,000.00 |

4845-6689-0187, v. 2

| Loan No. | Description (include name of obligor) | Principal | Doubtful or Uncollectible Amount |
|---|---|---|---|
| L-2006-221 | Loan to St. Joseph's High School, 328 Vine Street, Hammonton, NJ 08037 (No Loan Agreement) | $1,133,706.63 | $1,133,706.63 |
| L-2006-225 | Loan to St. Joseph's High School, 328 Vine Street, Hammonton, NJ 08037 (Building Loan) (No Loan Agreement) | $3,857,727.79 | $3,857,727.79 |
| L-2006-226 | Loan to St. Joseph High School, 328 Vine Street Hammonton, NJ 08037 (Payables Loan) (No Loan Agreement) | $435,885.24 | $435,885.24 |
| L-2008-224 | Loan to Wildwood Catholic High School, 1500 Central Avenue, Wildwood, NJ 08620 (Payables Loan) (No Loan Agreement) | $731,347.00 | $365,674.00 |
| L-4042-441 | Loan to Village Apartments, 1845 Haddon Avenue, Camden, NJ 08103 (Escrow Loan) (No Loan Agreement) | $10,000.00 | $0.00 |
| | **TOTAL:** | **$44,265,624.64** | **$25,467,564.78** |

**\*\* Each MOI provides different terms of repayment; the average term of repayment is approximately twenty (20) years.  Other factors arise frequently which require flexibility in terms of repayment.  Collectability varies especially during present times due to economic challenges and the current COVID pandemic.**

6

**Fill in this information to identify the case:**

Debtor name    **The Diocese of Camden, New Jersey**

United States Bankruptcy Court for the:    DISTRICT OF NEW JERSEY

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property                    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:**    **List Creditors Who Have Secured Claims**

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | *Column A*<br>**Amount of claim**<br>Do not deduct the value of collateral. | *Column B*<br>**Value of collateral that supports this claim** |
|---|---|---|---|
| **2.1**  **City of Camden**<br>Creditor's Name<br><br>**520 Market Street**<br>**Camden, NJ 08101**<br>Creditor's mailing address | Describe debtor's property that is subject to a lien<br>**631 Market Street, Camden, NJ**<br><br>Describe the lien<br>**Real Estate Taxes**<br>**Is the creditor an insider or related party?**<br>☑ No<br>☐ Yes | **$3,461.80** | **Unknown** |

Creditor's email address, if known

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
Check all that apply

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☑ Contingent
☑ Unliquidated
☑ Disputed

**3.    Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**    $3,461.80

**Part 2:**    **List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Michelle Banks-Spearman, Esq.**<br>**City of Camden**<br>**PO Box 95120**<br>**6th & Market Sts., Room 105**<br>**Camden, NJ 08101** | Line  **2.1** | |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name **The Diocese of Camden, New Jersey**

United States Bankruptcy Court for the: DISTRICT OF NEW JERSEY

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:       List All Creditors with PRIORITY Unsecured Claims**

1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

☐ No. Go to Part 2.

■ Yes. Go to line 2.

2.  **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|

| 2.1 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** | **$0.00** |
|---|---|---|---|---|

**Division of Taxation**
**124 Halsey Street**
**Second Floor**
**Newark, NJ 07102**

■ Contingent
■ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:
**For Noticing Purposes Only**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

| 2.2 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** | **$0.00** |
|---|---|---|---|---|

**Internal Revenue Service**
**Special Procedures Branch**
**Attention: Bankruptcy Section**
**PO Box 744**
**Springfield, NJ 07081-0744**

■ Contingent
■ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:
**For Noticing Purposes Only**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

| Debtor | | |
|---|---|---|
| | **The Diocese of Camden, New Jersey** | Case number *(if known)* |
| | Name | |

---

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

| | | *Check all that apply.* | | |

**Internal Revenue Service**
**Attn:  District Director**
**955 South Springfield Avenue**
**Springfield, NJ 07081**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date or dates debt was incurred

Basis for the claim:
**For Noticing Purposes Only**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

- ■ No
- ☐ Yes

---

| 2.4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

*Check all that apply.*

**Internal Revenue Service**
**Office of the Chief Counsel**
**One Newark Center, Suite 1500**
**Newark, NJ 07102**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date or dates debt was incurred

Basis for the claim:
**For Noticing Purposes Only**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

- ■ No
- ☐ Yes

---

| 2.5 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

*Check all that apply.*

**Internal Revenue Service**
**PO Box 7346**
**Philadelphia, PA 19101-7346**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date or dates debt was incurred

Basis for the claim:
**For Noticing Purposes Only**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

- ■ No
- ☐ Yes

---

| 2.6 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

*Check all that apply.*

**New Jersey Division of Taxation**
**Bankruptcy Section**
**PO Box 245**
**Trenton, NJ 08695-0245**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date or dates debt was incurred

Basis for the claim:
**For Noticing Purposes Only**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

- ■ No
- ☐ Yes

---

| Debtor | The Diocese of Camden, New Jersey | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

| 2.7 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Office of the Attorney General**
**Division of Law**
**PO Box 080**
**Trenton, NJ 08625-0080**

*Check all that apply.*
- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date or dates debt was incurred

Basis for the claim:
**For Noticing Purposes Only**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)
- ■ No
- ☐ Yes

---

| 2.8 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**State of New Jersey**
**Division of Taxation**
**Sales & Use Tax**
**PO Box 999**
**Trenton, NJ 08625**

*Check all that apply.*
- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date or dates debt was incurred

Basis for the claim:
**For Noticing Purposes Only**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)
- ■ No
- ☐ Yes

---

| 2.9 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**State of New Jersey**
**Division of Taxation-Gross Income**
**Tax**
**50 Barrack Street**
**PO Box 269**
**Trenton, NJ 08625**

*Check all that apply.*
- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date or dates debt was incurred

Basis for the claim:
**For Noticing Purposes Only**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)
- ■ No
- ☐ Yes

---

| 2.10 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**State of New Jersey**
**Department of Labor**
**Division of Employer Accounts**
**PO Box 379**
**Trenton, NJ 08625-0059**

*Check all that apply.*
- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date or dates debt was incurred

Basis for the claim:
**For Noticing Purposes Only**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)
- ■ No
- ☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Debtor | The Diocese of Camden, New Jersey | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

| 2.11 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**United States Attorney**
**970 Broad Street, Fifth Floor**
**Newark, NJ 07102**

*Check all that apply.*

■ Contingent

■ Unliquidated

■ Disputed

Date or dates debt was incurred

Basis for the claim:
**For Noticing Purposes Only**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No

☐ Yes

---

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

3.  List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
out and attach the Additional Page of Part 2.

| | | | Amount of claim |
|---|---|---|---|

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,167.45 |
|---|---|---|---|

**A Bell Pest Services**
**100 Dobbs Lane**
**Suite 100**
**Cherry Hill, NJ 08034**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  **Trade Debt**

Is the claim subject to offset?  ■ No  ☐ Yes

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**A.F.**
**c/o William J. Martin, Esq.**
**Martin Gunn & Martin, PA**
**216 Haddon Avneue, Suite 420**
**Westmont, NJ 08108**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  **Litigation Plaintiff**

Is the claim subject to offset?  ■ No  ☐ Yes

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**A.M.M.**
**c/o Andrew J. D'Arcy, Esq.**
**D'Arcy Johnson Day, PC**
**3120 Fire Road**
**Egg Harbor Township, NJ 08243**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  **Litigation Plaintiff**

Is the claim subject to offset?  ■ No  ☐ Yes

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**A.N.**
**c/o Harris L. Pogust, Esq.**
**Pogust Millrood, LLC**
**161 Washington Street, Suite 940**
**Conshohocken, PA 19428**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  **Litigation Plaintiff**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| Debtor | The Diocese of Camden, New Jersey | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**A.S.**
**c/o John W. Baldante, Esq.**
**Levy Baldante Finney & Rubenstein, P.C.**
**89 North Haddon Avenue, Suite D**
**Haddonfield, NJ 08033**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred ___

Basis for the claim:  **Litigation Plaintiff**

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$350.00** |
|---|---|---|---|

**Abigail Walsh**
**1500 Pines Avenue**
**Voorhees, NJ 08043**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred ___

Basis for the claim:  **Trade Debt**

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$335.00** |
|---|---|---|---|

**AFP**
**PO Box 51**
**Annapolis Junction, MD 20701**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred ___

Basis for the claim:  **Trade Debt**

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$500.00** |
|---|---|---|---|

**Alejandrina C. Estevez**
**200 N. Packard Street**
**Hammonton, NJ 08037-1939**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred ___

Basis for the claim:  **Refund**

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$741.00** |
|---|---|---|---|

**Alko Distributors**
**1075 Delsea Drive**
**Westville, NJ 08093**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred ___

Basis for the claim:  **Trade Debt**

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$14,600.00** |
|---|---|---|---|

**All Year Landscaping**
**145 W. Grant Avenue**
**Vineland, NJ 08360**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred ___

Basis for the claim:  **Trade Debt**

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,860.80** |
|---|---|---|---|

**Allied Universal Security Services**
**PO Box 828854**
**Philadelphia, PA 19182-8854**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred ___

Basis for the claim:  **Trade Debt**

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | The Diocese of Camden, New Jersey | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,087.14 |
|---|---|---|---|

**Amazon**
**PO Box 530958**
**Atlanta, GA 30353-0958**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $572.09 |
|---|---|---|---|

**Aramark Refreshment Services**
**1351 Metropolitan Avenue**
**West Deptford, NJ 08066**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Assumption Regional Catholic School**
**146 S. Pitney Road**
**Absecon, NJ 08205**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $267.65 |
|---|---|---|---|

**Astro Sign Company**
**Outdoor Advertising, Inc.**
**230 E. High Street**
**Glassboro, NJ 08028**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,006.43 |
|---|---|---|---|

**Atlantic City Electric**
**PO Box 13610**
**Philadelphia, PA 19101**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $315.14 |
|---|---|---|---|

**Automotive Parts Co.**
**809 E. Landis Avenue**
**Vineland, NJ 08360**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**B.H.**
**c/o John W. Baldante, Esq.**
**Levy, Baldante, Finney & Rubenstein, PC**
**89 North Haddon Avenue, Suite D**
**Haddonfield, NJ 08033**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Litigation Plaintiff**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | The Diocese of Camden, New Jersey | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.19**

**Nonpriority creditor's name and mailing address**

**B.M.**
**c/o John W. Baldante, Esq.**
**Levy, Baldante, Finney & Rubenstein**
**89 North Laddon Avenue, Suite D**
**Haddonfield, NJ 08033**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  **Litigation Plaintiff**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.20**

**Nonpriority creditor's name and mailing address**

**B.S.**
**c/o John W. Baldante, Esq.**
**Levy Baldante Finney & Rubenstein, P.C.**
**89 North Haddon Aveue, Suite D**
**Haddonfield, NJ 08033**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  **Litigation Plaintiff**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.21**

**Nonpriority creditor's name and mailing address**

**Backupify, Inc.**
**PO Box 21465**
**New York, NY 10087-1465**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$395.96**

---

**3.22**

**Nonpriority creditor's name and mailing address**

**Batesville**
**10 Al Paul Lane**
**Suite 102**
**Merrimack, NH 03054**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$6,250.00**

---

**3.23**

**Nonpriority creditor's name and mailing address**

**Bernadette M. Taormina**
**2 Heathrow Court**
**Blackwood, NJ 08012**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$200.00**

---

**3.24**

**Nonpriority creditor's name and mailing address**

**Bishop Eustace Preparatory School**
**5552 Route 70**
**Pennsauken, NJ 08109**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.25**

**Nonpriority creditor's name and mailing address**

**Bishop McHugh Regional Catholic School**
**2221 Route 9**
**Cape May Court House, NJ 08210**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Debtor | The Diocese of Camden, New Jersey | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.26** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$12,000.00**

**Bishop McHugh Regional School**
**2221 North Route 9**
**Cape May Court House, NJ 08210**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Subsidy**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.27** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Bishop Schad Regional School**
**922 East Landis Avenue**
**Vineland, NJ 08360**

☑ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.28** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,420.15**

**Botto's Italian Line**
**1411 Kings Highway**
**Swedesboro, NJ 08085**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.29** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$172.00**

**Burrelles**
**PO Box 674**
**Florham Park, NJ 07932**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.30** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**C.D.**
**c/o Ethan Jesse Sheffet, Esq.**
**Sheffet & Dvorin, PC**
**88 Pompton Avenue**
**Verona, NJ 07044**

☑ Contingent
☑ Unliquidated
☑ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Litigation Plaintiff**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.31** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**C.J.M.**
**c/o Benjamin D. Andreozzi, Esq.**
**Andreozzi & Foote**
**4503 North Front Street**
**Harrisburg, PA 17110**

☑ Contingent
☑ Unliquidated
☑ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Litigation Plaintiff**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.32** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$88.00**

**Camden County MUA**
**PO Box 1105**
**Bellmawr, NJ 08099-5105**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | The Diocese of Camden, New Jersey | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.33** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$816.70**

**Camden PV Solar LLC**
**c/o C2 Engery Capital LLC**
**PO Box 5005**
**White Plains, NY 10602-5005**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.34** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$350.00**

**Catherine Johnson**
**1240 Folkstone Way**
**Cherry Hill, NJ 08034**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Stipend**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.35** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$900.00**

**Catholic Benefits Association**
**PO Box 248846**
**Oklahoma City, OK 73124**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.36** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$500.00**

**Catholic Charities**
**1845 Haddon Avenue**
**Camden, NJ 08103**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.37** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Catholic Community of the Holy Spirit**
**17 Earlington Avenue**
**Mullica Hill, NJ 08062**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.38** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,499.00**

**Catholic Star Herald**
**Pastoral Center**
**15 North 7th Street**
**Camden, NJ 08102**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.39** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,999.07**

**Ceridian Employer Services**
**PO Box 10989**
**Newark, NJ 07193**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | The Diocese of Camden, New Jersey | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.40** | **Nonpriority creditor's name and mailing address**
Cesar Pirateque Serrano
Our Lady of Hope
701 Little Gloucester Road
Blackwood, NJ 08012

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Stipend**

Is the claim subject to offset? ☒ No ☐ Yes

**$500.00**

---

**3.41** | **Nonpriority creditor's name and mailing address**
Christ the Good Shepherd Parish
1655 Magnolia Road
Vineland, NJ 08361

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Trade Debt**

Is the claim subject to offset? ☒ No ☐ Yes

**Unknown**

---

**3.42** | **Nonpriority creditor's name and mailing address**
Christ the King Parish
200 Windsor Avenue
Haddonfield, NJ 08033

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Trade Debt**

Is the claim subject to offset? ☒ No ☐ Yes

**Unknown**

---

**3.43** | **Nonpriority creditor's name and mailing address**
Christ the King Regional School
164 Hopkins Ave
Haddonfield, NJ 08033

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Trade Debt**

Is the claim subject to offset? ☒ No ☐ Yes

**Unknown**

---

**3.44** | **Nonpriority creditor's name and mailing address**
Christ the Redeemer Parish
318 Carl Hasselhan Dr
Atco, NJ 08004

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Trade Debt**

Is the claim subject to offset? ☒ No ☐ Yes

**Unknown**

---

**3.45** | **Nonpriority creditor's name and mailing address**
Church of St. Rose of Lima
300 Kings Highway
Haddon Heights, NJ 08035

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Trade Debt**

Is the claim subject to offset? ☒ No ☐ Yes

**$126.58**

---

**3.46** | **Nonpriority creditor's name and mailing address**
Church of the Holy Family Parish
226 Hurffville Road
Sewell, NJ 08080

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Trade Debt**

Is the claim subject to offset? ☒ No ☐ Yes

**Unknown**

---

| Debtor | The Diocese of Camden, New Jersey | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.47**

**Nonpriority creditor's name and mailing address**
**Church of the Incarnation Parish**
240 Main St
Mantua, NJ 08051

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.48**

**Nonpriority creditor's name and mailing address**
**Comcast**
PO Box 3001
Southeastern, PA 19398-3005

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$2,161.70**

---

**3.49**

**Nonpriority creditor's name and mailing address**
**Courier Post #1013**
PO Box 74261
Cincinnati, OH 45274-2621

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$225.84**

---

**3.50**

**Nonpriority creditor's name and mailing address**
**CSI Cleaning Service Inc.**
2971 S. Main Road
Vineland, NJ 08360

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$100.00**

---

**3.51**

**Nonpriority creditor's name and mailing address**
**D.M.**
c/o John W. Baldante, Esq.
Levy Baldante Finney & Rubenstein, PC
89 North Haddon Avenue, Suite D
Haddonfield, NJ 08033

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** **Litigation Plaintiff**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.52**

**Nonpriority creditor's name and mailing address**
**DeLage Landen**
PO Box 41602
Philadelphia, PA 19101-1602

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$2,215.06**

---

**3.53**

**Nonpriority creditor's name and mailing address**
**Deptford Township MUA**
PO Box 5428
Deptford, NJ 08096

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$58.00**

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | The Diocese of Camden, New Jersey | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.54**

**Nonpriority creditor's name and mailing address**
**DH/Perfil Latino TV, Inc.**
**PO Box 935**
**Millville, NJ 08332**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ☑ No ☐ Yes

**$3,875.00**

---

**3.55**

**Nonpriority creditor's name and mailing address**
**Divine Mercy Parish**
**23 W. Chestnut Avenue**
**Vineland, NJ 08360**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.56**

**Nonpriority creditor's name and mailing address**
**Dolores Mozzillo**
**1404 Hillside Drive**
**Cherry Hill, NJ 08003**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Refund**

Is the claim subject to offset? ☑ No ☐ Yes

**$455.00**

---

**3.57**

**Nonpriority creditor's name and mailing address**
**Dominican Srs of Mary Immac**
**Sr. Maria Theresa Nguyen, OP**
**5250 Gasmer Drive**
**Houston, TX 77035**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ☑ No ☐ Yes

**$1,177.22**

---

**3.58**

**Nonpriority creditor's name and mailing address**
**E.B.**
**c/o Heidi Weintraub, Esq.**
**Javerbaum Wurgaft Hicks Kahn, et al.**
**1000 Haddonfield-Berlin Road, Suite 203**
**Voorhees, NJ 08043**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:  **Litigation Plaintiff**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.59**

**Nonpriority creditor's name and mailing address**
**E.F.**
**c/o John W. Baldante, Esq.**
**Levy, Baldante, Finney & Rubenstein, PC**
**89 North Haddon Avenue, Suite D**
**Haddonfield, NJ 08033**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:  **Litigation Plaintiff**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.60**

**Nonpriority creditor's name and mailing address**
**E.J.N.**
**c/o Andrew J. D'Arcy, Esq.**
**D,Arcy, Johnson, Day, PC**
**3120 Fire Road**
**Egg Harbor Township, NJ 08243**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:  **Litigation Plaintiff**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

Debtor  __The Diocese of Camden, New Jersey_____        Case number (if known) _____
      Name

| 3.61 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**E.M.**
**c/o John W. Baldante, Esq.**
**Levy Bandante Finney & Rubenstein, P.C.**
**89 North Haddon Avenue, Suite D**
**Haddonfield, NJ 08033**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __Litigation Plaintiff__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.62 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**E.P.H.**
**c/o Andrew J. D'Arcy, Esq.**
**D'Arcy Johnson Day, P.C.**
**3120 Fire Road**
**Egg Harbor Township, NJ 08243**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __Litigation Plaintiff__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.63 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$474.00** |
|---|---|---|---|

**Eastern Lift Truck Co., Inc.**
**PO Box 307**
**Maple Shade, NJ 08052**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __Trade Debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.64 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$30.00** |
|---|---|---|---|

**Eastern Regional Conference of Canonists**
**236 Jewett Avenue**
**Bridgeport, CT 06606**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __Trade Debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.65 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,983.36** |
|---|---|---|---|

**Entercom Philadelphia**
**PO Box 92911**
**Cleveland, OH 44194-0006**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __Trade Debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.66 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$480.00** |
|---|---|---|---|

**Eurofins QC, Inc.**
**702 Electronic Drive**
**PO Box 962**
**Horsham, PA 19044-0962**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __Trade Debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.67 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,189.00** |
|---|---|---|---|

**Exley's Landscape Service, Inc.**
**1535 Tanyard Road**
**Sewell, NJ 08080**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __Trade Debt__

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **The Diocese of Camden, New Jersey**                                    Case number (if known) _____

Name

| 3.68 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**F.C.K.**
**c/o David M. Cedar, Esq.**
**Williams Cedar, LLC**
**8 Kings Highway West, Suite B**
**Haddonfield, NJ 08033**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: __Litigation Plaintiff__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.69 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,481.24** |
|---|---|---|---|

**Federal Express Corporation**
**PO Box 371461**
**Pittsburgh, PA 15250-7461**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Trade Debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.70 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$270.00** |
|---|---|---|---|

**Francis R. Bulman, MSW, LCSW**
**27 Westminster Drive**
**Voorhees, NJ 08043**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Trade Debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.71 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$100.00** |
|---|---|---|---|

**Friendship Fire Co. #1**
**PO Box 690**
**Woodbury, NJ 08096-5295**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Trade Debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.72 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,954.00** |
|---|---|---|---|

**Garrison Printing**
**7155 Airport Highway**
**Pennsauken, NJ 08109**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Trade Debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.73 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$75.00** |
|---|---|---|---|

**GDA Translations, Inc.**
**1218 Karen Ann Court**
**West Deptford, NJ 08086**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Trade Debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.74 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,683.24** |
|---|---|---|---|

**Gemtex, Inc. t/a Gemini**
**610 Public Road**
**Palmyra, NJ 08065**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Trade Debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | The Diocese of Camden, New Jersey | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.75 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $420.00 |
|---|---|---|---|

**General Chemical and Supply**
**858 Lenola Road**
**Unit 1-A**
**Moorestown, NJ 08057**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Trade Debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.76 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $245.00 |
|---|---|---|---|

**George E. Piper, D.O., DLFAPA**
**The Executive Mews**
**1930 E. Route 70,Suite H-41**
**Cherry Hill, NJ 08003**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Trade Debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.77 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $531.74 |
|---|---|---|---|

**Globe Petroluem**
**t/a Grace Oil**
**PO Box S**
**Red Bank, NJ 07701**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Trade Debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.78 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Gloucester Catholic High School**
**333 South Ridgeway Street**
**Gloucester City, NJ 08030**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Trade Debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.79 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,225.00 |
|---|---|---|---|

**Gold Medal Environmental**
**PO Box 5249**
**New York, NY 10008-5249**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Trade Debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.80 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $250.00 |
|---|---|---|---|

**Good Counsel - South Jersey**
**600 Meadowlands Parkway**
**Room 251**
**Secaucus, NJ 07094**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Contribution__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.81 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $750.00 |
|---|---|---|---|

**Gran**
**3609-11 5th Street**
**Philadelphia, PA 19140**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Trade Debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **The Diocese of Camden, New Jersey** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

| 3.82 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$205.28** |
|---|---|---|---|

**Great America Financial Services**
**PO Box 660831**
**Dallas, TX 75266-0831**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.83 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Guardian Angels Regional School**
**150 South School Street**
**Gibbstown, NJ 08027**

- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.84 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Guardian Angels Regional School**
**717 Beacon Avenue**
**Paulsboro, NJ 08066**

- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.85 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$19,427.85** |
|---|---|---|---|

**Guest House Inc.**
**1601 Joslyn Road**
**PO Box 293**
**Lake Orion, MI 48361**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.86 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$24.00** |
|---|---|---|---|

**Haddon Locksmith**
**200 Whitehorse Pike**
**Oaklyn, NJ 08107**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.87 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$36.00** |
|---|---|---|---|

**Hamilton Township**
**Municipal Utilities Authority**
**6024 Ken Scull Avenue**
**Mays Landing, NJ 08330**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.88 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$107.00** |
|---|---|---|---|

**Henry's Pest Control**
**616 North Lenola Road**
**Moorestown, NJ 08057**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | The Diocese of Camden, New Jersey | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.89** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$368.63**

Hewlett Packard Financial Service Co.
PO Box 402582
Atlanta, GA 30384-2582

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Trade Debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.90** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$600.00**

Hilda Llerena
104 New Castle Court
Galloway, NJ 08205

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Trade Debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.91** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

Holy Angels Catholic Regional School
211 Cooper Street
Woodbury, NJ 08096

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Trade Debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.92** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

Holy Angels Parish
64 Cooper Street
Woodbury, NJ 08096

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Trade Debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.93** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,408.20**

Holy Angels Parish
64 Cooper Street
Woodbury, NJ 08096

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Trade Debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.94** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

Holy Child Parish
13 E. Evesham Rd
Runnemede, NJ 08078

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Trade Debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.95** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

Holy Eucharist Parish
344 Kresson Road
Cherry Hill, NJ 08034

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Trade Debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor __The Diocese of Camden, New Jersey_____    Case number (if known) _____

Name

| | | |
|---|---|---|
| 3.96 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. |

**3.96**

**Nonpriority creditor's name and mailing address**

**Holy Name School**
**700 N 5th St Camden**
**Camden, NJ 08102**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Trade Debt__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.97**

**Nonpriority creditor's name and mailing address**

**Holy Spirit High School**
**500 South New Rd**
**Absecon, NJ 08201**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Trade Debt__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.98**

**Nonpriority creditor's name and mailing address**

**Holy Trinity Parish**
**11 N. Kenyon Avenue**
**Margate City, NJ 08402**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Trade Debt__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.99**

**Nonpriority creditor's name and mailing address**

**Home Depot Credit Services**
**Dept. 32-2502141108**
**Phoenix, AZ 85062-8047**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Trade Debt__

Is the claim subject to offset? ■ No ☐ Yes

**$95.54**

---

**3.100**

**Nonpriority creditor's name and mailing address**

**Immaculate Conception Seminary**
**400 South Orange Avenue**
**South Orange, NJ 07079**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Trade Debt__

Is the claim subject to offset? ■ No ☐ Yes

**$96,465.50**

---

**3.101**

**Nonpriority creditor's name and mailing address**

**Infant Jesus Parish**
**334 Beech Avenue**
**Woodbury Heights, NJ 08097**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Trade Debt__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.102**

**Nonpriority creditor's name and mailing address**

**J.B.**
**c/o John W. Baldante, Esq.**
**Levy Baldante Finney & Rubenstein, PC**
**89 North Haddon Avenue, Suite D**
**Haddonfield, NJ 08033**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** __Litigation Plaintiff__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | The Diocese of Camden, New Jersey | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.103** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown**

J.C.
c/o J. Silvio Mascolo, Esq.
Rebenack, Aronow & Mascolo, LLP
111 Livingston Avenue
New Brunswick, NJ 08901

�False Contingent
�False Unliquidated
�False Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: __Litigation Plaintiff__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.104** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown**

J.H.
c/o J. Silvio Mascolo, Esq.
Rebehack, Aronow & Mascolo, LLP
111 Livingston Avenue
New Brunswick, NJ 08901

�False Contingent
�False Unliquidated
�False Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: __Litigation Plaintiff__

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.105** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown**

J.H.
c/o David M. Cedar, Esq.
Williams Cedar, LLC
8 Kings Highway West, Suite B
Haddonfield, NJ 08033

�False Contingent
�False Unliquidated
�False Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: __Litigation Plaintiff__

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.106** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown**

J.M.
c/o Jay L. Edelstein, Esq.
Edelstein Law, LLP
230 S. Broad Street, Suite 900
Philadelphia, PA 19102

�False Contingent
�False Unliquidated
�False Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: __Litigation Plaintiff__

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.107** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown**

J.M.T.
c/o David M. Cedar, Esq.
Williams Cedar, LLC
8 Kings Highway West, Suite B
Haddonfield, NJ 08033

�False Contingent
�False Unliquidated
�False Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: __Litigation Plaintiff__

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.108** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown**

J.P.
c/o J. Silvio Mascolo, Esq.
Rebehack, Aronow & Mascolo, LLP
111 Livingston Avenue
New Brunswick, NJ 08901

�False Contingent
�False Unliquidated
�False Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: __Litigation Plaintiff__

Is the claim subject to offset? ☐ No ☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

| Debtor | The Diocese of Camden, New Jersey | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.109**

**Nonpriority creditor's name and mailing address**

**JA/GG Doe 21**
**c/o Gregory G. Gianforcaro, Esq.**
**Gianforcaro Law**
**80 South Main Street**
**Phillipsburg, NJ 08865**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  __Litigation Plaintiff__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.110**

**Nonpriority creditor's name and mailing address**

**JA/GG Doe 22**
**c/o Gregory G. Gianforcaro, Esq.**
**Gianforcaro Law**
**80 South Main Street**
**Phillipsburg, NJ 08865**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  __Litigation Plaintiff__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.111**

**Nonpriority creditor's name and mailing address**

**JA/GG John Doe 1**
**c/o Gregory G. Gianforcaro, Esq.**
**Gianforcaro Law**
**80 South Main Street**
**Phillipsburg, NJ 08865**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  __Litigation Plaintiff__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.112**

**Nonpriority creditor's name and mailing address**

**JA/GG John Doe 20**
**c/o Gregory G. Gianforcaro, Esq.**
**Gianforcaro Law**
**80 South Main Street**
**Phillipsburg, NJ 08865**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  __Litigation Plaintiff__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.113**

**Nonpriority creditor's name and mailing address**

**Jane Doe 1**
**c/o David K. Inscho, Esq.**
**Kline & Specgter, P.C.**
**1525 Locust Street, 19th Floor**
**Philadelphia, PA 19102**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  __Litigation Plaintiff__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.114**

**Nonpriority creditor's name and mailing address**

**Jersey Mail Systems, LLC**
**PO Box 322**
**Lebanon, NJ 08833**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  __Trade Debt__

Is the claim subject to offset? ■ No ☐ Yes

**$249.90**

---

Debtor   **The Diocese of Camden, New Jersey**
_____   Case number (if known) _____
Name

| | | |
|---|---|---|
| 3.115 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._   **Unknown** |

**John Doe**
**c/o Matthew G. Merson, Esq.**
**Merson Law, PLLC**
**150 East 58th Street, 34th Floor**
**New York, NY 10155**

- ☒ Contingent
- ☒ Unliquidated
- ☒ Disputed

**Date(s) debt was incurred** __
Basis for the claim:  **Litigation Plaintiff**
**Last 4 digits of account number** __
Is the claim subject to offset?  ☒ No  ☐ Yes

---

| | | |
|---|---|---|
| 3.116 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._   **Unknown** |

**John Doe**
**c/o Derek T. Braslow, Esq.**
**The Braslow Firm, LLC**
**230 Sugartown Road, Suite 20**
**Wayne, PA 19087**

- ☒ Contingent
- ☒ Unliquidated
- ☒ Disputed

**Date(s) debt was incurred** __
Basis for the claim:  **Litigation Plaintiff**
**Last 4 digits of account number** __
Is the claim subject to offset?  ☒ No  ☐ Yes

---

| | | |
|---|---|---|
| 3.117 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._   **$8,600.00** |

**John Hacala**
**Primrose Unit 119**
**650 S. Dodon Road**
**Rogers, AR 72758**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** __
Basis for the claim:  **Trade Debt**
**Last 4 digits of account number** __
Is the claim subject to offset?  ☒ No  ☐ Yes

---

| | | |
|---|---|---|
| 3.118 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._   **Unknown** |

**John J.G. Doe**
**c/o Laura J. Simon, Esq.**
**Dalton & Associates, P.A.**
**1106 West Tenth Street**
**Wilmington, DE 19806**

- ☒ Contingent
- ☒ Unliquidated
- ☒ Disputed

**Date(s) debt was incurred** __
Basis for the claim:  **Litigation Plaintiff**
**Last 4 digits of account number** __
Is the claim subject to offset?  ☒ No  ☐ Yes

---

| | | |
|---|---|---|
| 3.119 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._   **Unknown** |

**John R.B. Doe**
**c/o Laura J. Simon, Esq.**
**Dalton & Associates, P.A.**
**1106 West Tenth Street**
**Wilmington, DE 19806**

- ☒ Contingent
- ☒ Unliquidated
- ☒ Disputed

**Date(s) debt was incurred** __
Basis for the claim:  **Litigation Plaintiff**
**Last 4 digits of account number** __
Is the claim subject to offset?  ☒ No  ☐ Yes

---

| | | |
|---|---|---|
| 3.120 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._   **$200.00** |

**Jonathan Delgado**
**241 E. Creese Ave, Unit 3**
**Wildwood, NJ 08206**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** __
Basis for the claim:  **Stipend**
**Last 4 digits of account number** __
Is the claim subject to offset?  ☒ No  ☐ Yes

---

| | | |
|---|---|---|
| 3.121 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._   **$5,671.46** |

**Joseph R. Riley & Sons Moving Co.**
**9800 Ashton Road**
**Philadelphia, PA 19114**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** __
Basis for the claim:  **Trade Debt**
**Last 4 digits of account number** __
Is the claim subject to offset?  ☒ No  ☐ Yes

---

| Debtor | The Diocese of Camden, New Jersey | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

| 3.122 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $266.97 |
|---|---|---|---|

**Kaeser & Blair Inc.**
**3771 Solution Center**
**Chicago, IL 60677-3007**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.123 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $210.00 |
|---|---|---|---|

**Katherine Cartagena**
**13 W. Summerfield Ave**
**Collingswood, NJ 08108**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Stipend**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.124 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5.00 |
|---|---|---|---|

**Kathleen Allen**
**275 Evergreen Road**
**Barrington, NJ 08007**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Refund**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.125 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,260.00 |
|---|---|---|---|

**Kerestesy Masonry**
**408 Beacon Avenue**
**Vineland, NJ 08360**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.126 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $11,105.00 |
|---|---|---|---|

**Kiva**
**PO Box 246**
**Thorofare, NJ 08086**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.127 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $100.00 |
|---|---|---|---|

**Kretovich Landscaping, LLC**
**110 South Warner Street**
**Woodbury, NJ 08096**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.128 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**L.T.**
**c/o John W. Baldante, Esq.**
**Levy, Baldante, Finney & Rubenstein**
**89 North Haddon Avenue, Suite D**
**Haddonfield, NJ 08033**

- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Litigation Plaintiff**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | The Diocese of Camden, New Jersey | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.129** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$250.00**

**La Red**
c/o Norma Velez de Garcia
11625 Old Street Augustine Road
Jacksonville, FL 32258

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _Membership Fee_

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.130** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$77.25**

**LaTorre Hardware, Inc.**
1607 S. Delsea Drive
Vineland, NJ 08360

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _Trade Debt_

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.131** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,345.00**

**Lawn Arranger, Inc.**
109 Watsontown-New Freedom Road
Berlin, NJ 08009

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _Trade Debt_

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.132** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$165.00**

**Linda S. Altman, MD, MBA**
1601 Walnut Street, Suite 1418
Philadelphia, PA 19102

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _Trade Debt_

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.133** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$284.30**

**Liturgicial Press**
PO Box 7500
Collegeville, MN 56321-7500

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _Trade Debt_

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.134** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**M.A.G.**
c/o David M. Cedar, Esq.
Williams Cedar, LLC
8 Kings Highway West, Suite B
Haddonfield, NJ 08033

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _Litigation Plaintiff_

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.135** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**M.A.W.**
c/o David M. Cedar, Esq.
Williams Cedar, LLC
8 Kings Highway West, Suite B
Haddonfield, NJ 08033

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _Litigation Plaintiff_

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | The Diocese of Camden, New Jersey | Case number (if known) |
|---|---|---|
| | Name | |

| 3.136 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**M.D.**
**c/o John W. Baldante, Esq.**
**Levy, Baldante, Finney & Rubenstein**
**89 North Haddon Avenue, Suite D**
**Haddonfield, NJ 08033**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Litigation Plaintiff__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.137 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**M.F.**
**c/o John W. Baldante, Esq.**
**Levy, Baldante, Finney & Rubenstein**
**89 North Haddon Avenue, Suite D**
**Haddonfield, NJ 08033**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Litigation Plaintiff__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.138 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**M.J.S.**
**c/o Benjamin D. Andreozzi, Esq.**
**Andreozzi & Foote**
**4503 North Front Street**
**Harrisburg, PA 17110**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Litigation Plaintiff__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.139 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**M.L.**
**c/o John W. Baldante, Esq.**
**Levy Baldante Finney & Rubenstein, PC**
**90 N. Haddon Avenue, Suite D**
**Atlantic City, NJ 08401**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Litigation Plaintiff__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.140 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**M.M.**
**c/o Benjamin D. Andreozzi, Esq.**
**Andreozzi + Foote**
**4503 North Front Street**
**Harrisburg, PA 17110**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Litigation Plaintiff__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.141 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**M.S.**
**c/o John W. Baldante, Esq.**
**Levy Baldante Finney & Rubenstein, P.C.**
**89 North Haddon Avenue, Suite D**
**Haddonfield, NJ 08033**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Litigation Plaintiff__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | The Diocese of Camden, New Jersey | Case number (if known) | |
|--------|-----------------------------------|-------------------------|--|
| | Name | | |

| 3.142 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $309.27 |
|-------|--------------------------------------------------|---------------------|----------|

**Majestic Oil Company, Inc.**
**2104 Fairfax Avenue**
**Cherry Hill, NJ 08003**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.143 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $150.00 |
|-------|--------------------------------------------------|---------------------|----------|

**Mario A. Perez**
**2000 N. Ontario Street #C**
**Burbank, CA 91505**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.144 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $125.00 |
|-------|--------------------------------------------------|---------------------|----------|

**Mark A. Davidson**
**303 East Tampa Avenue**
**Villas, NJ 08251**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.145 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|-------|--------------------------------------------------|---------------------|----------|

**Mary, Mother of Mercy Parish**
**500 Greentree Road**
**Glassboro, NJ 08028**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.146 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|-------|--------------------------------------------------|---------------------|----------|

**Mary, Queen of All Saints Parish**
**4824 Camden Avenue**
**Pennsauken, NJ 08110**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.147 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|-------|--------------------------------------------------|---------------------|----------|

**Mater Ecclesiae Parish**
**261 Cross Keys Road**
**Berlin, NJ 08009**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.148 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $22,865.77 |
|-------|--------------------------------------------------|---------------------|----------|

**Matthews International Corp.**
**PO Box 536621**
**Pittsburgh, PA 15253-5908**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | The Diocese of Camden, New Jersey | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.149** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$750.00**

**McGrath Institute for Church Life**
**347 Gedded Hall**
**Notre Dame, IN 46556**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim:  **Trade Debt**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.150** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,776.71**

**Microsoft Corporation**
**1950 N. Stemmons Fwy.**
**Suite 5010**
**Dallas, TX 75207**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim:  **Trade Debt**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.151** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$740.70**

**Missionary Sisters of the Holy Rosary**
**c/o Sr. Ellen Anderson**
**741 Polo Road**
**Bryn Mawr, PA 19010**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim:  **Trade Debt**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.152** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,142.60**

**Morris Graphics, Inc.**
**660 North Broad Street**
**Woodbury, NJ 08906**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim:  **Trade Debt**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.153** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Most Precious Blood Parish**
**445 White Horse Pike**
**West Collingswood, NJ 08107**

■ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim:  **Trade Debt**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.154** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**N.S.**
**c/o John W. Baldante, Esq.**
**Levy Bandante Finney & Rubenstein, P.C.**
**89 North Haddon Avenue, Suite D**
**Haddonfield, NJ 08033**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

Basis for the claim:  **Litigation Plaintiff**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.155** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,090.95**

**Nalco Company LLC**
**PO Box 70716**
**Chicago, IL 60673-0716**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim:  **Trade Debt**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **The Diocese of Camden, New Jersey**

Name

Case number *(if known)*

---

| 3.156 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $200.00 |
|---|---|---|---|

**Nancy Douglass**
**12 S. Syracuse Drive**
**Cherry Hill, NJ 08034**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Stipend__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.157 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $856.90 |
|---|---|---|---|

**National Catholic Services, LLC**
**Virtus Programs, Suite 1664**
**75 Remittance Drive**
**Chicago, IL 60675-1664**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Trade Debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.158 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $300.00 |
|---|---|---|---|

**NCADDHM**
**Fr. Javier Orozco, Off of HM**
**20 Archibishop May Drive**
**Barrington, NJ 08007**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Trade Debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.159 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,678.79 |
|---|---|---|---|

**Nelnet Business Solutions**
**PO Box 30170**
**Omaha, NE 68103-1270**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Trade Debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.160 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $518.98 |
|---|---|---|---|

**New Jersey American Water Co.**
**PO Box 371331**
**Pittsburgh, PA 15250-7331**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Trade Debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.161 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $24,360.31 |
|---|---|---|---|

**New Jersey Catholic Conference**
**149 North Warren Street**
**Trenton, NJ 08608**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Trade Debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.162 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,555.25 |
|---|---|---|---|

**NJ Provincial Directory**
**Pastoral Center**
**15 North 7th Street**
**Camden, NJ 08102**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Trade Debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | The Diocese of Camden, New Jersey | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.163** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$12,673.40**

**Northeast Mechanical Services**
**402 Airport Drive**
**Williamstown, NJ 08094**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __Trade Debt__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.164** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Notre Dame de la Mer Parish**
**1500 Central Ave, Suite 100**
**North Wildwood, NJ 08260**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __Trade Debt__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.165** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$203.65**

**NRP Direct**
**PO Box 743140**
**Atlanta, GA 30374-3140**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __Trade Debt__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.166** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$698.87**

**OCP Publications**
**PO Box 35147**
**#3368**
**Seattle, WA 98124-5147**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __Trade Debt__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.167** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$934.17**

**Office Depot**
**PO Box 633211**
**Cincinnati, OH 45263-3211**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __Trade Debt__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.168** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Office of the NJ Attorney General**
**Richard J. Hughes Justice Complex**
**25 Market Street**
**PO Box 080**
**Trenton, NJ 08625-0080**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __Notice Only__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.169** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Our Lady of Guadalupe Parish**
**135 N. White Horse Pike**
**Lindenwold, NJ 08021**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __Trade Debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | The Diocese of Camden, New Jersey | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.170** | Nonpriority creditor's name and mailing address

**Our Lady of Hope Parish**
**701 Little Gloucester Rd**
**Blackwood, NJ 08012**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade Debt__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.171** | Nonpriority creditor's name and mailing address

**Our Lady of Hope Regional School**
**420 S. Black Horse Pike**
**Blackwood, NJ 08012**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade Debt__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.172** | Nonpriority creditor's name and mailing address

**Our Lady of Mercy Academy**
**1001 Main Road**
**Newfield, NJ 08344**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade Debt__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.173** | Nonpriority creditor's name and mailing address

**Our Lady of Mt. Carmel Regional School**
**1 Cedar Ave**
**Berlin, NJ 08009**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade Debt__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.174** | Nonpriority creditor's name and mailing address

**Our Lady of Peace Parish**
**32 Carroll Avenue**
**Williamstown, NJ 08094**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade Debt__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.175** | Nonpriority creditor's name and mailing address

**Our Lady of Perpetual Help Parish**
**146 S. Pitney Road**
**Galloway, NJ 08205**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade Debt__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.176** | Nonpriority creditor's name and mailing address

**Our Lady of Sorrows Parish**
**724 Maple Avenue**
**Linwood, NJ 08221**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade Debt__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | **The Diocese of Camden, New Jersey** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.177** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**Our Lady of the Angels Parish**
**35 East Mechanic Street**
**Cape May Court House, NJ 08210**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.178** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**Our Lady of the Blessed Sacrament Parish**
**104 Catawba Avenue**
**Newfield, NJ 08344**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.179** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**Our Lady of the Lakes Parish**
**19 Malaga Road**
**Collings Lakes, NJ 08094**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.180** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**Our Lady Star of the Sea Parish**
**520 Lafayette Street**
**Cape May, NJ 08204**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.181** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**Our Lady Star of the Sea Regional School**
**15 N. California Ave**
**Atlantic City, NJ 08401**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.182** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**P.A.N.**
**c/o Benjamin D. Andreozzi, Esq.**
**Andreozzi & Foote**
**4503 North Front Street**
**Harrisburg, PA 17110**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Litigation Plaintiff**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.183** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**P.H.**
**c/o David K. Inscho, Esq.**
**Kline & Specter, P.C.**
**1525 Locust Street, 19th Floor**
**Philadelphia, PA 19102**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Litigation Plaintiff**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **The Diocese of Camden, New Jersey**                              Case number (if known)
_____
Name

| 3.184 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,852.74** |

**Parish of the Holy Cross**
**46 Central Avenue**
**Bridgeton, NJ 08302**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.185 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Paul VI High School**
**901 Hopkins Road, Suite B**
**Haddonfield, NJ 08033**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.186 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,174.00** |

**Penn City Elevator Co., Inc.**
**PO Box 607**
**Medford, NJ 08055**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.187 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$69.75** |

**Pep Boys Auto Plus**
**Attn:  Remittance Department**
**PO Box 8500-50445**
**Philadelphia, PA 19178-0445**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.188 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,048.62** |

**Peterson Service Company**
**234 Route 70**
**Medford, NJ 08055**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.189 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,372,000.00** |

**PNC Bank**
**Attn:  Business Banking**
**222 Delaware Avenue**
**Wilmington, DE 19801**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Paycheck Protection Program Term Note**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.190 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$11,167.39** |

**PNC Bank**
**c/o Zak Thomas, Esq.**
**501 Grant Street, Suite 200**
**Pittsburgh, PA 15219-4413**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Credit Card**

Last 4 digits of account number  **4323**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | The Diocese of Camden, New Jersey | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.191 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$22,807,500.00** |
|---|---|---|---|
| | **PNC Bank, NA** | ☐ Contingent | |
| | **PO Box 1030** | ☐ Unliquidated | |
| | **Oshtemo, MI 49009** | ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** __Line of Credit__ | |
| | Last 4 digits of account number __5824__ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.192 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$177.92** |
|---|---|---|---|
| | **Pointclickcare Technologies Inc.** | ☐ Contingent | |
| | **PO Box 674802** | ☐ Unliquidated | |
| | **Detroit, MI 48267-4802** | ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** __Trade Debt__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.193 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$25,772.00** |
|---|---|---|---|
| | **Porter & Curtis LLC** | ☐ Contingent | |
| | **225 State Road** | ☐ Unliquidated | |
| | **Media, PA 19063** | ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** __Trade Debt__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.194 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$2,208.24** |
|---|---|---|---|
| | **Productivity Plus Account** | ☐ Contingent | |
| | **PO Box 78004** | ☐ Unliquidated | |
| | **Phoenix, AZ 85062-8004** | ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** __Trade Debt__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.195 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$16,451.66** |
|---|---|---|---|
| | **PSE&G** | ☐ Contingent | |
| | **PO Box 14444** | ☐ Unliquidated | |
| | **New Brunswick, NJ 08906-4444** | ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** __Trade Debt__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.196 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$39.98** |
|---|---|---|---|
| | **Purchase Power** | ☐ Contingent | |
| | **PO Box 371874** | ☐ Unliquidated | |
| | **Pittsburgh, PA 15250-7874** | ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** __Trade Debt__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.197 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,071.25** |
|---|---|---|---|
| | **Quality Landscaping** | ☐ Contingent | |
| | **PO Box 921** | ☐ Unliquidated | |
| | **Clementon, NJ 08021** | ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** __Trade Debt__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | The Diocese of Camden, New Jersey | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.198 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,250.00 |
|---|---|---|---|

**R J Miller Roofing & Sliding, LLC**
**94 Akron Avenue**
**Haddon Township, NJ 08107-7000**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.199 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**R.C.E.**
**c/o Gregory G. Gianforcaro, Esq.**
**Gianforcaro Law**
**80 South Main Street**
**Phillipsburg, NJ 08865**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **Litigation Plaintiff**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.200 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**R.S.**
**c/o K. Raja Bhattacharya, Esq.**
**Bendit Weinstock, PC**
**80 Main Street, Suite 260**
**West Orange, NJ 07052**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **Litigation Plaintiff**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.201 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $505.47 |
|---|---|---|---|

**Ready Refresh**
**PO Box 856192**
**Louisville, KY 40285-6192**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.202 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $289.00 |
|---|---|---|---|

**Redy Battery Company**
**1722 Hurffville Road**
**Unit 2A**
**Sewell, NJ 08080**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.203 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $195.00 |
|---|---|---|---|

**Reeves Lawn Care LLC**
**103 North Cologne Avenue**
**Egg Harbor City, NJ 08215**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.204 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $540.04 |
|---|---|---|---|

**Republic Services**
**PO Box 9001099**
**Louisville, KY 40290-1099**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | The Diocese of Camden, New Jersey | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.205 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$473.60** |
|---|---|---|---|

**Resorts Atlantic City**
**1133 Broadwalk**
**Atlantic City, NJ 08401**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.206 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$1,952.50** |
|---|---|---|---|

**Response Time Inc.**
**1 Fiber Optic Lane, Suite B**
**Williamstown, NJ 08094**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.207 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Resurrection Regional Catholic School**
**402 N. Kings Highway**
**Cherry Hill, NJ 08034**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.208 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$222.10** |
|---|---|---|---|

**Rev. Allen Lovell**
**631 Market Street**
**Camden, NJ 08102**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Reimbursment**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.209 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$1,000.00** |
|---|---|---|---|

**Rev. Alvaro J. Diaz**
**1337 Asbury Ave**
**Ocean City, NJ 08226**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Stipend**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.210 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$450.00** |
|---|---|---|---|

**Rev. Charles Colozzi**
**St. Gabriel the Archangel Parish**
**350 Georgetown Road**
**Carneys Point, NJ 08081**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Reimbursement**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.211 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$24.05** |
|---|---|---|---|

**Rev. Jakub Ciolak**
**Christ the King Parish**
**200 Windsor Avenue**
**Haddonfield, NJ 08033**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Reimbursment**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | The Diocese of Camden, New Jersey | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.212** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,200.00**

Rev. John Buckthese
St Mary of Mt. Carmel
226 French Street
Hammonton, NJ 08037

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Stipend__

Last 4 digits of account number __

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.213** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$600.00**

Rev. John Jairo Franco
St. Clare of Assisi Parish
140 Broad Street
Swedesboro, NJ 08085

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Stipend__

Last 4 digits of account number __

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.214** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$24.05**

Rev. Joselito Ramos
St. Katherine Drexel Parish
6075 West Jersey Avenue
Egg Harbor Township, NJ 08234

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Reimbursement__

Last 4 digits of account number __

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.215** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,200.00**

Rev. Kenneth Hallahan
1739 Ferry Avenue
Camden, NJ 08104

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Stipend__

Last 4 digits of account number __

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.216** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$600.00**

Rev. Rene Canalaes
Our Lady of Guadalupe
100 South Avenue
Lindenwold, NJ 08021

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Stipend__

Last 4 digits of account number __

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.217** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$500.00**

Ricardo Lozano Cruz
Christ Our Light Parish
402 Kings Highway North
Cherry Hill, NJ 08034-1091

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Stipend__

Last 4 digits of account number __

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.218** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$327.34**

Ricoh USA Inc.
PO Box 827577
Philadephia, PA 19182

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Trade Debt__

Last 4 digits of account number __

Is the claim subject to offset? ☒ No ☐ Yes

---

Debtor    __The Diocese of Camden, New Jersey_____    Case number (if known) _____
　　　　　Name

| 3.219 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $245.00 |
|---|---|---|---|

**Rock Solid Short Load Concrete**
**PO Box 526**
**Gloucester City, NJ 08030**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __Trade Debt__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.220 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**S.B.**
**c/o Joseph Auddino, Esq.**
**Marino Associates**
**301 Wharton Street**
**Philadelphia, PA 19147**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __Litigation Plaintiff__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.221 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**S.G.**
**c/o John W. Baldante, Esq.**
**Levy Baldante Finney & Rubenstein**
**89 North Haddon Avenue, Suite D**
**Haddonfield, NJ 08033**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __Litigation Plaintiff__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.222 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Sacred Heart Parish**
**1739 Ferry Ave**
**Camden, NJ 08104**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __Trade Debt__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.223 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Sacred Heart School**
**404 Jasper St.**
**Camden, NJ 08104**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __Trade Debt__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.224 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Saint Maximilian Kolbe Parish**
**200 Tuckahoe Road**
**Marmora, NJ 08223**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __Trade Debt__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.225 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Saint Teresa of Calcutta Parish**
**809 Park Avenue**
**Collingswood, NJ 08108**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __Trade Debt__

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | The Diocese of Camden, New Jersey | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.226** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$740.00**

**Scott Pegg's Lawn Service**
**PO Box 572**
**Stratford, NJ 08084**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.227** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$705.50**

**Seeton Turf Warehouse, LLC**
**25 Roland Avenue**
**Mount Laurel, NJ 08054**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.228** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,074.00**

**Selection.com**
**155 Tri-County Pkwy, Suite 150**
**Cincinnati, OH 45246**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.229** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$9,835.00**

**Servants of the Paraclete**
**Attn:  Accounting**
**PO Box 539**
**Cedar Hill, MO 63016**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.230** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$8,883.00**

**Servicemaster TBS Div.**
**73 Coolidge Avenue**
**Bellmawr, NJ 08031**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.231** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$5,029.48**

**Shoprite**
**2240 Marlton Pike W, Suite 17**
**Cherry Hill, NJ 08002**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.232** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$73.14**

**South Jersey Gas**
**PO Box 6091**
**Bellmawr, NJ 08099-6091**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | The Diocese of Camden, New Jersey | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.233** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$253.00**

**South Jersey Sanitation**
PO Box 1224
Hammonton, NJ 08037

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.234** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$226.29**

**South Jersey Water Conditioning Service**
760 Shiloh Pike
Bridgeton, NJ 08302

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.235** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$221.51**

**South Jersey Welding Supply Co.**
PO Box 658
Maple Shade, NJ 08052-0658

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.236** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$194.00**

**Southern Pest Control**
PO Box 95
Oaklyn, NJ 08107

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.237** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,949.14**

**Square One**
111 Gaither Drive
Suite 104
Mount Laurel, NJ 08054-1752

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.238** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**St Michael the Archangel Regional School**
51 West North St
Clayton, NJ 08312

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.239** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**St. Andrew Kim Korean Catholic Mission**
702 South New Road
Absecon, NJ 08201

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | The Diocese of Camden, New Jersey | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.240** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**St. Andrew the Apostle Parish**
**27 Kresson-Gibbsboro Road**
**Gibbsboro, NJ 08026**

- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred ___

Last 4 digits of account number ___

Basis for the claim: __Trade Debt__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.241** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**St. Anthony of Padua School**
**2824 River Rd**
**Camden, NJ 08105**

- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred ___

Last 4 digits of account number ___

Basis for the claim: __Trade Debt__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.242** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**St. Augustine Prep School**
**611 North Cedar Avenue**
**P.O. Box 279**
**Richland, NJ 08350**

- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred ___

Last 4 digits of account number ___

Basis for the claim: __Trade Debt__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.243** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**St. Brendan the Navigator Parish**
**5012 Dune Dr.**
**Avalon, NJ 08202**

- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred ___

Last 4 digits of account number ___

Basis for the claim: __Trade Debt__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.244** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**St. Bridget University Parish**
**125 Church Street**
**Glassboro, NJ 08028**

- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred ___

Last 4 digits of account number ___

Basis for the claim: __Trade Debt__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.245** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**St. Cecilia School**
**4851 Camden Avenue**
**Pennsauken, NJ 08110**

- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred ___

Last 4 digits of account number ___

Basis for the claim: __Trade Debt__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.246** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**St. Charles Borromeo Parish**
**176 Stage Coach Road**
**Sicklerville, NJ 08081**

- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred ___

Last 4 digits of account number ___

Basis for the claim: __Trade Debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | The Diocese of Camden, New Jersey | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.247 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**St. Clare of Assisi Parish**
140 Broad Street
Swedesboro, NJ 08085

- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Trade Debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.248 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**St. Damien Parish**
1310 Ocean Avenue
Ocean City, NJ 08226

- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Trade Debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.249 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**St. Elizabeth Ann Seton Parish**
591 New Jersey Ave
Absecon, NJ 08201

- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Trade Debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.250 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**St. Gabriel the Archangel Parish**
369 Georgetown Road
Carneys Point, NJ 08069

- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Trade Debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.251 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**St. Gianna Beretta Molla Parish**
1421 New Road
Northfield, NJ 08225

- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Trade Debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.252 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,500.00 |
|---|---|---|---|

**St. Joachim Church**
601 W. Browning Road
Bellmawr, NJ 08031

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Trade Debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.253 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**St. Joachim Parish**
601 W. Browning Road
Bellmawr, NJ 08031

- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Trade Debt__

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **The Diocese of Camden, New Jersey**

Name

Case number *(if known)*

---

| 3.254 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**St. John Neumann Parish**
**680 Townbank Road**
**North Cape May, NJ 08204**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.255 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**St. John Paul II Regional School**
**55 Warwick Road**
**Stratford, NJ 08084**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.256 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$200.00** |
|---|---|---|---|

**St. John Vianney Center**
**151 Woodbine Road**
**Downingtown, PA 19335**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.257 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**St. Joseph Parish**
**126 44th Street**
**Sea Isle City, NJ 08243**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.258 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**St. Joseph Parish**
**606 Shore Road**
**Somers Point, NJ 08244**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.259 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**St. Joseph Pro-Cathedral Parish**
**2907 Federal St**
**Camden, NJ 08105**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.260 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**St. Joseph Pro-Cathedral School**
**2907 Federal St.**
**Camden, NJ 08105**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | The Diocese of Camden, New Jersey | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.261 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**St. Joseph Regional School**
**11 Harbor Lane**
**Somers Point, NJ 08244**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Trade Debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.262 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**St. Joseph the Worker Parish**
**901 Hopkins Road, Suite A**
**Haddon Twp., NJ 08033**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Trade Debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.263 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**St. Katharine Drexel Parish**
**6075 West Jersey Avenue**
**Egg Harbor Township, NJ 08234**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Trade Debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.264 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**St. Margaret Regional School**
**773 Third St**
**Woodbury Heights, NJ 08097**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Trade Debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.265 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**St. Mary of Mount Carmel Parish**
**226 French Street**
**Hammonton, NJ 08037**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Trade Debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.266 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**St. Mary Parish**
**426 Monmouth Street**
**Gloucester, NJ 08030**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Trade Debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.267 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**St. Mary Regional School**
**735 Union Rd**
**East Vineland, NJ 08360**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Trade Debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | The Diocese of Camden, New Jersey | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.268**

**Nonpriority creditor's name and mailing address**

**St. Mary School**
**32 Carrol Avenue**
**Williamstown, NJ 08094**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.269**

**Nonpriority creditor's name and mailing address**

**St. Mary's Center**
**210 St Mary's Drive**
**Cherry Hill, NJ 08003**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$14,012.00**

---

**3.270**

**Nonpriority creditor's name and mailing address**

**St. Mary's Villa**
**220 St Mary Drive**
**Cherry Hill, NJ 08003**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$60,560.00**

---

**3.271**

**Nonpriority creditor's name and mailing address**

**St. Padre Pio Parish**
**4680 Dante Avenue**
**Vineland, NJ 08360**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.272**

**Nonpriority creditor's name and mailing address**

**St. Peter Parish**
**43 W. Maple Avenue**
**Merchantville, NJ 08109**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.273**

**Nonpriority creditor's name and mailing address**

**St. Peter School**
**51 West Maple Avenue**
**Merchantville, NJ 08109**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.274**

**Nonpriority creditor's name and mailing address**

**St. Rose of Lima Parish**
**300 Kings Highway**
**Haddon Heights, NJ 08035**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | **The Diocese of Camden, New Jersey** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.275**

**Nonpriority creditor's name and mailing address**

**St. Rose of Lima School**
**300 Kings Highway**
**Haddon Heights, NJ 08035**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Trade Debt__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.276**

**Nonpriority creditor's name and mailing address**

**St. Simon Stock Parish**
**178 W. White Horse Pike**
**Berlin, NJ 08009**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Trade Debt__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.277**

**Nonpriority creditor's name and mailing address**

**St. Stephen Parish**
**6306 Browning Road**
**Pennsauken, NJ 08109**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Trade Debt__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.278**

**Nonpriority creditor's name and mailing address**

**St. Teresa Regional School**
**27 East Evesham Road**
**Runnemede, NJ 08078**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Trade Debt__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.279**

**Nonpriority creditor's name and mailing address**

**St. Thomas More Parish**
**1439 Springdale Rd**
**Cherry Hill, NJ 08003**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Trade Debt__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.280**

**Nonpriority creditor's name and mailing address**

**St. Thomas the Apostle Parish**
**331 8th Street South**
**Brigantine, NJ 08203**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Trade Debt__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.281**

**Nonpriority creditor's name and mailing address**

**St. Vincent De Paul Parish**
**5021 Harding Highway**
**Mays Landing, NJ 08330**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Trade Debt__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | The Diocese of Camden, New Jersey | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.282 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**St. Vincent de Paul Regional School**
**5809 East Main Street**
**Mays Landing, NJ 08330**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:** **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.283 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**St. Yi Yunil Korean Catholic Mission**
**2001 Springdale Rd**
**Cherry Hill, NJ 08003**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:** **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.284 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$31.27** |
|---|---|---|---|

**Staples Advantage**
**PO Box 70242**
**Philadelphia, PA 19176-0242**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:** **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.285 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$33.97** |
|---|---|---|---|

**Staples Credit Plan**
**Dept 11-0002282317**
**PO Box 9001036**
**Louisville, KY 40290-1036**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:** **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.286 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**State of New Jersey**
**c/o Ann C. Pearl, Esq.**
**Commissioner of Transportation**
**1940 Route 70 East, Suite 2**
**Cherry Hill, NJ 08003**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:** **Litigation Plaintiff**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.287 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$790.19** |
|---|---|---|---|

**Stewart, A Xerox Company**
**PO Box 936763**
**Atlanta, GA 31193-6763**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:** **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.288 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$254.34** |
|---|---|---|---|

**Stomel Services**
**1820 Garden Avenue**
**Cherry Hill, NJ 08003**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:** **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | The Diocese of Camden, New Jersey | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.289** | **Nonpriority creditor's name and mailing address**
**Sts. Peter and Paul Church**
**362 Ganttown Road**
**Turnersville, NJ 08012**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  __Trade Debt__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.290** | **Nonpriority creditor's name and mailing address**
**Sunoco**
**PO Box 689156**
**Des Moines, IA 50368-9156**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  __Trade Debt__

Is the claim subject to offset? ■ No ☐ Yes

**$22.99**

---

**3.291** | **Nonpriority creditor's name and mailing address**
**Superior Scaffold Services**
**600 Center Avenue**
**Bensalem, PA 19020**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  __Trade Debt__

Is the claim subject to offset? ■ No ☐ Yes

**$2,813.93**

---

**3.292** | **Nonpriority creditor's name and mailing address**
**Susan Cleary**
**1405 Martin Avenue**
**Cherry Hill, NJ 08002**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  __Stipend__

Is the claim subject to offset? ■ No ☐ Yes

**$200.00**

---

**3.293** | **Nonpriority creditor's name and mailing address**
**Syndicate Strategies**
**1489 Baltimore Pike**
**Bldg 100, Suite 101**
**Springfield, PA 19064**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  __Trade Debt__

Is the claim subject to offset? ■ No ☐ Yes

**$10,450.00**

---

**3.294** | **Nonpriority creditor's name and mailing address**
**T.J.**
**c/o Harris L. Pogust, Esq.**
**Pogust Millrood, LLC**
**161 Washington Street, Suite 940**
**Conshohocken, PA 19428**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  __Litigation Plaintiff__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.295** | **Nonpriority creditor's name and mailing address**
**T.J.M.**
**c/o Andrew J. D'Arcy, Esq.**
**D'Arcy Johnson Day, PC**
**3120 Fire Road**
**Egg Harbor Township, NJ 08243**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  __Litigation Plaintiff__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | The Diocese of Camden, New Jersey | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.296 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**T.V.**
c/o Karl Friedrichs, Esq.
Locks Law Firm, LLC
801 North Kings Highway
Cherry Hill, NJ 08034

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: __Litigation Plaintiff__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.297 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$275.00** |
|---|---|---|---|

**Tab Shredding**
341 Cooper Road
West Berlin, NJ 08091

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Trade Debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.298 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$13,121.62** |
|---|---|---|---|

**Telesystems**
**Block Line Systems**
PO Box 826590
Philadelphia, PA 19182-6590

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Trade Debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.299 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$688.02** |
|---|---|---|---|

**TGI Office Automation, Inc.**
120 3rd Street
Brooklyn, NY 11231

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Trade Debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.300 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**The Catholic Church of St. Mary**
2001 Springdale Road
Cherry Hill, NJ 08003

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Trade Debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.301 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**The Catholic Community of Christ**
**Our Light**
402 Kings Hwy North
Cherry Hill, NJ 08034

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Trade Debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.302 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**The Parish of All Saints**
621 Dock Street
Millville, NJ 08332

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Trade Debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | The Diocese of Camden, New Jersey | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.303** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**The Parish of Saint Monica**
2651 Atlantic Ave
Atlantic City, NJ 08401

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade Debt__

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.304** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**The Parish of St. Michael the Archangel**
49 W. North St.
Clayton, NJ 08312

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade Debt__

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.305** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**The Parish of the Cathedral of the
Immaculate Conception**
642 Market Street
Camden, NJ 08102

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade Debt__

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.306** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**The Parish of the Holy Cross**
46 Central Avenue
Bridgeton, NJ 08302

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade Debt__

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.307** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$200.00**

**Thomas Leighton**
241 E. Creese Avenue
Unit 3
Wildwood, NJ 08260

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Stipend__

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.308** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$556.43**

**TIAA Commerical Finance, Inc.**
PO Box 911608
Denver, CO 80291-1608

Date(s) debt was incurred _
Last 4 digits of account number  0973

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade Debt__

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.309** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$442.54**

**Timothy L. Davis**
114 Second Avenue
Mount Ephraim, NJ 08059

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Reimbursement__

Is the claim subject to offset? ☐ No ☐ Yes

---

| Debtor | The Diocese of Camden, New Jersey | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.310** | Nonpriority creditor's name and mailing address

**U.S. Postal Service**
**421 Benigno Blvd**
**Bellmawr, NJ 08099-9651**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ☑ No ☐ Yes

**$165.00**

---

**3.311** | Nonpriority creditor's name and mailing address

**Uline**
**Attn:  Accounts Receivable**
**PO Box 88741**
**Chicago, IL 60680-1741**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ☑ No ☐ Yes

**$502.60**

---

**3.312** | Nonpriority creditor's name and mailing address

**V.A.**
**c/o Matthew A. Luber, Esq.**
**McOmber, McOmber & Luber, P.C.**
**39 East Main Street**
**Marlton, NJ 08053**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:  **Litigation Plaintiff**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.313** | Nonpriority creditor's name and mailing address

**V.J.S.**
**c/o David M. Cedar, Esq.**
**Williams Cedar, LLC**
**8 Kings Highway West, Suite B**
**Haddonfield, NJ 08033**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:  **Litigation Plaintiff**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.314** | Nonpriority creditor's name and mailing address

**Verizon**
**PO Box 4833**
**Trenton, NJ 08650-4833**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ☑ No ☐ Yes

**$1,440.78**

---

**3.315** | Nonpriority creditor's name and mailing address

**Verizon Wireless**
**PO Box 408**
**Newark, NJ 07101-0408**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ☑ No ☐ Yes

**$4,928.81**

---

**3.316** | Nonpriority creditor's name and mailing address

**Villa Raffaella**
**917 South Main Street**
**Pleasantville, NJ 08232**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ☑ No ☐ Yes

**$3,800.00**

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com  Best Case Bankruptcy

| Debtor | The Diocese of Camden, New Jersey | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.317**

**Nonpriority creditor's name and mailing address**
**Villanova University**
**800 Lancaster Avenue**
**Villanova, PA 19085**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ☑ No ☐ Yes

**$1,520.00**

---

**3.318**

**Nonpriority creditor's name and mailing address**
**Vineland Municipal Utilities**
**PO Box 1508**
**Vineland, NJ 08362-1508**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ☑ No ☐ Yes

**$317.13**

---

**3.319**

**Nonpriority creditor's name and mailing address**
**W.F.C.**
**c/o Benjamin D. Andreozzi, Esq.**
**Andreozzi + Foote**
**4503 North Front Street**
**Harrisburg, PA 17110**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:  **Litigation Plaintiff**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.320**

**Nonpriority creditor's name and mailing address**
**W.H.**
**c/o Benjamin D. Amdreozzi, Esq.**
**Andreozzi + Foote**
**4503 North Front Street**
**Harrisburg, PA 17110**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:  **Litigation Plaintiff**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.321**

**Nonpriority creditor's name and mailing address**
**W.P.S.**
**c/o Benjamin D. Adreozzi, Esq.**
**Andreozzi & Foote**
**4503 North Front Street**
**Harrisburg, PA 17110**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:  **Litigation Plaintiff**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.322**

**Nonpriority creditor's name and mailing address**
**Walter Abilla**
**5510 9th Street NW**
**Washington, DC 20011-2910**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Refund**

Is the claim subject to offset? ☑ No ☐ Yes

**$200.00**

---

**3.323**

**Nonpriority creditor's name and mailing address**
**Waste Management**
**PO Box 13648**
**Philadelphia, PA 19101-3648**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ☑ No ☐ Yes

**$711.61**

---

| Debtor | **The Diocese of Camden, New Jersey** | Case number (if known) | |
|--------|----------------------------------------|------------------------|--|
| | Name | | |

---

| 3.324 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $39.96 |
|-------|--------------------------------------------------|-------------------------------------------------------------------|--------|

**Watchung Spring Water Co. Inc.**
**PO Box 3019**
**1900 Swarthmore Ave**
**Lakewood, NJ 08701-8119**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Trade Debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.325 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $778.35 |
|-------|--------------------------------------------------|-------------------------------------------------------------------|---------|

**WB Mason Co. Inc.**
**PO Box 981101**
**Boston, MA 02298-1101**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Trade Debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.326 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $987.82 |
|-------|--------------------------------------------------|-------------------------------------------------------------------|---------|

**Webers Power Equipment**
**868 Elk Road**
**Monroeville, NJ 08343**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Trade Debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.327 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|-------|--------------------------------------------------|-------------------------------------------------------------------|---------|

**Wildwood Catholic Academy**
**1500 Central Avenue**
**North Wildwood, NJ 08260**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Trade Debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.328 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $100.00 |
|-------|--------------------------------------------------|-------------------------------------------------------------------|---------|

**Woodbury Police Department**
**220 S. Broad Street**
**Woodbury, NJ 08096**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Trade Debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.329 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $330.30 |
|-------|--------------------------------------------------|-------------------------------------------------------------------|---------|

**Xaverian Missionaries**
**c/o Fr. Mark Marangone, S.X.**
**12 Helene Court**
**Wayne, NJ 07470**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Trade Debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.330 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,544.66 |
|-------|--------------------------------------------------|-------------------------------------------------------------------|-----------|

**Xerox Financial Services**
**PO Box 202882**
**Dallas, TX 75320-2882**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Trade Debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | The Diocese of Camden, New Jersey | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.331 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,214.91 |
|---|---|---|---|

**Xtel Communications, Inc.**
**PO Box 71402**
**Philadelphia, PA 19176-1402**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No  ☐ Yes

| 3.332 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,809.39 |
|---|---|---|---|

**Zdzislaw Bielaszka**
**7 Freedom Court**
**Deptford, NJ 08096**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

## Part 3:    List Others to Be Notified About Unsecured Claims

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **A.M.M.**<br>**c/o David P. Matthews**<br>**Matthews & Associates**<br>**2905 Sackett Street**<br>**Houston, TX 77094** | Line **3.3**<br><br>☐ Not listed. Explain ____ | _ |
| 4.2 | **A.N.**<br>**c/o Brian D. Kent, Esq.**<br>**Laffey, Bucci & Kent LLP**<br>**371 Hoes Lane, #200**<br>**Piscataway, NJ 08854** | Line **3.4**<br><br>☐ Not listed. Explain ____ | _ |
| 4.3 | **A.S.**<br>**c/o Adam P. Slater, Esq.**<br>**Slater Slater Schulman, LLP**<br>**89 N. Haddon Avenue, Suite D**<br>**Haddonfield, NJ 08033** | Line **3.5**<br><br>☐ Not listed. Explain ____ | _ |
| 4.4 | **B.H.**<br>**c/o Adam P. Slater, Esq.**<br>**Slater Slater Schulman, LLP**<br>**89 N. Haddon Avenue, Suite D**<br>**Haddonfield, NJ 08033** | Line **3.18**<br><br>☐ Not listed. Explain ____ | _ |
| 4.5 | **B.M.**<br>**c/o Adam P. Slater, Esq.**<br>**Slater Slater Schulman, LLP**<br>**89 North Haddon Avenue, Suite D**<br>**Haddonfield, NJ 08033** | Line **3.19**<br><br>☐ Not listed. Explain ____ | _ |
| 4.6 | **B.S.**<br>**c/o Adam P. Slater, Esq.**<br>**Slater SlaterSchulman, LLP**<br>**89 N. Haddon Avenue, Suite D**<br>**Haddonfield, NJ 08033** | Line **3.20**<br><br>☐ Not listed. Explain ____ | _ |

| Debtor | The Diocese of Camden, New Jersey | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.7 | **C.D.**<br>**c/o Jeff Herman, Esq.**<br>**Herman Law**<br>**434 West 33rd Street, Penthouse**<br>**New York, NY 10001** | Line __3.30__<br><br>☐ Not listed. Explain ____ | _ |
| 4.8 | **D.M.**<br>**c/o Adam P. Slater, Esq.**<br>**Slater Slater Schulman, LLP**<br>**89 N. Haddon Avneue, Suite D**<br>**Haddonfield, NJ 08033** | Line __3.51__<br><br>☐ Not listed. Explain ____ | _ |
| 4.9 | **E.F.**<br>**c/o Adam P. Slater, Esq.**<br>**Slater Slater Schulman, LLP**<br>**89 North Haddon Avenue, Suite D**<br>**Haddonfield, NJ 08033** | Line __3.59__<br><br>☐ Not listed. Explain ____ | _ |
| 4.10 | **E.J.N.**<br>**c/o David P. Matthews, Esq.**<br>**Matthews & Associates**<br>**2905 Sackett Street**<br>**Houston, TX 77098** | Line __3.60__<br><br>☐ Not listed. Explain ____ | _ |
| 4.11 | **E.M.**<br>**c/o Adam P. Slater, Esq.**<br>**Slater Slater Schulman LLP**<br>**89 N. Haddon Avenue, Suite D**<br>**Haddonfield, NJ 08033** | Line __3.61__<br><br>☐ Not listed. Explain ____ | _ |
| 4.12 | **E.P.H.**<br>**c/o David P. Matthews, Esq.**<br>**Matthews & Associates**<br>**2905 Sackett Street**<br>**Houston, TX 77098** | Line __3.62__<br><br>☐ Not listed. Explain ____ | _ |
| 4.13 | **F.C.K.**<br>**c/o Carlos Rivera, Esq.**<br>**Seeger Weiss LLP**<br>**55 Challenger Road, 6th Floor**<br>**Ridgefield Park, NJ 07660** | Line __3.68__<br><br>☐ Not listed. Explain ____ | _ |
| 4.14 | **Grace Anselmo**<br>**PNC Financial Services**<br>**1600 Market Street, 21st Floor**<br>**Philadelphia, PA 19103** | Line __3.191__<br><br>☐ Not listed. Explain ____ | _ |
| 4.15 | **J.B.**<br>**c/o Adam P. Slater, Es.q**<br>**Slater Slater Schulman, LLP**<br>**89 N. Haddon Avenue, Suite D**<br>**Haddonfield, NJ 08033** | Line __3.102__<br><br>☐ Not listed. Explain ____ | _ |
| 4.16 | **J.H.**<br>**c/o Carlos Rivera, Esq.**<br>**Seeger Weiss LLP**<br>**55 Challenger Road, Sixth Floor**<br>**Ridgefield Park, NJ 07660** | Line __3.105__<br><br>☐ Not listed. Explain ____ | _ |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Debtor | The Diocese of Camden, New Jersey | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.17 | **J.M.T.**<br>**c/o Carlos Rivera Esq.**<br>**Seeger Weiss LLP**<br>**55 Challenger Road, 6th Floor**<br>**Ridgefield Park, NJ 07660** | Line __3.107__<br><br>☐ Not listed. Explain ____ | _ |
| 4.18 | **JA/GG Doe 21**<br>**c/o Jeffrey R. Anderson, Esq.**<br>**Jeff Anderson & Associates, P.A.**<br>**505 Thornall Street, Suite 405**<br>**Edison, NJ 08837** | Line __3.109__<br><br>☐ Not listed. Explain ____ | _ |
| 4.19 | **JA/GG Doe 22**<br>**c/o Jeffrey R. Anderson, Esq.**<br>**Jeff Anderson & Associates, P.A.**<br>**505 Thornall Street, Suite 405**<br>**Edison, NJ 08837** | Line __3.110__<br><br>☐ Not listed. Explain ____ | _ |
| 4.20 | **JA/GG John Doe 1**<br>**c/o Jeffrey R. Anderson, Esq.**<br>**Jeff Anderson & Associates PA**<br>**505 Thornall Street, Suite 405**<br>**Edison, NJ 08837** | Line __3.111__<br><br>☐ Not listed. Explain ____ | _ |
| 4.21 | **JA/GG John Doe 20**<br>**c/o Jeffrey R. Anderson, Esq.**<br>**Jeff Anderson & Associates, P.A.**<br>**505 Thornall Street, Suite 405**<br>**Edison, NJ 08837** | Line __3.112__<br><br>☐ Not listed. Explain ____ | _ |
| 4.22 | **L.T.**<br>**c/o Adam P. Slater, Esq.**<br>**Slater Slater Schulman, LLP**<br>**89 N. Haddon Avenue, Suite D**<br>**Haddonfield, NJ 08033** | Line __3.128__<br><br>☐ Not listed. Explain ____ | _ |
| 4.23 | **M.A.G.**<br>**c/o Carlos Rivera, Esq.**<br>**Seeger Weiss LLP**<br>**55 Challenger Road, 6th Floor**<br>**Ridgefield Park, NJ 07660** | Line __3.134__<br><br>☐ Not listed. Explain ____ | _ |
| 4.24 | **M.A.W.**<br>**c/o Carlos Rivera, Esq.**<br>**Seeger Weiss LLP**<br>**55 Challenger Road, 6th Floor**<br>**Ridgefield Park, NJ 07660** | Line __3.135__<br><br>☐ Not listed. Explain ____ | _ |
| 4.25 | **M.D.**<br>**c/o Adam P. Slater, Esq.**<br>**Slater SLater Schulman, LLP**<br>**89 N. Haddon Avenue, Suite D**<br>**Haddonfield, NJ 08033** | Line __3.136__<br><br>☐ Not listed. Explain ____ | _ |
| 4.26 | **M.F.**<br>**c/o Adam P. Slater, Esq.**<br>**Slater Slater Schulman, LLP**<br>**89 N. Haddon Avenue, Suite D**<br>**Haddonfield, NJ 08033** | Line __3.137__<br><br>☐ Not listed. Explain ____ | _ |

| Debtor | The Diocese of Camden, New Jersey | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.27 | **M.L.**<br>**c/o Adam P. Slater, Esq.**<br>**Slater Slater Schulman, LLP**<br>**89 N. Haddon Avenue, Suite D**<br>**Haddonfield, NJ 08033** | Line __3.139__<br>☐ Not listed. Explain ____ | _ |
| 4.28 | **M.S.**<br>**c/o Adam P. Slater, Esq.**<br>**Slater Slater Schulman, L.L.P.**<br>**89 North Haddon Avenue, Suite D**<br>**Haddonfield, NJ 08033** | Line __3.141__<br>☐ Not listed. Explain ____ | _ |
| 4.29 | **N.S.**<br>**c/o Adam P. Slater, Esq.**<br>**Slater SLater Schulman, LLP**<br>**89 N. Haddon Avenue, Suite D**<br>**Haddonfield, NJ 08033** | Line __3.154__<br>☐ Not listed. Explain ____ | _ |
| 4.30 | **R.C.E.**<br>**c/o Jeffrey R. Anderson, Esq.**<br>**Jeff Anderson & Associates, P.A.**<br>**505 Thornall Street, Suite 405**<br>**Edison, NJ 08837** | Line __3.199__<br>☐ Not listed. Explain ____ | _ |
| 4.31 | **S.G.**<br>**c/o Adam P. Slater, Esq.**<br>**Slater Slater Schulman, LLP**<br>**89 N. Haddon Avenue, Suite D**<br>**Atlantic City, NJ 08401** | Line __3.221__<br>☐ Not listed. Explain ____ | _ |
| 4.32 | **State of New Jersey**<br>**c/o Robert A. Baxter, Esq.**<br>**Craig, Annin & Baxter, LLP**<br>**41 Grove Street**<br>**Haddonfield, NJ 08033** | Line __3.286__<br>☐ Not listed. Explain ____ | _ |
| 4.33 | **State of New Jersey**<br>**c/o David R. Patterson, D.A.G.**<br>**Richard J. Hughes Justice Complex**<br>**25 Market Street, 8th Fl.**<br>**Trenton, NJ 08625** | Line __3.286__<br>☐ Not listed. Explain ____ | _ |
| 4.34 | **T.J.**<br>**c/o Brian D. Kent, Esq.**<br>**Laffey, Bucci & Kent LLP**<br>**371 Hoes Lane, #200**<br>**Piscataway, NJ 08854** | Line __3.294__<br>☐ Not listed. Explain ____ | _ |
| 4.35 | **T.J.M.**<br>**c/o David P. Matthews, Esq.**<br>**Matthews & Associates**<br>**2905 Sackett Street**<br>**Houston, TX 77098** | Line __3.295__<br>☐ Not listed. Explain ____ | _ |
| 4.36 | **V.J.S.**<br>**c/o Carlos Rivera, Esq.**<br>**Seeger Weiss LLP**<br>**55 Challenger Road, 6th Floor**<br>**Ridgefield Park, NJ 07660** | Line __3.313__<br>☐ Not listed. Explain ____ | _ |

| Debtor | **The Diocese of Camden, New Jersey** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.37 | **Verizon**<br>**PO Box 15124**<br>**Albany, NY 12212-5124** | Line **3.314**<br><br>☐  Not listed. Explain ____ | _ |
| 4.38 | **Verizon**<br>**PO Box 16801**<br>**Newark, NJ 07101-6801** | Line **3.314**<br><br>☐  Not listed. Explain ____ | _ |

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

**5.  Add the amounts of priority and nonpriority unsecured claims.**

| | | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $                          0.00 |
| **5b. Total claims from Part 2** | 5b.  + | $              25,723,748.14 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $              25,723,748.14 |

**Fill in this information to identify the case:**

Debtor name    **The Diocese of Camden, New Jersey**

United States Bankruptcy Court for the:    DISTRICT OF NEW JERSEY

Case number (if known)

☐ Check if this is an
amended filing

## Official Form 206G

## Schedule G: Executory Contracts and Unexpired Leases                     12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.    **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
   ☑ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal    Property*
   (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|
| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | **Software License & Support Agreement** | |
| | State the term remaining | | **Advanced Enterprise Technologies, Inc.** |
| | List the contract number of any government contract | | **225 State Road** **Media, PA 19063** |
| 2.2. | State what the contract or lease is for and the nature of the debtor's interest | **Underground Propane Tank Agreement. Contract expires 1/15/24.** | |
| | State the term remaining | | **Allen's Oil & Propane Inc.** |
| | List the contract number of any government contract | | **427 N. Main Street** **Vincentown, NJ 08088** |
| 2.3. | State what the contract or lease is for and the nature of the debtor's interest | **Security Professional Service Agreement. Contract expires on 10/15/20.** | **Allied Universal** **d/b/a Allied Universal Security Services** **8 Tower Bridge** |
| | State the term remaining | | **161 Washington St, Suite 600** |
| | List the contract number of any government contract | | **Conshohocken, PA 19428** |
| 2.4. | State what the contract or lease is for and the nature of the debtor's interest | **Credit card processing agreement** | |
| | State the term remaining | | **Blackbaud Merchant Services** |
| | List the contract number of any government contract | | **2000 Daniel Island Drive** **Charleston, SC 29492-7541** |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor 1   **The Diocese of Camden, New Jersey**                                          Case number (*if known*) _____
     First Name         Middle Name         Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.5.** State what the contract or lease is for and the nature of the debtor's interest — **Service Agreement for mutiple locations for internet & phone services. Contract expires in 11/2022.**

State the term remaining

List the contract number of any government contract

**Block Line Systems
d/b/a Telesytems
1645 West Chester Pike, Suite 200
West Chester, PA 19382**

**2.6.** State what the contract or lease is for and the nature of the debtor's interest — **Real Estate Consulting Agreement**

State the term remaining

List the contract number of any government contract

**Budd Realty, Inc.
30 North Broad Street
2nd Floor
Woodbury, NJ 08096**

**2.7.** State what the contract or lease is for and the nature of the debtor's interest — **Investment Consulting & Advisory Agreement**

State the term remaining

List the contract number of any government contract

**Cobble Hill Financial Services
214 West Main Street, Suite 210
Moorestown, NJ 08057**

**2.8.** State what the contract or lease is for and the nature of the debtor's interest — **Investment Management Agreement**

State the term remaining

List the contract number of any government contract

**Cobble Hill Financial Services
214 West Main Street, Suite 210
Moorestown, NJ 08057**

**2.9.** State what the contract or lease is for and the nature of the debtor's interest — **Equipment lease**

State the term remaining

List the contract number of any government contract

**De Lage Landen Financial Services Inc.
1111 Old Eagle School Road
Wayne, PA 19087**

**2.10.** State what the contract or lease is for and the nature of the debtor's interest — **Service Contract for mutiple locations. Contract expires on 7/23/23.**

State the term remaining

**Digital Security Systems, Inc.
11301 Norcom Road
Philadelphia, PA 19154**

| Debtor 1 | **The Diocese of Camden, New Jersey** | | Case number *(if known)* | |
| --- | --- | --- | --- | --- |
| | First Name | Middle Name | Last Name | |

**Additional Page if You Have More Contracts or Leases**

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| --- | --- |
| List the contract number of any government contract | |

| 2.11. | State what the contract or lease is for and the nature of the debtor's interest | **Billboard Lease** | |
| --- | --- | --- | --- |
| | State the term remaining | | **Eller Media Company**<br>**9130 State Road**<br>**Philadelphia, PA 19136** |
| | List the contract number of any government contract | | |

| 2.12. | State what the contract or lease is for and the nature of the debtor's interest | **Service Contract for landscaping at 510 Cooper Street, Woodbury, NJ. Contract expires on 2/21/21** | |
| --- | --- | --- | --- |
| | State the term remaining | | **Exley's Landscape Service Inc.**<br>**1535 Tanyard Road**<br>**Sewell, NJ 08080** |
| | List the contract number of any government contract | | |

| 2.13. | State what the contract or lease is for and the nature of the debtor's interest | **Actuarial and Adminstrative Services for Retirement Plan for Certain Lay Employees** | |
| --- | --- | --- | --- |
| | State the term remaining | | **Gail E. Johnson Consulting Actuary**<br>**379 Norristown Road**<br>**Warminster, PA 18974** |
| | List the contract number of any government contract | | |

| 2.14. | State what the contract or lease is for and the nature of the debtor's interest | **Actuarial Services for Pension Plan for Priests** | |
| --- | --- | --- | --- |
| | State the term remaining | | **Gail E. Johnson Consulting Actuary**<br>**379 Norristown Road**<br>**Warminster, PA 18974** |
| | List the contract number of any government contract | | |

| 2.15. | State what the contract or lease is for and the nature of the debtor's interest | **Service contract for trash removal at mutiple locations. Contract expires on 10/1/20.** | |
| --- | --- | --- | --- |
| | State the term remaining | | **Gold Medal Environmental**<br>**1770 Hurffville Road**<br>**Sewell, NJ 08080** |
| | List the contract number of any government contract | | |

Debtor 1    **The Diocese of Camden, New Jersey**                                    Case number *(if known)* _____

  First Name          Middle Name          Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.16. | State what the contract or lease is for and the nature of the debtor's interest | **Administrative Service Agreement** | |
|---|---|---|---|
| | State the term remaining | | **Horizon BCBSNJ** |
| | List the contract number of any government contract | | **PO Box 820** |
| | | | **Newark, NJ 07101** |

| 2.17. | State what the contract or lease is for and the nature of the debtor's interest | **Service contract for annual inspection of fire sprinkler systems located at mutiple locations. Contract expires on 10/4/20.** | |
|---|---|---|---|
| | State the term remaining | | **Landis Fire Protection, Inc.** |
| | List the contract number of any government contract | | **1759 Gallagher Drive, Building B** |
| | | | **Vineland, NJ 08360** |

| 2.18. | State what the contract or lease is for and the nature of the debtor's interest | **Subscription Agreement** | |
|---|---|---|---|
| | State the term remaining | | **Loomis Sayles Trust Company, LLC** |
| | List the contract number of any government contract | | **1 Financial Center, 28th Floor** |
| | | | **Boston, MA 02111** |

| 2.19. | State what the contract or lease is for and the nature of the debtor's interest | **Licensing and Software Agreement. Contract expires 8/2021.** | |
|---|---|---|---|
| | State the term remaining | | **Mircosoft s/o PCM, Inc.** |
| | List the contract number of any government contract | | **1940 E. Mariposa Ave** |
| | | | **El Segundo, CA 90245** |

| 2.20. | State what the contract or lease is for and the nature of the debtor's interest | **Service Agreement for HVAC maintenance in mutiple locations. Contract expires 9/1/20.** | |
|---|---|---|---|
| | State the term remaining | | **Northeast Mechancial Services** |
| | List the contract number of any government contract | | **402 Airport Drive** |
| | | | **Williamstown, NJ 08094** |

| 2.21. | State what the contract or lease is for and the nature of the debtor's interest | **Client Service Agreement** | |
|---|---|---|---|
| | State the term remaining | | **Paycor** |
| | | | **4811 Montgomery Road** |
| | | | **Cincinnati, OH 45212** |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

Debtor 1  **The Diocese of Camden, New Jersey**                                    Case number *(if known)* _____

　　　　First Name　　　　　Middle Name　　　　　Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| | List the contract number of any government contract | |
|---|---|---|

| 2.22. | State what the contract or lease is for and the nature of the debtor's interest | **Annual service contract for elevator maintenance.** | |
|---|---|---|---|
| | State the term remaining | | **Penn City Elevator 1235 Hamilton Street Philadelphia, PA 19123** |
| | List the contract number of any government contract | | |

| 2.23. | State what the contract or lease is for and the nature of the debtor's interest | **Service Agreement for generator maintenance. Contract expires on 11/30/20.** | |
|---|---|---|---|
| | State the term remaining | | **Penn Power Systems 8330 State Road Philadelphia, PA 19136** |
| | List the contract number of any government contract | | |

| 2.24. | State what the contract or lease is for and the nature of the debtor's interest | **Service Contract** | |
|---|---|---|---|
| | State the term remaining | | **PerpetualCareAdequacy.com HB Actuarial Services Inc. 10 Northeast 6th Street, Suite 200 Delray Beach, FL 33444** |
| | List the contract number of any government contract | | |

| 2.25. | State what the contract or lease is for and the nature of the debtor's interest | **Risk Services Agreement** | |
|---|---|---|---|
| | State the term remaining | | **Porter & Curtis, LLC 225 State Road Media, PA 19063** |
| | List the contract number of any government contract | | |

| 2.26. | State what the contract or lease is for and the nature of the debtor's interest | **Service Contract for landscaping** | |
|---|---|---|---|
| | State the term remaining | | **Quality Landscaping, Inc. 136 New Freedom Road PO Box 921 Clementon, NJ 08021** |
| | List the contract number of any government contract | | |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                            Best Case Bankruptcy

Debtor 1    **The Diocese of Camden, New Jersey**                                    Case number (*if known*) _____
            First Name        Middle Name        Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.27. State what the contract or lease is for and the nature of the debtor's interest — **Service Contract for snow removal. Contract expires 10/24/20.**<br><br>State the term remaining<br><br>List the contract number of any government contract | **Quality Landscaping, Inc.**<br>**136 New Freedom Road**<br>**PO Box 921**<br>**Clementon, NJ 08021** |
| 2.28. State what the contract or lease is for and the nature of the debtor's interest — **Service Agreement for security monitoring. Contract expires 9/20/20.**<br><br>State the term remaining<br><br>List the contract number of any government contract | **Response Time, Inc.**<br>**1 Fiber Optic Drive**<br>**Williamstown, NJ 08094** |
| 2.29. State what the contract or lease is for and the nature of the debtor's interest — **Service Agreement**<br><br>State the term remaining<br><br>List the contract number of any government contract | **Scibal Associates, Inc/ d/b/a Qual-Lynx**<br>**23 Mays Landing**<br>**Somers Point, NJ 08244** |
| 2.30. State what the contract or lease is for and the nature of the debtor's interest — **Service Contract**<br><br>State the term remaining<br><br>List the contract number of any government contract | **ServiceMaster**<br>**73 Coolidge Avenue**<br>**Bellmawr, NJ 08031** |
| 2.31. State what the contract or lease is for and the nature of the debtor's interest — **Subscription Agreement**<br><br>State the term remaining<br><br>List the contract number of any government contract | **SJC Onshore Direct Lending Funding III**<br>**c/o SJC Direct Lending Fund III GP, LP**<br>**1700 East Putnam Avenue, Suite 207**<br>**Old Greenwich, CT 06870** |
| 2.32. State what the contract or lease is for and the nature of the debtor's interest — **Claims Service Agreement**<br><br>State the term remaining<br><br>List the contract number of any | **Speciality Claims Services, Inc.**<br>**dba Sphere Risk Partners**<br>**225 State Road**<br>**Reading, PA 19603** |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor 1  **The Diocese of Camden, New Jersey**                          Case number *(if known)* _____

First Name           Middle Name            Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| government contract | |

| 2.33. | State what the contract or lease is for and the nature of the debtor's interest | Cemetery Management Agreement | |
|---|---|---|---|
| | State the term remaining | | St. Bernard Cemetery Pennsylvania Avenue Dorothy, NJ 08317 |
| | List the contract number of any government contract | | |

| 2.34. | State what the contract or lease is for and the nature of the debtor's interest | Cemetery Management Agreement | |
|---|---|---|---|
| | State the term remaining | | St. Mary Church 426 Monmouth St Gloucester City, NJ 08030 |
| | List the contract number of any government contract | | |

| 2.35. | State what the contract or lease is for and the nature of the debtor's interest | Cemetery Management Agreement | |
|---|---|---|---|
| | State the term remaining | | St. Mary's Church Walnut St Williamstown, NJ 08094 |
| | List the contract number of any government contract | | |

| 2.36. | State what the contract or lease is for and the nature of the debtor's interest | Service Agreement for mutiple locations. Contract expires on 9/25/20. | |
|---|---|---|---|
| | State the term remaining | | Team Reed Landscaping, Inc. 435 Landis Avenue Bridgeton, NJ 08302 |
| | List the contract number of any government contract | | |

| 2.37. | State what the contract or lease is for and the nature of the debtor's interest | Union contract for cemetery workers. Contract expires on 7/31/23. | |
|---|---|---|---|
| | State the term remaining | | Teamsters Local Union 676 101 W. Crescent Blvd Collingswood, NJ 08108 |
| | List the contract number of any government contract | | |

| 2.38. | State what the contract or lease is for and the nature of the debtor's interest | Service Contract | The Penn City Elevator Co., Inc. 123 Hamilton Street Philadelphia, PA 19123 |
|---|---|---|---|

| Debtor 1 | **The Diocese of Camden, New Jersey** | | Case number *(if known)* | |
|---|---|---|---|---|
| | First Name    Middle Name    Last Name | | | |

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| State the term remaining | |
| List the contract number of any government contract _____ | |

| 2.39. | State what the contract or lease is for and the nature of the debtor's interest | **Service Agreement for Gas & AC maintenance.** | |
|---|---|---|---|
| | State the term remaining | **Expired** | **W.B. Steward & Son**<br>**513 Glassboro Road**<br>**PO Box 150**<br>**Woodbury Heights, NJ 08097** |
| | List the contract number of any government contract _____ | | |

| 2.40. | State what the contract or lease is for and the nature of the debtor's interest | **Service Contract for Sacred Heart Cemetery** | |
|---|---|---|---|
| | State the term remaining | | **Waste Management of New Jersey, Inc.**<br>**107 Silvia Street**<br>**Ewing, NJ 08628** |
| | List the contract number of any government contract _____ | | |

| 2.41. | State what the contract or lease is for and the nature of the debtor's interest | **RenWeb School Management Software Partnership Agreement** | |
|---|---|---|---|
| | State the term remaining | | **Wilcomp Software LLC**<br>**PO Box 1622**<br>**Burleson, TX 76097** |
| | List the contract number of any government contract _____ | | |

| 2.42. | State what the contract or lease is for and the nature of the debtor's interest | **Service Agreement for Mutiple Diocese Cemeteries** | |
|---|---|---|---|
| | State the term remaining | | **WM of New Jersey**<br>**107 Silvia Street**<br>**Ewing, NJ 08628** |
| | List the contract number of any government contract _____ | | |

| 2.43. | State what the contract or lease is for and the nature of the debtor's interest | **Service Agreement for VOIP phones.  Contract expires in 10/2022.** | |
|---|---|---|---|
| | State the term remaining | | **Xtel Communications**<br>**100000 Midlantic Drive, Suite 410E**<br>**Mount Laurel, NJ 08054** |
| | List the contract number of any government contract _____ | | |

**Fill in this information to identify the case:**

Debtor name    **The Diocese of Camden, New Jersey**

United States Bankruptcy Court for the:    DISTRICT OF NEW JERSEY

Case number (if known)    _____

☐ Check if this is an
amended filing

## Official Form 206H
## Schedule H: Your Codebtors                                          12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1  **Alice Malloy and Susan DeMore** | **c/o Francis X. Donnelly, Esq.** <br> **Turner O'Mara Donnelly & Petrycki, P.C.** <br> **2201 Route 38, Suite 300** <br> **Cherry Hill, NJ 08002** | **T.V.** | ☐ D _____ <br> ■ E/F  __3.296__ <br> ☐ G _____ |
| 2.2  **Archdiocese of Philadelphia** | **c/o Nicholas M. Centrella, Esq.** <br> **Conrad O'Brien, P.C.** <br> **1500 Market Street, Centre Square, #3900** <br> **Philadelphia, PA 19102-2100** | **B.M.** | ☐ D _____ <br> ■ E/F  __3.19__ <br> ☐ G _____ |
| 2.3  **Archdiocese of Philadelphia** | **c/o Nicholas M. Centrella, Esq.** <br> **Conrad O'Brien, P.C.** <br> **1500 Market Street, Centre Square, #3900** <br> **Philadelphia, PA 19102-2100** | **S.G.** | ☐ D _____ <br> ■ E/F  __3.221__ <br> ☐ G _____ |
| 2.4  **Archdiocese of Philadelphia** | **c/o Nicholas M. Centrella, Esq.** <br> **Conrad O'Brien, P.C.** <br> **1500 Market Street, Suite 3900** <br> **Philadelphia, PA 19102-2100** | **S.B.** | ☐ D _____ <br> ■ E/F  __3.220__ <br> ☐ G _____ |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                          Best Case Bankruptcy

| Debtor | **The Diocese of Camden, New Jersey** | Case number *(if known)* | |

▌ **Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| 2.5 | **Bishop Nicholas DiMarzio** | c/o Russell L. Lichtenstein, Esq.<br>Cooper Levenson, P.A.<br>1125 Atlantic Avenue, Third Floor<br>Atlantic City, NJ 08401 | **J.H.** | ☐ D ____<br>■ E/F ___3.105___<br>☐ G ____ |
| 2.6 | **Borough of Bellmawr** | c/o Charles Sauter, III, Clerk<br>21 E. Browning Road<br>PO Box 368<br>Bellmawr, NJ 08099-0368 | **State of New Jersey** | ☐ D ____<br>■ E/F ___3.286___<br>☐ G ____ |
| 2.7 | **Brothers of Charity** | 7720 Doe Lane<br>Glenside, PA 19038 | **JA/GG John Doe 1** | ☐ D ____<br>■ E/F ___3.111___<br>☐ G ____ |
| 2.8 | **Camden Catholic High School** | 300 Cuthbert Road<br>Cherry Hill, NJ 08802 | **JA/GG John Doe 20** | ☐ D ____<br>■ E/F ___3.112___<br>☐ G ____ |
| 2.9 | **Camden Catholic High School** | c/o Russell L. Lichtenstein, Esq.<br>Cooper Levenson, P.A.<br>1125 Atlantic Avenue, Third Floor<br>Atlantic City, NJ 08401 | **W.P.S.** | ☐ D ____<br>■ E/F ___3.321___<br>☐ G ____ |
| 2.10 | **Catholic Charities** | c/o Francis X. Donnelly, Esq.<br>Turner, O'Mara, Donnelly & Petrycki, PC<br>2201 Route 38, Suite 300<br>Cherry Hill, NJ 08002 | **A.F.** | ☐ D ____<br>■ E/F ___3.2___<br>☐ G ____ |
| 2.11 | **Catholic Charities** | c/o Francis X. Donnelly, Esq.<br>Turner, O'ZMara, Donnelly & Petrycki, PC<br>2201 Route 38, Suite 300<br>Cherry Hill, NJ 08002 | **V.A.** | ☐ D ____<br>■ E/F ___3.312___<br>☐ G ____ |

| Debtor | **The Diocese of Camden, New Jersey** | Case number *(if known)* | |
|---|---|---|---|

▮ **Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| 2.12 | Catholic Church of St. Mary | c/o Russell L. Lichtenstein, Esq. Cooper Levenson, P.A. Atlantic City, NJ 08401 | J.C. | ☐ D _____ ■ E/F __3.103__ ☐ G _____ |
| 2.13 | Christ The Redeemer Parish | c/o Russell L. Lichtenstein, Esq. Cooper Levenson, P.A. 1125 Atlantic Avenue, Third Floor Atlantic City, NJ 08401 | W.F.C. | ☐ D _____ ■ E/F __3.319__ ☐ G _____ |
| 2.14 | Christ the Redeemer Parish, Atco, N.J. | c/o Russell L. Lichtenstein, Esq. Cooper Levenson, P.A. 1125 Atlantic Avenue, Third Floor Atlantic City, NJ 08401 | JA/GG Doe 22 | ☐ D _____ ■ E/F __3.110__ ☐ G _____ |
| 2.15 | Divine Merch Parish | c/o Russell L. Lichtenstein, Esq. Cooper Levenson, P.A. 1125 Atlantic Avenue, Third Floor Atlantic City, NJ 08401 | E.F. | ☐ D _____ ■ E/F __3.59__ ☐ G _____ |
| 2.16 | Divine Mercy Parish | c/o Russell L. Lichtenstein, Esq. Cooper Levenson, P.A. 1125 Atlantic Avenue, Third Floor Atlantic City, NJ 08401 | A.S. | ☐ D _____ ■ E/F __3.5__ ☐ G _____ |
| 2.17 | Estate of Father Charles McColgan | c/o Richard Flynn, Esq. 439 Monmouth Street Gloucester City, NJ 08030 | S.G. | ☐ D _____ ■ E/F __3.221__ ☐ G _____ |
| 2.18 | Estate of Father Claude Bender | Surrogate of Camden County 509 Lakeland Road Blackwood, NJ 08012 | J.B. | ☐ D _____ ■ E/F __3.102__ ☐ G _____ |

Official Form 206H                     Schedule H: Your Codebtors                    Page  3 of 20

| Debtor | **The Diocese of Camden, New Jersey** | Case number *(if known)* | |
|---|---|---|---|

■ **Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| 2.19 | Estate of Father Claude Bender | Surrogate of Camden County 509 Lakeland Road Blackwood, NJ 08012 | D.M. | ☐ D _____ ■ E/F __3.51__ ☐ G _____ |
| 2.20 | Estate of Father John Kelly | c/o John Bernard 41 Aspen Court, Apt 5 Deptford, NJ 08096 | M.D. | ☐ D _____ ■ E/F __3.136__ ☐ G _____ |
| 2.21 | Estate of Father John P. Connor | [NO ADDRESS AVAILABLE] | B.S. | ☐ D _____ ■ E/F __3.20__ ☐ G _____ |
| 2.22 | Estate of Father Joseph Shannon | [NO ADDRESS AVAILABLE] | N.S. | ☐ D _____ ■ E/F __3.154__ ☐ G _____ |
| 2.23 | Estate of Father Joseph Shannon | [NO ADDRESS AVAILABLE] | M.F. | ☐ D _____ ■ E/F __3.137__ ☐ G _____ |
| 2.24 | Estate of Father Joseph Shannon | [NO ADDRESS AVAILABLE] | L.T. | ☐ D _____ ■ E/F __3.128__ ☐ G _____ |
| 2.25 | Estate of Father Joseph Shannon | [NO ADDRESS AVAILABLE] | John R.B. Doe | ☐ D _____ ■ E/F __3.119__ ☐ G _____ |
| 2.26 | Estate of Father Michael D'Amico | c/o John D'Amico 17 W. Romney Place Cape May Court House, NJ 08210 | M.S. | ☐ D _____ ■ E/F __3.141__ ☐ G _____ |

| Debtor | **The Diocese of Camden, New Jersey** | Case number *(if known)* | |

---

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| 2.27 | **Estate of Father RIchard Gerbino** | c/o Charles J. Girard, Esq. 825 East Elmer Street Vineland, NJ 08360 | A.S. | ☐ D _____ ■ E/F  **3.5** ☐ G _____ |
| 2.28 | **Estate of Father V.C.** | No address available | John J.G. Doe | ☐ D _____ ■ E/F  **3.118** ☐ G _____ |
| 2.29 | **Father John E. Smith** | 2850 Spring Lake Drive Clearwater, FL 33759 | A.M.M. | ☐ D _____ ■ E/F  **3.3** ☐ G _____ |
| 2.30 | **Father Roy T. Hardin** | 234 36th Street, Apt C Brigantine, NJ 08203 | M.L. | ☐ D _____ ■ E/F  **3.139** ☐ G _____ |
| 2.31 | **Father Roy T. Hardin** | 234 36th Street, Apt C Brigantine, NJ 08203 | M.L. | ☐ D _____ ■ E/F  **3.139** ☐ G _____ |
| 2.32 | **Holy Angels Catholic Parish/St Matthew** | c/o Russell L. Lichtenstein, Esq. Cooper Levenson, P.A. 1125 Atlantic Avenue, Third Floor Atlantic City, NJ 08401 | J.M.T. | ☐ D _____ ■ E/F  **3.107** ☐ G _____ |
| 2.33 | **Holy Angels d/b/a St. Matthew's Church** | c/o Russell L. Lichtenstein, Esq. Cooper Levenson, P.A. 1125 Atlantic Avenue, Third Floor Atlantic City, NJ 08401 | P.A.N. | ☐ D _____ ■ E/F  **3.182** ☐ G _____ |

Debtor      **The Diocese of Camden, New Jersey**                    Case number *(if known)* _____

---

| | **Additional Page to List More Codebtors** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|

| 2.34 | **Holy Child Parish** | c/o Russell L. Lichtenstein, Esq.<br>Cooper Levenson, P.A.<br>1125 Atlantic Avenue, Third Floor<br>Atlantic City, NJ 08401 | J.B. | ☐ D _____<br>■ E/F __3.102__<br>☐ G _____ |
| 2.35 | **Holy Child Parish** | c/o Rusell L. Lichtenstein, Esq.<br>Cooper Levenson, P.A.<br>1125 Atlantic Avenue, Third Floor<br>Atlantic City, NJ 08401 | D.M. | ☐ D _____<br>■ E/F __3.51__<br>☐ G _____ |
| 2.36 | **Holy Trinity Parish** | c/o Russell L. Lichtenstein, Esq.<br>Cooper Levenson, P.A.<br>1125 Atlantic Avenue, Third Floor<br>Atlantic City, NJ 08401 | J.H. | ☐ D _____<br>■ E/F __3.105__<br>☐ G _____ |
| 2.37 | **Kevin H. Hickey and Andy Zmuda** | c/o Francis X. Donnelly, Esq.<br>Turner, O'Mara, Donnelly & Petrycki, PC<br>2201 Route 38, Suite 300<br>Cherry Hill, NJ 08002 | V.A. | ☐ D _____<br>■ E/F __3.312__<br>☐ G _____ |
| 2.38 | **Mary Mother of the Church** | c/o Russell L. Lichtenstein, Esq.<br>Cooper Levenson, P.A.<br>1125 Atlantic Avenue, Third Floor<br>Atlantic City, NJ 08401 | M.M. | ☐ D _____<br>■ E/F __3.140__<br>☐ G _____ |
| 2.39 | **Melissa Hruska and Andy Zmuda** | c/o Francis X. Donnelly, Esq.<br>Turner, O'Mara, Donnelly & Petrycki, PC<br>2201 Route 38, Suite 300<br>Cherry Hill, NJ 08002 | A.F. | ☐ D _____<br>■ E/F __3.2__<br>☐ G _____ |

---

| Debtor | **The Diocese of Camden, New Jersey** | Case number *(if known)* | |
|---|---|---|---|

| ■ **Additional Page to List More Codebtors** |
|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| 2.40 | Norman T. Connelly | c/o A. John Falciani, Esq.<br>Law Office of A. John Falciani<br>19 Newton Avenue, PO Box 379<br>Woodbury, NJ 08096 | B.H. | ☐ D _____<br>■ E/F ___3.18___<br>☐ G _____ |
| 2.41 | Norman T. Connelly | c/o A. John Falciani, Esq.<br>Law Office of A. John Falciani<br>19 Newton Avenue, PO Box 379<br>Woodbury, NJ 08096 | E.M. | ☐ D _____<br>■ E/F ___3.61___<br>☐ G _____ |
| 2.42 | Norman T. Connelly | c/o A. John Falciani, Esq.<br>Law Offices of A. John Falciani<br>39 S. Broad Street, #4<br>Woodbury, NJ 08096 | B.M. | ☐ D _____<br>■ E/F ___3.19___<br>☐ G _____ |
| 2.43 | Our Lady of Grace Church | c/o Russell L. Lichtenstein, Esq.<br>Cooper Levenson, P.A.<br>1125 Atlantic Avenue, Third Floor<br>Atlantic City, NJ 08401 | W.H. | ☐ D _____<br>■ E/F ___3.320___<br>☐ G _____ |
| 2.44 | Our Lady of Mount Carmel | c/o Russell L. Lichtenstein, Esq.<br>Cooper Levenson, P.A.<br>1125 Atlantic Avenue, Third Floor<br>Atlantic City, NJ 08401 | A.M.M. | ☐ D _____<br>■ E/F ___3.3___<br>☐ G _____ |
| 2.45 | Our Lady of Mt. Carmel Elementary School | c/o Francis X. Donnelly, Esq.<br>Turner O'Mara Donnelly & Petrycki, PC<br>2201 Route 38, Suite 300<br>Cherry Hill, NJ 08002 | T.V. | ☐ D _____<br>■ E/F ___3.296___<br>☐ G _____ |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com
Best Case Bankruptcy

| Debtor | **The Diocese of Camden, New Jersey** | Case number *(if known)* | |
|---|---|---|---|

▮ **Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| 2.46 | **Our Lady Star of the Sea Church** | c/o Russell L. Lichtenstein, Esq. Cooper Levenson, P.A. 1125 Atlantic Avenue, Third Floor Atlantic City, NJ 08401 | T.J.M. | ☐ D _____ ■ E/F __3.295__ ☐ G _____ |
| 2.47 | **Parish of the Holy Cross** | c/o Russell L. Lichtenstein, Esq. Cooper Levenson, P.A. 1125 Atlantic Avenue, Third Floor Atlantic City, NJ 08401 | M.L. | ☐ D _____ ■ E/F __3.139__ ☐ G _____ |
| 2.48 | **Paul VI High School** | c/o Russell L. Lichtenstein, Esq. Cooper Levenson, P.A. 1125 Atlantic Avenue, Third Floor Atlantic City, NJ 08401 | R.S. | ☐ D _____ ■ E/F __3.200__ ☐ G _____ |
| 2.49 | **Paul VI High School** | c/o Russell L. Lichtenstein, Esq. Cooper Levenson, P.A. 1125 Atlantic Avenue, Third Floor Atlantic City, NJ 08401 | C.D. | ☐ D _____ ■ E/F __3.30__ ☐ G _____ |
| 2.50 | **Sacred Heart Church** | c/o Russell L. Lichtenstein, Esq. Cooper Levenson, P.A. 1125 Atlantic Avenue, Third Floor Atlantic City, NJ 08401 | John R.B. Doe | ☐ D _____ ■ E/F __3.119__ ☐ G _____ |
| 2.51 | **Sacred Heart Elementary School** | c/o Russell L. Lichtenstein, Esq. Cooper Levenson, P.A. 1125 Atlantic Avenue, Third Floor Atlantic City, NJ 08401 | M.F. | ☐ D _____ ■ E/F __3.137__ ☐ G _____ |

| Debtor | **The Diocese of Camden, New Jersey** | Case number *(if known)* | |

![black bar] **Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| 2.52 | **Sacred Heart Parish/Church** | c/o Russell L. Lichtenstein, Esq. Cooper Levenson, P.A. 1125 Atlantic Avenue, Third Floor Atlantic City, NJ 08401 | V.J.S. | ☐ D ____ ■ E/F __3.313__ ☐ G ____ |
| 2.53 | **Sacred Heart Parish/Sacred Heart Church** | c/o Russell L. Lichtenstein, Esq. Cooper Levenson, P.A. 1125 Atlantic Avenue, Third Floor Atlantic City, NJ 08401 | M.F. | ☐ D ____ ■ E/F __3.137__ ☐ G ____ |
| 2.54 | **Saint Peter Roman Catholic Church** | c/o Russell L. Lichtenstein, Esq. Cooper Levenson, P.A. 1125 Atlantic Avenue, Third Floor Atlantic City, NJ 08401 | M.A.G. | ☐ D ____ ■ E/F __3.134__ ☐ G ____ |
| 2.55 | **Saint Rose of Lima Catholic Church** | c/o Russell L. Lichtenstein, Esq. Cooper Levenson, P.A. 1125 Atlantic Avenue, Third Floor Atlantic City, NJ 08401 | John J.G. Doe | ☐ D ____ ■ E/F __3.118__ ☐ G ____ |
| 2.56 | **St. Anthony Church** | c/o Russell L. Lichtenstein, Esq. Cooper Levenson, P.A. 1125 Atlantic Avenue, Third Floor Atlantic City, NJ 08401 | W.F.C. | ☐ D ____ ■ E/F __3.319__ ☐ G ____ |
| 2.57 | **St. Anthony's Church** | c/o Russell L. Lichtenstein, Esq. Cooper Levenson, P.A. 1125 Atlantic Avenue, Third Floor Atlantic City, NJ 08401 | JA/GG Doe 22 | ☐ D ____ ■ E/F __3.110__ ☐ G ____ |

| Debtor | **The Diocese of Camden, New Jersey** | | Case number *(if known)* | |

---

▮ **Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| 2.58 **St. Charles Borromeo Roman Cath. Church** | c/o Russell L. Lichtenstein, Esq. Cooper Levenson, P.A. 1125 Atlantic Avenue, Third Floor Atlantic City, NJ 08401 | **M.A.W.** | ☐ D _____ ■ E/F __3.135__ ☐ G _____ |
| 2.59 **St. Charles Borromeo Seminary** | c/o Nicholas M. Centrella, Esq. Conrad O'Brien, P.C. 1500 Market Street, Centre Square, #3900 Philadelphia, PA 19102-2100 | **B.M.** | ☐ D _____ ■ E/F __3.19__ ☐ G _____ |
| 2.60 **St. Charles Borromeo Seminary** | c/o Nicholas M. Centrella, Esq. Conrad O'Brien, P.C. 1500 Market Street, Centre Square, #3900 Philadelphia, PA 19102-2100 | **S.G.** | ☐ D _____ ■ E/F __3.221__ ☐ G _____ |
| 2.61 **St. Clare of Assisi Parish** | c/o Francis X. Donnelly, Esq. Turner O'Mara, Donnelly & Petrycki, P.C. 2201 Route 38, Suite 300 Cherry Hill, NJ 08002 | **E.B.** | ☐ D _____ ■ E/F __3.58__ ☐ G _____ |
| 2.62 **St. Clare of Assisi Parish** | c/o Russell L. Lichtenstein, Esq. Cooper Levenson, P.A. 1125 Atlantic Avenue, Third Floor Atlantic City, NJ 08401 | **B.H.** | ☐ D _____ ■ E/F __3.18__ ☐ G _____ |
| 2.63 **St. Clare of Assisi Parish** | c/o Russell L. Lichtenstein, Esq. Cooper Levenson, P.A. 1125 Atlantic Avenue, Third Floor Atlantic City, NJ 08401 | **E.P.H.** | ☐ D _____ ■ E/F __3.62__ ☐ G _____ |

| Debtor | **The Diocese of Camden, New Jersey** | Case number *(if known)* | _____ |
|---|---|---|---|

███ **Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| 2.64 | **St. Clare of Assisi Parish** | c/o Russell L. Lichtenstein, Esq. Cooper Levenson, P.A. 1125 Atlantic Avenue, Third Floor Atlantic City, NJ 08401 | **B.M.** | ☐ D _____<br>■ E/F ___3.19___<br>☐ G _____ |
| 2.65 | **St. Clare of Assisi Parish** | c/o Russell L. Lichtenstein, Esq. Cooper Levenson, P.A. 1125 Atlantic Avenue, Third Floor Atlantic City, NJ 08401 | **M.J.S.** | ☐ D _____<br>■ E/F ___3.138___<br>☐ G _____ |
| 2.66 | **St. Clare of Assisi/St. Michael's Parish** | c/o Russell L. Lichtenstein, Esq. Cooper Levenson, P.A. 1125 Atlantic Avenue, Third Floor Atlantic City, NJ 08401 | **C.J.M.** | ☐ D _____<br>■ E/F ___3.31___<br>☐ G _____ |
| 2.67 | **St. Damien Parish** | c/o Russell L. Lichtenstein, Esq. Cooper Levenson, P.A. 1125 Atlantic Avenue, Third Floor Atlantic City, NJ 08401 | **M.S.** | ☐ D _____<br>■ E/F ___3.141___<br>☐ G _____ |
| 2.68 | **St. Frances Cabrini Church** | c/o Russell L. Lichtenstein, Esq. Cooper Levenson, P.A. 1125 Atlantic Avenue, Third Floor Atlantic City, NJ 08401 | **M.S.** | ☐ D _____<br>■ E/F ___3.141___<br>☐ G _____ |
| 2.69 | **St. Frances Cabrini Parish** | c/o Russell L. Lichtenstein, Esq. Cooper Levenson, P.A. 1125 Atlantic Avenue, Third Floor Atlantic City, NJ 08401 | **M.S.** | ☐ D _____<br>■ E/F ___3.141___<br>☐ G _____ |

| Debtor | **The Diocese of Camden, New Jersey** | Case number *(if known)* | |
|---|---|---|---|

▮ **Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|
| 2.70 | **St. Frances Cabrini School** | c/o Russell L. Lichtenstein, Esq.<br>Cooper Levenson, P.A.<br>1125 Atlantic Avenue, Third Floor<br>Atlantic City, NJ 08401 | **M.S.** | ☐ D _____<br>■ E/F ____3.141____<br>☐ G _____ |
| 2.71 | **St. Francis of Assisi Parish** | c/o Russell L. Lichtenstein, Esq.<br>Cooper Levenson, P.A.<br>1125 Atlantic Avenue, Third Floor<br>Atlantic City, NJ 08401 | **E.F.** | ☐ D _____<br>■ E/F ____3.59____<br>☐ G _____ |
| 2.72 | **St. Francis of Assisi Parish** | c/o Russell L. Lichtenstein, Esq.<br>Cooper Levenson, P.A.<br>1125 Atlantic Avenue, Third Floor<br>Atlantic City, NJ 08401 | **A.S.** | ☐ D _____<br>■ E/F ____3.5____<br>☐ G _____ |
| 2.73 | **St. Gabriel the Archangel Parish** | c/o Russell L. Lichtenstein, Esq.<br>Cooper Levenson, P.A.<br>1125 Atlantic Avenue, Third Floor<br>Atlantic City, NJ 08401 | **B.H.** | ☐ D _____<br>■ E/F ____3.18____<br>☐ G _____ |
| 2.74 | **St. Gabriel the Archangel Parish** | c/o Russell L. Lichtenstein, Esq.<br>Cooper Levenson, P.A.<br>1125 Atlantic Avenue, Third Floor<br>Atlantic City, NJ 08401 | **E.M.** | ☐ D _____<br>■ E/F ____3.61____<br>☐ G _____ |
| 2.75 | **St. Gabriel the Archangel Parish** | c/o Russell L. Lichtenstein, Esq.<br>Cooper Levenson, P.A.<br>1125 Atlantic Avenue, Third Floor<br>Atlantic City, NJ 08401 | **B.M.** | ☐ D _____<br>■ E/F ____3.19____<br>☐ G _____ |

| Debtor | **The Diocese of Camden, New Jersey** | Case number *(if known)* | |

---

■ **Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| 2.76 | **St. Gianna Beretta Molla Parish** | c/o Russell L. Lichtenstein, Esq. Cooper Levenson, P.A. 1125 Atlantic Avenue, Third Floor Atlantic City, NJ 08401 | **JA/GG John Doe 1** | ☐ D ____ ■ E/F __3.111__ ☐ G ____ |
| 2.77 | **St. Gregory Elementary School** | c/o Russell L. Lichtenstein, Esq. Cooper Levenson, P.A. 1125 Atlantic Avenue, Third Floor Atlantic City, NJ 08401 | **M.D.** | ☐ D ____ ■ E/F __3.136__ ☐ G ____ |
| 2.78 | **St. Gregory Elementary School** | c/o Russell L. Lichtenstein, Esq. Cooper Levenson, P.A. 1125 Atlantic Avenue, Third Floor Atlantic City, NJ 08401 | **L.T.** | ☐ D ____ ■ E/F __3.128__ ☐ G ____ |
| 2.79 | **St. Gregory Parish/St. Gregory Church** | c/o Russell L. Lichtenstein, Esq. Cooper Levenson, P.A. 1125 Atlantic Avenue, Third Floor Atlantic City, NJ 08401 | **M.D.** | ☐ D ____ ■ E/F __3.136__ ☐ G ____ |
| 2.80 | **St. Gregory Parish/St. Gregory Church** | c/o Russell L. Lichtenstein, Esq. Cooper Levenson, P.A. 1125 Atlantic Avenue, Third Floor Atlantic City, NJ 08401 | **L.T.** | ☐ D ____ ■ E/F __3.128__ ☐ G ____ |
| 2.81 | **St. James Catholic High School** | c/o Russell L. Lichtenstein, Esq. Cooper Levenson, P.A. 1125 Atlantic Avenue, Third Floor Atlantic City, NJ 08401 | **C.J.M.** | ☐ D ____ ■ E/F __3.31__ ☐ G ____ |

Debtor   **The Diocese of Camden, New Jersey**                          Case number *(if known)* _____

| | |
|---|---|
| ▮ | **Additional Page to List More Codebtors** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

*Column 1:* **Codebtor**                                                              *Column 2:* **Creditor**

| 2.82 | St. James High School | c/o Russell L. Lichtenstein, Esq.<br>Cooper Levenson, P.A.<br>1125 Atlantic Avenue, Third Floor<br>Atlantic City, NJ 08401 | B.H. | ☐ D _____<br>■ E/F  **3.18**<br>☐ G _____ |
|---|---|---|---|---|
| 2.83 | St. James High School | c/o Russell L. Lichtenstein, Esq.<br>Cooper Levenson, P.A.<br>1125 Atlantic Avenue, Third Floor<br>Atlantic City, NJ 08401 | R.C.E. | ☐ D _____<br>■ E/F  **3.199**<br>☐ G _____ |
| 2.84 | St. James High School | c/o Russell L. Lichtenstein, Esq.<br>Cooper Levenson, P.A.<br>1125 Atlantic Avenue, Third Floor<br>Atlantic City, NJ 08401 | JA/GG Doe 21 | ☐ D _____<br>■ E/F  **3.109**<br>☐ G _____ |
| 2.85 | St. James Parish/St. James High School | c/o Russell L. Lichtenstein, Esq.<br>Cooper Levenson, P.A.<br>1125 Atlantic Avenue, Third Floor<br>Atlantic City, NJ 08401 | E.M. | ☐ D _____<br>■ E/F  **3.61**<br>☐ G _____ |
| 2.86 | St. James Parish/St. James High School | c/o Russel L. Lichtenstein, Esq.<br>Cooper Levenson, P.A.<br>1125 Atlantic Avenue, Third Floor<br>Atlantic City, NJ 08401 | B.M. | ☐ D _____<br>■ E/F  **3.19**<br>☐ G _____ |
| 2.87 | St. John the Evangelist | c/o Russell L. Lichtenstein, Esq.<br>Cooper Levenson, P.A.<br>1125 Atlantic Avenue, Third Floor<br>Atlantic City, NJ 08401 | J.C. | ☐ D _____<br>■ E/F  **3.103**<br>☐ G _____ |

| Debtor | **The Diocese of Camden, New Jersey** | Case number *(if known)* | |
|---|---|---|---|

| | **Additional Page to List More Codebtors** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| 2.88 | **St. John the Evangelist** | c/o Russell L. Lichtenstein, Esq.<br>Cooper Levenson, P.A.<br>1125 Atlantic Avenue, Third Floor<br>Atlantic City, NJ 08401 | **J.P.** | ☐ D ____<br>☑ E/F ___3.108___<br>☐ G ____ |
| 2.89 | **St. John's Church/St. Gregory Church** | c/o Russell L. Lichtenstein, Esq.<br>Cooper Levenson, P.A.<br>1125 Atlantic Avenue, Third Floor<br>Atlantic City, NJ 08401 | **J.H.** | ☐ D ____<br>☑ E/F ___3.104___<br>☐ G ____ |
| 2.90 | **St. John's Parish/St. John's Church** | c/o Russell L. Lichtenstein, Esq.<br>Cooper Levenson, P.A.<br>1125 Atlantic Avenue, Third Floor<br>Atlantic City, NJ 08401 | **B.S.** | ☐ D ____<br>☑ E/F ___3.20___<br>☐ G ____ |
| 2.91 | **St. John's School** | c/o Russell L. Lichtenstein, Esq.<br>Cooper Levenson, P.A.<br>1125 Atlantic Avenue, Third Floor<br>Atlantic City, NJ 08401 | **B.S.** | ☐ D ____<br>☑ E/F ___3.20___<br>☐ G ____ |
| 2.92 | **St. Joseph's School** | c/o Russell L. Lichtenstein, Esq.<br>Cooper Levenson, P.A.<br>1125 Atlantic Avenue, Third Floor<br>Atlantic City, NJ 08401 | **M.J.S.** | ☐ D ____<br>☑ E/F ___3.138___<br>☐ G ____ |
| 2.93 | **St. Mary Magdalen Church** | c/o Russell L. Lichtenstein, Esq.<br>Cooper Levenson, P.A.<br>1125 Atlantic Avenue, Third Floor<br>Atlantic City, NJ 08401 | **F.C.K.** | ☐ D ____<br>☑ E/F ___3.68___<br>☐ G ____ |

| Debtor | **The Diocese of Camden, New Jersey** | Case number *(if known)* | |
|---|---|---|---|

▌ **Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| 2.94 | **St. Mary's Church Gloucester** | c/o Drew K. Kapur, Esq.<br>Duane Morris LLP<br>30 South 17th Street<br>Philadelphia, PA 19103 | **State of New Jersey** | ☐ D ____<br>☑ E/F ___3.286___<br>☐ G ____ |
| 2.95 | **St. Mary's Parish/St. Mary's Church** | c/o Russell L. Lichtenstein, Esq.<br>Cooper Levenson, P.A.<br>1125 Atlantic Avenue, Third Floor<br>Atlantic City, NJ 08401 | **M.L.** | ☐ D ____<br>☑ E/F ___3.139___<br>☐ G ____ |
| 2.96 | **St. Mary's School** | c/o Russell L. Lichtenstein, Esq.<br>Cooper Levenson, P.A.<br>1125 Atlantic Avenue, Third Floor<br>Atlantic City, NJ 08401 | **M.L.** | ☐ D ____<br>☑ E/F ___3.139___<br>☐ G ____ |
| 2.97 | **St. Michael's Church** | c/o Russell L. Lichtenstein, Esq.<br>Cooper Levenson, P.A.<br>1125 Atlantic Avenue, Third Floor<br>Atlantic City, NJ 08401 | **E.P.H.** | ☐ D ____<br>☑ E/F ___3.62___<br>☐ G ____ |
| 2.98 | **St. Michael's Church** | c/o Russel L. Lichtenstein, Esq.<br>Cooper Levenson, P.A.<br>1125 Atlantic Avenue, Third Floor<br>Atlantic City, NJ 08401 | **B.M.** | ☐ D ____<br>☑ E/F ___3.19___<br>☐ G ____ |
| 2.99 | **St. Michael's Church/St. James Parish** | c/o Russell L. Lichtenstein, Esq.<br>Cooper Levenson, P.A.<br>1125 Atlantic Avenue, Third Floor<br>Atlantic City, NJ 08401 | **B.H.** | ☐ D ____<br>☑ E/F ___3.18___<br>☐ G ____ |

| Debtor | **The Diocese of Camden, New Jersey** | Case number *(if known)* | |

| | **Additional Page to List More Codebtors** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|
| 2.100 | **St. Patrick Parish/Holy Angels Parish** | c/o Russell L. Lichtenstein, Esq. Cooper Levenson, P.A. 1125 Atlantic Avenue Atlantic City, NJ 08401 | **N.S.** | ☐ D _____ ■ E/F  **3.154** ☐ G _____ |
| 2.101 | **St. Paul's Roman Catholic Church** | c/o Russell L. Lichtenstein, Esq. Cooper Levenson, P.A. 1125 Atlantic Avenue, Third Floor Atlantic City, NJ 08401 | **E.J.N.** | ☐ D _____ ■ E/F  **3.60** ☐ G _____ |
| 2.102 | **St. Peter Elementary School** | c/o Russell L. Lichtenstein, Esq. Cooper Levenson, P.A. 1125 Atlantic Avenue, Third Floor Atlantic City, NJ 08401 | **S.G.** | ☐ D _____ ■ E/F  **3.221** ☐ G _____ |
| 2.103 | **St. Peter Parish/St. Peter Church** | c/o Russell L. Lichtenstein, Esq. Cooper Levenson, P.A. 1125 Atlantic Avenue, Third Floor Atlantic City, NJ 08401 | **S.G.** | ☐ D _____ ■ E/F  **3.221** ☐ G _____ |
| 2.104 | **St. Peter's** | c/o Russell L. Lichtenstein Cooper Levenson, P.A. 1125 Atlantic Avenue, Third Floor Atlantic City, NJ 08401 | **JA/GG John Doe 1** | ☐ D _____ ■ E/F  **3.111** ☐ G _____ |
| 2.105 | **St. Stephen's Parish** | c/o Russell L. Lichtenstein, Esq. Cooper Levenson, P.A. 1125 Atlantic Avenue, Third Floor Atlantic City, NJ 08401 | **W.P.S.** | ☐ D _____ ■ E/F  **3.321** ☐ G _____ |

| Debtor | **The Diocese of Camden, New Jersey** | Case number *(if known)* | |

---

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| 2.106 | **St. Teresa of Calcutta Parish** | c/o Russell L. Lichtenstein, Esq.<br>Cooper Levenson, P.A.<br>1125 Atlantic Avenue, Third Floor<br>Atlantic City, NJ 08401 | **B.S.** | ☐ D _____<br>■ E/F __3.20__<br>☐ G _____ |
| 2.107 | **St. Teresa of Infant Jesus School** | c/o Russell L. Lichtenstein, Esq.<br>Cooper Levenson, P.A.<br>1125 Atlantic Avenue, Third Floor<br>Atlantic City, NJ 08401 | **J.B.** | ☐ D _____<br>■ E/F __3.102__<br>☐ G _____ |
| 2.108 | **St. Teresa of the Infant Jesus Church** | c/o Russell L. Lichtenstein, Esq.<br>Cooper Levenson, P.A.<br>1115 Atlantic Avenue, Third Floor<br>Atlantic City, NJ 08401 | **J.B.** | ☐ D _____<br>■ E/F __3.102__<br>☐ G _____ |
| 2.109 | **St. Teresa of the Infant Jesus Church** | c/o Russell L. Lichtenstein, Esq.<br>Cooper Levenson, P.A.<br>1125 Atlantic Avenue, Third Floor<br>Atlantic City, NJ 08401 | **D.M.** | ☐ D _____<br>■ E/F __3.51__<br>☐ G _____ |
| 2.110 | **St. Teresa of the Infant Jesus Parish** | c/o Russell L. Lichtenstein, Esq.<br>Cooper Levenson, P.A.<br>1125 Atlantic Avenue, Third Floor<br>Atlantic City, NJ 08401 | **J.B.** | ☐ D _____<br>■ E/F __3.102__<br>☐ G _____ |
| 2.111 | **St. Teresa of the Infant Jesus Parish** | c/o Russell L. Lichtenstein, Esq.<br>Cooper Levenson, P.A.<br>1125 Atlantic Avenue, Third Floor<br>Atlantic City, NJ 08401 | **D.M.** | ☐ D _____<br>■ E/F __3.51__<br>☐ G _____ |

| Debtor | **The Diocese of Camden, New Jersey** | Case number *(if known)* | |

▆ **Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| 2.11 2 | **St. Teresa the Infant Jesus School** | c/o Russel L. Lichtenstein, Esq. Cooper Levenson, P.A. 1125 Atlantic Avenue, Third Floor Atlantic City, NJ 08401 | **D.M.** | ☐ D _____ ■ E/F __3.51__ ☐ G _____ |
| 2.11 3 | **Sts. Peter & Paul Roman Catholic Church** | c/o Russell L. Lichtenstein, Esq. Cooper Levenson, P.A. 1125 Atlantic Avenue, Third Floor Atlantic City, NJ 08401 | **M.A.W.** | ☐ D _____ ■ E/F __3.135__ ☐ G _____ |
| 2.11 4 | **The Parish of All Saints** | c/o Russell L. LIchtenstein, Esq. Cooper Levenson, P.A. 1125 Atlantic Avenue, Third Floor Atlantic City, NJ 08401 | **F.C.K.** | ☐ D _____ ■ E/F __3.68__ ☐ G _____ |
| 2.11 5 | **Dicoese of Camden Priests' Pension Plan** | 631 Market Street Camden, NJ 08102 | **SJC Onshore Direct Lending Funding III** | ☐ D _____ ☐ E/F _____ ■ G __2.31__ |
| 2.11 6 | **Diocese of Camden Healthcare Foundation** | 631 Market Street Camden, NJ 08102 | **SJC Onshore Direct Lending Funding III** | ☐ D _____ ☐ E/F _____ ■ G __2.31__ |
| 2.11 7 | **Diocese of Camden Healthcare Foundation** | 631 Market Street Camden, NJ 08102 | **Cobble Hill Financial Services** | ☐ D _____ ☐ E/F _____ ■ G __2.7__ |
| 2.11 8 | **Diocese of Camden Healthcare Foundation** | 631 Market Street Camden, NJ 08102 | **Loomis Sayles Trust Company, LLC** | ☐ D _____ ☐ E/F _____ ■ G __2.18__ |

Debtor    **The Diocese of Camden, New Jersey**                    Case number *(if known)* _____

---

▮ **Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| 2.119 | **Diocese of Camden Lay Employees' Pension** | 631 Market Street<br>Camden, NJ 08102 | **SJC Onshore Direct Lending Funding III** | ☐ D _____<br>☐ E/F _____<br>■ G ___2.31___ |

---

| 2.120 | **Diocese of Camden Trusts, Inc.** | 631 Market Street<br>Camden, NJ 08102 | | ☐ D _____<br>☐ E/F _____<br>■ G ___2.31___ |

---

| Fill in this information to identify the case: |
|---|

Debtor name  **The Diocese of Camden, New Jersey**

United States Bankruptcy Court for the:  DISTRICT OF NEW JERSEY

Case number (if known)

☐ Check if this is an
amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy                    04/19

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

**Part 1:**  **Income**

1. **Gross revenue from business**

   ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From  **7/01/2020** to **Filing Date** | ■ Operating a business<br>☐ Other _____ | $14,957,740.65 |
| **For prior year:**<br>From  **7/01/2019** to  **6/30/2020** | ■ Operating a business<br>☐ Other _____ | $53,255,153.86 |
| **For year before that:**<br>From  **7/01/2018** to  **6/30/2019** | ■ Operating a business<br>☐ Other _____ | $63,000,155.20 |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ☐ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From  **7/01/2020** to **Filing Date** | **Non-Business Revenues** | $10,020,622.08 |
| **For prior year:**<br>From  **7/01/2019** to  **6/30/2020** | **Non-Business Revenues** | $12,083,302.00 |
| **For year before that:**<br>From  **7/01/2018** to  **6/30/2019** | **Non-Business Revenues** | $18,162,710.00 |

**Part 2:**  **List Certain Transfers Made Before Filing for Bankruptcy**

| Debtor | **The Diocese of Camden, New Jersey** | Case number *(if known)* | |
|---|---|---|---|

3. **Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None.

| | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|---|
| 3.1. | **B.F.** | **8/24/2020** | **$40,000.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Claim paid** |
| 3.2. | **W.K.** | **8/7/2020** | **$150,000.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Claim Paid** |
| 3.3. | **M.K.** | **7/6/2020** | **$125,000.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Claim Paid** |
| 3.4. | **T.L.** | **7/6/2020** | **$25,000.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Claim Paid** |
| 3.5. | **D.M.** | **7/16/2020** | **$85,000.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Claim Paid** |
| 3.6. | **P.M.** | **9/14/2020** | **$25,000.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Claim Paid** |
| 3.7. | **J.S.** | **8/7/2020** | **$125,000.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Claim Paid** |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

Debtor    **The Diocese of Camden, New Jersey** _____    Case number _(if known)_ _____

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>_Check all that apply_ |
|---|---|---|---|
| 3.8. **M.Z.** | 8/24/2020 | $35,000.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Claim Paid** |
| 3.9. **See attached Rider 6 - SOFA 3** | July 1, 2020 - September 28, 2020 | $4,865,937.04 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

4.  **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
    List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. _Insiders_ include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

    ☐ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1. **See response to SOFA # 30** | | **Unknown** | |

5.  **Repossessions, foreclosures, and returns**
    List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

    ■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6.  **Setoffs**
    List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

    ■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:**    Legal Actions or Assignments

7.  **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
    List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

    ☐ None.

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1. **Subpoena issued by NJ Attorney General 2018-11001** | **Demand for files relating to persons accused of sexual abuse** | **Superior Court of New Jersey Mercer County Law Division** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

Debtor    **The Diocese of Camden, New Jersey**                    Case number *(if known)*_____

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.2. | **T.V. & daughter v. Our Lady of Mount Carmel School; Diocese of Camden; Alice Malloy; Susan Demore; Jane Doe; and John Does 1-10**<br>**CAM-L-2616-19** | **Student bullying action** | **Superior Court of New Jersey**<br>**Camden County Law Division**<br>**Hall of Justice**<br>**101 S. 5th Street**<br>**Camden, NJ 08103** | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.3. | **E.B. v. The Diocese of Camden New Jersey a/k/a Diocese of Camden, St. Clare of Assisi Parish, and John Does 1 through 25, Inclusive, Fictitions Named Defendants, Jointly, Severally and in the Alternative**<br>**CAM-L-2138-19** | **Discrimination Case** | **Superior Court of New Jersey**<br>**Camden County Law Division**<br>**Hall of Justice**<br>**101 S. 5th Street**<br>**Camden, NJ 08103** | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.4. | **J.C. v. Diocese of Camden; St. John the Evangelist; Catholic Church of St. Mary; John Does 1-10**<br>**CAM-L-4790-19** | **Abuse case** | **Superior Court of New Jersey**<br>**Camden County Law Division**<br>**Hall of Justice**<br>**101 S. 5th Street**<br>**Camden, NJ 08103** | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.5. | **J.H. v. Diocese of Camden; St. John's Church; St. Gregory Church; John Does 1-10**<br>**CAM-L-4789-19** | **Abuse case** | **Superior Court of New Jersey**<br>**Camden County Law Division**<br>**Hall of Justice**<br>**101 S. 5th Street**<br>**Camden, NJ 08103** | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.6. | **J.P. v. Diocese of Camden; St. John the Evangelist; John Does 1-10**<br>**CAM-L-4788-19** | **Abuse case** | **Superior Court of New Jersey**<br>**Camden County Law Division**<br>**Hall of Justice**<br>**101 S. 5th Street**<br>**Camden, NJ 08103** | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.7. | **E.F. v. Roman Catholic Diocese of Camden; St. Francis of Assisi Parish; Divine Mercy Parish; Defendant Doe Representative of the Estate of Fr. Richard Gerbino, Deceased 1-5; Defendant Doe 1-10; Defendant Institution 1-10**<br>**CAM-L-4834-19** | **Abuse case** | **Superior Court of New Jersey**<br>**Camden County Law Division**<br>**Hall of Justice**<br>**101 S. 5th Street**<br>**Camden, NJ 08103** | ☑ Pending<br>☐ On appeal<br>☐ Concluded |

| Debtor | **The Diocese of Camden, New Jersey** | Case number *(if known)* |
|--------|---------------------------------------|--------------------------|

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.8. | **B.H. v. Roman Catholic Diocese of Camden; St. Clare of Assisi Parish; St. Michael's Church; St. James Parish; St. James High School; St. Gabriel the Archangel Parish; Norman T. Connelly; Defendant Doe 1-10; Defendant Institution 1-10<br>CAM-L-4837-19** | **Abuse case** | **Superior Court of New Jersey<br>Camden County Law Division<br>Hall of Justice<br>101 S. 5th Street<br>Camden, NJ 08103-1000** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.9. | **E.M. v. Roman Catholic Diocese of Camden; St. James Parish; St. James High School; St. Gabriel the Archangel Parish; Norman T. Connelly; Defendant Doe 1-10; Defendant Institution 1-10<br>CAM-L-4836-19** | **Abuse case** | **Superior Court of New Jersey<br>Camden County Law Division<br>Hall of Justice<br>101 S. 5th Street<br>Camden, NJ 08103** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.10. | **N.S. v. Roman Catholic Diocese of Camden; St. Patrick Parish; Holy Angels Parish; Defendant Doe Representative of the Estate of Faqther Joseph Shannon, Deceased 1-5; Defendant Doe 1-10; Defendant Institution 1-10<br>CAM-L-4835-19** | **Abuse case** | **Superior Court of New Jersey<br>Camden County Law Division<br>Hall of Justice<br>101 S. 5th Street<br>Camden, NJ 08103** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.11. | **A.S. v. Roman Catholic Diocese of Camden; St. Francis of Assisi Parish; Divine Mercy Parish; Defendant Doe Representative of the Estate of Father Richard Gerbino, Deceased 1-5; Defendant Doe 1-10; Defendant Institution 1-10<br>CAM-L-4831-19** | **Abuse case** | **Superior Court of New Jersey<br>Camden County Law Division<br>Hall of Justice<br>101 S. 5th Street<br>Camden, NJ 08103** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.12. | **JA/GG Doe 1 v. Diocese or Camden, New Jersey a/k/a Diocese of Camden; St. Peter's; St. Gianna Beretta Molla Parish a/k/a St. Gianna Beretta Molla Parish Roman Catholic Church a/k/a St. Gianna Parish a/k/a St. Gianna; Brothers of Charity America District-Region of Our Lady of Charity a/k/a Brothers of Charity Region of Our Lady of Charity a/k/a Brothers of Charity; ABC Entity; and John Does 1-5<br>CAM-L-4838-19** | **Abuse case** | **Superior Court of New Jersey<br>Camden County Law Division<br>Hall of Justice<br>101 S. 5th Street<br>Camden, NJ 08103** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

Debtor   **The Diocese of Camden, New Jersey**                              Case number *(if known)* _____

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.13<br>. | **Jane Doe 1, c/o Kline &<br>Specter, P.C.  v. Diocese of<br>Camden; ABC Corporations 1<br>Through 10 and John Doe 1<br>Through 10<br>CAM-L-416-20** | **Abuse case** | **Superior Court of New<br>Jersey<br>Camden County Law<br>Division<br>Hall of Justice<br>101 S. 5th Street<br>Camden, NJ 08103** | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.14 | **P.H. v. Diocese of Camden<br>CAM-L-487-20** | **Abuse case** | **Superior Court of New<br>Jersey<br>Camden County Law<br>DIvision<br>Hall of Justice<br>101 S. 5th Street<br>Camden, NJ 08103** | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.15<br>. | **R.S. v. Paul VI High School;<br>Roman Catholic Diocese of<br>Camden; and John Doe I-V<br>CAM-L-592-20** | **Abuse case** | **Superior Court of New<br>Jersey<br>Camden County Law<br>Division<br>Hall of Justice<br>101 S. 5th Street<br>Camden, NJ 08103** | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.16<br>. | **E.P.H. v. Roman Catholic<br>Diocese of Camden; St. Clare<br>of Assisi Parish; St. Michael's<br>Church; and John Does 1-10<br>CAM-L-1009-20** | **Abuse case** | **Superior Court of New<br>Jersey<br>Camden County Law<br>Division<br>Hall of Justice<br>101 S. 5th Street<br>Camden, NJ 08103** | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.17<br>. | **E.J.N. v. The Roman Catholic<br>Archdiocese of Camden;<br>Saint Paul's Roman Catholic<br>Church; and John Does 1-10<br>CPM-L-000082-20** | **Abuse case** | **Superior Court of New<br>Jersey<br>Cape May County Law<br>Division<br>Cape May County<br>Courthouse<br>9 N. Main Street<br>Cape May Court House, NJ<br>08210** | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.18<br>. | **J.F. v. Roman Catholic<br>Archdiocese of Philadelphia;<br>Diocese of Camden; St.<br>Francis Xavier Parish; St.<br>Francis Xavier Parish School;<br>Roman Catholic High School<br>of Philadelphia; Holy Trinity<br>Parish; and Defendant Doe<br>Representative of the Estate<br>of Father John Kline,<br>Deceased 1-5<br>CAM-L-1146-20** | **Abuse case<br>(Stipulation of<br>Dismissal With<br>Prejudice filed<br>July 27, 2020 as to<br>Diocese of<br>Camden and Holy<br>Trinity Parish)** | **Superior Court of New<br>Jersey<br>Camden County Law<br>Division<br>Hall of Justice<br>101 S. 5th Street<br>Camden, NJ 08103** | ☐ Pending<br>☐ On appeal<br>☑ Concluded |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                          Best Case Bankruptcy

Debtor    **The Diocese of Camden, New Jersey**                    Case number *(if known)* _____

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.19. | **A.F. v. Catholic Charities; Diocese of Camden; Melissa Hruska; Andy Zmuda; and John Does 1-30**<br>**CAM-L-1163-20** | **Employment Termination case** | **Superior Court of New Jersey**<br>**Camden County Law Division**<br>**Hall of Justice**<br>**101 S. 5th Street**<br>**Camden, NJ 08103** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.20. | **B.P.F. v. The Catholic Church of St. Mary; Christ Our Light Parish f/k/a Queen of Heaven Parish f/k/a Queen of Heaven Church and School; Roman Catholic Diocese of Camden; and John Does 1-10**<br>**CAM-L-1230-20** | **Abuse case (*Case settled)** | **Superior Court of New Jersey**<br>**Camden County Law Division**<br>**Hall of Justice**<br>**101 S. 5th Street**<br>**Camden, NJ 08103** | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.21. | **A.M.M. v. Our Lady of Mount Carmel; Roman Catholic Diocese of Camden; Father John E. Smith; and John Does 1-10**<br>**CAM-L-1309-20** | **Abuse case** | **Superior Court of New Jersey**<br>**Camden County Law Division**<br>**Hall of Justice**<br>**101 S. 5th Street**<br>**Camden, NJ 08103** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.22. | **T.J.M. v. Our Lady Star of the Sea Roman Catholic Church; Roman Catholic Diocese of Camden; and John Does 1-10**<br>**ATL-L-1057-20** | **Abuse case** | **Superior Court of New Jersey**<br>**Atlantic County Law Division**<br>**1201 Bacharach Boulevard**<br>**Atlantic City, NJ 08401** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.23. | **V.A. v. Catholic Charities; Diocese of Camden; Kevin H. Hickey; Andy Zmuda; and ABC Corporations 1-5**<br>**CAM-L-1584-20** | **Employment Discrimination case** | **Superior Court of New Jersey**<br>**Camden County Law DIvision**<br>**Hall of Justice**<br>**101 S. 5th Street**<br>**Camden, NJ 08103** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.24. | **John Doe v. Diocese of Camden and John Does 1-10**<br>**CAM-L-1656-20** | **Abuse case** | **Superior Court of New Jersey**<br>**Camden County Law Division**<br>**Hall of Justice**<br>**101 S. 5th Street**<br>**Camden, NJ 08103** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.25. | **T.J. v. Diocese of Camden; ABC Corporations, One Through Ten; and John Doe, One Through Ten**<br>**CAM-L-1651-20** | **Abuse case** | **Superior Court of New Jersey**<br>**Camden County Law Division**<br>**Hall of Justice**<br>**101 S. 5th Street**<br>**Camden, NJ 08103** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor   **The Diocese of Camden, New Jersey**                                Case number *(if known)* _____

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.26<br>. | **B.M. v. Roman Catholic Diocese of Camden; Roman Catholic Archdoicese of Philadelphia; St. Clare of Assisi Parish; St. Michael's Church; St. James Parish; St. James High School; St. Gabriel the Archangel Parish; St. Charles Borromeo Seminary; Norman T. Connelly; Defendant Doe 1-10; and Defendant Institution 1-10 CAM-L-1690-20** | **Abuse case** | **Superior Court of New Jersey**<br>**Camden County Law Division**<br>**Hall of Justice**<br>**101 S. 5th Street**<br>**Camden, NJ 08103** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.27<br>. | **M.D. v. Roman Catholic Diocese of Camden; St. Gregory Parish; St. Gregory Church; St. Gregory Elementary School; Defendant Doe Representative of the Estate of Fr. John Kelly, Deceased 1-5; Defendant Doe 1-10; and Defendant Institution 1-10 CAM-L-1782-20** | **Abuse case** | **Superior Court of New Jersey**<br>**Camden County Lqaw Division**<br>**Hall of Justice**<br>**101 S. 5th Street**<br>**Camden, NJ 08103** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.28<br>. | **M.F. v. Roman Catholic Diocese of Camden; Sacred Heart Parish; Sacred Heart Church; Sacred Heart Elementary School; Defendant Doe Representative of the Estate of Fr. Joseph Shannon, Deceased 1-5; Defendant Doe 1-10; and Defendant Institution 1-10 CAM-L-1780-20** | **Abuse case** | **Superior Court of New Jersey**<br>**Camden County Law Division**<br>**Hall of Justice**<br>**101 S. 5th Street**<br>**Camden, NJ 08103** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.29<br>. | **S.G. v. Roman Catholic Diocese of Camden; Roman Catholic Archdiocese of Philadelphia; St. Peter Parish; St. Peter Church; St. Peter Elementary School; St. Charles Boromeo Seminary; Defendant Doe Representative of the Estate of Fr. Charles McColgan, Deceased 1-5; Defendant Doe Representative of the Estate of Fr. John Kelly, Deceased 1-5; Defendant Doe 1-10; Defendant Institution 1-10 CAM-1781-20** | **Abuse case** | **Superior Court of New Jersey**<br>**Camden County Law Division**<br>**Hall of Justice**<br>**101 S. 5th Street**<br>**Camden, NJ 08103** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

Debtor    **The Diocese of Camden, New Jersey**                                    Case number *(if known)* _____

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.30. | **L.T. v. Roman Catholic Diocese of Camden; St. Gregory Parish; St. Gregory Church; St. Gregory Elementary School; Defendant Doe Representative of the Estate of Fr. Joseph Shannon, Deceased 1-5; Defendant Doe 1-10; and Defendant Institution 1-10 CAM-L-1779-20** | **Abuse case** | **Superior Court of New Jersey Camden County Law Division Hall of Justice 101 S. 5th Street Camden, NJ 08103** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.31. | **S.B., an adult individual, c/o Marino Associates v. Roman Catholic Archdiocese of Philadelphia and Roman Catholic Diocese of Camden CAM-L-2276-20** | **Abuse case** | **Superior Court of New Jersey Camden County Law Division Hall of Justice 101 S. 5th Street Camden, NJ 08103** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.32. | **C.J.M. v. Roman Catholic Diocese of Camden; St. James Catholic High School; and St. Clare of Assisi Parish f/k/a St. Michael's Roman Catholic Parish CAM-L-2432-20** | **Abuse case** | **Superior Court of New Jersey Camden County Law Division Hall of Justice 101 S. 5th Street Camden, NJ 08103** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.33. | **P.A.N. v. Roman Catholic Diocese of Camden a/k/a Diocese of Camden and Holy Angels Catholic Parish d/b/a St. Matthew's Church CAM-L-2436-20** | **Abuse case** | **Superior Court of New Jersey Camden County Law Division Hall of Justice 101 S. 5th Street Camden, NJ 08103** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.34. | **M.J.S. v. Roman Catholic Diocese of Camden a/k/a Diocese of Camden; St. Joseph's School; and St. Joseph's School d/b/a St. Clare of Assisi Parish CAM-L-2440-20** | **Abuse case** | **Superior Court of New Jersey Camden County Law Division Hall of Justice 101 S. 5th Street Camden, NJ 08103** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.35. | **J.B. v. Roman Catholic Diocese of Camden; St. Teresa of the Infant Jesus Parish; St. Teresa of the Infant Jesus Church; St. Teresa of the Infant Jesus Regional School; Holy Child Parish; Defendant Doe Representative of the Estate of Fr. Calude Bender, Deceased 1-5; Defendant Doe 1-10; and Defendant Doe Institution 1-10 CAM-L-2572-20** | **Abuse case** | **Superior Court of New Jersey Camden County Laws Division Hall of Justivce 101 S. 5th Street Camden, NJ 08103** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                                     Best Case Bankruptcy

Debtor    **The Diocese of Camden, New Jersey**                          Case number *(if known)* _____

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.36. **D.M. v. Roman Catholic Diocese of Camden; St. Teresa of the Infant Jesus Parish; St. Teresa of the Infant Jesus Church; St. Teresa of the Infant Jesus Regional School; Holy Child Parish; Defendant Doe Representative of the Estate of Fr. Claude Bender, Decesed 1-5; Defendant Doe 1-10; and Defendant Doe Institution 1-10 CAM-L-2570-20** | **Abuse case** | **Superior Court of New Jersey Camden County Law Division Hall of Justice 101 S. 5th Street Camden, NJ 08103** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.37. **B.S. v. Roman Catholic Diocese of Camden; St. John's Parish; St. John's Church; St. John's School; St. Teresa of Calcutta Parish; Defendant Doe Representative of the Estate of Fr. John P. Connor, Deceased 1-5; Defendant Doe 1-10; and Defendant Doe Institution 1-10 CAM-L-2608-20** | **Abuse case** | **Superior Court of New Jersey Camden County Law Division Hall of Justice 101 S. 5th Street Camden, NJ 08103** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.38. **M.L. v. Roman Catholic Diocese of Camden; Fr. Roy T. Hardin; St. Mary's Parish; St. Mary's Church; St. Mary's School; Parish of The Holy Cross; Defendant Doe 1-10; and Defendant Doe Institution 1-10 CAM-L-2609-20** | **Abuse case** | **Superior Court of New Jersey Camden County Law Division Hall of Justice 101 S. 5th Street Camden, NJ 08103** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.39. **A.N. v. Diocese of Camden, ABC Corporations One Through Ten; and John Doe, One Through Ten CAM-L-2638-20** | **Abuse case** | **Superior Court of New Jersey Camden County Law Division Hall of Justice 101 S. 5th Street Camden, NJ 08103** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.40. **J.H. v. Roman Catholic Diocese of Camden; Bishop Nicholas DiMarzio; and Holy Trinity Parish, Successor to St. James Parish CAM-L-2658-20** | **Abuse case** | **Superior Court of New Jersey Camden County Law Division Hall of Justice 101 S. 5th Street Camden, NJ 08103** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.41. **C.D. v. Roman Catholic Diocese of Camden and Paul VI High School CAM-L-2719-20** | **Abuse case** | **Superior Court of New Jersey Camden County Law Division 101 S. 5th Street Camden, NJ 08103** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

Debtor    **The Diocese of Camden, New Jersey**                                   Case number *(if known)* _____

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.42. | **M.S. v. Roman Catholic Diocese of Camden; St. Frances Cabrini Parish; St. Frances Cabrini Church; St. Frances Cabrini School; St. Damien Parish; Defendant Doe Representative of the Estate of Fr. Michael D'Amico, Deceased 1-5; Defendant Doe 1-10; and Defendant Doe Institution 1-10<br>CAM-2779-20** | **Abuse Case** | **Superior Court of New Jersey<br>Camden County Law Division<br>Hall of Justice<br>101 S. 5th Street<br>Camden, NJ 08103** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.43. | **J.M. v. Roman Catholic Diocse of Camden<br>CAM-L-2753-20** | **Abuse Case** | **Superior Court of New Jersey<br>Camden County Law Division<br>Hall of Justice<br>101 S. 5th Street<br>Camden, NJ 08103** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.44. | **R.C.E. v. The Doicese of Camden, New Jersey a/k/a Diocese of Camden; St. James High School; ABC Entity; and John Does 1-5<br>CAM-L-2799-20** | **Abuse Case** | **Superior Court of New Jersey<br>Camden County Law Division<br>Hall of Justice<br>101 S. 5th Street<br>Camden, NJ 08103** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.45. | **JA/GG Doe 20 v. The Diocese of Camden, New Jersey a/k/a Diocese of Camden; Camden Catholic High School; ABC Entity; and John Does 1-5<br>CAM-L-2800-20** | **Abuse Case** | **Superior Court of New Jersey<br>Camden County Law Division<br>Hall of Justice<br>101 S. 5th Street<br>Camden, NJ 08103** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.46. | **JA/GG Doe 21 v. The Diocese of Camden, New Jersey a/k/a Diocese of Camden; St. James High School; ABC Entity; and John Does 1-5<br>CAM-L-2801-20** | **Abuse Case** | **Superior Court of New Jersey<br>Camden County Law Divsion<br>Hall of Justice<br>101 S. 5th Street<br>Camden, NJ 08103** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.47. | **JA/GG Doe 22 v. The Diocese of Camden, New Jersey a/k/a Diocese of Camden; St. Anthony a/k/a St. Anthony's Church; Christ The Redeemer Parish, ATCO, N.J.; ABC Entity; and John DOes 1-5<br>CAM-L-2802-20** | **Abuse Case** | **Superior Court of New Jersey<br>Camden County Law Division<br>Hall of Justice<br>101 S. 5th Street<br>Camden, NJ 08103** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

Debtor    **The Diocese of Camden, New Jersey**                                Case number *(if known)* _____

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.48. | **W.H. v. Roman Catholic Diocse of Camden a/k/a Diocese of Camden and Our Lady of Grace Church**<br>**CAM-L-2803-20** | **Abuse case** | **Superior Court of New Jersey**<br>**Camden County Law Division**<br>**Hall of Justice**<br>**101 S. 5th Street**<br>**Camden, NJ 08103** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.49. | **W.P.S. v. Roman Catholic Diocese of Camden a/k/a Diocese of Camden and St. Stephen's Parish; and Camden Catholic High School**<br>**CAM-L-2805-20** | **Abuse Case** | **Superior Court of New Jersey**<br>**Camden County Law Division**<br>**Hall of Justice**<br>**101 S. 5th Street**<br>**Camden, NJ 08103** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.50. | **W.F.C. v. Roman Catholic Diocese of Camden a/k/a Diocese of Camden and St. Anthony Church, a/k/a St. Anthony Church-Christ the Redeemer Parish**<br>**CAM-L-2806-20** | **Abuse Case** | **Superior Court of New Jersey**<br>**Camden County Law Division**<br>**Hall of Justice**<br>**101 S. 5th Street**<br>**Camden, NJ 08103** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.51. | **M.A.G. v. Roman Catholic Diocese of Camden, Saint Peter Roman Catholic Church, and John Does 1 Through 10**<br>**CAM-L-2857-20** | **Abuse Case** | **Superior Court of New Jersey**<br>**Camden County Law Division**<br>**Hall of Justice**<br>**101 S. 5th Street**<br>**Camden, NJ 08103** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.52. | **V.J.S. v. Roman Catholic Diocese of Camden, Sacred Heart Parish d/b/a Sacred Heart Church, and John Does 1 Through 10**<br>**CAM-L-2853-20** | **Abuse Case** | **Superior Court of New Jersey**<br>**Camden County Law Division**<br>**Hall of Records**<br>**101 S. 5th Street**<br>**Camden, NJ 08103** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.53. | **M.A.W. v. Roman Catholic Diocese of Camden, Saints Peter and Paul Roman Catholic Church, Saint Charles Borromeo Roman Catholic Church, and John Does 1 Through 10**<br>**CAM-L-2870-20** | **Abuse Case** | **Superior Court of New Jersey**<br>**Camden County Law Division**<br>**Hall of Justice**<br>**101 S. 5th Street**<br>**Camden, NJ 08103** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.54. | **F.C.K. v. Roman Catholic Diocese of Camden, St. Mary Magdalen Church, The Parish of All Saints, and John Does 1 Through 10**<br>**CAM-L-2872-20** | **Abuse Case** | **Superior Court of New Jersey**<br>**Camden County Law Division**<br>**Hall of Justice**<br>**101 S. 5th Street**<br>**Camden, NJ 08103** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

Debtor   **The Diocese of Camden, New Jersey**                          Case number *(if known)* _____

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.55. | **John Doe c/o The Braslow Firm, LLC v. The Diocese of Camden a/k/a The Roman Catholic Diocese of Camden, ABC Corporations 1-5, and John Does 1-5**<br>**CAM-L-2892-20** | **Abuse Case** | **Superior Court of New Jersey**<br>**Camden County Law Division**<br>**Hall of Justice**<br>**101 S. 5th Street**<br>**Camden, NJ 08103** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.56. | **State of New Jersey by the Commissioner of Transportation v. St. Mary's Church, a New Jersey Religious Corporation, The Diocese of Camden, New Jersey, Religious Corporation, Trustee; Borough of Bellmawr, in the County of Camden, a Municipal Corporation of New Jersey**<br>**CAM-L-3076-10** | **Eminent Domain** | **Superior Court of New Jersey**<br>**Camden County Law Division**<br>**Hall of Justice**<br>**101 S. 5th Street**<br>**Camden, NJ 08103** | ☐ Pending<br>■ On appeal<br>☐ Concluded |
| 7.57. | **P.C. v. The Diocese of Camden, New Jersey a/k/a Diocese of Camden, ABC Entity, and John Does 1-5**<br>**CAM-L-483-20** | **Abuse case (*Case dismissed; stipulation of dismissal with prejudice entered 4/22/2020.)** | **Superior Court of New Jersey**<br>**Camden County Law Division**<br>**Hall of Justice**<br>**101 S. 5th Street**<br>**Camden, NJ 08103** | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.58. | **J.M.T. v. Roman Catholic Diocese of Camden; Holy Angels Catholic Parish d/b/a St. Matthew Church; and John Does 1 through 10**<br>**CAM-L-2979-20** | **Abuse case** | **Superior Court of New Jersey**<br>**Hall of Justice**<br>**101 S. 5th Street**<br>**Camden, NJ 08103** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.59. | **John J.G. Doe v. Diocese of Camden; Saint Rose of Lima Catholic Church; and Estate of Father V.C.**<br>**CAM-L-3019-20** | **Abuse Case** | **Superior Court of New Jersey**<br>**Camden County Law Division**<br>**Hall of Justice**<br>**101 S. 5th Street**<br>**Camden, NJ 08103** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.60. | **John RB Doe v. Diocese of Camden; Sacred Heart Church; and Estate of Father Joseph Shannon**<br>**CAM-L-3014-20** | **Abuse Case** | **Superior Court of New Jersey**<br>**Camden County Law Division**<br>**Hall of Justice**<br>**101 S. 5th Street**<br>**Camden, NJ 08103** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.61. | **M.M. v. Roman Catholic Diocese of Camden a/k/a Diocese of Camden and Mary Mother of the Church**<br>**CAM-L-3013-20** | **Abuse Case** | **Superior Court of New Jersey**<br>**Camden County Law Division**<br>**Hall of Justice**<br>**101 S. 5th Street**<br>**Camden, NJ 08103** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                             Best Case Bankruptcy

Debtor    **The Diocese of Camden, New Jersey**                              Case number *(if known)* _____

---

8.  **Assignments and receivership**
    List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a
    receiver, custodian, or other court-appointed officer within 1 year before filing this case.

    ■ None

---

| Part 4: | Certain Gifts and Charitable Contributions |
|---------|--------------------------------------------|

9.  **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of
    the gifts to that recipient is less than $1,000**

    ☐ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|
| 9.1. **Bill Watson**<br>**211 7th Avenue**<br>**Haddon Heights, NJ 08035** | | **October 1, 2018 through September 19, 2020** | **$1,000.00** |
| **Recipients relationship to debtor**<br>**Employee of Diocese of Camden** | | | |
| 9.2. **Donna Britt**<br>**7 Sweetwater Court**<br>**Ocean City, NJ 08226** | | **October 1, 2018 through September 19, 2020** | **$1,000.00** |
| **Recipients relationship to debtor**<br>**Employee of Diocese of Camden** | | | |
| 9.3. **John Kalitz**<br>**1112 Tamarind Place**<br>**Williamstown, NJ 08094** | | **October 1, 2018 through September 19, 2020** | **$1,000.00** |
| **Recipients relationship to debtor**<br>**Employee of Diocese of Camden** | | | |
| 9.4. **Michael Walsh**<br>**215 Georgetown Road**<br>**Gibbsboro, NJ 08026** | | **October 1, 2018 through September 19, 2020** | **$1,000.00** |
| **Recipients relationship to debtor**<br>**Employee of Diocese of Camden** | | | |
| 9.5. **National Catholic Partnership Disability**<br>**The McCormick Pavilion**<br>**415 Michigan Avenue, N.E., Suite 95**<br>**Washington, DC 20017-4501** | | **October 1, 2018 through September 19, 2020** | **$1,500.00** |
| **Recipients relationship to debtor** | | | |

---

Debtor    **The Diocese of Camden, New Jersey**                                    Case number *(if known)* _____

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|
| 9.6. **Catholic Rural Life (CRL)** **University of St. Thomas** **Mail Number 4080** **2115 Summit Avenue** **Saint Paul, MN 55105-1078** | | **October 1, 2018 through September 19, 2020** | **$1,500.00** |
| **Recipients relationship to debtor** | | | |
| 9.7. **(NCHLA)Ntl Comm Human** **Life Advance** **PO Box 34116** **Washington, DC 20043** | | **October 1, 2018 through September 19, 2020** | **$2,000.00** |
| **Recipients relationship to debtor** | | | |
| 9.8. **Archdiocese of Lahore** **73-FCC - Canal Bank Road** **Gulberg 4  G.P.O. Box 909** **Lahore - 54000** **Pakistan** | | **October 1, 2018 through September 19, 2020** | **$1,000.00** |
| **Recipients relationship to debtor** | | | |
| 9.9. **Pontifical North American** **College** **3211 4th Street, NE** **Washington, DC 20017-4501** | | **October 1, 2018 through September 19, 2020** | **$1,000.00** |
| **Recipients relationship to debtor** | | | |
| 9.10. **Ntl Fed for Catholic Youth** **Ministry** **415 Michigan Avenue, NE,** **Suite 40** **Washington, DC 20017-4501** | | **October 1, 2018 through September 19, 2020** | **$1,000.00** |
| **Recipients relationship to debtor** | | | |
| 9.11. **Good Counsel Homes** **PO Box 6068** **Hoboken, NJ 07030** | | **October 1, 2018 through September 19, 2020** | **$36,000.00** |
| **Recipients relationship to debtor** | | | |
| 9.12. **Net Ministries** **110 Crusader Avenue West** **Saint Paul, MN 55118-4427** | | **October 1, 2018 through September 19, 2020** | **$1,200.00** |
| **Recipients relationship to debtor** | | | |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                                                Best Case Bankruptcy

Debtor    **The Diocese of Camden, New Jersey**                              Case number *(if known)* _____

| | Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|---|
| 9.13. | **National Catholic Bioethics Center**<br>**PO Box 228**<br>**Barrington, RI 02806-0228** | | **October 1, 2018 through September 19, 2020** | **$1,500.00** |
| | Recipients relationship to debtor | | | |
| 9.14. | **Cooper's Ferry Partnership**<br>**2 Riverside Drive, Suite 501**<br>**Camden, NJ 08103** | | **October 1, 2018 through September 19, 2020** | **$15,000.00** |
| | Recipients relationship to debtor | | | |
| 9.15. | **Disciples of Mary**<br>**1235 S. Magnolia Avenue**<br>**Anaheim, CA 92804** | | **October 1, 2018 through September 19, 2020** | **$1,000.00** |
| | Recipients relationship to debtor | | | |
| 9.16. | **Archdiocese of Manizales, Columbia**<br>**Carrera 23 Number 19-22**<br>**Manizales, Caldas**<br>**COLUMBIA** | | **October 1, 2018 through September 19, 2020** | **$1,000.00** |
| | Recipients relationship to debtor | | | |
| 9.17. | **Diocese of Ondo, Nigeria**<br>**Ondo By-Pass.  P.O. Box 46**<br>**Akure**<br>**Ondo State**<br>**NIGERIA** | | **October 1, 2018 through September 19, 2020** | **$1,000.00** |
| | Recipients relationship to debtor | | | |
| 9.18. | **Camden Special Services District**<br>**2 Riverside Drive, Suite 501**<br>**Camden, NJ 08103** | | **October 1, 2018 through September 19, 2020** | **$11,000.00** |
| | Recipients relationship to debtor | | | |
| 9.19. | **Joseph House**<br>**555 Atlantic Avenue**<br>**Camden, NJ 08104** | | **October 1, 2018 through September 19, 2020** | **$25,000.00** |
| | Recipients relationship to debtor | | | |

Debtor    **The Diocese of Camden, New Jersey**                    Case number *(if known)* _____

| | Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|---|
| 9.20. | **Catholic Charities, Inc.**<br>**1845 Haddon Avenue**<br>**Camden, NJ 08103** | | **October 1, 2018 through September 19, 2020** | **$4,199,225.00** |
| | **Recipients relationship to debtor** | | | |
| 9.21. | **St. John of God / Archbishop Damiano**<br>**1145 Delsea Drive**<br>**Westville, NJ 08093** | | **October 1, 2018 through September 19, 2020** | **$550,579.00** |
| | **Recipients relationship to debtor**<br>**Bishop in a Trustee** | | | |
| 9.22. | **Our Lady Star of the Sea Special Education**<br>**Our Lady Star of the Sea Regional School**<br>**15 North California Avenue**<br>**Atlantic City, NJ 08401** | | **October 1, 2018 through September 19, 2020** | **$125,690.00** |
| | **Recipients relationship to debtor**<br>**Bishop is a Trustee of the Corporation that owns the Parish** | | | |
| 9.23. | **Resurrection Special Education**<br>**Resurrection Regional Catholic School**<br>**402 North Kings Highway**<br>**Cherry Hill, NJ 08034** | | **October 1, 2018 through September 19, 2020** | **$130,636.00** |
| | **Recipients relationship to debtor**<br>**Bishop is a Trustee of the Corporation that owns the Parish** | | | |
| 9.24. | **John Paul II Special Education**<br>**St. John Paul II Regional School**<br>**55 Warick Road**<br>**Stratford, NJ 08084** | | **October 1, 2018 through September 19, 2020** | **$98,524.00** |
| | **Recipients relationship to debtor**<br>**Bishop is a Trustee of the Corporation that owns the Parish** | | | |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

Debtor  **The Diocese of Camden, New Jersey**                    Case number *(if known)* _____

| | Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|---|
| 9.25. | **Camden Catholic Special Education**<br>**Camden Catholic High School**<br>**300 Cuthbert Blvd**<br>**Cherry Hill, NJ 08002** | | **October 1, 2018 through September 19, 2020** | **$74,282.00** |
| | Recipients relationship to debtor<br>**Bishop is a Trustee** | | | |
| 9.26. | **Holy Spirit Special Education**<br>**Holy Spirit High School**<br>**500 South New Road**<br>**Absecon, NJ 08201** | | **October 1, 2018 through September 19, 2020** | **$23,618.00** |
| | Recipients relationship to debtor<br>**Bishop is a Trustee** | | | |
| 9.27. | **Holy Redeemer Visiting Nurses**<br>**1228 Route 37W**<br>**Toms River, NJ 08755** | | **October 1, 2018 through September 19, 2020** | **$40,000.00** |
| | Recipients relationship to debtor | | | |
| 9.28. | **St. Bridget University Church Newman Cen**<br>**1 Redmond Avenue**<br>**Glassboro, NJ 08028** | | **October 1, 2018 through September 19, 2020** | **$237,538.00** |
| | Recipients relationship to debtor<br>**Department of the Diocese** | | | |
| 9.29. | **Camden Partnership Schools**<br>**808 Market Street, 2nd Floor**<br>**Camden, NJ 08102** | | **October 1, 2018 through September 19, 2020** | **$550,000.00** |
| | Recipients relationship to debtor<br>**Bishop is a Trustee** | | | |
| 9.30. | **Bishop McHugh Regional Catholic School**<br>**2221 Route 9**<br>**Cape May Court House, NJ 08210** | | **October 1, 2018 through September 19, 2020** | **$272,723.00** |
| | Recipients relationship to debtor<br>**Owned by the Diocese** | | | |
| 9.31. | **Rice Bowl Grants**<br>**(See atttached Rider # 7)** | | **October 1, 2018 through September 19, 2020** | **$56,800.00** |
| | Recipients relationship to debtor | | | |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                           Best Case Bankruptcy

| Debtor | **The Diocese of Camden, New Jersey** | Case number *(if known)* | |

---

**Part 5:**    Certain Losses

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

☐ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|
| **Auto damage losses**<br>**See attached Rider 8 - SOFA # 10**<br>**(Auto)** | **$13,206.90** | **Various** | **Unknown** |
| **Property damage losses**<br>**See attached Rider 9 - SOFA # 10**<br>**(Property) Exhibit** | **$58,738.04** | **Various** | **Unknown** |
| **Management Liability for Wrongful Termination at Catholic Charities Central Office - Camden** | **$612.50** | **3/31/20**<br>**(reported on**<br>**5/5/20)** | **Unknown** |
| **General Liability losses**<br>**See attached Rider 10 - SOFA # 10**<br>**(General Liability)** | **$8.00** | **Various** | **Unknown** |

---

**Part 6:**    Certain Payments or Transfers

11. **Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **McManimon, Scotland &**<br>**Baumann, LLC**<br>**75 Livingston Avenue**<br>**Second Floor**<br>**Roseland, NJ 07068** | | **9/9/2020** | **$150,000.00** |
| | **Email or website address**<br>**rtrenk@msbnj.com** | | | |
| | **Who made the payment, if not debtor?** | | | |

---

Debtor    **The Diocese of Camden, New Jersey**                    Case number *(if known)*

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.2. | **EisnerAmper, LLP** **One Logan Square** **130 North 18th Street, Suite 3000** **Philadelphia, PA 19102** | | **9/9/2020** | **$50,000.00** |
| | **Email or website address** **https://www.eisneramper.com/** | | | |
| | **Who made the payment, if not debtor?** | | | |
| 11.3. | **Prime Clerk** **One Grand Central Place** **60 East 42nd Street, Suite 1440** **New York, NY 10165** | | **9/30/2020** | **$10,000.00** |
| | **Email or website address** **https://www.primeclerk.com/** | | | |
| | **Who made the payment, if not debtor?** | | | |
| 11.4. | **McManimon, Scotland & Baumann, LLC** **75 Livingston Avenue** **Second Floor** **Roseland, NJ 07068** | | **7/1/2020 -9/30/2020** | **$176,733.88** |
| | **Email or website address** **rtrenk@msbnj.com** | | | |
| | **Who made the payment, if not debtor?** | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

**Part 7:**    Previous Locations

14. **Previous addresses**

| Debtor | **The Diocese of Camden, New Jersey** | Case number *(if known)* | |
|---|---|---|---|

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

| **Part 8:** | **Health Care Bankruptcies** |
|---|---|

**15. Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

| **Part 9:** | **Personally Identifiable Information** |
|---|---|

**16. Does the debtor collect and retain personally identifiable information of customers?**

☐ No.
■ Yes. State the nature of the information collected and retained.

**Name**
**Address**
**Phone**
**Email**
**Credit Card# (encrypted)**
**Bank Info for direct debit users**
**Birth date if provided**
**SSN - rarely captured (there are only 7 records with a SSN)**

Does the debtor have a privacy policy about that information?
■ No
☐ Yes

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☐ No. Go to Part 10.
■ Yes. Does the debtor serve as plan administrator?

☐ No Go to Part 10.
■ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| **Pension Plan for Priests of the Diocese of Camden** | EIN: **21-0634498** |

Has the plan been terminated?
■ No
☐ Yes

☐ No Go to Part 10.
■ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| **Pension Plan for Certain Lay Employees of the Diocese of Camden** | EIN: **22-1146430** |

Has the plan been terminated?

Debtor   **The Diocese of Camden, New Jersey**          Case number *(if known)* _____

■ No
☐ Yes

☐ No Go to Part 10.
■ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| **The Diocese of Camden Retirement Plan** | EIN:  **21-0634498** |

Has the plan been terminated?
■ No
☐ Yes

☐ No Go to Part 10.
■ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| **Post Retirement Benefits Plan for Priests of the Diocese of Camden** | EIN:  **21-0634498** |

Has the plan been terminated?
■ No
☐ Yes

**Part 10:   Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

18. **Closed financial accounts**
    Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
    Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | **Wells Fargo**<br>**101 N. Independence Mall, 6th Floor**<br>**MAC Y17372-061**<br>**Philadelphia, PA 19106** | **XXXX-0068** | ■ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | **3/17/2020** | **$475,866.72** |

19. **Safe deposit boxes**
    List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

20. **Off-premises storage**
    List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|

Debtor    **The Diocese of Camden, New Jersey**                    Case number *(if known)* _____

---

| Part 11: | Property the Debtor Holds or Controls That the Debtor Does Not Own |
|---|---|

21. **Property held for another**
    List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☐ None

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| **See attached Rider 11 - SOFA # 21** | | **Various** | **Unknown** |

| Part 12: | Details About Environment Information |
|---|---|

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

■ No.
☐ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

| Part 13: | Details About the Debtor's Business or Connections to Any Business |
|---|---|

25. **Other businesses in which the debtor has or has had an interest**
    List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☐ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|

---

Debtor    **The Diocese of Camden, New Jersey**                                    Case number *(if known)* _____

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>**Dates business existed** |
|---|---|---|
| 25.1.    **TO BE PROVIDED** | | **EIN:**<br><br>**From-To** |

**26. Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26a.1.    **John Wagner**<br>**631 Market Street**<br>**Camden, NJ 08102** | **Current employee** |
| 26a.2.    **Laura Montgomery**<br>**631 Market Street**<br>**Camden, NJ 08102** | **Current employee** |
| 26a.3.    **Lisa Ciliberto**<br>**631 Market Street**<br>**Camden, NJ 08102** | **Former employee** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26b.1.    **John Nihill, Partner**<br>**Wipfli**<br>**3 Logan Square**<br>**1717 Arch Street, Suite 750**<br>**Philadelphia, PA 19103** | **2018 and 2019** |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are<br>unavailable, explain why |
|---|---|
| 26c.1.    **The Diocese of Camden, New Jersey**<br>**631 Market Street**<br>**Camden, NJ 08102** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

| Name and address |
|---|
| |

**27. Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No

☐ Yes. Give the details about the two most recent inventories.

| Debtor | **The Diocese of Camden, New Jersey** | Case number *(if known)* | |
|---|---|---|---|

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Most Reverend Dennis J. Sullivan** | **631 Market Street Camden, NJ 08102** | **Bishop of the Diocese and President of Civil Corporation** | **0** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Reverend Robert E. Hughes** | **631 Market Street Camden, NJ 08102** | **Vicar General of Diocese and Vice President of Civil Corporation** | **0** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Reverend Monsignor John H. Burton** | **631 Market Street Camden, NJ 08102** | **Vicar General of Diocese and Vice President of Civil Corporation** | **0** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Reverend Joseph Szolack** | **631 Market Street Camden, NJ 08102** | **Trustee of Civil Corporation** | **0** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Reverend Jason T. Rocks** | **631 Market Street Camden, NJ 08102** | **Chancellor of Diocese and Secretary of Civil Corporation** | **0** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Laura Montgomery** | **631 Market Street Camden, NJ 08102** | **Diocesan Finance Officer and Chief Financial Officer of Civil Corporation** | **0** |

29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

☐ No
☑ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| **Reverend James L. Bartoloma** | **Holy Family 226 Hurffsville Road Sewell, NJ 08080** | **Trustee/Chancellor of the Diocese of Camden** | **7/1/2014 - 7/15/2020** |

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
☑ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

Debtor    **The Diocese of Camden, New Jersey**                                         Case number *(if known)* _____

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | **Most Reverend Dennis J. Sullivan**<br>**631 Market Street**<br>**Camden, NJ 08102** | **$98,242.66** | **7/31/2019 - 6/30/2020** | **Salary and related benefits** |
| | **Relationship to debtor**<br>**Bishop of the Diocese and President of Civil Corporation** | | | |
| 30.2. | **Laura Montgomery**<br>**631 Market Street**<br>**Camden, NJ 08102** | **$185,982.13** | **7/31/2019 - 6/30/2020** | **Salary and related benefits** |
| | **Relationship to debtor**<br>**Diocesan Finance Officer and Chief Financial Officer of Civil Corporation** | | | |
| 30.3. | **Reverend Robert E. Hughes**<br>**631 Market Street**<br>**Camden, NJ 08102** | **$70,763.43** | **7/31/2019 - 6/30/2020** | **Salary and related benefits** |
| | **Relationship to debtor**<br>**Vicar General of Diocese and Vice President of Civil Corporation** | | | |
| 30.4. | **Reverend Jason T. Rocks**<br>**631 Market Street**<br>**Camden, NJ 08102** | **$69,452.18** | **7/31/2019 - 6/30/2020** | **Salary and related benefits** |
| | **Relationship to debtor**<br>**Chancellor of Diocese and Secretary of Civil Corporation** | | | |
| 30.5. | **Reverend James L. Bartoloma**<br>**Holy Family**<br>**226 Hurffsville Road**<br>**Sewell, NJ 08080** | **$72,909.61** | **7/31/2019 - 6/30/2020** | **Salary and related benefits** |
| | **Relationship to debtor**<br>**Trustee/Chancellor of the Diocese of Camden** | | | |

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

- ☑ No
- ☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| | |

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

- ☐ No
- ☑ Yes. Identify below.

Debtor  __The Diocese of Camden, New Jersey_____  Case number *(if known)* _____

| Name of the pension fund | Employer Identification number of the parent corporation | |
|---|---|---|
| **Pension Plan for Priests of the Diocese of Camden** | EIN: | **21-0634498** |
| **Pension Plan for Certain Lay Employees of the Diocese of Camden** | EIN: | **22-1146430** |
| **Post Retirement Benefits Plan for Priests of the Diocese of Camden** | EIN: | **21-0634498** |
| **The Diocese of Camden Retirement Plan** | EIN: | **21-0634498** |

Debtor    **The Diocese of Camden, New Jersey**                                    Case number *(if known)*

---

| **Part 14:** | **Signature and Declaration** |
|---|---|

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **October  1, 2020**

**/s/ Reverend Robert E. Hughes**                          **Reverend Robert E. Hughes**
Signature of individual signing on behalf of the debtor        Printed name

Position or relationship to debtor    **Vicar General/Vice President**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☐ No
■ Yes

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

Rider 6
SOFA # 3
Payments over $6,825 to creditors within 90 days before filing
Page 1

| VENDOR NAME | Sum of Amount | Address Line 1 | Address Line 2 | Address Line 3 | Address Line 4 |
|---|---|---|---|---|---|
| ST. JOHN PAUL II SCHOOL | $6,873.00 | ST. JOHN PAUL II SCHOOL | 55 WARWICK ROAD | STRATFORD, NJ 08084 | |
| AFSIBEX | $704,514.54 | AFSIBEX | PO Box 650786 | Dallas, TX 75265 | |
| ALL YEAR LANDSCAPING | $36,500.00 | ALL YEAR LANDSCAPING | 145 W. GRANT AVENUE | VINELAND, NJ 08360 | |
| ALLIED UNIVERSAL SECURITY SERVICES | $18,628.38 | ALLIED UNIVERSAL SECURITY SERVICES | 146 SOUTH PITNEY ROAD | PHILADELPHIA, PA 19182-8854 | |
| ASSUMPTION REGIONAL SCHOOL | $10,900.00 | ASSUMPTION REGIONAL SCHOOL | P.O. BOX 13610 | GALLOWAY, NJ 08205 | |
| ATLANTIC CITY ELECTRIC | $7,081.63 | ATLANTIC CITY ELECTRIC | JOAN VERNOSE O'MALLEY | PHILADELPHIA, PA 19101 | |
| AUSTIN O'MALLEY AND | $10,600.00 | AUSTIN O'MALLEY AND | 2221 NORTH ROUTE 9 | 43 DEANZ WAY | MT. LAUREL, NJ 08054 |
| BISHOP MCHUGH RS | $28,365.00 | BISHOP MCHUGH RS | 30 NORTH BROAD STREET | CAPE MAY CT HOUSE, NJ 08210 | |
| BUDD REALTY INC | $11,600.00 | BUDD REALTY INC | 13712 OLD FREDERICKTOWN | FLR 2 | WOODBURY, NJ 08096 |
| C A JOSEPH CO INC | $11,346.27 | C A JOSEPH CO INC | 300 CUTHBERT BLVD | E LIVERPOOL, OH 43920 | |
| CAMDEN CATHOLIC HS | $34,000.00 | CAMDEN CATHOLIC HS | OPERATION RICE BOWL | CHERRY HILL, NJ 08002 | |
| CATHOLIC RELIEF SERVICES | $34,669.07 | CATHOLIC RELIEF SERVICES | 15 NORTH 7TH STREET | PO BOX 17090 | BALTIMORE, MD 21297-0303 |
| CATHOLIC STAR HERALD | $7,222.60 | CATHOLIC STAR HERALD | PO BOX 824886 | PASTORAL CENTER | CAMDEN, NJ 08102 |
| CHP-DOC | $12,635.32 | CHIP-DOC | PO BOX 824886 | LOCATION 304231 | PHILADELPHIA, PA 19182-4886 |
| CHP-DOC | $7,380.06 | CHIP-DOC | P.O. BOX 824886 | LOCATION 331933 | PHILADELPHIA, PA 19182-4886 |
| CHP-DOC | $72,558.25 | CHIP-DOC | P.O. BOX 824886 | LOCATION 411041 | PHILADELPHIA, PA 19182-4886 |
| CHP-DOC | $53,191.32 | CHIP-DOC | 1655 MAGNOLIA ROAD | VINELAND, NJ 08361 | |
| CHRIST THE GOOD SHEPHERD | $19,039.07 | CHRIST THE GOOD SHEPHERD | 200 WINDSOR AVENUE | HADDONFIELD, NJ 08033-1499 | |
| CHRIST THE KING SCHOOL | $10,767.00 | CHRIST THE KING SCHOOL | 125 CHURCH STREET | GLASSBORO, NJ 08028-2517 | |
| CHURCH OF ST BRIDGET | $27,924.00 | CHURCH OF ST BRIDGET | ROOM 117 CITY HALL | | |
| CITY OF CAMDEN TAX OFFICE | $8,424.85 | CITY OF CAMDEN TAX OFFICE | ATTN SR ELLEN CARNEY IHM | CAMDEN, NJ 08101-5120 | |
| CONGREGATION SRS SERVANTS IHM | $12,453.96 | CONGREGATION SRS SERVANTS IHM | 1125 ATLANTIC AVENUE | 2300 ADAMS AVENUE | SCRANTON, PA 18509 |
| COOPER LEVINSON, P.A. | $111,201.71 | COOPER LEVINSON, P.A. | ATTN DELL USA LP | ATLANTIC CITY, NJ 08401 | |
| DELL MARKETING LP | $131,834.31 | DELL MARKETING LP | PO BOX 824886 | P O BOX 643561 | PITTSBURGH, PA 15264-3561 |
| DIOCESE OF CAMDEN HEALTH INS | $214,333.75 | DIOCESE OF CAMDEN HEALTH INS | PO BOX 824886 | LOCATION 300031 | PHILADELPHIA, PA 19182-4886 |
| DIOCESE OF CAMDEN HEALTH INS | $47,371.28 | DIOCESE OF CAMDEN HEALTH INS | PO BOX 824886 | LOCATION 300032 | PHILADELPHIA, PA 19182-4886 |
| DIOCESE OF CAMDEN HEALTH INS | $66,949.14 | DIOCESE OF CAMDEN HEALTH INS | PENSION | LOCATION 550151 | PHILADELPHIA, PA 19182-4886 |
| DIOCESE OF CAMDEN LAY | $14,418.00 | DIOCESE OF CAMDEN LAY | PO BOX 394 | P.O. BOX 824656 | PHILADELPHIA, PA 19182-4656 |
| DIVISION OF REVENUE | $18,187.01 | DIVISION OF REVENUE | ATTN PAYMENT PROCESSING | 1 JOHN FITCH PLAZA-6TH FLOOR | TRENTON, NJ 08625-0394 |
| DUANE MORRIS LLP | $20,959.95 | DUANE MORRIS LLP | P.O. BOX 92911 | 30 SOUTH 17TH STREET | PHILADELPHIA, PA 19103 4196 |
| ENTERCOM PHILADELPHIA | $7,312.11 | ENTERCOM PHILADELPHIA | PO BOX NY | CLEVELAND, OH 44194-006 | |
| FRANCISCAN SRS OF ALLEGANY NY | $15,867.00 | FRANCISCAN SRS OF ALLEGANY NY | 2850 WEST GOLF ROAD, 5TH FLR. | ST BONAVONTURE, NY 14778 | |
| GALLAGHER BENEFIT SERVICES, INC. | $12,000.00 | GALLAGHER BENEFIT SERVICES, INC. | 122 PARISH DRIVE | ROLLING MEADOWS, IL 60008 | |
| GENTE | $60,000.00 | GENTE | 333 RIDGEWAY STREET | WAYNE, NJ 07470 | |
| GLOUCESTER CATHOLIC HS | $50,000.00 | GLOUCESTER CATHOLIC HS | 1601 JOSLYN ROAD | GLOUCESTER, NJ 08030 | |
| GUEST HOUSE INC | $22,079.98 | GUEST HOUSE INC | 500 SOUTH NEW ROAD | PO BOX 293 | LAKE ORION, MI 48361 |
| HOLY SPIRIT HIGH SCHOOL | $44,000.00 | HOLY SPIRIT HIGH SCHOOL | 1455 PENNSYLVANIA AVE., NW | ABSECON, NJ 08201 | |
| LAW OFF. OF KEN R FEINBERG,PC | $723,457.39 | LAW OFF. OF KEN R FEINBERG,PC | PO BOX 7654 | SUITE 390 | WASHINGTON, DC 20004-1008 |
| LINCOLN INVESTMENT PLANNING | $40,152.50 | LINCOLN INVESTMENT PLANNING | 260 ST MARYS DRIVE | FT WASHINGTON, PA 19034-7654 | |
| LITTLE SERVANT SRS IMMAC CONC | $8,307.33 | LITTLE SERVANT SRS IMMAC CONC | 1000 CROPWELL ROAD | CHERRY HILL, NJ 08003 | |
| LITTLE SERVANT SRS IMMAC CONC | $8,715.33 | LITTLE SERVANT SRS IMMAC CONC | P.O. BOX 536621 | CHERRY HILL, NJ 08003 | |
| MATTHEWS INTERNATIONAL CORP | $21,772.02 | MATTHEWS INTERNATIONAL CORP | | PITTSBURGH, PA 15253-5908 | |
| MCKERNAN MCKERNAN & GODINO | $147,621.97 | MCKERNAN MCKERNAN & GODINO | 113 NORTH SIXTH STREET | CAMDEN, NJ 08102 | |
| MCMANIMON, SCOTLAND & BAUMANN | $176,733.88 | MCMANIMON, SCOTLAND & | BAUMANN, LLC | 75 LIVINGSTON AVENUE | ROSELAND, NJ 07068 |
| NATIONAL CATHOLIC SERVICES, LLC | $8,000.00 | NATIONAL CATHOLIC SERVICES, LLC | VIRTUS PROGRAMS, SUITE 1664 | 75 REMITTANCE DRIVE | CHICAGO, IL 60675-1664 |
| NELNET BUSINESS SOLUTIONS-FACTS | $21,830.44 | NELNET BUSINESS SOLUTIONS-FACTS | 7C MARLEN DRIVE | OMAHA, NE 68103-1270 | |
| NEW JERSEY BUSINESS SYSTEMS INC | $45,314.80 | NEW JERSEY BUSINESS SYSTEMS INC | | ROBBINSVILLE, NJ 08691 | |

Rider 6
SOFA # 3
Payments over $6,825 to creditors within 90 days before filing
Page 2

| Creditor | Payee | Amount | Address |
|---|---|---|---|
| NEW JERSEY CATHOLIC CONFERENCE | NEW JERSEY CATHOLIC CONFERENCE | $24,360.31 | 149 NORTH WARREN STREET, TRENTON, NJ 08608 |
| NORTHEAST MECHANICAL SERVICES | NORTHEAST MECHANICAL SERVICES | $54,871.73 | 402 AIRPORT DRIVE, WILLIAMSTOWN, NJ 08094 |
| OUR LADY OF HOPE SCHOOL | OUR LADY OF HOPE SCHOOL | $10,055.00 | 420 S BLACKHORSE PIKE, BLACKWOOD, NJ 08012 |
| OUR LADY OF PERPETUAL HELP | Our Lady of Perpetual Help | $9,442.60 | 149 South Pitney Road, Bldg 1, Galloway, NJ 08205 |
| PAUL VI HIGH SCHOOL | PAUL VI HIGH SCHOOL | $20,000.00 | ATTN: CHOIR DEPARTMENT, 901 HOPKINS ROAD, HADDONFIELD, NJ 08033 |
| PETERSON SERVICE COMPANY | PETERSON SERVICE COMPANY | $7,400.80 | 234 ROUTE 70, MEDFORD, NJ 08055 |
| PINE CREEK FORESTRY, LLC | PINE CREEK FORESTRY, LLC | $9,993.75 | 1405 CHEWS LANDING ROAD, SUITE 9, LAUREL SPRINGS, NJ 08021 |
| PORTER & CURTIS LLC | Porter & Curtis | $461,846.00 | 225 State Road, Media, PA 19063 |
| PORTER & CURTIS LLC | PORTER & CURTIS LLC | $190,930.30 | 225 STATE ROAD, MEDIA, PA 19063 |
| PRUDENTIAL | PRUDENTIAL | $9,468.88 | PRUDENTIAL DEFINED CONTRIB S, P O BOX 1206, WILKES-BARRE, PA 18703-1206 |
| PSE&G | PSE&G | $41,368.60 | PO BOX 14444, NEW BRUNSWICK, NJ 08906-4444 |
| QUAL LYNX | QUAL-LYNX | $151,964.22 | CASUALTY CLAIM ADMINISTRATORS, 100 DECADON DRIVE, EGG HARBOR TOWNSHIP, NJ 08234 |
| RESURRECTION SCHOOL | RESURRECTION SCHOOL | $11,133.00 | 402 A NORTH KINGS HIGHWAY, CHERRY HILL, NJ 08034 |
| SERVANTS OF THE PARACLETE | SERVANTS OF THE PARACLETE | $29,235.00 | ATTN: ACCOUNTING, PO BOX 539, CEDAR HILL, MO 63016 |
| SERVICEMASTER TBS DIV | SERVICEMASTER TBS DIV | $13,873.50 | 73 COOLIDGE AVENUE, BELLMAWR, NJ 08031 |
| SISTERS OF CHRISTIAN CHARITY | SISTERS OF CHRISTIAN CHARITY | $9,268.14 | MALLINCKRODT CONVENT, 350 BERNARDSVILLE ROAD, NENDHAM, NJ 07945 |
| SISTERS OF SAINT JOSEPH | SISTERS OF SAINT JOSEPH | $15,981.66 | MOUNT ST. JOSEPH CONVENT, 9701 GERMANTOWN AVENUE, PHILADELPHIA, PA 19118-2694 |
| SPHERE RISK PARTNERS | SPHERE RISK PARTNERS | $25,000.00 | 225 STATE ROAD, MEDIA, PA 19063 |
| SQUARE ONE | SQUARE ONE | $12,266.17 | SUITE 104, 111 GAITHER DRIVE, MT. LAUREL, NJ 08054-1752 |
| ST JOHN VIANNEY CENTER | ST JOHN VIANNEY CENTER | $20,214.00 | 151 WOODBINE ROAD, DOWNINGTOWN, PA 19335-3080 |
| ST JOSEPH SCHOOL | ST JOSEPH SCHOOL | $10,800.00 | 11 HARBOR LANE, SOMERS POINT, NJ 08244 |
| ST MARGARET SCHOOL | ST MARGARET SCHOOL | $10,960.00 | 773 THIRD STREET, WOODBURY HEIGHTS, NJ 08097 |
| ST MARY SCHOOL | ST MARY SCHOOL | $11,333.00 | 32A CARROLL AVENUE, WILLIAMSTOWN, NJ 08094 |
| ST MARY'S CENTER | ST MARY'S CENTER | $66,653.10 | 210 ST MARY'S DRIVE, CHERRY HILL, NJ 08003 |
| ST MARY'S VILLA | ST MARY'S VILLA | $200,936.08 | 220 ST MARY DRIVE, CHERRY HILL, NJ 08003 |
| ST ROSE OF LIMA SCHOOL | ST ROSE OF LIMA SCHOOL | $9,767.00 | 300 KINGS HIGHWAY, HADDON HEIGHTS, NJ 08035 |
| TEAM REED LANDSCAPING, INC. | TEAM REED LANDSCAPING, INC. | $16,025.00 | 435 LANDIS AVENUE, BRIDGETON, NJ 08302 |
| TEAMSTERS HEALTH & WELFARE PENSN | TEAMSTERS HEALTH & WELFARE PENSN | $91,537.56 | KEVON OFFICE CENTER, 2500 MCCLELLAN AVENUE SUITE 140, PENNSAUKEN, NJ 08109 |
| TELESYSTEM | TELESYSTEM | $27,773.59 | BLOCK LINE SYSTEMS, PO BOX 826590, PHILADELPHIA, PA 19182-6590 |
| TRAVELERS | TRAVELERS | $18,020.00 | CL REMITTANCE CENTER, PO BOX 660317, DALLAS, TX 75266-0317 |
| USCCB | USCCB | $38,784.00 | DIOCESAN ASSESSMENT, PO BOX 96992, WASHINGTON, DC 20090-6992 |
| USCCB-CATHOLIC RELIEF SERVICES | USCCB-CATHOLIC RELIEF SERVICES | $26,301.25 | OFFICE OF NATL COLLECTIONS, P.O. BOX 96278, WASHINGTON, DC 20090-6278 |
| USCCB-CH CENTRAL & E EUROPE | USCCB-CH CENTRAL & E EUROPE | $60,634.55 | OFFICE OF NATL COLLECTIONS, P.O. BOX 96278, WASHINGTON, DC 20090-6278 |
| USCCB-CHURCH IN AFRICA | USCCB-CHURCH IN AFRICA | $9,845.33 | OFFICE OF NATL COLLECTIONS, 3211 FOURTH STREET NE, WASHINGTON, DC 20017-1194 |
| USCCB-CHURCH IN LATIN AMERICA | USCCB-CHURCH IN LATIN AMERICA | $9,845.34 | OFFICE OF NATIONAL COLLECTIONS, P.O. BOX 96278, WASHINGTON, DC 20090-6278 |
| VINCENTIAN CONGREGATION | VINCENTIAN CONGREGATION | $7,457.40 | REV. SANJAI DEVIS, 176 STAGECOACH ROAD, SICKLERVILLE, NJ 08081 |
| VINCENTIAN CONGREGATION | VINCENTIAN CONGREGATION | $6,656.85 | REV. NAVEEN BORLAKUNTA VC, 226 HURFFVILLE ROAD, SEWELL, NJ 08080 |
| VISION BENEFITS OF AMERICA | VISION BENEFITS OF AMERICA | $11,263.55 | PO BOX 74008623, CHICAGO, IL 60674-8623 |
| WAYNE CENTER | WAYNE CENTER | $21,594.00 | 30 WEST AVENUE, WAYNE, PA 19087 |
| XTEL COMMUNICATIONS INC | XTEL COMMUNICATIONS INC | $15,621.58 | PO BOX71402, PHILADELPHIA, PA 19176-1402 |

$4,865,937.04

Rider 7
SOFA #9
Gifts or charitable contributions
Rice Bowl Grants
Page 1

**Rice Bowl Grant**
**October 1, 2018 through September 19, 2020**

| NAME | | | ADDRESS | CITY/STATE/ZIP |
|---|---|---|---|---|
| SSVDP, OLPH Parish, Rice Bowl Grant | $4,500.00 | Our Lady of Perpetual Help Parish | 146 South Pitney Road, Building 1 | Galloway, NJ 08205 |
| St Mary's, Gloucester, Rice Bowl Grant | $2,500.00 | Saint Mary Parish | 426 Monmouth Street | Gloucester, NJ 08030 |
| St Maximilian Kolbe, Rice Bowl Grant | $5,000.00 | St. Maximilian Kolbe Parish | 200 Tuckahoe Road | Marmora, NJ 08230 |
| St Thomas More, SVDPS, Rice Bowl Grant | $500.00 | Saint Thomas More Parish | 1439 Springdale Road | Cherry Hill, NJ 08003 |
| Sacred Heart Parish(Community veg garden) RB Grant | $4,700.00 | Sacred Heart Parish | 1739 Ferry Avenue | Camden, NJ 08104 |
| OLSS, Cape May, Rice Bowl Grant | $1,500.00 | Our Lady Star of the Sea Parish | 520 Lafayette Street | Cape May, NJ 08204 |
| King's Things, Rice Bowl Grant | $3,600.00 | King's Things Thrift Shop | 1404 Kings Highway | Swedesboro, NJ 08085 |
| Joseph's House of Camden, Rice Bowl Grant | $4,500.00 | Joseph's House | 555 Atlantic Avenue | Camden, NJ 08104 |
| Good Shepherd Dining Rm, Rice Bowl Grant (5 Locations) | $2,500.00 | Home of the Good Shepherd | 26 Rock Rose Way | Malta, MY 12020 |
| | | Home of the Good Shepherd | 198 Bluebird Road | Moreau, NY 12803 |
| | | Home of the Good Shepherd | 400 Church Street | Saratoga Springs, NY 12866 |
| | | Home of the Good Shepherd | 390 Church Street | Saratoga Springs, NY 12866 |
| | | Home of the Good Shepherd | 660 Waller Road | Wilton, MY 12831 |
| Cherry Hill Food Pantry, Rice Bowl Grant | $2,500.00 | Cherry Hill Food Pantry | 1463 Brace Road | Cherry Hill, NJ 08034 |
| Christ Our Light, Rice Bowl Grant | $2,500.00 | CC of Christ Our Light | 402 Kings Highway North | Cherry Hill, NJ 08034 |
| Catholic Community HS Rice Bowl Grant | $1,000.00 | CC of the Holy Spirit | 17 Earlington avenue | Mullica Hill, NJ 08062 |
| Holy Child Parish/Senior Outreach | $500.00 | Holy Child Parish | 13 East Evesham Road | Runnemede, NJ 08078 |
| St Mary's, Gloucester | $3,500.00 | Saint Mary Parish | 426 Monmouth Street | Gloucester, NJ 08030 |
| Church of Incarnation | $1,000.00 | Church of the Incarnation | 240 Main Street | Mantua, NJ 08051 |
| SVDP Society St Thomas More | $500.00 | St. Thomas More Parish | 1439 Springdale Road | Cherry Hill, NJ 08003 |
| Holy Cross SVDP Society | $3,500.00 | Parish of the Holy Cross | 46 Central Avenue | Bridgeton, NJ 08302 |
| St Charles Borromeo Parish | $2,500.00 | St. Charles Borromeo Parish | 176 Stagecoach Road | Sicklerville, NJ 08081 |
| OLG, SVDP Society | $500.00 | Our Lady of Guadalupe Parish | 135 North White Horse Pike | Lindenwold, NJ 08021 |
| Our Lady of the Angels Parish | $3,000.00 | Our Lady of the Angels Parish | 35 East Mechanic Street | Cape May Court House, NJ 08210 |
| St Katharine Drexel SVDP Society | $2,500.00 | St. Katharine Drexel Parish | 6075 West Jersey Avenue | Egg Harbor Township, NJ 08234 |
| St Andrew the Apostle Parish | $2,000.00 | St. Andrew the Apostle Parish | 27 Kresson-Gibbsboro Road | Gibbsboro, NJ 08026 |
| Christ the King Parish | $2,000.00 | Christ the King Parish | 200 Windsor Avenue | Haddonfield, NJ 08033 |

Rider # 8
SOFA 10
(Auto)

| Major Coverage | Loss Date | Report Date | Loss Description | Status | Total Paid |
|---|---|---|---|---|---|
| Auto | 11/10/2019 | 11/11/2019 | 2008 GN Mazda MZ5 NJ-tag: ZWL61S VIN JM1CR293180306566<br><br>Minor damages to driver side | Closed | $0.00 |
| Auto | 11/10/2019 | 11/11/2019 | Corner of passenger side front bumper of IV scraped/scratched | Closed | $0.00 |
| Auto | 12/21/2019 | 12/23/2019 | 2012 Honda Civic VIN 7522 - Front bumper and air bag sensors | Closed | $4,201.40 |
| Auto | 12/21/2019 | 12/23/2019 | 2019 AUD Q7 rear end damage | Closed | $4,730.09 |
| Auto | 1/9/2020 | 1/9/2020 | Vehicle: Grey 4 door sadan sustained driver side damage, photo caputred<br>Insured: Brandon L. Cassidy & Jazmyne P. Quails<br>Insurer: Progressive Policy: 916407212 | Closed | $0.00 |
| Auto | 1/9/2020 | 1/9/2020 | Right, front end minor damage, | Closed | $1,319.29 |
| Auto | 7/6/2020 | 7/6/2020 | front axle damage | Open | $2,956.12 |

Rider # 9
SOFA 16
(Property)

| Major Coverage | Loss Date | Report Date | Loss Description | Status | Total Paid |
|---|---|---|---|---|---|
| Property | 9/28/2019 | 9/30/2019 | 3 large trees were blown over with roots exposed, 1 tree was split. Asphalt damage were the roots of the trees pulled up on the roads. The mausoleum tempered glass window broke from a branch that hit it and there is damage on the roof and skylights. | Reopened | $11,223.83 |
| Property | 9/28/2019 | 11/11/2019 | Water damages noticed on top floor of mausoleum which led to discovery of hail storm damages to the skylights above.  However, the carpet damages appear to be from long term water exposure which indicates the hail damages are not from this date of loss. Plexiglass skylights may need to be replaced. | Closed | $0.00 |
| Property | 10/10/2019 | 10/11/2019 | Fence damage | Open | $8,640.00 |
| Property | 10/15/2019 | 10/31/2019 | Fence & shrub damage | Open | $6,630.00 |
| Property | 11/22/2019 | 12/9/2019 | white smoke and new heat pump | Closed | $9,972.00 |
| Property | 1/15/2020 | 1/15/2020 | Laptop and dcouments | Closed | $492.85 |
| Property | 2/7/2020 | 2/10/2020 | exhaust fan covers blown off exhaust unit and solar panel damaged | Open | $0.00 |
| Property | 2/27/2020 | 2/28/2020 | garage door and closure | Closed | $626.00 |
| Property | 4/9/2020 | 4/10/2020 | Tree downed | Closed | $2,118.36 |
| Property | 4/13/2020 | 4/14/2020 | Roof dam from wind storm | Closed | $0.00 |
| Property | 4/13/2020 | 4/15/2020 | Fence damaged | Closed | $6,056.00 |
| Property | 4/30/2020 | 5/1/2020 | roof damage and awning pulled away from front door of Calvary Cemetery's office | Closed | $35.00 |
| Property | 4/30/2020 | 5/1/2020 | 6 ft. high cemetery fence, black post & rail | Closed | $585.00 |
| Property | 5/8/2020 | 5/8/2020 | Cemetery fence broken through: 2 sections of fence and 2 posts. 2 tombstones pushed from their locations, one tombstone sustained damages | Closed | $0.00 |
| Property | 5/31/2020 | 6/1/2020 | Spray paint on a white marble statue | Open | $0.00 |
| Property | 6/3/2020 | 6/10/2020 | multiple trees down | Open | $10,600.00 |
| Property | 6/3/2020 | 6/4/2020 | Windows need to be replaced | Open | $1,759.00 |
| Property | 6/13/2020 | 6/15/2020 | Fence damage | Open | $0.00 |

Rider # 10
SOFA 10
(General Liability)

| Major Coverage | Loss Date | Report Date | Loss Description | Status | Total Paid |
|---|---|---|---|---|---|
| General Liability | 9/27/2019 | 11/13/2019 | asking court to keep Diocese from evicting tenant on the basis of non-payment of rent | Open | $0.00 |
| General Liability | 1/24/2020 | 6/11/2020 | to be determined | Open | $0.00 |
| General Liability | 2/3/2020 | 2/5/2020 | unknown | Closed | $8.00 |

**Rider 11 to Statement of Financial Affairs**

<u>Question #21</u>

**Property held for another**

List any property that the debtor holds or controls that another entity owns.  Include any property borrowed from being stored for, or held in trust.  Do not list leased or rented property.

| Owner's Name and Address | Location of the Property | Describe the Property | Value |
|---|---|---|---|
| Various Gift Annuities | | Gift Annuity | Unknown |
| St. Elizabeth Ann Seton<br>591 New Jersey Avenue<br>Absecon, NJ 08201 | | Funds consigned to Debtor (as Trustee) by St. Elizabeth Ann Seton (as Beneficiary) pursuant to a Declaration of Trust and Trust Agreement dated February 7, 2011, for the management and investment, used for the purpose of furthering the religious, charitable and educational purposes of Beneficiary. | |
| Christ the Redeemer Parish<br>318 Carl Hasselhan Drive<br>Atco, NJ 08004 | | Funds consigned to Debtor (as Trustee) by Christ the Redeemer Parish (as Beneficiary) pursuant to a Declaration of Trust and Trust Agreement dated February 4, 2010, for the management and investment, used for the purpose of furthering the religious, charitable and educational purposes of Beneficiary. | |
| St. Brendan the Navigator<br>5012 Dune Drive<br>Avalon, NJ 08202 | | Funds consigned to Debtor (as Trustee) by St. Brendan the Navigator (as Beneficiary) pursuant to a Declaration of Trust and Trust Agreement dated February 4, 2010, for the management and investment, used for the purpose of furthering the religious, charitable and educational purposes of Beneficiary. | |

| Owner's Name and Address | Location of the Property | Describe the Property | Value |
|---|---|---|---|
| Mater Ecclesiae Chapel<br>261 Cross Keys Road<br>Beriln, NJ 08009 | | Funds consigned to Debtor (as Trustee) by Mater Ecclesiae Chapel (as Beneficiary) pursuant to a Declaration of Trust and Trust Agreement dated February 18, 2011, for the management and investment, used for the purpose of furthering the religious, charitable and educational purposes of Beneficiary. | |
| Our Lady of Hope Parish<br>701 Little Gloucester Road<br>Blackwood, NJ 08012 | | Funds consigned to Debtor (as Trustee) by Our Lady of Hope Parish (as Beneficiary) pursuant to a Declaration of Trust and Trust Agreement dated February 2, 2010, for the management and investment, used for the purpose of furthering the religious, charitable and educational purposes of Beneficiary. | |
| The Parish of Holy Cross<br>46 Central Avenue<br>Bridgeton, NJ 08302 | | Funds consigned to Debtor (as Trustee) by The Parish of Holy Cross (as Beneficiary) pursuant to a Declaration of Trust and Trust Agreement dated October 2, 2017, for the management and investment, used for the purpose of furthering the religious, charitable and educational purposes of Beneficiary. | |
| St. Thomas the Apostle<br>331 8th Street<br>Brigantine, NJ 08203 | | Funds consigned to Debtor (as Trustee) by St. Thomas the Apostle (as Beneficiary) pursuant to a Declaration of Trust and Trust Agreement dated February 23, 2011, for the management and investment, used for the purpose of furthering the religious, charitable and educational purposes of Beneficiary. | |

2

| Owner's Name and Address | Location of the Property | Describe the Property | Value |
|---|---|---|---|
| Our Lady Star of the Sea<br>525 Washington Street<br>Cape May, NJ 08204 | | Funds consigned to Debtor (as Trustee) by Our Lady Star of the Sea (as Beneficiary) pursuant to a Declaration of Trust and Trust Agreement dated February 8, 2011, for the management and investment, used for the purpose of furthering the religious, charitable and educational purposes of Beneficiary. | |
| St. Gabriel the Archangel<br>369 Georgetown Road<br>Carneys Point, NJ 08069 | | Funds consigned to Debtor (as Trustee) by St. Gabriel the Archangel (as Beneficiary) pursuant to a Declaration of Trust and Trust Agreement dated February 15, 2011, for the management and investment, used for the purpose of furthering the religious, charitable and educational purposes of Beneficiary. | |
| The Catholic Community of Christ Our Light<br>402 N. Kings Highway<br>Cherry Hill, NJ 08034 | | Funds consigned to Debtor (as Trustee) by The Catholic Community of Christ Our Light (as Beneficiary) pursuant to a Declaration of Trust and Trust Agreement dated February 9, 2011, for the management and investment, used for the purpose of furthering the religious, charitable and educational purposes of Beneficiary. | |
| Holy Eucharist<br>344 Kresson Road<br>Cherry Hill, NJ 08034 | | Funds consigned to Debtor (as Trustee) by Holy Eucharist (as Beneficiary) pursuant to a Declaration of Trust and Trust Agreement dated February 14, 2011, for the management and investment, used for the purpose of furthering the religious, charitable and educational purposes of Beneficiary. | |

3

| Owner's Name and Address | Location of the Property | Describe the Property | Value |
|---|---|---|---|
| St. Mary<br>2001 Springdale Road<br>Cherry Hill, NJ 08034 | | Funds consigned to Debtor (as Trustee) by St. Mary (as Beneficiary) pursuant to a Declaration of Trust and Trust Agreement dated February 7, 2011, for the management and investment, used for the purpose of furthering the religious, charitable and educational purposes of Beneficiary. | |
| St. Thomas More<br>1439 Springdale Road<br>Cherry Hill, NJ 08034 | | Funds consigned to Debtor (as Trustee) by St. Thomas More (as Beneficiary) pursuant to a Declaration of Trust and Trust Agreement dated February 23 2011, for the management and investment, used for the purpose of furthering the religious, charitable and educational purposes of Beneficiary. | |
| St. Michael the Archangel Parish<br>2677 Delsea Drive<br>Clayton, NJ 08312 | | Funds consigned to Debtor (as Trustee) by St. Michael the Archangel (as Beneficiary) pursuant to a Declaration of Trust and Trust Agreement dated February 18, 2011, for the management and investment, used for the purpose of furthering the religious, charitable and educational purposes of Beneficiary. | |
| Our Lady of the Angels<br>35 East Mechanic Street<br>Cape May Courthouse, NJ 08210 | | Funds consigned to Debtor (as Trustee) by Our Lady of the Angels (as Beneficiary) pursuant to a Declaration of Trust and Trust Agreement dated February 17, 2011, for the management and investment, used for the purpose of furthering the religious, charitable and educational purposes of Beneficiary. | |

4

| Owner's Name and Address | Location of the Property | Describe the Property | Value |
|---|---|---|---|
| Our Lady of the Lakes<br>19 Malagar Road<br>Collings Lakes, NJ 08094 | | Funds consigned to Debtor (as Trustee) by Our Lady of the Lakes (as Beneficiary) pursuant to a Declaration of Trust and Trust Agreement dated February 08094, for the management and investment, used for the purpose of furthering the religious, charitable and educational purposes of Beneficiary. | |
| Blessed Teresa of Calcutta Parish<br>809 Park Avenue<br>Collingswood, NJ 08108 | | Funds consigned to Debtor (as Trustee) by Blessed Teresa of Calcutta Parish (as Beneficiary) pursuant to a Declaration of Trust and Trust Agreement dated February 12, 2011, for the management and investment, used for the purpose of furthering the religious, charitable and educational purposes of Beneficiary. | |
| St. Katharine Drexel<br>6077 West Jersey Avenue<br>Egg Harbor Twp., NJ 08234 | | Funds consigned to Debtor (as Trustee) by St. Katharine Drexel (as Beneficiary) pursuant to a Declaration of Trust and Trust Agreement dated February 3, 2011, for the management and investment, used for the purpose of furthering the religious, charitable and educational purposes of Beneficiary. | |
| St. Andrew the Apostle<br>27 Kresson-Gibbsboro Road<br>Gibbsboro, NJ 08026 | | Funds consigned to Debtor (as Trustee) by St. Andrew the Apostle (as Beneficiary) pursuant to a Declaration of Trust and Trust Agreement, for the management and investment, used for the purpose of furthering the religious, charitable and educational purposes of Beneficiary. | |

4811-6182-4971, v. 1

| Owner's Name and Address | Location of the Property | Describe the Property | Value |
|---|---|---|---|
| St. Clare of Assisi Parish<br>313 Memorial Avenue<br>Gibbsboro, NJ 08026 | | Funds consigned to Debtor (as Trustee) by St. Clare of Assisi Parish (as Beneficiary) pursuant to a Declaration of Trust and Trust Agreement dated February 14, 2011, for the management and investment, used for the purpose of furthering the religious, charitable and educational purposes of Beneficiary. | |
| St. Bridget<br>125 Church Street<br>Glassboro, NJ 08028 | | Funds consigned to Debtor (as Trustee) by St. Bridget (as Beneficiary) pursuant to a Declaration of Trust and Trust Agreement dated February 7, 2011, for the management and investment, used for the purpose of furthering the religious, charitable and educational purposes of Beneficiary. | |
| St. Mary<br>426 Monmouth Street<br>Gloucester City, NJ 08030 | | Funds consigned to Debtor (as Trustee) by St. Mary (as Beneficiary) pursuant to a Declaration of Trust and Trust Agreement dated February 8, 2011, for the management and investment, used for the purpose of furthering the religious, charitable and educational purposes of Beneficiary. | |
| Christ the King<br>200 Windsor Avenue<br>Haddonfield, NJ 08033 | | Funds consigned to Debtor (as Trustee) by Christ the King (as Beneficiary) pursuant to a Declaration of Trust and Trust Agreement, for the management and investment, used for the purpose of furthering the religious, charitable and educational purposes of Beneficiary. | |

4811-6182-4971, v. 1

| Owner's Name and Address | Location of the Property | Describe the Property | Value |
|---|---|---|---|
| St. Mary of Mt. Carmel<br>226 French Street<br>Hammonton, NJ 08037 | | Funds consigned to Debtor (as Trustee) by St. Mary of Mt. Carmel (as Beneficiary) pursuant to a Declaration of Trust and Trust Agreement dated February 11, 2011, for the management and investment, used for the purpose of furthering the religious, charitable and educational purposes of Beneficiary. | |
| Our Lady of Guadalupe<br>100 WOuth Avenue<br>Lindenwold, NJ 08021 | | Funds consigned to Debtor (as Trustee) by Our Lady of Guadalupe (as Beneficiary) pursuant to a Declaration of Trust and Trust Agreement, for the management and investment, used for the purpose of furthering the religious, charitable and educational purposes of Beneficiary. | |
| Our Lady of Sorrows<br>724 Maple Avenue<br>Linwood, NJ 08221 | | Funds consigned to Debtor (as Trustee) by Our Lady of Sorrows (as Beneficiary) pursuant to a Declaration of Trust and Trust Agreement dated February 9, 2011, for the management and investment, used for the purpose of furthering the religious, charitable and educational purposes of Beneficiary. | |
| The Parish of St. Monica<br>2651 Atlantic Avenue<br>Atlantic City, NJ 08401 | | Funds consigned to Debtor (as Trustee) by The Parish of St. Monica (as Beneficiary) pursuant to a Declaration of Trust and Trust Agreement dated September 21, 2017, for the management and investment, used for the purpose of furthering the religious, charitable and educational purposes of Beneficiary. | |
| Saint Joachim Parish<br>601 W. Browning Road<br>Bellmawr, NJ 08031 | | Funds consigned to Debtor (as Trustee) by Saint Joachim Parish (as Beneficiary) pursuant to a Declaration of Trust and Trust Agreement dated June 26, 2012, for the management and investment, used for the purpose | |

| Owner's Name and Address | Location of the Property | Describe the Property | Value |
|---|---|---|---|
| | | of furthering the religious, charitable and educational purposes of Beneficiary. | |
| Church of the Sacred Heart 1739 Ferry Avenue Camden, NJ 08104 | | Funds consigned to Debtor (as Trustee) by Church of the Sacred Heart (as Beneficiary) pursuant to a Declaration of Trust and Trust Agreement dated July 26, 2011, for the management and investment, used for the purpose of furthering the religious, charitable and educational purposes of Beneficiary. | |
| The Parish of the Cathedral of the Immaculate Conception 642 Market Street Camden, NJ 08102 | | Funds consigned to Debtor (as Trustee) by The Parish of the Cathedral of the Immaculate Conception (as Beneficiary) pursuant to a Declaration of Trust and Trust Agreement dated February 7, 2010, for the management and investment, used for the purpose of furthering the religious, charitable and educational purposes of Beneficiary. | |
| St. Joseph Pro-Cathedral 2907 Federal Street Camden, NJ 08105 | | Funds consigned to Debtor (as Trustee) by St. Joseph Pro-Cathedral (as Beneficiary) pursuant to a Declaration of Trust and Trust Agreement dated February 22, 2011, for the management and investment, used for the purpose of furthering the religious, charitable and educational purposes of Beneficiary. | |
| Our Lady of Perpetual Help 146 S. Pitney Road Galloway, NJ 08205 | | Funds consigned to Debtor (as Trustee) by Our Lady of Perpetual Help (as Beneficiary) pursuant to a Declaration of Trust and Trust Agreement, for the management and investment, used for the purpose of furthering the religious, charitable and educational purposes of Beneficiary. | |
| Mary, Mother of Mercy Parish 500 Green Tree Road | | Funds consigned to Debtor (as Trustee) by Mary, Mother of | |

4811-6182-4971, v. 1

| Owner's Name and Address | Location of the Property | Describe the Property | Value |
|---|---|---|---|
| Glassboro, NJ 08028 | | Mercy Parish (as Beneficiary) pursuant to a Declaration of Trust and Trust Agreement dated August 1, 2012, for the management and investment, used for the purpose of furthering the religious, charitable and educational purposes of Beneficiary. | |
| Saint Joseph the Worker 901 Hopkins Road Haddonfield, NJ 08033 | | Funds consigned to Debtor (as Trustee) by Saint Joseph the Worker (as Beneficiary) pursuant to a Declaration of Trust and Trust Agreement dated June 26, 2012, for the management and investment, used for the purpose of furthering the religious, charitable and educational purposes of Beneficiary. | |
| The Parish of Saint Maximilian Kolbe 200 W. Tuckahoe Road Marmora, NJ 08223 | | Funds consigned to Debtor (as Trustee) by St. Michael (as Beneficiary) pursuant to a Declaration of Trust and Trust Agreement dated June 26, 2012, for the management and investment, used for the purpose of furthering the religious, charitable and educational purposes of Beneficiary. | |
| Our Lady of the Blessed Sacrament 104 Catawba Avenue Newfield, NJ 08344 | | Funds consigned to Debtor (as Trustee) by Our Lady of the Blessed Sacrament (as Beneficiary) pursuant to a Declaration of Trust and Trust Agreement dated June 22, 2012, for the management and investment, used for the purpose of furthering the religious, charitable and educational purposes of Beneficiary. | |
| The Church of St. Rose of Lima 300 Kings Highway Haddon Heights, NJ 08035 | | Funds consigned to Debtor (as Trustee) by The Church of St. Rose of Lima (as Beneficiary) pursuant to a Declaration of Trust and Trust Agreement, for the management and investment, used for the purpose of furthering the religious, | |

4811-6182-4971, v. 1

| Owner's Name and Address | Location of the Property | Describe the Property | Value |
|---|---|---|---|
| | | charitable and educational purposes of Beneficiary. | |
| St. Damien Parish 1310 Ocean Avenue Ocean City, NJ 08226 | | Funds consigned to Debtor (as Trustee) by St. Damien (as Beneficiary) pursuant to a Declaration of Trust and Trust, for the management and investment, used for the purpose of furthering the religious, charitable and educational purposes of Beneficiary. | |
| Christ The Good Shepherd 1655 Magnolia Road Vineland, NJ 08361 | | Funds consigned to Debtor (as Trustee) by Christ The Good Shepherd (as Beneficiary) pursuant to a Declaration of Trust and Trust Agreement dated July 11, 2012, for the management and investment, used for the purpose of furthering the religious, charitable and educational purposes of Beneficiary. | |
| Most Precious Blood Parish 445 White Horse Pike West Collingswood, NJ 08107 | | Funds consigned to Debtor (as Trustee) by Most Precious Blood Parish (as Beneficiary) pursuant to a Declaration of Trust and Trust Agreement, for the management and investment, used for the purpose of furthering the religious, charitable and educational purposes of Beneficiary. | |
| Incarnation 240 Main Street Mantua, NJ 08051 | | Funds consigned to Debtor (as Trustee) by Incarnation (as Beneficiary) pursuant to a Declaration of Trust and Trust Agreement dated February 3, 2011, for the management and investment, used for the purpose of furthering the religious, charitable and educational purposes of Beneficiary. | |
| Holy Trinity 11 N. Kenyon Avenue Margate, NJ 08402 | | Funds consigned to Debtor (as Trustee) by Holy Trinity (as Beneficiary) pursuant to a Declaration of Trust and Trust Agreement dated February 25, 2011, for the management and investment, used for the purpose of furthering the religious, | |

4811-6182-4971, v. 1

| Owner's Name and Address | Location of the Property | Describe the Property | Value |
|---|---|---|---|
| | | charitable and educational purposes of Beneficiary. | |
| St. Vincent de Paul Parish 114 Route 50 Mays Landing, NJ 08330 | | Funds consigned to Debtor (as Trustee) by St. Vincent de Paul (as Beneficiary) pursuant to a Declaration of Trust and Trust Agreement dated February 3, 2011, for the management and investment, used for the purpose of furthering the religious, charitable and educational purposes of Beneficiary. | |
| St. Peter 43 W. Maple Avenue Merchantville, NJ 08109 | | Funds consigned to Debtor (as Trustee) by St. Peter (as Beneficiary) pursuant to a Declaration of Trust and Trust Agreement dated February 4, 2011, for the management and investment, used for the purpose of furthering the religious, charitable and educational purposes of Beneficiary. | |
| The Parish of All Saints 621 Dock Street Millville, NJ 08332 | | Funds consigned to Debtor (as Trustee) by The Parish of All Saints (as Beneficiary) pursuant to a Declaration of Trust and Trust Agreement dated March 15, 2011, for the management and investment, used for the purpose of furthering the religious, charitable and educational purposes of Beneficiary. | |
| Catholic Community of the Holy Spirit 17 Earlington Avenue Mullica Hill, NJ 08062 | | Funds consigned to Debtor (as Trustee) by Catholic Community of the Holy Spirit (as Beneficiary) pursuant to a Declaration of Trust and Trust Agreement dated February 2, 2010, for the management and investment, used for the purpose of furthering the religious, charitable and educational purposes of Beneficiary. | |

11

| Owner's Name and Address | Location of the Property | Describe the Property | Value |
|---|---|---|---|
| St. John Neumann<br>680 Town Bank Road<br>North Cape May, NJ 08204 | | Funds consigned to Debtor (as Trustee) by St. John Neumann (as Beneficiary) pursuant to a Declaration of Trust and Trust Agreement dated February 2, 2010, for the management and investment, used for the purpose of furthering the religious, charitable and educational purposes of Beneficiary. | |
| St. Gianna Beretta Molla Parish<br>1421 New Road<br>Northfield, NJ 08225 | | Funds consigned to Debtor (as Trustee) by St. Gianna Beretta Milla Parish (as Beneficiary) pursuant to a Declaration of Trust and Trust Agreement dated February 2, 2011, for the management and investment, used for the purpose of furthering the religious, charitable and educational purposes of Beneficiary. | |
| Mary, Queen of All Saints Parish<br>4824 Camden Avenue<br>Pennsauken, NJ 08110 | | Funds consigned to Debtor (as Trustee) by Mary, Queen of All Saints (as Beneficiary) pursuant to a Declaration of Trust and Trust Agreement dated February 5, 2011, for the management and investment, used for the purpose of furthering the religious, charitable and educational purposes of Beneficiary. | |
| St. Stephen<br>6306 Browning Road<br>Pennsauken, NJ 08109 | | Funds consigned to Debtor (as Trustee) by St. Stephen (as Beneficiary) pursuant to a Declaration of Trust and Trust Agreement dated February 10, 2011, for the management and investment, used for the purpose of furthering the religious, charitable and educational purposes of Beneficiary. | |

12

| Owner's Name and Address | Location of the Property | Describe the Property | Value |
|---|---|---|---|
| Holy Child Parish<br>13 E. Evesham Road<br>Runnemede, NJ 08078 | | Funds consigned to Debtor (as Trustee) by Holy Child Parish (as Beneficiary) pursuant to a Declaration of Trust and Trust Agreement dated February 7, 2011, for the management and investment, used for the purpose of furthering the religious, charitable and educational purposes of Beneficiary. | |
| St. Joseph<br>126 44th Street<br>Sea Isle City, NJ 08243 | | Funds consigned to Debtor (as Trustee) by St. Joseph (as Beneficiary) pursuant to a Declaration of Trust and Trust Agreement dated February 2, 2010, for the management and investment, used for the purpose of furthering the religious, charitable and educational purposes of Beneficiary. | |
| The Church of the Holy Family<br>226 Hurffville Road<br>Washington Twp., NJ 07676 | | Funds consigned to Debtor (as Trustee) by The Church of the Holy Family (as Beneficiary) pursuant to a Declaration of Trust and Trust Agreement, for the management and investment, used for the purpose of furthering the religious, charitable and educational purposes of Beneficiary. | |
| St. Charles Borromeo<br>176 Stage Coach Road<br>Sicklerville, NJ 08081 | | Funds consigned to Debtor (as Trustee) by St. Charles Borromeo (as Beneficiary) pursuant to a Declaration of Trust and Trust Agreement dated February 8, 2011, for the management and investment, used for the purpose of furthering the religious, charitable and educational purposes of Beneficiary. | |

4811-6182-4971, v. 1

| Owner's Name and Address | Location of the Property | Describe the Property | Value |
|---|---|---|---|
| St. Joseph's Church<br>606 Shore Road<br>Somers Point, NJ 08244 | | Funds consigned to Debtor (as Trustee) by St. Joseph's Church (as Beneficiary) pursuant to a Declaration of Trust and Trust Agreement dated August 1, 2011, for the management and investment, used for the purpose of furthering the religious, charitable and educational purposes of Beneficiary. | |
| Saints Peter & Paul<br>362 Ganttown Road<br>PO Box 1022<br>Turnersville, NJ 08012 | | Funds consigned to Debtor (as Trustee) by Saints Peter & Paul (as Beneficiary) pursuant to a Declaration of Trust and Trust Agreement dated February 3, 2011, for the management and investment, used for the purpose of furthering the religious, charitable and educational purposes of Beneficiary. | |
| Divine Mercy<br>23 W. Chestnut Avenue<br>Vineland, NJ 08360 | | Funds consigned to Debtor (as Trustee) by Divine Mercy (as Beneficiary) pursuant to a Declaration of Trust and Trust Agreement dated February 28, 2011, for the management and investment, used for the purpose of furthering the religious, charitable and educational purposes of Beneficiary. | |
| St. Padre Pio Parish<br>4680 Dante Avenue<br>Vineland, NJ 08361 | | Funds consigned to Debtor (as Trustee) by St. Padre Pio Parish (as Beneficiary) pursuant to a Declaration of Trust and Trust Agreement, for the management and investment, used for the purpose of furthering the religious, charitable and educational purposes of Beneficiary. | |

14

| Owner's Name and Address | Location of the Property | Describe the Property | Value |
|---|---|---|---|
| Notre Dame de la Mer Parish<br>1500 Central Avenue<br>Suite 100<br>Wildwood, NJ 08260 | | Funds consigned to Debtor (as Trustee) by Notre Dame de la Mer Parish (as Beneficiary) pursuant to a Declaration of Trust and Trust Agreement dated September 20, 2017, for the management and investment, used for the purpose of furthering the religious, charitable and educational purposes of Beneficiary. | |
| Our Lady of Peace<br>32 Carol Avenue<br>Williamstown, NJ 08094 | | Funds consigned to Debtor (as Trustee) by Our Lady of Peace (as Beneficiary) pursuant to a Declaration of Trust and Trust Agreement dated February 2, 2011, for the management and investment, used for the purpose of furthering the religious, charitable and educational purposes of Beneficiary. | |
| Infant Jesus Parish<br>334 Beech Avenue<br>Woodbury Heights, NJ 08097 | | Funds consigned to Debtor (as Trustee) by Infant Jesus Parish (as Beneficiary) pursuant to a Declaration of Trust and Trust Agreement dated February 2, 2011, for the management and investment, used for the purpose of furthering the religious, charitable and educational purposes of Beneficiary. | |
| Holy Angels<br>64 Cooper Street<br>Woodbury, NJ 08096 | | Funds consigned to Debtor (as Trustee) by Holy Angels (as Beneficiary) pursuant to a Declaration of Trust and Trust Agreement dated February 2, 2011, for the management and investment, used for the purpose of furthering the religious, charitable and educational purposes of Beneficiary. | |
| Respective pension fund | PNC Bank | DOC Lay Defined Account (ending in 5329) | $529,995.67 |
| IGBO Apostolate | PNC Bank | DOC Igbo Catholic Account (ending in 8225) | $18,350.95 |
| Respective pension fund | PNC Bank | DOC Lay Pension Account (ending in 8902) | $571,153.51 |
| Respective pension fund | PNC Bank | DOC Priest Pension Account (ending in 8929) | $188,138.42 |

| Owner's Name and Address | Location of the Property | Describe the Property | Value |
|---|---|---|---|
| Various parishes | PNC Bank | DOC Revolving Fund (ending in 8881) | $5,101,909.38 |
| Various annuitants | OceanFirst Bank | Gift Annuity Account (ending in 0068) | Unknown |
| Catholic Star Herald | PNC Bank | Catholic Star Herald Account (ending in 8769) | $36,641.83 |
| Various parishes | | Targeted General Investment Policy (PNC Bank NA, as Custodian under agreement dated 12/12/11 for Diocese or Camden CHFS) | $71,936,528.09 |
| Various parishes | | Treasury General (PNC Bank, NA, as Custodian under agreement dated 12/12/11 for Diocese of Camden CHFS) | $10,866.20 |
| Various parishes | | Special Gifts Investment (PNC Bank NA as Custodian under agreement dated 12/12/11 for Diocese of Camden CHFS) - | $13,431,034.80 |
| Various parishes | | Investment Policy (PNC Bank NA as Custodian under agreement dated 12/12/11 for Diocese of Camden Stock CHFS) | $4,655,080.11 |
| James & Johanna Guilfoyle Trust | | Trust to be used for Catholic children's education | Unknown |
| Various Parishes | Various | Medium Print St. Peter's Basilica | Unknown |
| | | Small Framed Print Seashells | Unknown |
| | | Small Print Psalm & Ocean | Unknown |
| | | Small Print St. Peter's Basilica | Unknown |
| | | Small Print St. Padre Pio | Unknown |
| | | Small Sepia Etching Church in Italy | Unknown |
| | | Small Print Good Shepherd | Unknown |
| | | Small Print Good Shepherd | Unknown |
| | | Medium Print Kateri Tekakwitha | Unknown |
| | | Large Poster Last Supper | Unknown |
| | | Large Poster Footwashing | Unknown |
| | | Framed Medium Poster Lake Scene | Unknown |
| | | Medium Framed Poster St. Francis of Assisi | Unknown |
| | | Medium print in Frame Grace before meals | Unknown |
| | | Medium Print Christ in Glory | Unknown |
| | | Medium Print Christ being nailed to the Cross | Unknown |
| | | Large Print of an Oriental Urn | Unknown |
| | | Medium Print Christ at Emmaus | Unknown |
| | | Medium Painting Christ on Cross | Unknown |

| Owner's Name and Address | Location of the Property | Describe the Property | Value |
|---|---|---|---|
| | | Large Print Wise Virgins | Unknown |
| | | Painting Mary in Contemplation | Unknown |
| | | Large Portrait Bishop Gallante | Unknown |
| | | Medium Framed Dali Last Supper | Unknown |
| | | Poster Framed Knoch Shrine | Unknown |
| | | Large Painting Head of Christ | Unknown |
| | | Painting Child Jesus Teaching | Unknown |
| | | Reversable Stole Red/White | Unknown |
| | | Ivory Urn & PX Design Stole | Unknown |
| | | Central American Woven Stole | Unknown |
| | | Plain Violet Stole | Unknown |
| | | Ivory OLPH Stole | Unknown |
| | | Ivory OLGuadalupe Stole | Unknown |
| | | 4 Stoles Jerusalem Cross | Unknown |
| | | Reversable Green Stole | Unknown |
| | | 2 Plain Deacon Stoles | Unknown |
| | | Chalice & Paten | Unknown |
| | | Chalice & Paten | Unknown |
| | | Chalice & Paten | Unknown |
| | | Chalice & Paten | Unknown |
| | | Assorted Cruet Trays | Unknown |
| | | Antique Baptismal Shell & Candle Holder | Unknown |
| | | Thurible & Boat | Unknown |
| | | Cruet tray | Unknown |
| | | Baptismal Oils Tray | Unknown |
| | | Tab handled paten | Unknown |
| | | Basketware distribution paten | Unknown |
| | | Handled Communion Paten | Unknown |
| | | Handled Communion Paten | Unknown |
| | | Glass 6" Desktop Cross | Unknown |
| | | Wooden Craft Angel | Unknown |
| | | Santini Nativity Tableau | Unknown |
| | | 12" St. Francis of Assisi | Unknown |
| | | Schmalz Sculpture Christ + Communion of Saints | Unknown |
| | | Paschal Lamb Decoartive Tile | Unknown |
| | | Chi-Rho Decoartive Tile | Unknown |
| | | Laminate Face of Jesus | Unknown |
| | | Risen Christ 12" Wood Corpus | Unknown |
| | | IHS Symbol Decoartive Tile | Unknown |
| | | Ichthus Decoartive Tile | Unknown |
| | | Faith + Believe plaques | Unknown |
| | | Nativity | Unknown |
| | | St. Anne & BVM Commemoration Oil | Unknown |
| | | Print of Chagall "12 Tribes" | Unknown |
| | | Vietnamese Martyrs Picture | Unknown |
| | | Our Lady of Vietnam picture | Unknown |
| | | Mic Stand | Unknown |
| | | Flight into Egypt on Papyrus | Unknown |

4811-6182-4971, v. 1

| Owner's Name and Address | Location of the Property | Describe the Property | Value |
|---|---|---|---|
| | | Nativity Icon on Wood | Unknown |
| | | Oriental Scene Shadowbox | Unknown |
| | | Circular Botticelli Reproduction | Unknown |
| | | St. Joseph & Jesus Mother of Pearl | Unknown |
| | | Sheep Needlepoint | Unknown |
| | | Fr. Damien Marie Saintourens Personal Bedroom Altar | Unknown |
| | | Fr. Damien Marie Saintourens Desk | Unknown |
| | | Fr. Damien Marie Saintourens WheelChair | Unknown |
| | | Fr. Damien Marie Saintourens Personal Altar Large | Unknown |
| | | Fr. Damien Marie Saintourens Pictures (7) | Unknown |
| | | Fr. Damien Marie Saintourens Personal Monstrance | Unknown |
| | | Fr. Damien Marie Saintourens cane | Unknown |
| | | Fr. Damien Marie Saintourens cane | Unknown |
| | | Fr. Damien Marie Saintourens umbrella | Unknown |
| | | Fr. Damien Marie Saintourens Personal Mary & Child Jesus Statue | Unknown |
| | | Cast Iron Plaque OLOL & Bernadette | Unknown |
| | | 4 "Emmaus" Stoles | Unknown |
| | | Fr. Damien Marie Saintourens Personal picture of shrine | Unknown |
| | | Small Print Our Lady of Grace | Unknown |
| | | Small Shadowbox Prayer for ministers | Unknown |
| | | Small Print Our Lady of Grace | Unknown |
| | | Small Print Our Lady of Guadalupe | Unknown |
| | | Small Print Our Lady of Grace | Unknown |
| | | Welcome Plaque | Unknown |
| | | Large Print Welcoming Christ | Unknown |
| | | Large Print Christ at Prayer | Unknown |
| | | Framed Floral Photo | Unknown |
| | | Small Olive Wood Statue of The Good Shepherd | Unknown |
| | | Small Floral Print | Unknown |
| | | Wooden Heart on Stand | Unknown |
| | | Large Mosiac Banner of risen Christ | Unknown |
| | | Small Print and Description of St. Pius X | Unknown |

4811-6182-4971, v. 1

| Owner's Name and Address | Location of the Property | Describe the Property | Value |
|---|---|---|---|
| | | Large Print Christ in The Temple | Unknown |
| | | Medium Madonna & Child with Grapes | Unknown |
| | | Small Print Our Lady of Grace | Unknown |
| | | Flight into Egypt | Unknown |
| | | Oriental Woodcutting of Agony in the Garden | Unknown |
| | | Large Portrait of Pope Benedict XVI | Unknown |
| | | Medium Photograph of Ocean | Unknown |
| | | Framed German Print Head of Christ | Unknown |
| | | Medium Framed Floral Poster | Unknown |
| | | Medium Framed Marian Poster with Polish Inscription | Unknown |
| | | 2 Small Psalm Plaques | Unknown |
| | | Large Framed Poster Philadelphia Art Museum | Unknown |
| | | Medium Famed Botanical Print | Unknown |
| | | Large Framed Poster Madonna & Child | Unknown |
| | | Framed Needlepoint Logo 1976 Congress | Unknown |
| | | Small Footprints Quote | Unknown |
| | | Small Print Madonna della Strada | Unknown |
| | | Small Isaiah Quotation Plaque | Unknown |
| | | Large Pentecost on Canvas | Unknown |
| | | Small Cherub Print | Unknown |
| | | Small Penetcost Print | Unknown |
| | | Small Italian Orint of St. Justin Martyr | Unknown |
| | | Two small Madonna & Child Prints | Unknown |
| | | Small Cherub Print | Unknown |
| | | Print of Dali Last Supper Small | Unknown |
| | | Small Print Our Lady of Grace | Unknown |
| | | Small Sacred Heart has Relief | Unknown |
| | | Small Rose in Shadowbox | Unknown |
| | | Small Last Supper Print | Unknown |
| | | Icon Crucifix Plaque Small | Unknown |
| | | Small Antique Print "The Presence" | Unknown |
| | | Angel Gabriel Plaque (Goes with 179) | Unknown |
| | | Small Poilsh Madonna Icon Plaque | Unknown |
| | | Small Framed Jesuit Quatation | Unknown |
| | | Small Print Interior St John Lateran | Unknown |
| | | Small Print Italian Chapel | Unknown |

4811-6182-4971, v. 1

| Owner's Name and Address | Location of the Property | Describe the Property | Value |
|---|---|---|---|
| | | Small Print Madonna & Child | Unknown |
| | | Small Picture St. John Paul II | Unknown |
| | | Small Plaque Mary at Prayer (Goes with 171) | Unknown |
| | | Small Print Christ Welcoming | Unknown |
| | | Small Print Our Lady of Grace | Unknown |
| | | Small Print St. John Lateran | Unknown |
| | | Processional oil candles | Unknown |
| | | Processional oil candles | Unknown |
| | | Brass or Bronze Candlefollowers of assorted sizes and styles | Unknown |
| | | 2 Pyrex Candle followers for 2" Candles | Unknown |
| | | Amber Globe for Candle | Unknown |
| | | Amber Globe for Candle | Unknown |
| | | Amber Globe for Candle | Unknown |
| | | Clear Shields for oil candles | Unknown |
| | | Brass Unity Candle Floor Wedding Candelabra | Unknown |
| | | Floor Candles for 1 1/2" candles (4) | Unknown |
| | | Lucite Misal Stand | Unknown |
| | | Plaster Pedestals (2) | Unknown |
| | | Patens (various sizes & styles | Unknown |
| | | Cruets & Trays (various sets / styles | Unknown |
| | | Chalice | Unknown |
| | | Tabernacle | Unknown |
| | | Ambo | Unknown |
| | | Niche (wired for electric) | Unknown |
| | | Single Silver Candlestand | Unknown |
| | | small Chalice | Unknown |
| | | Chalice | Unknown |
| | | Chalice | Unknown |
| | | Chalice | Unknown |
| | | Chalice | Unknown |
| | | white slabbink chasuble and stole | Unknown |
| | | Thabor Pedetal for a Monstrance | Unknown |
| | | Chalice | Unknown |
| | | Chalice | Unknown |
| | | Chalice | Unknown |
| | | Wedding Candellabra with center spike | Unknown |
| | | Wedding Candellabra with center tray | Unknown |
| | | Processional Candlestick w/ votive adapter | Unknown |
| | | Processional Candlestick w/ votive adapter | Unknown |

4811-6182-4971, v. 1

| Owner's Name and Address | Location of the Property | Describe the Property | Value |
|---|---|---|---|
| | | chalice | Unknown |
| | | Chalice | Unknown |
| | | Chalice | Unknown |
| | | small ciborium | Unknown |
| | | Medium Ciborium | Unknown |
| | | Incense Boat and Spoon | Unknown |
| | | Incense Boat and Spoon | Unknown |
| | | Small Silver Chalice | Unknown |
| | | Ciborium | Unknown |
| | | Wedding unity candle adapter | Unknown |
| | | Patens (various sizes & styles | Unknown |
| | | Large ciborium no lid | Unknown |
| | | Thabor Pedetal for a Monstrance | Unknown |
| | | Small Chalice or Ciborium | Unknown |
| | | Wooden Tabernacle | Unknown |
| | | Slabbinck white marian vestment and stole | Unknown |
| | | Signed Drawing of Outdoor Shrine | Unknown |
| | | Signed Drawing of Church Framed | Unknown |
| | | Emmaus Laminate Plaque | Unknown |
| | | Parish Directory Poster | Unknown |
| | | assorted stoles | Unknown |
| | | matching white chasuble and dalmatic with stoles | Unknown |
| | | white chasuble no stole | Unknown |
| | | white marian chasuble | Unknown |
| | | Ivory/gold chasuble and stole | Unknown |
| | | Framed Agony in the Garden | Unknown |
| | | 9" Brass crucifix | Unknown |
| | | Single Altar Bell | Unknown |
| | | Holy Water Sprinkler Brass | Unknown |
| | | 12" Crucifix | Unknown |
| | | 9" Medallion Crucifix | Unknown |
| | | 9" Bronze Risen Christ Cross | Unknown |
| | | 2 Small Desk Crucfixes | Unknown |
| | | Framed Embossed Lord's Prayer | Unknown |
| | | San Damiano Crucifix  9" | Unknown |
| | | Wood Carved Ciborium | Unknown |
| | | Last Supper Tabletop Casting | Unknown |
| | | Holy Family Tabletop Sculpture | Unknown |
| | | Knights of Columbus Chalice | Unknown |
| | | Gold Chalice & Paten | Unknown |
| | | Missal Stand Bronze | Unknown |
| | | Box of 50 scapulars | Unknown |
| | | 12" Brass Crucifix | Unknown |
| | | Fairly New Gold Chalice & Paten | Unknown |
| | | Baptismal Font 12" Bowl & Lid on Wheels | Unknown |

21

| Owner's Name and Address | Location of the Property | Describe the Property | Value |
|---|---|---|---|
| | | 24" Plaster Our Lady of Grace Statue Ivory | Unknown |
| | | Processional Cross & Stand | Unknown |
| | | 14 Stations of the Cross Wood | Unknown |
| | | Chalice | Unknown |
| | | Chalice and Paten | Unknown |
| | | Beige Stole | Unknown |
| | | Ciborium | Unknown |
| | | Chalice | Unknown |
| | | Chalice | Unknown |
| | | Stole - Green/yellow/black | Unknown |
| | | Stole- Blue/White | Unknown |
| | | Stole - Red/black/yellow | Unknown |
| | | Holy Oils carrier w/pumps | Unknown |
| | | Chalice with Paten | Unknown |
| | | 20" Bishop or Saint Red Vestments | Unknown |
| | | 20" Wood Madonna & Child | Unknown |
| | | 20" Our Lady of Mount Carmel | Unknown |
| | | 36" St. Rita of Cascia | Unknown |
| | | 5" St. Ann & BVM | Unknown |
| | | 30" Ceramic Column | Unknown |
| | | 3' Marble John the Baptist | Unknown |
| | | Presider Chair plus two deacon chairs | Unknown |
| | | Microphone Stand | Unknown |
| | | Small Chalice | Unknown |
| | | Oil stock, stole and case | Unknown |
| | | Holy Oil Containers - Oil of Sick and Sacred Chrism | Unknown |
| | | Chalice and Paten | Unknown |
| | | 2 Patens | Unknown |
| | | Altar Bell | Unknown |
| | | Communion Paten | Unknown |
| | | Cruet Tray Silver | Unknown |
| | | Cruet Tray | Unknown |
| | | Cruet Tray Gold | Unknown |
| | | 2 Medium Albs | Unknown |
| | | Commemoration Wall Rug 150 Anniversary St. Mary Salem | Unknown |
| | | Pyx & Burse | Unknown |
| | | White Wheat & PX Miter | Unknown |
| | | 2 Gold Resin Plinths Grape Motif | Unknown |
| | | 12" Plaster St. Joseph | Unknown |
| | | 9" China St. Patrick | Unknown |
| | | 2 Stacking Ciboria Tarnished | Unknown |
| | | Oval Ceramic Madonna & Child | Unknown |
| | | Chalice & Paten Silver | Unknown |
| | | 14" Crucifix | Unknown |
| | | Podium Light Finish | Unknown |
| | | Podium Medium Finish | Unknown |

4811-6182-4971, v. 1

| Owner's Name and Address | Location of the Property | Describe the Property | Value |
|---|---|---|---|
| | | Nativity Set 12" Fontanini wood carved firgures (17 + stable and trees) | Unknown |
| | | 2 piece Marble Column Pedastal | Unknown |
| | | 24" Tabernacle painted white | Unknown |
| | | Nativity Set 26 pieces White with Gold Highlights Ceramic | Unknown |
| | | Nativity Set 16 Figures & 1 Stable Resin (Looks like Wood) | Unknown |
| | | Mary & Joseph Nativity Figures | Unknown |
| | | Saints embracing 15" Wood Carving by Sister Ethel Sweeney RSM | Unknown |
| | | Florentini Pesque Painted Christ Crucified | Unknown |
| | | 10" Infant of Prague | Unknown |
| | | 12" Wood St. Pius X | Unknown |
| | | Green Chasuble | Unknown |
| | | 2 Intiction Chalices | Unknown |
| | | Ciborium | Unknown |
| | | Red Chasuble | Unknown |
| | | White Chasuble Blue Trim | Unknown |
| | | Brass Vase | Unknown |
| | | Small Bells | Unknown |
| | | Medium Wood Carved Crucifix | Unknown |
| | | Large Crucifix  Carved Corpus | Unknown |
| | | Simple Miter | Unknown |
| | | Large Oil Stocks Bishop Galante | Unknown |
| | | 4 Cassock Sashes | Unknown |
| | | Stole Tapestry Trim | Unknown |
| | | Gold Ciborium Veil | Unknown |
| | | Gold Floral Miter | Unknown |
| | | Portrait of Founder of SPX Retreat Center painted by Fr. John O'Connor | Unknown |
| | | Portrait of Msgr. Buchler | Unknown |
| | | 17 Chairs | Unknown |
| | | Assorted Chalice Patens | Unknown |
| | | Base for a Sanctuary Lamp | Unknown |
| | | Ablution Bowl and lid | Unknown |
| | | 6 inch Altar Crucifix | Unknown |
| | | Chalice | Unknown |
| | | Mass Kit | Unknown |
| | | Chalice | Unknown |
| | | 2 Tall  6 Medium  2 Short Candlesticks | Unknown |
| | | 6 Red Votive Glasses | Unknown |
| | | 4 Brass and Wood Candlesticks | Unknown |
| | | Wood & Brass Candlesticks or lanterns | Unknown |
| | | Picture of St. John Neumann | Unknown |

| Owner's Name and Address | Location of the Property | Describe the Property | Value |
|---|---|---|---|
| | | Pair of 7 Branch Candlelabra | Unknown |
| | | Pair of 7 Branch Candlelabra | Unknown |
| | | Pair of 7 Branch Candleabras | Unknown |
| | | Single 7 Branch Candlelabra | Unknown |
| | | 2 - 7 Branch Candlelabra | Unknown |
| | | Prie Dieu with Screen | Unknown |
| | | 15 inch Statue Pedestal | Unknown |
| | | Small Monstrance | Unknown |
| | | 2 Brass Candlestands - 40 inches tall | Unknown |
| | | Brass Processional Cross - No Base | Unknown |
| | | Brass & Wood Processional Cross (no Corpus / No Base) | Unknown |
| | | Brass Processional Cross | Unknown |
| | | Flag Pole with cross | Unknown |
| | | Short Brass Processional Cross | Unknown |
| | | Brass Processional Cross no Corpus | Unknown |
| | | 7 Branch Floor Candlelabra | Unknown |
| | | Mini Tabernacle with drawer | Unknown |
| | | Blue and Gold Processional Cross with Stand | Unknown |
| | | 48 " Paschal Candle Stand | Unknown |
| | | Brass 7 Branch Table Candlelabra | Unknown |
| | | Paschal Candle Stand | Unknown |
| | | wooden altar | Unknown |
| | | Concelebration Stole | Unknown |
| | | Marian Stole Ivory | Unknown |
| | | Marian Stole White | Unknown |
| | | Rustic Stole Ivory | Unknown |
| | | Green Stole | Unknown |
| | | Ivory Stole | Unknown |
| | | Emmaus Stole | Unknown |
| | | White Stole | Unknown |
| | | Ivory Stole | Unknown |
| | | Green Stole | Unknown |
| | | Red Stole | Unknown |
| | | Red Stole | Unknown |
| | | Violet Stole | Unknown |
| | | Preaching Stole | Unknown |
| | | Green Stole | Unknown |
| | | Gaspard Hooded Selver Alb (Size 16) | Unknown |
| | | Hooded Selver Alb (Size 14) | Unknown |
| | | Hooded Selver Alb (Size 14) | Unknown |
| | | Hooded Selver Alb (Size 12) | Unknown |
| | | Hooded Selver Alb (Size 12) | Unknown |
| | | Medium Alb (Abbey) | Unknown |
| | | Server Alb (Size 11) | Unknown |
| | | Server Alb (Size 11) | Unknown |

4811-6182-4971, v. 1

| Owner's Name and Address | Location of the Property | Describe the Property | Value |
|---|---|---|---|
| | | Server Alb (Size 11) | Unknown |
| | | Server Alb (Size 10) | Unknown |
| | | Server Alb (Size 10) | Unknown |
| | | Server Alb (Size 10) | Unknown |
| | | Server Alb (Size 10) | Unknown |
| | | Server Alb (Size 14) | Unknown |
| | | Medium Alb (Beau Veste) | Unknown |
| | | Ivory Alb | Unknown |
| | | Chasuble (Gaspard) | Unknown |
| | | White Chasuble (No Stole) | Unknown |
| | | Violet Chasuble (No Stole) | Unknown |
| | | Red Chasuble (No Stole) | Unknown |
| | | Ciborium | Unknown |
| | | Chalice & Paten | Unknown |
| | | Chalice | Unknown |
| | | Rectangular Tabernacle | Unknown |
| | | Assorted Cruets & Bowls | Unknown |
| | | Glass Plate & Bowl | Unknown |
| | | Glass Bowl (2) | Unknown |
| | | Decanter | Unknown |
| | | Glass Bowl | Unknown |
| | | Glass Bowl | Unknown |
| | | Glass Bowl | Unknown |
| | | Sanctuary Globe & Base | Unknown |
| | | Sanctuary Globe & Base | Unknown |
| | | Paten (Hammered Finish) | Unknown |
| | | Sanctuary Globe | Unknown |
| | | Sanctuary Globe | Unknown |
| | | Sanctuary Globe | Unknown |
| | | Sanctuary Globe | Unknown |
| | | Sanctuary Globe | Unknown |
| | | Bowl Ciborium | Unknown |
| | | Ciborium | Unknown |
| | | Ciborium (400 + Hosts) | Unknown |
| | | Glass Bowl | Unknown |
| | | Chalice | Unknown |
| | | Chalice | Unknown |
| | | Chalice | Unknown |
| | | Violet Chasuble & Stole | Unknown |
| | | Green Chasuble & Stole | Unknown |
| | | Green Chasuble | Unknown |
| | | White Chasuble | Unknown |
| | | White Chasuble | Unknown |
| | | White Chasuble | Unknown |
| | | White Chasuble | Unknown |
| | | White Chasuble & Stole | Unknown |
| | | White Chasuble & Stole | Unknown |
| | | White Chasuble & Stole | Unknown |
| | | White Chasuble | Unknown |
| | | Red Chasuble | Unknown |
| | | Red Chasuble | Unknown |
| | | Red Chasuble | Unknown |

4811-6182-4971, v. 1

| Owner's Name and Address | Location of the Property | Describe the Property | Value |
| --- | --- | --- | --- |
| | | Red Chasuble | Unknown |
| | | Red Chasuble | Unknown |
| | | Red Chasuble | Unknown |
| | | Gold Chasuble & Stole | Unknown |
| | | Green Chasuble & Stole | Unknown |
| | | Violet Chasuble & Stole | Unknown |
| | | White Chasuble & Stole | Unknown |
| | | White Chasuble & Stole | Unknown |
| | | White Chasuble & Stole | Unknown |
| | | Red Chasuble & Stole | Unknown |
| | | White Chasuble & Stole | Unknown |
| | | Ivory Chasuble & Stole | Unknown |
| | | Ivory Chasuble & Stole | Unknown |
| | | Ivory Chasuble & Stole | Unknown |
| | | White Chasuble & Stole | Unknown |
| | | White Chasuble & Stole | Unknown |
| | | White Chasuble & Stole | Unknown |
| | | Red Chasuble & Stole | Unknown |
| | | Red Chasuble & Stole | Unknown |
| | | White Chasuble & Stole | Unknown |
| | | Red Chasuble & Stole | Unknown |
| | | Gold Chasuble & Stole | Unknown |
| | | Green Chasuble & Stole | Unknown |
| | | Green Chasuble & Stole | Unknown |
| | | Red Chasuble & Stole | Unknown |
| | | White Chasuble & Stole | Unknown |
| | | White Chasuble | Unknown |
| | | White Chasuble & Stole | Unknown |
| | | Red Chasuble & Stole | Unknown |
| | | Red Chasuble & Stole | Unknown |
| | | Violet Chasuble | Unknown |
| | | Rose Chasuble | Unknown |
| | | White Chasuble & Stole | Unknown |
| | | White Chasuble & Stole | Unknown |
| | | White Chasuble & Stole | Unknown |
| | | White Chasuble & Stole | Unknown |
| | | White Chasuble & Stole | Unknown |
| | | White Chasuble & Stole | Unknown |
| | | Ivory Chasuble & Stole | Unknown |
| | | Ivory Chasuble & Stole | Unknown |
| | | Green Chasuble & Stole | Unknown |
| | | Violet Chasuble & Stole | Unknown |
| | | Violet Chasuble | Unknown |
| | | Violet Chasuble | Unknown |
| | | Violet Chasuble | Unknown |
| | | Red Chasuble & Stole | Unknown |
| | | White Chasuble & Stole | Unknown |
| | | Ablution Bowl | Unknown |
| | | Hash Box | Unknown |
| | | Finial Cross | Unknown |
| | | 10" Candle Holders | Unknown |
| | | Flag Finial | Unknown |

4811-6182-4971, v. 1

| Owner's Name and Address | Location of the Property | Describe the Property | Value |
|---|---|---|---|
| | | Flag Finial | Unknown |
| | | Bowl Ciborium | Unknown |
| | | Intinctorium | Unknown |
| | | Stacking Ciboria - 3 | Unknown |
| | | Bowl Paten | Unknown |
| | | Chalice | Unknown |
| | | Chalice | Unknown |
| | | Chalice | Unknown |
| | | Chalice | Unknown |
| | | Chalice | Unknown |
| | | Chalice/Paten | Unknown |
| | | Chalice/Paten | Unknown |
| | | Chalice/Paten Jubilee 2000 | Unknown |
| | | Chalice/Paten | Unknown |
| | | Chalice | Unknown |
| | | Chalice/Paten | Unknown |
| | | Brass Ciborium | Unknown |
| | | Large Ciborium | Unknown |
| | | Urn Vase | Unknown |
| | | Pair of Triple Candle Holders | Unknown |
| | | Bronze Vase | Unknown |
| | | Brass Vases - 6 | Unknown |
| | | Triumph Vases | Unknown |
| | | Triumph Vases | Unknown |
| | | Ornate Urn Vases | Unknown |
| | | Pedestal Vases - 2 | Unknown |
| | | Pedestal Vase | Unknown |
| | | Floor Brass Vases | Unknown |
| | | Brass Vases | Unknown |
| | | Ciborium | Unknown |
| | | Ciborium | Unknown |
| | | Ciborium | Unknown |
| | | (2) Eucharistic Congress Ciborium | Unknown |
| | | Banner Stand Base | Unknown |
| | | Finial Cross | Unknown |
| | | (2) - 7 Branch Adjustable Candelabra | Unknown |
| | | Table Candle Holders with Oil Candles | Unknown |
| | | 17" Monstrance (No Luna) | Unknown |
| | | Banner Stand | Unknown |
| | | Processional Cross & Stand | Unknown |
| | | Processional Cross & Stand | Unknown |
| | | Altar Bell | Unknown |
| | | 12" Brass Vases - Lightweight (2) | Unknown |
| | | Large Ciborium | Unknown |
| | | Pewter Cup | Unknown |
| | | Altar Bell | Unknown |
| | | Tabernacle | Unknown |
| | | Repository Tabernacle | Unknown |

4811-6182-4971, v. 1

| Owner's Name and Address | Location of the Property | Describe the Property | Value |
|---|---|---|---|
| | | Thabor | Unknown |
| | | Missal Stand | Unknown |
| | | Altar Bell | Unknown |
| | | Altar Bell | Unknown |
| | | Large Round Tabernacle | Unknown |
| | | Convent China (for 12) | Unknown |
| | | 20 Piece Nativity Set w/ Stable | Unknown |
| | | Credence Table with Shelf | Unknown |
| | | White Lightweight Chasuble | Unknown |
| | | Surplice | Unknown |
| | | Alb | Unknown |
| | | Violet Altar Cover | Unknown |
| | | 40 Hours Banner | Unknown |
| | | White Altar Cloth | Unknown |
| | | Violet White reversable stole | Unknown |
| | | Violet Stole | Unknown |
| | | Red Flame Stole | Unknown |
| | | White Deaf Ministry Stole | Unknown |
| | | Green Tweed Stole | Unknown |
| | | Small reversable stole Violet/white | Unknown |
| | | Violet Stole | Unknown |
| | | Green Chalice Veil | Unknown |
| | | White Linen Burse | Unknown |
| | | V-Tech Dynamic Mic & Case | Unknown |
| | | AKG Mic & Case | Unknown |
| | | 9" Wood & Metal Crucifix | Unknown |
| | | 10" Wood & Metal Crucifix | Unknown |
| | | 10" Sick Call Crucifix | Unknown |
| | | Large HWS Banner mem Michael Korejko | Unknown |
| | | HWS Banner | Unknown |
| | | Mic Stand | Unknown |
| | | White Poly Stole | Unknown |
| | | Ivory Poly Priest & Deacon Stole | Unknown |
| | | White Poly Chasuble & Stole | Unknown |
| | | White Altar Cloth | Unknown |
| | | Red Crushed Velvet Fabric 1 Sq. Yard | Unknown |
| | | White Poly Chasuble & Stole | Unknown |
| | | Green poly Chasuble & Stole | Unknown |
| | | Red Fabric | Unknown |
| | | Lace and Gold Alb Skirt | Unknown |
| | | Green Poly & Lace Altar Cloth | Unknown |
| | | Ivory Lined Humeral Veil | Unknown |
| | | White Poly & Lace Altar Cloth | Unknown |
| | | Heavy White Altar Cloth | Unknown |
| | | White Altar Cover | Unknown |
| | | Olive Green Chasuble & Stole | Unknown |
| | | Green Altar Cloth | Unknown |

| Owner's Name and Address | Location of the Property | Describe the Property | Value |
|---|---|---|---|
| | | 7 Aluminium Gold Vestment Hangers | Unknown |
| | | 6 Silver Metal Vestment Hangers | Unknown |
| | | Violet Altar Cloth | Unknown |
| | | 2 Emmaus Stoles | Unknown |
| | | Incomplete Mass Kit & Case | Unknown |
| | | Red Chasuble & Stole | Unknown |
| | | Red Chasuble & Stole | Unknown |
| | | Violet Staffench Stole | Unknown |
| | | White Chasuble & Stole | Unknown |
| | | Black Stole | Unknown |
| | | Violet Chasuble & Stole | Unknown |
| | | White Stole | Unknown |
| | | White Stole | Unknown |
| | | Green Chasuble & Stole | Unknown |
| | | Red Stole | Unknown |
| | | Red Stole | Unknown |
| | | Red Staffenick Book Cover | Unknown |
| | | 3 Gold Maniples | Unknown |
| | | Violet Stole | Unknown |
| | | Gold Damask Stole | Unknown |
| | | Red Silk Stole | Unknown |
| | | Battery Powered Clock | Unknown |
| | | 24" Plaster Our Lady of Grace Statue | Unknown |
| | | Crystal Desk Cross | Unknown |
| | | Crystal Desk Cross | Unknown |
| | | Pair Sigle Pewter Candelstand | Unknown |
| | | Pair 3 Branch Candlestands | Unknown |
| | | Medium Pewter Chalice | Unknown |
| | | Medium Pewter Chalice | Unknown |
| | | Medium Pewter Chalice | Unknown |
| | | Medium Pewter Chalice | Unknown |
| | | Medium Pewter Chalice | Unknown |
| | | Medium Pewter Chalice | Unknown |
| | | Medium Pewter Chalice | Unknown |
| | | Medium Pewter Chalice | Unknown |
| | | Small Pewter Chalice | Unknown |
| | | Small Pewter Chalice | Unknown |
| | | Small Pewter Chalice | Unknown |
| | | Small Pewter Chalice | Unknown |
| | | Remote Control Electrical Outlet | Unknown |
| | | Assorted Stations of the Cross Booklets | Unknown |
| | | Nocturnal Adoration Manuals | Unknown |
| | | RCIA Ritual Book | Unknown |
| | | Silver Candleholders | Unknown |
| | | Shure Microphone & Cable (8') | Unknown |
| | | Irish Blessing Plaque | Unknown |
| | | Censer & Boat Brass | Unknown |

29

| Owner's Name and Address | Location of the Property | Describe the Property | Value |
|---|---|---|---|
| | | 1 Wireless Lavelier / 2 Recievers | Unknown |
| | | Single Altar Bell | Unknown |
| | | Pewter Paten | Unknown |
| | | Brass Communion Paten | Unknown |
| | | Brass Communion Paten | Unknown |
| | | Risen Christ 9" Plaque | Unknown |
| | | Cast Iron Holy Water Font | Unknown |
| | | Oil Stocks | Unknown |
| | | Small Oil Stocks | Unknown |
| | | Bag of Rosaries | Unknown |
| | | Wood Carved 12" Chritus Rex | Unknown |
| | | Burse (No Pyx) | Unknown |
| | | Brass Candle Extenders | Unknown |
| | | Antique White Preaching Stole | Unknown |
| | | White Burse Still Sealed in Package | Unknown |
| | | White Burse Still Sealed in Package | Unknown |
| | | Altar Cover matches R&W Banner 5 Crosses | Unknown |
| | | 1 Banner | Unknown |
| | | 2 Banners | Unknown |
| | | Reversable Deacon Stole Green/White | Unknown |
| | | Violet Deacon Stole | Unknown |
| | | Reversable Deacon Stole Red/White | Unknown |
| | | Mini Altar Bell | Unknown |
| | | Violet Chasuble & Stole | Unknown |
| | | Gold & Red Lining Chasuble & Stole | Unknown |
| | | Violet Chasuble & Stole | Unknown |
| | | Violet Chasuble & Stole | Unknown |
| | | Red Polyester Chasuble & Stole | Unknown |
| | | KHS Cape | Unknown |
| | | 5 Table Cloths White & Ivory | Unknown |
| | | Madonna & Child Plaque | Unknown |
| | | 2 New 52" Server Albs Age 14 | Unknown |
| | | 4 New 40" Server Albs age 8 | Unknown |
| | | 2 New 38" Server Albs Age 7 | Unknown |
| | | 3 New 36" Server Albs Age 6 | Unknown |
| | | Thurible | Unknown |
| | | Crucifix (life size) | Unknown |
| | | Altar | Unknown |
| | | Various Objects | Unknown |
| | | Various Objects | Unknown |
| | | Brass Floor Candle Holder (2) | Unknown |
| | | 7 candle candlelabra (10) | Unknown |
| | | tabernacle | Unknown |
| | | single brass and wood candle holders (4) | Unknown |

30

| Owner's Name and Address | Location of the Property | Describe the Property | Value |
|---|---|---|---|
| | | candle stands with offering box (decorative) | Unknown |
| | | candle stands with offering box (plain) | Unknown |
| | | tall vases | Unknown |
| | | Pewter Tabernacle | Unknown |
| | | Tall Candle Stand 4 Candle | Unknown |
| | | Single Candle Stand | Unknown |
| | | Processional Cross | Unknown |
| | | 2- Pewter Altar Candles | Unknown |
| | | 7- Pewter Side Candles | Unknown |
| | | 4 - Tall Candle Holders | Unknown |
| | | 2 - Brass Candle Vases | Unknown |
| | | Small Candle Stand | Unknown |
| | | Old Offerings Box | Unknown |
| | | 2 Assorted Candles | Unknown |
| | | Wooden Stations of the Cross | Unknown |
| | | Wooden Baptisimal Font and Table | Unknown |
| | | Collapsable Wooden Altar | Unknown |
| | | Large Nativity Set and Stable | Unknown |
| | | Wall Statues of Mary and Joseph | Unknown |
| | | 4 Chalices | Unknown |
| | | 2 - Candle Holder Set | Unknown |
| | | 3- Patten/Bowl | Unknown |
| | | Monstrance | Unknown |
| | | Cruet Set | Unknown |
| | | 10 - Crosses | Unknown |
| | | Holy Water Font | Unknown |
| | | Sanctuary Lamp Electric | Unknown |
| | | 2 - Large Nativity Sets | Unknown |
| | | Small Nativity Set | Unknown |
| | | 4 - Pyxes | Unknown |
| | | Altar Linens | Unknown |
| | | Albs / Stoles/ Chasubles | Unknown |
| | | 3- Bibles | Unknown |
| | | 3- Lectionaries | Unknown |
| | | Porcelain Sculpture | Unknown |
| | | 2 Pictures | Unknown |
| | | 6 - Pews 5' Long | Unknown |
| | | 2 - Front Kneeler Pews | Unknown |
| | | Marble Altar | Unknown |
| | | Marble Tabernacle Stand | Unknown |
| | | Lectionary Books | Unknown |
| | | Incense Swing | Unknown |
| | | Wall Mount Candle Holder | Unknown |
| | | Large Marble Altar | Unknown |
| | | 2 - Baptismal Fonts | Unknown |
| | | Smaller Altar | Unknown |
| | | 2 - Wooden Altars | Unknown |
| | | Tabernacle | Unknown |

31

| Owner's Name and Address | Location of the Property | Describe the Property | Value |
|---|---|---|---|
| | | Wall Mount Sanctuary Candle | Unknown |
| | | Joseph & Mary w/ Jesus Statues | Unknown |
| | | 16 - Collection Baskets | Unknown |
| | | 2 - Outside Crosses from Roof | Unknown |
| | | 2 - Large Round Tabernacles | Unknown |
| | | 5 - Tall Candle Stands Matching | Unknown |
| | | 7 - Tall Candle Stands Asst. | Unknown |
| | | Votive Candelabra - w/o Candles | Unknown |
| | | Wooden Clacker | Unknown |
| | | 7 - Nice Wooden Carved Chairs | Unknown |
| | | 2 - Nice Wooden Carved Bench Seats | Unknown |
| | | Holy Water Pail and Wand | Unknown |
| | | Bells | Unknown |
| | | Kneeler for Votive Candelabra | Unknown |
| | | Incense Swing & Boat | Unknown |
| | | 4- Candle Stand - 7 Candle | Unknown |
| | | 2 - Tall Stand/Table | Unknown |
| | | Small Round Tabernacle | Unknown |
| | | Sacramental Oil Jar Set | Unknown |
| | | Chalice | Unknown |
| | | Processional Cross | Unknown |
| | | Hanging Sanctuary Candle | Unknown |
| | | 2 - Altar Candles | Unknown |
| | | 4 - Wall Mount Holy Water Cups | Unknown |
| | | 2 - Wrought Iron Donation Boxes | Unknown |
| | | Ambo | Unknown |
| | | 3 - Small Candle Stands | Unknown |
| | | Marble Altar | Unknown |
| | | Marble Baptisimal Font | Unknown |
| | | Processional Cross | Unknown |
| | | 2 - Wooden Altars Metal Bottom, One Large, One Smaller | Unknown |
| | | 10 - Host Plates | Unknown |
| | | Patens | Unknown |
| | | 4 - Chalices | Unknown |
| | | 6 - Boxes of Donated Religious Goods | Unknown |
| | | Rectangle Gold Tabernacle | Unknown |
| | | Wooden Altar | Unknown |
| | | 4- Tall Flower Holders | Unknown |
| | | Large Round Tabernacle | Unknown |
| | | Small Round Tabernacle | Unknown |
| | | Small Rectangle Tabernacle | Unknown |
| | | 35 - Vestments | Unknown |
| | | Wooden Personal Tabernacle | Unknown |
| | | Hats | Unknown |

32

| Owner's Name and Address | Location of the Property | Describe the Property | Value |
|---|---|---|---|
|  |  | Clothes / Hats / Gloves / Shoes / Rosaries / Rings | Unknown |
|  |  | Cart | Unknown |

**<u>NOTE</u>:  The listing of items from pages 16-33 has not been verified.  The list was compiled over many years when parishes merge.  Therefore, no one should rely on this list as comprehensive.**

4811-6182-4971, v. 1

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
### District of New Jersey

In re **The Diocese of Camden, New Jersey**

Debtor(s)

Case No.

Chapter **11**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

    For legal services, I have agreed to accept .................................................... $   **Fees & expenses allowed by the Bankruptcy Court**

    Prior to the filing of this statement I have received .......................................... $   **$150,000 retainer**

    Balance Due ................................................................................... $   **Fees & expenses allowed by the Bankruptcy Court**

2.  The source of the compensation paid to me was:

    ☑ Debtor        ☐ Other (specify):

3.  The source of compensation to be paid to me is:

    ☑ Debtor        ☐ Other (specify):

4.  ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d.  [Other provisions as needed]
        **General representation of the Debtor in this Chapter 11 case as set forth in the Application for Retention of McManimon, Scotland & Baumann, LLC as counsel to the Debtor.**

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:
    .

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

10/1/2020

Date

*/s/ Richard D. Trenk*
**Richard D. Trenk**
*Signature of Attorney*
**McManimon, Scotland & Baumann, LLC**
**75 Livingston Avenue**
**Second Floor**
**Roseland, NJ 07068**
**973-622-1800  Fax: 973-622-7333**
**rtrenk@msbnj.com**
*Name of law firm*

---

**\*\*\*  Prior to the Petition Date, McManimon, Scotland & Baumann LLC ("MSB"), received and deposited in trust the sum of $150,000.00, representing the retainer.**

# United States Bankruptcy Court
### District of New Jersey

In re    **The Diocese of Camden, New Jersey**          Case No. _____

                               Debtor(s)          Chapter    **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
| --- | --- | --- | --- |

**-NONE-**

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

       I, the **Vicar General/Vice President** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date    **October 1, 2020**                      Signature   **/s/ Reverend Robert E. Hughes**

                                                          **Reverend Robert E. Hughes**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

### United States Bankruptcy Court
#### District of New Jersey

In re   **The Diocese of Camden, New Jersey**      Case No. _____

                                           Debtor(s)      Chapter      **11** _____

## VERIFICATION OF CREDITOR MATRIX

I, the Vicar General/Vice President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors

is true and correct to the best of my knowledge.

Date:      **October  1, 2020** _____      **/s/ Reverend Robert E. Hughes** _____

                                                       **Reverend Robert E. Hughes**/Vicar General/Vice President

                                                       Signer/Title

A Bell Pest Services
100 Dobbs Lane
Suite 100
Cherry Hill, NJ 08034


A.F.
c/o William J. Martin, Esq.
Martin Gunn & Martin, PA
216 Haddon Avneue, Suite 420
Westmont, NJ 08108


A.M.M.
c/o Andrew J. D'Arcy, Esq.
D'Arcy Johnson Day, PC
3120 Fire Road
Egg Harbor Township, NJ 08243


A.M.M.
c/o David P. Matthews
Matthews & Associates
2905 Sackett Street
Houston, TX 77098


A.N.
c/o Harris L. Pogust, Esq.
Pogust Millrood, LLC
161 Washington Street, Suite 940
Conshohocken, PA 19428


A.N.
c/o Brian D. Kent, Esq.
Laffey, Bucci & Kent LLP
371 Hoes Lane, #200
Piscataway, NJ 08854


A.S.
c/o John W. Baldante, Esq.
Levy Baldante Finney & Rubenstein, P.C.
89 North Haddon Avenue, Suite D
Haddonfield, NJ 08033


A.S.
c/o Adam P. Slater, Esq.
Slater Slater Schulman, LLP
89 N. Haddon Avenue, Suite D
Haddonfield, NJ 08033

Abigail  Walsh
1500  Pines  Avenue
Voorhees, NJ 08043

Advanced  Enterprise  Technologies,  Inc.
225  State  Road
Media, PA 19063

AFP
PO  Box  51
Annapolis Junction, MD 20701

Alejandrina  C.  Estevez
200  N.  Packard  Street
Hammonton, NJ 08037-1939

Alice  Malloy  and  Susan  DeMore
c/o  Francis  X.  Donnelly,  Esq.
Turner  O'Mara  Donnelly  &  Petrycki,  P.C.
2201  Route  38,  Suite  300
Cherry Hill, NJ 08002

Alko  Distributors
1075  Delsea  Drive
Westville, NJ 08093

All  Year  Landscaping
145  W.  Grant  Avenue
Vineland, NJ 08360

Allen's  Oil  &  Propane  Inc.
427  N.  Main  Street
Vincentown, NJ 08088

Allied  Universal
d/b/a  Allied  Universal  Security  Services
8  Tower  Bridge
161  Washington  St,  Suite  600
Conshohocken, PA 19428

Allied  Universal  Security  Services
PO  Box  828854
Philadelphia, PA 19182-8854

Amazon
PO Box 530958
Atlanta, GA 30353-0958


Aramark Refreshment Services
1351 Metropolitan Avenue
West Deptford, NJ 08066


Archdiocese of Philadelphia
c/o Nicholas M. Centrella, Esq.
Conrad O'Brien, P.C.
1500 Market Street, Centre Square, #3900
Philadelphia, PA 19102-2100


Archdiocese of Philadelphia
c/o Nicholas M. Centrella, Esq.
Conrad O'Brien, P.C.
1500 Market Street, Suite 3900
Philadelphia, PA 19102-2100


Assumption Regional Catholic School
146 S. Pitney Road
Absecon, NJ 08205


Astro Sign Company
Outdoor Advertising, Inc.
230 E. High Street
Glassboro, NJ 08028


Atlantic City Electric
PO Box 13610
Philadelphia, PA 19101


Automotive Parts Co.
809 E. Landis Avenue
Vineland, NJ 08360


B.H.
c/o John W. Baldante, Esq.
Levy, Baldante, Finney & Rubenstein, PC
89 North Haddon Avenue, Suite D
Haddonfield, NJ 08033

B.H.
c/o Adam P. Slater, Esq.
Slater Slater Schulman, LLP
89 N. Haddon Avenue, Suite D
Haddonfield, NJ 08033


B.M.
c/o John W. Baldante, Esq.
Levy, Baldante, Finney & Rubenstein
89 North Laddon Avenue, Suite D
Haddonfield, NJ 08033


B.M.
c/o Adam P. Slater, Esq.
Slater Slater Schulman, LLP
89 North Haddon Avenue, Suite D
Haddonfield, NJ 08033


B.S.
c/o John W. Baldante, Esq.
Levy Baldante Finney & Rubenstein, P.C.
89 North Haddon Aveue, Suite D
Haddonfield, NJ 08033


B.S.
c/o Adam P. Slater, Esq.
Slater SlaterSchulman, LLP
89 N. Haddon Avenue, Suite D
Haddonfield, NJ 08033


Backupify, Inc.
PO Box 21465
New York, NY 10087-1465


Batesville
10 Al Paul Lane
Suite 102
Merrimack, NH 03054


Bernadette M. Taormina
2 Heathrow Court
Blackwood, NJ 08012


Bishop Eustace Preparatory School
5552 Route 70
Pennsauken, NJ 08109

Bishop McHugh Regional Catholic School
2221 Route 9
Cape May Court House, NJ 08210

Bishop McHugh Regional School
2221 North Route 9
Cape May Court House, NJ 08210

Bishop Nicholas DiMarzio
c/o Russell L. Lichtenstein, Esq.
Cooper Levenson, P.A.
1125 Atlantic Avenue, Third Floor
Atlantic City, NJ 08401

Bishop Schad Regional School
922 East Landis Avenue
Vineland, NJ 08360

Blackbaud Merchant Services
2000 Daniel Island Drive
Charleston, SC 29492-7541

Block Line Systems
d/b/a Telesytems
1645 West Chester Pike, Suite 200
West Chester, PA 19382

Borough of Bellmawr
c/o Charles Sauter, III, Clerk
21 E. Browning Road
PO Box 368
Bellmawr, NJ 08099-0368

Botto's Italian Line
1411 Kings Highway
Swedesboro, NJ 08085

Brothers of Charity
7720 Doe Lane
Glenside, PA 19038

Budd Realty, Inc.
30 North Broad Street
2nd Floor
Woodbury, NJ 08096

Burrelles
PO Box 674
Florham Park, NJ 07932


C.D.
c/o Ethan Jesse Sheffet, Esq.
Sheffet & Dvorin, PC
88 Pompton Avenue
Verona, NJ 07044


C.D.
c/o Jeff Herman, Esq.
Herman Law
434 West 33rd Street, Penthouse
New York, NY 10001


C.J.M.
c/o Benjamin D. Andreozzi, Esq.
Andreozzi & Foote
4503 North Front Street
Harrisburg, PA 17110


Camden Catholic High School
300 Cuthbert Road
Cherry Hill, NJ 08802


Camden Catholic High School
c/o Russell L. Lichtenstein, Esq.
Cooper Levenson, P.A.
1125 Atlantic Avenue, Third Floor
Atlantic City, NJ 08401


Camden County MUA
PO Box 1105
Bellmawr, NJ 08099-5105


Camden PV Solar LLC
c/o C2 Engery Capital LLC
PO Box 5005
White Plains, NY 10602-5005


Catherine Johnson
1240 Folkstone Way
Cherry Hill, NJ 08034

Catholic Benefits Association
PO Box 248846
Oklahoma City, OK 73124


Catholic Charities
1845 Haddon Avenue
Camden, NJ 08103


Catholic Charities
c/o Francis X. Donnelly, Esq.
Turner, O'Mara, Donnelly & Petrycki, PC
2201 Route 38, Suite 300
Cherry Hill, NJ 08002


Catholic Charities
c/o Francis X. Donnelly, Esq.
Turner, O'ZMara, Donnelly & Petrycki, PC
2201 Route 38, Suite 300
Cherry Hill, NJ 08002


Catholic Church of St. Mary
c/o Russell L. Lichtenstein, Esq.
Cooper Levenson, P.A.
Atlantic City, NJ 08401


Catholic Community of the Holy Spirit
17 Earlington Avenue
Mullica Hill, NJ 08062


Catholic Star Herald
Pastoral Center
15 North 7th Street
Camden, NJ 08102


Ceridian Employer Services
PO Box 10989
Newark, NJ 07193


Cesar Pirateque Serrano
Our Lady of Hope
701 Little Gloucester Road
Blackwood, NJ 08012


Christ the Good Shepherd Parish
1655 Magnolia Road
Vineland, NJ 08361

Christ the King Parish
200 Windsor Avenue
Haddonfield, NJ 08033


Christ the King Regional School
164 Hopkins Ave
Haddonfield, NJ 08033


Christ the Redeemer Parish
318 Carl Hasselhan Dr
Atco, NJ 08004


Christ The Redeemer Parish
c/o Russell L. Lichtenstein, Esq.
Cooper Levenson, P.A.
1125 Atlantic Avenue, Third Floor
Atlantic City, NJ 08401


Christ the Redeemer Parish, Atco, N.J.
c/o Russell L. Lichtenstein, Esq.
Cooper Levenson, P.A.
1125 Atlantic Avenue, Third Floor
Atlantic City, NJ 08401


Church of St. Rose of Lima
300 Kings Highway
Haddon Heights, NJ 08035


Church of the Holy Family Parish
226 Hurffville Road
Sewell, NJ 08080


Church of the Incarnation Parish
240 Main St
Mantua, NJ 08051


City of Camden
520 Market Street
Camden, NJ 08101


Cobble Hill Financial Services
214 West Main Street, Suite 210
Moorestown, NJ 08057

Comcast
PO Box 3001
Southeastern, PA 19398-3005


Courier Post #1013
PO Box 74261
Cincinnati, OH 45274-2621


CSI Cleaning Service Inc.
2971 S. Main Road
Vineland, NJ 08360


D.M.
c/o John W. Baldante, Esq.
Levy Baldante Finney & Rubenstein, PC
89 North Haddon Avenue, Suite D
Haddonfield, NJ 08033


D.M.
c/o Adam P. Slater, Esq.
Slater Slater Schulman, LLP
89 N. Haddon Avneue, Suite D
Haddonfield, NJ 08033


De Lage Landen Financial Services Inc.
1111 Old Eagle School Road
Wayne, PA 19087


DeLage Landen
PO Box 41602
Philadelphia, PA 19101-1602


Deptford Township MUA
PO Box 5428
Deptford, NJ 08096


DH/Perfil Latino TV, Inc.
PO Box 935
Millville, NJ 08332


Dicoese of Camden Priests' Pension Plan
631 Market Street
Camden, NJ 08102

Digital Security Systems, Inc.
11301 Norcom Road
Philadelphia, PA 19154


Diocese of Camden Healthcare Foundation
631 Market Street
Camden, NJ 08102


Diocese of Camden Lay Employees' Pension
631 Market Street
Camden, NJ 08102


Diocese of Camden Trusts, Inc.
631 Market Street
Camden, NJ 08102


Divine Merch Parish
c/o Russell L. Lichtenstein, Esq.
Cooper Levenson, P.A.
1125 Atlantic Avenue, Third Floor
Atlantic City, NJ 08401


Divine Mercy Parish
23 W. Chestnut Avenue
Vineland, NJ 08360


Divine Mercy Parish
c/o Russell L. Lichtenstein, Esq.
Cooper Levenson, P.A.
1125 Atlantic Avenue, Third Floor
Atlantic City, NJ 08401


Division of Taxation
124 Halsey Street
Second Floor
Newark, NJ 07102


Dolores Mozzillo
1404 Hillside Drive
Cherry Hill, NJ 08003


Dominican Srs of Mary Immac
Sr. Maria Theresa Nguyen, OP
5250 Gasmer Drive
Houston, TX 77035

E.B.
c/o Heidi Weintraub, Esq.
Javerbaum Wurgaft Hicks Kahn, et al.
1000 Haddonfield-Berlin Road, Suite 203
Voorhees, NJ 08043

E.F.
c/o John W. Baldante, Esq.
Levy, Baldante, Finney & Rubenstein, PC
89 North Haddon Avenue, Suite D
Haddonfield, NJ 08033

E.F.
c/o Adam P. Slater, Esq.
Slater Slater Schulman, LLP
89 North Haddon Avenue, Suite D
Haddonfield, NJ 08033

E.J.N.
c/o Andrew J. D'Arcy, Esq.
D,Arcy, Johnson, Day, PC
3120 Fire Road
Egg Harbor Township, NJ 08243

E.J.N.
c/o David P. Matthews, Esq.
Matthews & Associates
2905 Sackett Street
Houston, TX 77098

E.M.
c/o John W. Baldante, Esq.
Levy Bandante Finney & Rubenstein, P.C.
89 North Haddon Avenue, Suite D
Haddonfield, NJ 08033

E.M.
c/o Adam P. Slater, Esq.
Slater Slater Schulman LLP
89 N. Haddon Avenue, Suite D
Haddonfield, NJ 08033

E.P.H.
c/o Andrew J. D'Arcy, Esq.
D'Arcy Johnson Day, P.C.
3120 Fire Road
Egg Harbor Township, NJ 08243

E.P.H.
c/o David P. Matthews, Esq.
Matthews & Associates
2905 Sackett Street
Houston, TX 77098


Eastern Lift Truck Co., Inc.
PO Box 307
Maple Shade, NJ 08052


Eastern Regional Conference of Canonists
236 Jewett Avenue
Bridgeport, CT 06606


Eller Media Company
9130 State Road
Philadelphia, PA 19136


Entercom Philadelphia
PO Box 92911
Cleveland, OH 44194-0006


Estate of Father Charles McColgan
c/o Richard Flynn, Esq.
439 Monmouth Street
Gloucester City, NJ 08030


Estate of Father Claude Bender
Surrogate of Camden County
509 Lakeland Road
Blackwood, NJ 08012


Estate of Father John Kelly
c/o John Bernard
41 Aspen Court, Apt 5
Deptford, NJ 08096


Estate of Father John P. Connor
[NO ADDRESS AVAILABLE]


Estate of Father Joseph Shannon
[NO ADDRESS AVAILABLE]

Estate of Father Michael D'Amico
c/o John D'Amico
17 W. Romney Place
Cape May Court House, NJ 08210


Estate of Father RIchard Gerbino
c/o Charles J. Girard, Esq.
825 East Elmer Street
Vineland, NJ 08360


Estate of Father V.C.
No address available


Eurofins QC, Inc.
702 Electronic Drive
PO Box 962
Horsham, PA 19044-0962


Exley's Landscape Service Inc.
1535 Tanyard Road
Sewell, NJ 08080


Exley's Landscape Service, Inc.
1535 Tanyard Road
Sewell, NJ 08080


F.C.K.
c/o David M. Cedar, Esq.
Williams Cedar, LLC
8 Kings Highway West, Suite B
Haddonfield, NJ 08033


F.C.K.
c/o Carlos Rivera, Esq.
Seeger Weiss LLP
55 Challenger Road, 6th Floor
Ridgefield Park, NJ 07660


Father John E. Smith
2850 Spring Lake Drive
Clearwater, FL 33759


Father Roy T. Hardin
234 36th Street, Apt C
Brigantine, NJ 08203

Federal Express Corporation
PO Box 371461
Pittsburgh, PA 15250-7461


Francis R. Bulman, MSW, LCSW
27 Westminster Drive
Voorhees, NJ 08043


Friendship Fire Co. #1
PO Box 690
Woodbury, NJ 08096-5295


Gail E. Johnson Consulting Actuary
379 Norristown Road
Warminster, PA 18974


Garrison Printing
7155 Airport Highway
Pennsauken, NJ 08109


GDA Translations, Inc.
1218 Karen Ann Court
West Deptford, NJ 08086


Gemtex, Inc. t/a Gemini
610 Public Road
Palmyra, NJ 08065


General Chemical and Supply
858 Lenola Road
Unit 1-A
Moorestown, NJ 08057


George E. Piper, D.O., DLFAPA
The Executive Mews
1930 E. Route 70,Suite H-41
Cherry Hill, NJ 08003


Globe Petroluem
t/a Grace Oil
PO Box S
Red Bank, NJ 07701

Gloucester Catholic High School
333 South Ridgeway Street
Gloucester City, NJ 08030

Gold Medal Environmental
PO Box 5249
New York, NY 10008-5249

Gold Medal Environmental
1770 Hurffville Road
Sewell, NJ 08080

Good Counsel - South Jersey
600 Meadowlands Parkway
Room 251
Secaucus, NJ 07094

Grace Anselmo
PNC Financial Services
1600 Market Street, 21st Floor
Philadelphia, PA 19103

Gran
3609-11 5th Street
Philadelphia, PA 19140

Great America Financial Services
PO Box 660831
Dallas, TX 75266-0831

Guardian Angels Regional School
150 South School Street
Gibbstown, NJ 08027

Guardian Angels Regional School
717 Beacon Avenue
Paulsboro, NJ 08066

Guest House Inc.
1601 Joslyn Road
PO Box 293
Lake Orion, MI 48361

Haddon  Locksmith
200  Whitehorse  Pike
Oaklyn, NJ 08107


Hamilton  Township
Municipal  Utilities  Authority
6024  Ken  Scull  Avenue
Mays Landing, NJ 08330


Henry's  Pest  Control
616  North  Lenola  Road
Moorestown, NJ 08057


Hewlett  Packard  Financial  Service  Co.
PO  Box  402582
Atlanta, GA 30384-2582


Hilda  Llerena
104  New  Castle  Court
Galloway, NJ 08205


Holy  Angels  Catholic  Parish/St  Matthew
c/o  Russell  L.  Lichtenstein,  Esq.
Cooper  Levenson,  P.A.
1125  Atlantic  Avenue,  Third  Floor
Atlantic City, NJ 08401


Holy  Angels  Catholic  Regional  School
211  Cooper  Street
Woodbury, NJ 08096


Holy  Angels  d/b/a  St.  Matthew's  Church
c/o  Russell  L.  Lichtenstein,  Esq.
Cooper  Levenson,  P.A.
1125  Atlantic  Avenue,  Third  Floor
Atlantic City, NJ 08401


Holy  Angels  Parish
64  Cooper  Street
Woodbury, NJ 08096


Holy  Child  Parish
13  E.  Evesham  Rd
Runnemede, NJ 08078

Holy Child Parish
c/o Russell L. Lichtenstein, Esq.
Cooper Levenson, P.A.
1125 Atlantic Avenue, Third Floor
Atlantic City, NJ 08401


Holy Child Parish
c/o Rusell L. Lichtenstein, Esq.
Cooper Levenson, P.A.
1125 Atlantic Avenue, Third Floor
Atlantic City, NJ 08401


Holy Eucharist Parish
344 Kresson Road
Cherry Hill, NJ 08034


Holy Name School
700 N 5th St Camden
Camden, NJ 08102


Holy Spirit High School
500 South New Rd
Absecon, NJ 08201


Holy Trinity Parish
11 N. Kenyon Avenue
Margate City, NJ 08402


Holy Trinity Parish
c/o Russell L. Lichtenstein, Esq.
Cooper Levenson, P.A.
1125 Atlantic Avenue, Third Floor
Atlantic City, NJ 08401


Home Depot Credit Services
Dept. 32-2502141108
Phoenix, AZ 85062-8047


Horizon BCBSNJ
PO Box 820
Newark, NJ 07101


Immaculate Conception Seminary
400 South Orange Avenue
South Orange, NJ 07079

Infant Jesus Parish
334 Beech Avenue
Woodbury Heights, NJ 08097


Internal Revenue Service
Special Procedures Branch
Attention: Bankruptcy Section
PO Box 744
Springfield, NJ 07081-0744


Internal Revenue Service
Attn: District Director
955 South Springfield Avenue
Springfield, NJ 07081


Internal Revenue Service
Office of the Chief Counsel
One Newark Center, Suite 1500
Newark, NJ 07102


Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346


J.B.
c/o John W. Baldante, Esq.
Levy Baldante Finney & Rubenstein, PC
89 North Haddon Avenue, Suite D
Haddonfield, NJ 08033


J.B.
c/o Adam P. Slater, Es.q
Slater Slater Schulman, LLP
89 N. Haddon Avenue, Suite D
Haddonfield, NJ 08033


J.C.
c/o J. Silvio Mascolo, Esq.
Rebenack, Aronow & Mascolo, LLP
111 Livingston Avenue
New Brunswick, NJ 08901


J.H.
c/o J. Silvio Mascolo, Esq.
Rebehack, Aronow & Mascolo, LLP
111 Livingston Avenue
New Brunswick, NJ 08901

J.H.
c/o David M. Cedar, Esq.
Williams Cedar, LLC
8 Kings Highway West, Suite B
Haddonfield, NJ 08033


J.H.
c/o Carlos Rivera, Esq.
Seeger Weiss LLP
55 Challenger Road, Sixth Floor
Ridgefield Park, NJ 07660


J.M.
c/o Jay L. Edelstein, Esq.
Edelstein Law, LLP
230 S. Broad Street, Suite 900
Philadelphia, PA 19102


J.M.T.
c/o David M. Cedar, Esq.
Williams Cedar, LLC
8 Kings Highway West, Suite B
Haddonfield, NJ 08033


J.M.T.
c/o Carlos Rivera Esq.
Seeger Weiss LLP
55 Challenger Road, 6th Floor
Ridgefield Park, NJ 07660


J.P.
c/o J. Silvio Mascolo, Esq.
Rebehack, Aronow & Mascolo, LLP
111 Livingston Avenue
New Brunswick, NJ 08901


JA/GG Doe 21
c/o Gregory G. Gianforcaro, Esq.
Gianforcaro Law
80 South Main Street
Phillipsburg, NJ 08865


JA/GG Doe 21
c/o Jeffrey R. Anderson, Esq.
Jeff Anderson & Associates, P.A.
505 Thornall Street, Suite 405
Edison, NJ 08837

JA/GG  Doe  22
c/o Gregory  G.  Gianforcaro,  Esq.
Gianforcaro  Law
80  South  Main  Street
Phillipsburg, NJ 08865


JA/GG  Doe  22
c/o Jeffrey  R.  Anderson,  Esq.
Jeff  Anderson  &  Associates,  P.A.
505  Thornall  Street,  Suite  405
Edison, NJ 08837


JA/GG  John  Doe  1
c/o Gregory  G.  Gianforcaro,  Esq.
Gianforcaro  Law
80  South  Main  Street
Phillipsburg, NJ 08865


JA/GG  John  Doe  1
c/o Jeffrey  R.  Anderson,  Esq.
Jeff  Anderson  &  Associates  PA
505  Thornall  Street,  Suite  405
Edison, NJ 08837


JA/GG  John  Doe  20
c/o Gregory  G.  Gianforcaro,  Esq.
Gianforcaro  Law
80  South  Main  Street
Phillipsburg, NJ 08865


JA/GG  John  Doe  20
c/o Jeffrey  R.  Anderson,  Esq.
Jeff  Anderson  &  Associates,  P.A.
505  Thornall  Street,  Suite  405
Edison, NJ 08837


Jane  Doe  1
c/o David  K.  Inscho,  Esq.
Kline  &  Specgter,  P.C.
1525  Locust  Street,  19th  Floor
Philadelphia, PA 19102


Jersey  Mail  Systems,  LLC
PO  Box  322
Lebanon, NJ 08833

John Doe
c/o Matthew G. Merson, Esq.
Merson Law, PLLC
150 East 58th Street, 34th Floor
New York, NY 10155


John Doe
c/o Derek T. Braslow, Esq.
The Braslow Firm, LLC
230 Sugartown Road, Suite 20
Wayne, PA 19087


John Hacala
Primrose Unit 119
650 S. Dodon Road
Rogers, AR 72758


John J.G. Doe
c/o Laura J. Simon, Esq.
Dalton & Associates, P.A.
1106 West Tenth Street
Wilmington, DE 19806


John R.B. Doe
c/o Laura J. Simon, Esq.
Dalton & Associates, P.A.
1106 West Tenth Street
Wilmington, DE 19806


Jonathan Delgado
241 E. Creese Ave, Unit 3
Wildwood, NJ 08206


Joseph R. Riley & Sons Moving Co.
9800 Ashton Road
Philadelphia, PA 19114


Kaeser & Blair Inc.
3771 Solution Center
Chicago, IL 60677-3007


Katherine Cartagena
13 W. Summerfield Ave
Collingswood, NJ 08108

Kathleen Allen
275 Evergreen Road
Barrington, NJ 08007


Kerestesy Masonry
408 Beacon Avenue
Vineland, NJ 08360


Kevin H. Hickey and Andy Zmuda
c/o Francis X. Donnelly, Esq.
Turner, O'Mara, Donnelly & Petrycki, PC
2201 Route 38, Suite 300
Cherry Hill, NJ 08002


Kiva
PO Box 246
Thorofare, NJ 08086


Kretovich Landscaping, LLC
110 South Warner Street
Woodbury, NJ 08096


L.T.
c/o John W. Baldante, Esq.
Levy, Baldante, Finney & Rubenstein
89 North Haddon Avenue, Suite D
Haddonfield, NJ 08033


L.T.
c/o Adam P. Slater, Esq.
Slater Slater Schulman, LLP
89 N. Haddon Avenue, Suite D
Haddonfield, NJ 08033


La Red
c/o Norma Velez de Garcia
11625 Old Street Augustine Road
Jacksonville, FL 32258


Landis Fire Protection, Inc.
1759 Gallagher Drive, Building B
Vineland, NJ 08360


LaTorre Hardware, Inc.
1607 S. Delsea Drive
Vineland, NJ 08360

Lawn Arranger, Inc.
109 Watsontown-New Freedom Road
Berlin, NJ 08009


Linda S. Altman, MD, MBA
1601 Walnut Street, Suite 1418
Philadelphia, PA 19102


Liturgicial Press
PO Box 7500
Collegeville, MN 56321-7500


Loomis Sayles Trust Company, LLC
1 Financial Center, 28th Floor
Boston, MA 02111


M.A.G.
c/o David M. Cedar, Esq.
Williams Cedar, LLC
8 Kings Highway West, Suite B
Haddonfield, NJ 08033


M.A.G.
c/o Carlos Rivera, Esq.
Seeger Weiss LLP
55 Challenger Road, 6th Floor
Ridgefield Park, NJ 07660


M.A.W.
c/o David M. Cedar, Esq.
Williams Cedar, LLC
8 Kings Highway West, Suite B
Haddonfield, NJ 08033


M.A.W.
c/o Carlos Rivera, Esq.
Seeger Weiss LLP
55 Challenger Road, 6th Floor
Ridgefield Park, NJ 07660


M.D.
c/o John W. Baldante, Esq.
Levy, Baldante, Finney & Rubenstein
89 North Haddon Avenue, Suite D
Haddonfield, NJ 08033

M.D.
c/o Adam P. Slater, Esq.
Slater SLater Schulman, LLP
89 N. Haddon Avenue, Suite D
Haddonfield, NJ 08033


M.F.
c/o John W. Baldante, Esq.
Levy, Baldante, Finney & Rubenstein
89 North Haddon Avenue, Suite D
Haddonfield, NJ 08033


M.F.
c/o Adam P. Slater, Esq.
Slater Slater Schulman, LLP
89 N. Haddon Avenue, Suite D
Haddonfield, NJ 08033


M.J.S.
c/o Benjamin D. Andreozzi, Esq.
Andreozzi & Foote
4503 North Front Street
Harrisburg, PA 17110


M.L.
c/o John W. Baldante, Esq.
Levy Baldante Finney & Rubenstein, PC
90 N. Haddon Avenue, Suite D
Atlantic City, NJ 08401


M.L.
c/o Adam P. Slater, Esq.
Slater Slater Schulman, LLP
89 N. Haddon Avenue, Suite D
Haddonfield, NJ 08033


M.M.
c/o Benjamin D. Andreozzi, Esq.
Andreozzi + Foote
4503 North Front Street
Harrisburg, PA 17110


M.S.
c/o John W. Baldante, Esq.
Levy Baldante Finney & Rubenstein, P.C.
89 North Haddon Avenue, Suite D
Haddonfield, NJ 08033

M.S.
c/o Adam P. Slater, Esq.
Slater Slater Schulman, L.L.P.
89 North Haddon Avenue, Suite D
Haddonfield, NJ 08033


Majestic Oil Company, Inc.
2104 Fairfax Avenue
Cherry Hill, NJ 08003


Mario A. Perez
2000 N. Ontario Street #C
Burbank, CA 91505


Mark A. Davidson
303 East Tampa Avenue
Villas, NJ 08251


Mary Mother of the Church
c/o Russell L. Lichtenstein, Esq.
Cooper Levenson, P.A.
1125 Atlantic Avenue, Third Floor
Atlantic City, NJ 08401


Mary, Mother of Mercy Parish
500 Greentree Road
Glassboro, NJ 08028


Mary, Queen of All Saints Parish
4824 Camden Avenue
Pennsauken, NJ 08110


Mater Ecclesiae Parish
261 Cross Keys Road
Berlin, NJ 08009


Matthews International Corp.
PO Box 536621
Pittsburgh, PA 15253-5908


McGrath Institute for Church Life
347 Gedded Hall
Notre Dame, IN 46556

Melissa Hruska and Andy Zmuda
c/o Francis X. Donnelly, Esq.
Turner, O'Mara, Donnelly & Petrycki, PC
2201 Route 38, Suite 300
Cherry Hill, NJ 08002


Michelle Banks-Spearman, Esq.
City of Camden
PO Box 95120
6th & Market Sts., Room 105
Camden, NJ 08101


Microsoft Corporation
1950 N. Stemmons Fwy.
Suite 5010
Dallas, TX 75207


Mircosoft s/o PCM, Inc.
1940 E. Mariposa Ave
El Segundo, CA 90245


Missionary SIsters of the Holy Rosary
c/o Sr. Ellen Anderson
741 Polo Road
Bryn Mawr, PA 19010


Morris Graphics, Inc.
660 North Broad Street
Woodbury, NJ 08906


Most Precious Blood Parish
445 White Horse Pike
West Collingswood, NJ 08107


N.S.
c/o John W. Baldante, Esq.
Levy Bandante Finney & Rubenstein, P.C.
89 North Haddon Avenue, Suite D
Haddonfield, NJ 08033


N.S.
c/o Adam P. Slater, Esq.
Slater SLater Schulman, LLP
89 N. Haddon Avenue, Suite D
Haddonfield, NJ 08033

Nalco  Company  LLC
PO Box 70716
Chicago, IL 60673-0716


Nancy  Douglass
12  S.  Syracuse  Drive
Cherry Hill, NJ 08034


National  Catholic  Services,  LLC
Virtus  Programs,  Suite  1664
75  Remittance  Drive
Chicago, IL 60675-1664


NCADDHM
Fr.  Javier  Orozco,  Off  of  HM
20  Archibishop  May  Drive
Barrington, NJ 08007


Nelnet  Business  Solutions
PO Box 30170
Omaha, NE 68103-1270


New  Jersey  American  Water  Co.
PO Box 371331
Pittsburgh, PA 15250-7331


New  Jersey  Catholic  Conference
149 North Warren Street
Trenton, NJ 08608


New  Jersey  Division  of  Taxation
Bankruptcy  Section
PO Box 245
Trenton, NJ 08695-0245


NJ  Provincial  Directory
Pastoral  Center
15  North  7th  Street
Camden, NJ 08102


Norman  T.  Connelly
c/o  A.  John  Falciani,  Esq.
Law  Office  of  A.  John  Falciani
19  Newton  Avenue,  PO  Box  379
Woodbury, NJ 08096

Norman T. Connelly
c/o A. John Falciani, Esq.
Law Offices of A. John Falciani
39 S. Broad Street, #4
Woodbury, NJ 08096


Northeast Mechanical Services
402 Airport Drive
Williamstown, NJ 08094


Northeast Mechanical Services
402 Airport Drive
Williamstown, NJ 08094


Notre Dame de la Mer Parish
1500 Central Ave, Suite 100
North Wildwood, NJ 08260


NRP Direct
PO Box 743140
Atlanta, GA 30374-3140


OCP Publications
PO Box 35147
#3368
Seattle, WA 98124-5147


Office Depot
PO Box 633211
Cincinnati, OH 45263-3211


Office of the Attorney General
Division of Law
PO Box 080
Trenton, NJ 08625-0080


Office of the NJ Attorney General
Richard J. Hughes Justice Complex
25 Market Street
PO Box 080
Trenton, NJ 08625-0080

Our Lady of Grace Church
c/o Russell L. Lichtenstein, Esq.
Cooper Levenson, P.A.
1125 Atlantic Avenue, Third Floor
Atlantic City, NJ 08401


Our Lady of Guadalupe Parish
135 N. White Horse Pike
Lindenwold, NJ 08021


Our Lady of Hope Parish
701 Little Gloucester Rd
Blackwood, NJ 08012


Our Lady of Hope Regional School
420 S. Black Horse Pike
Blackwood, NJ 08012


Our Lady of Mercy Academy
1001 Main Road
Newfield, NJ 08344


Our Lady of Mount Carmel
c/o Russell L. Lichtenstein, Esq.
Cooper Levenson, P.A.
1125 Atlantic Avenue, Third Floor
Atlantic City, NJ 08401


Our Lady of Mt. Carmel Elementary School
c/o Francis X. Donnelly, Esq.
Turner O'Mara Donnelly & Petrycki, PC
2201 Route 38, Suite 300
Cherry Hill, NJ 08002


Our Lady of Mt. Carmel Regional School
1 Cedar Ave
Berlin, NJ 08009


Our Lady of Peace Parish
32 Carroll Avenue
Williamstown, NJ 08094


Our Lady of Perpetual Help Parish
146 S. Pitney Road
Galloway, NJ 08205

Our Lady of Sorrows Parish
724 Maple Avenue
Linwood, NJ 08221


Our Lady of the Angels Parish
35 East Mechanic Street
Cape May Court House, NJ 08210


Our Lady of the Blessed Sacrament Parish
104 Catawba Avenue
Newfield, NJ 08344


Our Lady of the Lakes Parish
19 Malaga Road
Collings Lakes, NJ 08094


Our Lady Star of the Sea Church
c/o Russell L. Lichtenstein, Esq.
Cooper Levenson, P.A.
1125 Atlantic Avenue, Third Floor
Atlantic City, NJ 08401


Our Lady Star of the Sea Parish
520 Lafayette Street
Cape May, NJ 08204


Our Lady Star of the Sea Regional School
15 N. California Ave
Atlantic City, NJ 08401


P.A.N.
c/o Benjamin D. Andreozzi, Esq.
Andreozzi & Foote
4503 North Front Street
Harrisburg, PA 17110


P.H.
c/o David K. Inscho, Esq.
Kline & Specter, P.C.
1525 Locust Street, 19th Floor
Philadelphia, PA 19102


Parish of the Holy Cross
46 Central Avenue
Bridgeton, NJ 08302

Parish of the Holy Cross
c/o Russell L. Lichtenstein, Esq.
Cooper Levenson, P.A.
1125 Atlantic Avenue, Third Floor
Atlantic City, NJ 08401


Paul VI High School
901 Hopkins Road, Suite B
Haddonfield, NJ 08033


Paul VI High School
c/o Russell L. Lichtenstein, Esq.
Cooper Levenson, P.A.
1125 Atlantic Avenue, Third Floor
Atlantic City, NJ 08401


Paycor
4811 Montgomery Road
Cincinnati, OH 45212


Penn City Elevator
1235 Hamilton Street
Philadelphia, PA 19123


Penn City Elevator Co., Inc.
PO Box 607
Medford, NJ 08055


Penn Power Systems
8330 State Road
Philadelphia, PA 19136


Pep Boys Auto Plus
Attn: Remittance Department
PO Box 8500-50445
Philadelphia, PA 19178-0445


PerpetualCareAdequacy.com
HB Actuarial Services Inc.
10 Northeast 6th Street, Suite 200
Delray Beach, FL 33444


Peterson Service Company
234 Route 70
Medford, NJ 08055

PNC Bank
Attn: Business Banking
222 Delaware Avenue
Wilmington, DE 19801


PNC Bank
c/o Zak Thomas, Esq.
501 Grant Street, Suite 200
Pittsburgh, PA 15219-4413


PNC Bank, NA
PO Box 1030
Oshtemo, MI 49009


Pointclickcare Technologies Inc.
PO Box 674802
Detroit, MI 48267-4802


Porter & Curtis LLC
225 State Road
Media, PA 19063


Porter & Curtis, LLC
225 State Road
Media, PA 19063


Productivity Plus Account
PO Box 78004
Phoenix, AZ 85062-8004


PSE&G
PO Box 14444
New Brunswick, NJ 08906-4444


Purchase Power
PO Box 371874
Pittsburgh, PA 15250-7874


Quality Landscaping
PO Box 921
Clementon, NJ 08021

Quality Landscaping, Inc.
136 New Freedom Road
PO Box 921
Clementon, NJ 08021


R J Miller Roofing & Sliding, LLC
94 Akron Avenue
Haddon Township, NJ 08107-7000


R.C.E.
c/o Gregory G. Gianforcaro, Esq.
Gianforcaro Law
80 South Main Street
Phillipsburg, NJ 08865


R.C.E.
c/o Jeffrey R. Anderson, Esq.
Jeff Anderson & Associates, P.A.
505 Thornall Street, Suite 405
Edison, NJ 08837


R.S.
c/o K. Raja Bhattacharya, Esq.
Bendit Weinstock, PC
80 Main Street, Suite 260
West Orange, NJ 07052


Ready Refresh
PO Box 856192
Louisville, KY 40285-6192


Redy Battery Company
1722 Hurffville Road
Unit 2A
Sewell, NJ 08080


Reeves Lawn Care LLC
103 North Cologne Avenue
Egg Harbor City, NJ 08215


Republic Services
PO Box 9001099
Louisville, KY 40290-1099

Resorts  Atlantic  City
1133  Broadwalk
Atlantic City, NJ 08401


Response  Time  Inc.
1 Fiber Optic Lane, Suite B
Williamstown, NJ 08094


Response  Time,  Inc.
1 Fiber Optic Drive
Williamstown, NJ 08094


Resurrection  Regional  Catholic  School
402 N.  Kings Highway
Cherry Hill, NJ 08034


Rev.  Allen  Lovell
631 Market  Street
Camden, NJ 08102


Rev.  Alvaro  J.  Diaz
1337 Asbury  Ave
Ocean City, NJ 08226


Rev.  Charles  Colozzi
St. Gabriel  the  Archangel  Parish
350 Georgetown  Road
Carneys Point, NJ 08081


Rev.  Jakub  Ciolak
Christ  the  King  Parish
200 Windsor  Avenue
Haddonfield, NJ 08033


Rev.  John  Buckthese
St Mary  of  Mt.  Carmel
226 French  Street
Hammonton, NJ 08037


Rev.  John  Jairo  Franco
St. Clare  of  Assisi  Parish
140 Broad  Street
Swedesboro, NJ 08085

Rev. Joselito Ramos
St. Katherine Drexel Parish
6075 West Jersey Avenue
Egg Harbor Township, NJ 08234


Rev. Kenneth Hallahan
1739 Ferry Avenue
Camden, NJ 08104


Rev. Rene Canalaes
Our Lady of Guadalupe
100 South Avenue
Lindenwold, NJ 08021


Ricardo Lozano Cruz
Christ Our Light Parish
402 Kings Highway North
Cherry Hill, NJ 08034-1091


Ricoh USA Inc.
PO Box 827577
Philadephia, PA 19182


Rock Solid Short Load Concrete
PO Box 526
Gloucester City, NJ 08030


S.B.
c/o Joseph Auddino, Esq.
Marino Associates
301 Wharton Street
Philadelphia, PA 19147


S.G.
c/o John W. Baldante, Esq.
Levy Baldante Finney & Rubenstein
89 North Haddon Avenue, Suite D
Haddonfield, NJ 08033


S.G.
c/o Adam P. Slater, Esq.
Slater Slater Schulman, LLP
89 N. Haddon Avenue, Suite D
Atlantic City, NJ 08401

Sacred Heart Church
c/o Russell L. Lichtenstein, Esq.
Cooper Levenson, P.A.
1125 Atlantic Avenue, Third Floor
Atlantic City, NJ 08401


Sacred Heart Elementary School
c/o Russell L. Lichtenstein, Esq.
Cooper Levenson, P.A.
1125 Atlantic Avenue, Third Floor
Atlantic City, NJ 08401


Sacred Heart Parish
1739 Ferry Ave
Camden, NJ 08104


Sacred Heart Parish/Church
c/o Russell L. Lichtenstein, Esq.
Cooper Levenson, P.A.
1125 Atlantic Avenue, Third Floor
Atlantic City, NJ 08401


Sacred Heart Parish/Sacred Heart Church
c/o Russell L. Lichtenstein, Esq.
Cooper Levenson, P.A.
1125 Atlantic Avenue, Third Floor
Atlantic City, NJ 08401


Sacred Heart School
404 Jasper St.
Camden, NJ 08104


Saint Maximilian Kolbe Parish
200 Tuckahoe Road
Marmora, NJ 08223


Saint Peter Roman Catholic Church
c/o Russell L. Lichtenstein, Esq.
Cooper Levenson, P.A.
1125 Atlantic Avenue, Third Floor
Atlantic City, NJ 08401


Saint Rose of Lima Catholic Church
c/o Russell L. Lichtenstein, Esq.
Cooper Levenson, P.A.
1125 Atlantic Avenue, Third Floor
Atlantic City, NJ 08401

Saint Teresa of Calcutta Parish
809 Park Avenue
Collingswood, NJ 08108

Scibal Associates, Inc/ d/b/a Qual-Lynx
23 Mays Landing
Somers Point, NJ 08244

Scott Pegg's Lawn Service
PO Box 572
Stratford, NJ 08084

Seeton Turf Warehouse, LLC
25 Roland Avenue
Mount Laurel, NJ 08054

Selection.com
155 Tri-County Pkwy, Suite 150
Cincinnati, OH 45246

Servants of the Paraclete
Attn:  Accounting
PO Box 539
Cedar Hill, MO 63016

ServiceMaster
73 Coolidge Avenue
Bellmawr, NJ 08031

Servicemaster TBS Div.
73 Coolidge Avenue
Bellmawr, NJ 08031

Shoprite
2240 Marlton Pike W, Suite 17
Cherry Hill, NJ 08002

SJC Onshore Direct Lending Funding III
c/o SJC Direct Lending Fund III GP, LP
1700 East Putnam Avenue, Suite 207
Old Greenwich, CT 06870

South Jersey Gas
PO Box 6091
Bellmawr, NJ 08099-6091

South Jersey Sanitation
PO Box 1224
Hammonton, NJ 08037

South Jersey Water Conditioning Service
760 Shiloh Pike
Bridgeton, NJ 08302

South Jersey Welding Supply Co.
PO Box 658
Maple Shade, NJ 08052-0658

Southern Pest Control
PO Box 95
Oaklyn, NJ 08107

Speciality Claims Services, Inc.
dba Sphere Risk Partners
225 State Road
Reading, PA 19603

Square One
111 Gaither Drive
Suite 104
Mount Laurel, NJ 08054-1752

St Michael the Archangel Regional School
51 West North St
Clayton, NJ 08312

St. Andrew Kim Korean Catholic Mission
702 South New Road
Absecon, NJ 08201

St. Andrew the Apostle Parish
27 Kresson-Gibbsboro Road
Gibbsboro, NJ 08026

St. Anthony Church
c/o Russell L. Lichtenstein, Esq.
Cooper Levenson, P.A.
1125 Atlantic Avenue, Third Floor
Atlantic City, NJ 08401

St. Anthony of Padua School
2824 River Rd
Camden, NJ 08105


St. Anthony's Church
c/o Russell L. Lichtenstein, Esq.
Cooper Levenson, P.A.
1125 Atlantic Avenue, Third Floor
Atlantic City, NJ 08401


St. Augustine Prep School
611 North Cedar Avenue
P.O. Box 279
Richland, NJ 08350


St. Bernard Cemetery
Pennsylvania Avenue
Dorothy, NJ 08317


St. Brendan the Navigator Parish
5012 Dune Dr.
Avalon, NJ 08202


St. Bridget University Parish
125 Church Street
Glassboro, NJ 08028


St. Cecilia School
4851 Camden Avenue
Pennsauken, NJ 08110


St. Charles Borromeo Parish
176 Stage Coach Road
Sicklerville, NJ 08081


St. Charles Borromeo Roman Cath. Church
c/o Russell L. Lichtenstein, Esq.
Cooper Levenson, P.A.
1125 Atlantic Avenue, Third Floor
Atlantic City, NJ 08401


St. Charles Borromeo Seminary
c/o Nicholas M. Centrella, Esq.
Conrad O'Brien, P.C.
1500 Market Street, Centre Square, #3900
Philadelphia, PA 19102-2100

St. Clare of Assisi Parish
140 Broad Street
Swedesboro, NJ 08085


St. Clare of Assisi Parish
c/o Francis X. Donnelly, Esq.
Turner O'Mara, Donnelly & Petrycki, P.C.
2201 Route 38, Suite 300
Cherry Hill, NJ 08002


St. Clare of Assisi Parish
c/o Russell L. Lichtenstein, Esq.
Cooper Levenson, P.A.
1125 Atlantic Avenue, Third Floor
Atlantic City, NJ 08401


St. Clare of Assisi/St. Michael's Parish
c/o Russell L. Lichtenstein, Esq.
Cooper Levenson, P.A.
1125 Atlantic Avenue, Third Floor
Atlantic City, NJ 08401


St. Damien Parish
1310 Ocean Avenue
Ocean City, NJ 08226


St. Damien Parish
c/o Russell L. Lichtenstein, Esq.
Cooper Levenson, P.A.
1125 Atlantic Avenue, Third Floor
Atlantic City, NJ 08401


St. Elizabeth Ann Seton Parish
591 New Jersey Ave
Absecon, NJ 08201


St. Frances Cabrini Church
c/o Russell L. Lichtenstein, Esq.
Cooper Levenson, P.A.
1125 Atlantic Avenue, Third Floor
Atlantic City, NJ 08401


St. Frances Cabrini Parish
c/o Russell L. Lichtenstein, Esq.
Cooper Levenson, P.A.
1125 Atlantic Avenue, Third Floor
Atlantic City, NJ 08401

St. Frances Cabrini School
c/o Russell L. Lichtenstein, Esq.
Cooper Levenson, P.A.
1125 Atlantic Avenue, Third Floor
Atlantic City, NJ 08401


St. Francis of Assisi Parish
c/o Russell L. Lichtenstein, Esq.
Cooper Levenson, P.A.
1125 Atlantic Avenue, Third Floor
Atlantic City, NJ 08401


St. Gabriel the Archangel Parish
369 Georgetown Road
Carneys Point, NJ 08069


St. Gabriel the Archangel Parish
c/o Russell L. Lichtenstein, Esq.
Cooper Levenson, P.A.
1125 Atlantic Avenue, Third Floor
Atlantic City, NJ 08401


St. Gianna Beretta Molla Parish
1421 New Road
Northfield, NJ 08225


St. Gianna Beretta Molla Parish
c/o Russell L. Lichtenstein, Esq.
Cooper Levenson, P.A.
1125 Atlantic Avenue, Third Floor
Atlantic City, NJ 08401


St. Gregory Elementary School
c/o Russell L. Lichtenstein, Esq.
Cooper Levenson, P.A.
1125 Atlantic Avenue, Third Floor
Atlantic City, NJ 08401


St. Gregory Parish/St. Gregory Church
c/o Russell L. Lichtenstein, Esq.
Cooper Levenson, P.A.
1125 Atlantic Avenue, Third Floor
Atlantic City, NJ 08401

St. James Catholic High School
c/o Russell L. Lichtenstein, Esq.
Cooper Levenson, P.A.
1125 Atlantic Avenue, Third Floor
Atlantic City, NJ 08401

St. James High School
c/o Russell L. Lichtenstein, Esq.
Cooper Levenson, P.A.
1125 Atlantic Avenue, Third Floor
Atlantic City, NJ 08401

St. James Parish/St. James High School
c/o Russell L. Lichtenstein, Esq.
Cooper Levenson, P.A.
1125 Atlantic Avenue, Third Floor
Atlantic City, NJ 08401

St. James Parish/St. James High School
c/o Russel L. Lichtenstein, Esq.
Cooper Levenson, P.A.
1125 Atlantic Avenue, Third Floor
Atlantic City, NJ 08401

St. Joachim Church
601 W. Browning Road
Bellmawr, NJ 08031

St. Joachim Parish
601 W. Browning Road
Bellmawr, NJ 08031

St. John Neumann Parish
680 Townbank Road
North Cape May, NJ 08204

St. John Paul II Regional School
55 Warwick Road
Stratford, NJ 08084

St. John the Evangelist
c/o Russell L. Lichtenstein, Esq.
Cooper Levenson, P.A.
1125 Atlantic Avenue, Third Floor
Atlantic City, NJ 08401

St. John Vianney Center
151 Woodbine Road
Downingtown, PA 19335


St. John's Church/St. Gregory Church
c/o Russell L. Lichtenstein, Esq.
Cooper Levenson, P.A.
1125 Atlantic Avenue, Third Floor
Atlantic City, NJ 08401


St. John's Parish/St. John's Church
c/o Russell L. Lichtenstein, Esq.
Cooper Levenson, P.A.
1125 Atlantic Avenue, Third Floor
Atlantic City, NJ 08401


St. John's School
c/o Russell L. Lichtenstein, Esq.
Cooper Levenson, P.A.
1125 Atlantic Avenue, Third Floor
Atlantic City, NJ 08401


St. Joseph Parish
126 44th Street
Sea Isle City, NJ 08243


St. Joseph Parish
606 Shore Road
Somers Point, NJ 08244


St. Joseph Pro-Cathedral Parish
2907 Federal St
Camden, NJ 08105


St. Joseph Pro-Cathedral School
2907 Federal St.
Camden, NJ 08105


St. Joseph Regional School
11 Harbor Lane
Somers Point, NJ 08244


St. Joseph the Worker Parish
901 Hopkins Road, Suite A
Haddon Twp., NJ 08033

St. Joseph's School
c/o Russell L. Lichtenstein, Esq.
Cooper Levenson, P.A.
1125 Atlantic Avenue, Third Floor
Atlantic City, NJ 08401


St. Katharine Drexel Parish
6075 West Jersey Avenue
Egg Harbor Township, NJ 08234


St. Margaret Regional School
773 Third St
Woodbury Heights, NJ 08097


St. Mary Church
426 Monmouth St
Gloucester City, NJ 08030


St. Mary Magdalen Church
c/o Russell L. Lichtenstein, Esq.
Cooper Levenson, P.A.
1125 Atlantic Avenue, Third Floor
Atlantic City, NJ 08401


St. Mary of Mount Carmel Parish
226 French Street
Hammonton, NJ 08037


St. Mary Parish
426 Monmouth Street
Gloucester, NJ 08030


St. Mary Regional School
735 Union Rd
East Vineland, NJ 08360


St. Mary School
32 Carrol Avenue
Williamstown, NJ 08094


St. Mary's Center
210 St Mary's Drive
Cherry Hill, NJ 08003

St. Mary's Church
Walnut St
Williamstown, NJ 08094


St. Mary's Church Gloucester
c/o Drew K. Kapur, Esq.
Duane Morris LLP
30 South 17th Street
Philadelphia, PA 19103


St. Mary's Parish/St. Mary's Church
c/o Russell L. Lichtenstein, Esq.
Cooper Levenson, P.A.
1125 Atlantic Avenue, Third Floor
Atlantic City, NJ 08401


St. Mary's School
c/o Russell L. Lichtenstein, Esq.
Cooper Levenson, P.A.
1125 Atlantic Avenue, Third Floor
Atlantic City, NJ 08401


St. Mary's Villa
220 St Mary Drive
Cherry Hill, NJ 08003


St. Michael's Church
c/o Russell L. Lichtenstein, Esq.
Cooper Levenson, P.A.
1125 Atlantic Avenue, Third Floor
Atlantic City, NJ 08401


St. Michael's Church
c/o Russel L. Lichtenstein, Esq.
Cooper Levenson, P.A.
1125 Atlantic Avenue, Third Floor
Atlantic City, NJ 08401


St. Michael's Church/St. James Parish
c/o Russell L. Lichtenstein, Esq.
Cooper Levenson, P.A.
1125 Atlantic Avenue, Third Floor
Atlantic City, NJ 08401


St. Padre Pio Parish
4680 Dante Avenue
Vineland, NJ 08360

St. Patrick Parish/Holy Angels Parish
c/o Russell L. Lichtenstein, Esq.
Cooper Levenson, P.A.
1125 Atlantic Avenue
Atlantic City, NJ 08401


St. Paul's Roman Catholic Church
c/o Russell L. Lichtenstein, Esq.
Cooper Levenson, P.A.
1125 Atlantic Avenue, Third Floor
Atlantic City, NJ 08401


St. Peter Elementary School
c/o Russell L. Lichtenstein, Esq.
Cooper Levenson, P.A.
1125 Atlantic Avenue, Third Floor
Atlantic City, NJ 08401


St. Peter Parish
43 W. Maple Avenue
Merchantville, NJ 08109


St. Peter Parish/St. Peter Church
c/o Russell L. Lichtenstein, Esq.
Cooper Levenson, P.A.
1125 Atlantic Avenue, Third Floor
Atlantic City, NJ 08401


St. Peter School
51 West Maple Avenue
Merchantville, NJ 08109


St. Peter's
c/o Russell L. Lichtenstein
Cooper Levenson, P.A.
1125 Atlantic Avenue, Third Floor
Atlantic City, NJ 08401


St. Rose of Lima Parish
300 Kings Highway
Haddon Heights, NJ 08035


St. Rose of Lima School
300 Kings Highway
Haddon Heights, NJ 08035

St. Simon Stock Parish
178 W. White Horse Pike
Berlin, NJ 08009


St. Stephen Parish
6306 Browning Road
Pennsauken, NJ 08109


St. Stephen's Parish
c/o Russell L. Lichtenstein, Esq.
Cooper Levenson, P.A.
1125 Atlantic Avenue, Third Floor
Atlantic City, NJ 08401


St. Teresa of Calcutta Parish
c/o Russell L. Lichtenstein, Esq.
Cooper Levenson, P.A.
1125 Atlantic Avenue, Third Floor
Atlantic City, NJ 08401


St. Teresa of Infant Jesus School
c/o Russell L. Lichtenstein, Esq.
Cooper Levenson, P.A.
1125 Atlantic Avenue, Third Floor
Atlantic City, NJ 08401


St. Teresa of the Infant Jesus Church
c/o Russell L. Lichtenstein, Esq.
Cooper Levenson, P.A.
1115 Atlantic Avenue, Third Floor
Atlantic City, NJ 08401


St. Teresa of the Infant Jesus Church
c/o Russell L. Lichtenstein, Esq.
Cooper Levenson, P.A.
1125 Atlantic Avenue, Third Floor
Atlantic City, NJ 08401


St. Teresa of the Infant Jesus Parish
c/o Russell L. Lichtenstein, Esq.
Cooper Levenson, P.A.
1125 Atlantic Avenue, Third Floor
Atlantic City, NJ 08401


St. Teresa Regional School
27 East Evesham Road
Runnemede, NJ 08078

St. Teresa the Infant Jesus School
c/o Russel L. Lichtenstein, Esq.
Cooper Levenson, P.A.
1125 Atlantic Avenue, Third Floor
Atlantic City, NJ 08401


St. Thomas More Parish
1439 Springdale Rd
Cherry Hill, NJ 08003


St. Thomas the Apostle Parish
331 8th Street South
Brigantine, NJ 08203


St. Vincent De Paul Parish
5021 Harding Highway
Mays Landing, NJ 08330


St. Vincent de Paul Regional School
5809 East Main Street
Mays Landing, NJ 08330


St. Yi Yunil Korean Catholic Mission
2001 Springdale Rd
Cherry Hill, NJ 08003


Staples Advantage
PO Box 70242
Philadelphia, PA 19176-0242


Staples Credit Plan
Dept 11-0002282317
PO Box 9001036
Louisville, KY 40290-1036


State of New Jersey
Division of Taxation
Sales & Use Tax
PO Box 999
Trenton, NJ 08625


State of New Jersey
Division of Taxation-Gross Income Tax
50 Barrack Street
PO Box 269
Trenton, NJ 08625

State of New Jersey
Department of Labor
Division of Employer Accounts
PO Box 379
Trenton, NJ 08625-0059


State of New Jersey
c/o Ann C. Pearl, Esq.
Commissioner of Transportation
1940 Route 70 East, Suite 2
Cherry Hill, NJ 08003


State of New Jersey
c/o Robert A. Baxter, Esq.
Craig, Annin & Baxter, LLP
41 Grove Street
Haddonfield, NJ 08033


State of New Jersey
c/o David R. Patterson, D.A.G.
Richard J. Hughes Justice Complex
25 Market Street, 8th Fl.
Trenton, NJ 08625


Stewart, A Xerox Company
PO Box 936763
Atlanta, GA 31193-6763


Stomel Services
1820 Garden Avenue
Cherry Hill, NJ 08003


Sts. Peter & Paul Roman Catholic Church
c/o Russell L. Lichtenstein, Esq.
Cooper Levenson, P.A.
1125 Atlantic Avenue, Third Floor
Atlantic City, NJ 08401


Sts. Peter and Paul Church
362 Ganttown Road
Turnersville, NJ 08012


Sunoco
PO Box 689156
Des Moines, IA 50368-9156

Superior Scaffold Services
600 Center Avenue
Bensalem, PA 19020


Susan Cleary
1405 Martin Avenue
Cherry Hill, NJ 08002


Syndicate Strategies
1489 Baltimore Pike
Bldg 100, Suite 101
Springfield, PA 19064


T.J.
c/o Harris L. Pogust, Esq.
Pogust Millrood, LLC
161 Washington Street, Suite 940
Conshohocken, PA 19428


T.J.
c/o Brian D. Kent, Esq.
Laffey, Bucci & Kent LLP
371 Hoes Lane, #200
Piscataway, NJ 08854


T.J.M.
c/o Andrew J. D'Arcy, Esq.
D'Arcy Johnson Day, PC
3120 Fire Road
Egg Harbor Township, NJ 08243


T.J.M.
c/o David P. Matthews, Esq.
Matthews & Associates
2905 Sackett Street
Houston, TX 77098


T.V.
c/o Karl Friedrichs, Esq.
Locks Law Firm, LLC
801 North Kings Highway
Cherry Hill, NJ 08034


Tab Shredding
341 Cooper Road
West Berlin, NJ 08091

Team Reed Landscaping, Inc.
435 Landis Avenue
Bridgeton, NJ 08302


Teamsters Local Union 676
101 W. Crescent Blvd
Collingswood, NJ 08108


Telesystems
Block Line Systems
PO Box 826590
Philadelphia, PA 19182-6590


TGI Office Automation, Inc.
120 3rd Street
Brooklyn, NY 11231


The Catholic Church of St. Mary
2001 Springdale Road
Cherry Hill, NJ 08003


The Catholic Community of Christ
Our Light
402 Kings Hwy North
Cherry Hill, NJ 08034


The Parish of All Saints
621 Dock Street
Millville, NJ 08332


The Parish of All Saints
c/o Russell L. LIchtenstein, Esq.
Cooper Levenson, P.A.
1125 Atlantic Avenue, Third Floor
Atlantic City, NJ 08401


The Parish of Saint Monica
2651 Atlantic Ave
Atlantic City, NJ 08401


The Parish of St. Michael the Archangel
49 W. North St.
Clayton, NJ 08312

The Parish of the Cathedral of the
Immaculate Conception
642 Market Street
Camden, NJ 08102


The Parish of the Holy Cross
46 Central Avenue
Bridgeton, NJ 08302


The Penn City Elevator Co., Inc.
123 Hamilton Street
Philadelphia, PA 19123


Thomas Leighton
241 E. Creese Avenue
Unit 3
Wildwood, NJ 08260


TIAA Commerical Finance, Inc.
PO Box 911608
Denver, CO 80291-1608


Timothy L. Davis
114 Second Avenue
Mount Ephraim, NJ 08059


U.S. Postal Service
421 Benigno Blvd
Bellmawr, NJ 08099-9651


Uline
Attn:  Accounts Receivable
PO Box 88741
Chicago, IL 60680-1741


United States Attorney
970 Broad Street, Fifth Floor
Newark, NJ 07102


V.A.
c/o Matthew A. Luber, Esq.
McOmber, McOmber & Luber, P.C.
39 East Main Street
Marlton, NJ 08053

V.J.S.
c/o David M. Cedar, Esq.
Williams Cedar, LLC
8 Kings Highway West, Suite B
Haddonfield, NJ 08033


V.J.S.
c/o Carlos Rivera, Esq.
Seeger Weiss LLP
55 Challenger Road, 6th Floor
Ridgefield Park, NJ 07660


Verizon
PO Box 4833
Trenton, NJ 08650-4833


Verizon
PO Box 15124
Albany, NY 12212-5124


Verizon
PO Box 16801
Newark, NJ 07101-6801


Verizon Wireless
PO Box 408
Newark, NJ 07101-0408


Villa Raffaella
917 South Main Street
Pleasantville, NJ 08232


Villanova University
800 Lancaster Avenue
Villanova, PA 19085


Vineland Municipal Utilities
PO Box 1508
Vineland, NJ 08362-1508


W.B. Steward & Son
513 Glassboro Road
PO Box 150
Woodbury Heights, NJ 08097

W.F.C.
c/o Benjamin D. Andreozzi, Esq.
Andreozzi + Foote
4503 North Front Street
Harrisburg, PA 17110


W.H.
c/o Benjamin D. Amdreozzi, Esq.
Andreozzi + Foote
4503 North Front Street
Harrisburg, PA 17110


W.P.S.
c/o Benjamin D. Adreozzi, Esq.
Andreozzi & Foote
4503 North Front Street
Harrisburg, PA 17110


Walter Abilla
5510 9th Street NW
Washington, DC 20011-2910


Waste Management
PO Box 13648
Philadelphia, PA 19101-3648


Waste Management of New Jersey, Inc.
107 Silvia Street
Ewing, NJ 08628


Watchung Spring Water Co. Inc.
PO Box 3019
1900 Swarthmore Ave
Lakewood, NJ 08701-8119


WB Mason Co. Inc.
PO Box 981101
Boston, MA 02298-1101


Webers Power Equipment
868 Elk Road
Monroeville, NJ 08343


Wilcomp Software LLC
PO Box 1622
Burleson, TX 76097

Wildwood Catholic Academy
1500 Central Avenue
North Wildwood, NJ 08260


WM of New Jersey
107 Silvia Street
Ewing, NJ 08628


Woodbury Police Department
220 S. Broad Street
Woodbury, NJ 08096


Xaverian Missionaries
c/o Fr. Mark Marangone, S.X.
12 Helene Court
Wayne, NJ 07470


Xerox Financial Services
PO Box 202882
Dallas, TX 75320-2882


Xtel Communications
100000 Midlantic Drive, Suite 410E
Mount Laurel, NJ 08054


Xtel Communications, Inc.
PO Box 71402
Philadelphia, PA 19176-1402


Zdzislaw Bielaszka
7 Freedom Court
Deptford, NJ 08096

# United States Bankruptcy Court
## District of New Jersey

In re    **The Diocese of Camden, New Jersey**

Debtor(s)

Case No.

Chapter    **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **The Diocese of Camden, New Jersey**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**October  1, 2020**

Date

**/s/ Richard D. Trenk**

**Richard D. Trenk**

Signature of Attorney or Litigant

Counsel for   **The Diocese of Camden, New Jersey**

**McManimon, Scotland & Baumann, LLC**
**75 Livingston Avenue**
**Second Floor**
**Roseland, NJ 07068**
**973-622-1800 Fax:973-622-7333**
**rtrenk@msbnj.com**