| |
|---|
| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEW JERSEY <br> **Caption in Compliance with D.N.J. LBR 9004-1(b)** <br><br> **McMANIMON, SCOTLAND & BAUMANN, LLC** <br> 75 Livingston Avenue, Second Floor <br> Roseland, NJ 07068 <br> (973) 622-1800 <br> Richard D. Trenk (rtrenk@msbnj.com) <br> Robert S. Roglieri (rroglieri@msbnj.com) <br><br> *Proposed Counsel for The Diocese of Camden, New Jersey, Chapter 11 Debtor and Debtor-in-Possession* |

| | |
|---|---|
| In re: <br><br> THE DIOCESE OF CAMDEN, NEW JERSEY, <br><br> Debtor. | Chapter 11 <br><br> Case No. 20-21257 (JNP) |

## ORDER GRANTING COMPLEX CHAPTER 11 CASE TREATMENT

The relief set forth on the following page, numbered two (2), is hereby **ORDERED.**

| | |
|---|---|
| Debtor: | The Diocese of Camden, New Jersey |
| Case Number: | 20-21257 (JNP) |
| Caption of Order: | Order Granting Complex Chapter 11 Case Treatment |

**THIS** bankruptcy case was filed on October 1, 2020. An Application for Designation as Complex Chapter 11 Case was filed. After review of the initial pleadings filed in this case, the Court concludes that this case constitutes a complex Chapter 11 case.

**IT IS HEREBY ORDERED** that the request set forth in the Application for Designation as Complex Chapter 11 Case pursuant to the Court's General Order Governing Procedures for Complex Chapter 11 Cases is **HEREBY GRANTED**; and it is further

**ORDERED** that the Guidelines Establishing Case Management and Administrative Procedures for Cases Designated as Complex Chapter 11 Cases as set forth at Exhibit F to the Court's General Order Governing Procedures for Complex Chapter 11 Cases shall apply.