| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>FOR THE DISTRICT OF NEW JERSEY<br>Caption in Compliance with D.N.J. LBR 9004-1(b)<br><br>**McMANIMON, SCOTLAND**<br>**& BAUMANN, LLC**<br>75 Livingston Avenue, Second Floor<br>Roseland, NJ 07068<br>(973) 622-1800<br>Richard D. Trenk (rtrenk@msbnj.com)<br>Robert S. Roglieri (rroglieri@msbnj.com)<br><br>*Proposed Counsel for The Diocese of Camden, New Jersey, Chapter 11 Debtor and Debtor-in-Possession* | Order Filed on October 8, 2020<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In re:<br><br>THE DIOCESE OF CAMDEN, NEW JERSEY,<br><br>                       Debtor. | Chapter 11<br><br>Case No. 20-21257 (JNP)<br><br>Hearing Date and Time:<br>October 7, 2020 at 10:00 a.m. |

**ORDER DIRECTING PAYMENT CARD PROCESSOR TO HONOR THE PROCESSING AGREEMENT WITH THE DIOCESE PENDING ASSUMPTION OR REJECTION UNDER 11 U.S.C. §§ 365 AND 105(a)**

The relief set forth on the following pages, numbered two (2) through three (3), is hereby **ORDERED.**

**DATED: October 8, 2020**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

(Page 2)

| | |
|---|---|
| Debtor: | The Diocese of Camden, New Jersey |
| Case Number: | 20-21257 (JNP) |
| Caption of Order: | Order Directing Payment Card Processor to Honor its Processing Agreement with the Diocese Pending Assumption or Rejection under 11 U.S.C. §§ 365 and 105(a) |

Upon the motion (the "<u>Motion</u>")[1] of The Diocese of Camden, New Jersey, Chapter 11 debtor and debtor-in-possession (the "<u>Diocese</u>"), by and through its proposed counsel, McManimon, Scotland & Baumann, LLC, for entry of an order (i) directing Payment Card Processor to Honor the Processing Agreement with the Diocese Pending Assumption or Rejection under 11 U.S.C. §§ 365 and 105(a); and upon consideration of the Motion and all pleadings related thereto; and it appearing that the Court has jurisdiction to consider the Motion in accordance with 28 U.S.C. §§ 157 and 1334; and it appearing that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and it appearing that venue of this proceeding and this Motion is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and it appearing that the relief requested in the Motion is in the best interests of the Diocese, its estate, and its creditors; and after due deliberation thereon, and good and sufficient cause appearing therefor;

**IT IS HEREBY ORDERED** as follows:

1. The Motion is **GRANTED** as set forth herein.

2. Absent any further Order of this Court, the Processor is directed to continue performing credit card processing services under the Processing Agreement.

3. Nothing in this Order or the Motion shall be deemed to constitute the post-petition assumption or adoption of the Processing Agreement or any other credit card processing agreements pursuant to section 365 of the Bankruptcy Code.

4. This Court shall retain exclusive jurisdiction with respect to all matters arising from or related to the implementation and enforcement of this Order.

---

[1] Capitalized terms used but not defined herein shall have the same meaning ascribed to such term in the Motion.

(Page 3)

| | |
|---|---|
| Debtor: | The Diocese of Camden, New Jersey |
| Case Number: | 20-21257 (JNP) |
| Caption of Order: | Order Directing Payment Card Processor to Honor its Processing Agreement with the Diocese Pending Assumption or Rejection under 11 U.S.C. §§ 365 and 105(a) |

5. A copy of this Order shall be served on the payment card processor and other parties in interest by regular mail within three (3) days hereof.