UNITED STATES DEPARTMENT OF JUSTICE
OFFICE OF THE UNITED STATES TRUSTEE
ANDREW R. VARA
UNITED STATES TRUSTEE, REGIONS 3&9
Martha R. Hildebrandt, Esq.
Jeffrey M. Sponder, Esq.
One Newark Center, Suite 2100
Newark, NJ  07102
Telephone: (973) 645-3014
Fax: (973) 645-5993
Email: jeffrey.m.sponder@usdoj.gov

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| The Diocese of Camden, New Jersey, | : | Case No. 20-21257 (JNP) |
| | : | |
| Debtor. | : | The Honorable Jerrold N. Poslusny |
| | : | |

**NOTICE OF APPOINTMENT OF OFFICIAL COMMITTEE OF TORT CLAIMANT CREDITORS**

Andrew R. Vara, United States Trustee for Regions 3 and 9, pursuant to Section 1102(a) of title 11, United States Code, hereby appoints the following unsecured creditors that are willing to serve on the Official Committee of Tort Claimant Creditors of The Diocese of Camden, New Jersey:

1. Dr. James Reuter
2. Mr. Jack Lechner
3. Ms. Jennifer Wydra
4. Mr. Paul Harrington
5. Mr. Robert Polt
6. Mr. Edward Henkel
7. Dr. Patrick Lloyd
8. Mr. John Collins
9. Mr. Andrew Napoli

ANDREW R. VARA
UNITED STATES TRUSTEE
Regions 3 & 9

By: */s/ Martha R. Hildebrandt*
    Martha R. Hildebrandt
    Assistant United States Trustee

    Jeffrey M. Sponder
    Trial Attorney

Dated: October 23, 2020