UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

Order Filed on October 25, 2021
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Case No.: _____

Chapter: _____

Hearing Date: _____

Judge: _____

STIPULATED SCHEDULING ORDER

The relief set forth on the following pages, numbered two (2) through _____ is **ORDERED**.

DATED: October 25, 2021

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| *In re*:<br><br>THE DIOCESE OF CAMDEN, NEW JERSEY,<br><br>Debtor. | Chapter 11<br><br>Case No. 20-21257 (JNP) |
| OFFICIAL COMMITTEE OF TORT CLAIMANT CREDITORS OF THE DIOCESE OF CAMDEN, NEW JERSEY,<br><br>Plaintiff,<br><br>v.<br><br>THE DIOCESE OF CAMDEN, NEW JERSEY, THE DIOCESE OF CAMDEN TRUSTS, INC.,<br><br>Defendants. | Adv. Pro. No.: 21-01393 (JNP) |
| OFFICIAL COMMITTEE OF TORT CLAIMANT CREDITORS OF THE DIOCESE OF CAMDEN, NEW JERSEY,<br><br>Plaintiff,<br><br>v.<br><br>THE DIOCESE OF CAMDEN, NEW JERSEY; CATHEDRAL OF THE IMMACULATE CONCEPTION; CATHOLIC COMMUNITY OF CHRIST OUR LIGHT; CHRIST THE GOOD SHEPHERD PARISH; CHURCH OF CHRIST THE KING; CHRIST THE REDEEMER PARISH; DIVINE MERCY PARISH; HOLY ANGELS PARISH; HOLY CHILD PARISH; PARISH OF THE HOLY CROSS; HOLY EUCHARIST PARISH; CHURCH OF THE HOLY FAMILY; CATHOLIC COMMUNITY OF THE HOLY SPIRIT; HOLY TRINITY PARISH; R.C. CHURCH OF THE INCARNATION; INFANT JESUS PARISH; MARY, MOTHER OF MERCY PARISH; MARY, QUEEN OF ALL SAINTS PARISH; MOST PRECIOUS BLOOD PARISH; | Adv. Pro. No.: 21-01394 (JNP) |

NOTRE DAME DE LA MER PARISH; OUR LADY OF THE ANGELS; OUR LADY OF THE BLESSED SACRAMENT; OUR LADY OF THE LAKES; OUR LADY, STAR OF THE SEA; OUR LADY OF GUADALUPE PARISH; OUR LADY OF HOPE PARISH; OUR LADY OF PEACE PARISH; OUR LADY OF PERPETUAL HELP PARISH; OUR LADY OF SORROWS; PARISH OF ALL SAINTS; CHURCH OF THE SACRED HEART; ST. ANDREW THE APOSTLE'S R.C. CHURCH; ST. BRENDAN THE NAVIGATOR PARISH; ST. BRIDGET CATHOLIC CHURCH; CHURCH OF ST. CHARLES BORROMEO; ST. CLARE OF ASSISI PARISH; ST. DAMIEN PARISH; ST. ELIZABETH ANN SETON; ST. GABRIEL THE ARCHANGEL PARISH;  ST. GIANNA BERETTA MOLLA PARISH; ST. JOACHIM PARISH; PARISH OF ST. JOHN NEUMANN; ST. JOSEPH'S CATHOLIC CHURCH, SEA ISLE; ST. JOSEPH'S CHURCH, SOMERS POINT; ST. JOSEPH PRO-CATHEDRAL; ST. JOSEPH THE WORKER PARISH; CHURCH OF ST. KATHARINE DREXEL; ST. MARY'S R.C. CHURCH; ST. MARY'S CHURCH; ST. MARY OF MOUNT CARMEL PARISH; PARISH OF ST. MAXIMILIAN KOLBE; PARISH OF ST. MICHAEL THE ARCHANGEL; PARISH OF ST. MONICA; ST. PADRE PIO; ST. PETER, MERCHANTVILLE, N.J. PARISH; CHURCH OF ST. ROSE OF LIMA; ST. SIMON STOCK PARISH; ST. STEPHEN'S R.C. CHURCH; ST. TERESA OF CALCUTTA PARISH; ST. THOMAS' CATHOLIC CHURCH; CHURCH OF ST. THOMAS MOORE; ST. VINCENT DE PAUL PARISH; CHURCH OF SAINTS PETER AND PAUL; MATER ECCLESIAE CHAPEL, INC.; SAINT YI YUN II CHERRY HILL KOREAN CATHOLIC MISSION, INC.; SAINT ANDREW KIM KOREAN CATHOLIC MISSION, INC.; PADRE PIO SHRINE BUENA BOROUGH, N.J., INC.; HOLY SPIRIT HIGH SCHOOL; CAMDEN CATHOLIC HIGH SCHOOL; POPE PAUL VI HIGH SCHOOL; BISHOP JAMES T. MCHUGH REGIONAL SCHOOL; ST. JOSEPH CHILD DEVELOPMENT CENTER, INC.,

Defendants.

2

## **STIPULATED SCHEDULING ORDER**

The relief set forth on the following pages, numbered four (4) through and including eight (8), is hereby **ORDERED**.

Page:      4
Debtor:    The Diocese of Camden, New Jersey
Case No.:  20-21257 (JNP)
Adv. Proc. Nos.: 21-01393 (JNP); 21-01394 (JNP)
Caption:   *Stipulated Scheduling Order*

---

**WHEREAS**, on October 12, 2021, The Diocese of Camden, New Jersey (the "Diocese") filed its First Amended Disclosure Statement (the "Disclosure Statement") and First Amended Plan [ECF 869]; and

**WHEREAS**, on October 12, 2021, the Official Committee of Tort Claimant Creditors (the "Committee") of the Diocese filed adversary complaints (the "Complaints") against the Diocese; the Diocese of Camden Trusts, Inc.; Cathedral of the Immaculate Conception; Catholic Community of Christ Our Light; Christ the Good Shepherd Parish; Church of Christ the King; Christ the Redeemer Parish; Divine Mercy Parish; Holy Angels Parish; Holy Child Parish; Parish of the Holy Cross; Holy Eucharist Parish, Church of the Holy Family; Catholic Community of the Holy Spirit; Holy Trinity Parish, R.C. Church of the Incarnation; Infant Jesus Parish; Mary, Mother of Mercy Parish; Mary, Queen of All Saints Parish; Most Precious Blood Parish; Notre Dame de la Mer Parish; Our Lady of the Angels; Our Lady of the Blessed Sacrament; Our Lady of the Lakes; Our Lady, Star of the Sea; Our Lady of Guadalupe Parish; Our Lady of Hope Parish; Our Lady of Peace Parish; Our Lady of Perpetual Help Parish; Our Lady of Sorrows; Parish of All Saints; The Church of the Sacred Heart; St. Andrew the Apostle's R.C. Church; St. Brendan the Navigator Parish; St. Bridget Catholic Church; Church of St. Charles Borromeo; St. Clare of Assisi Parish; St. Damien Parish; St. Elizabeth Ann Seton; St. Gabriel the Archangel Parish; St. Gianna Beretta Molla; St. Joachim Parish; Parish of St. John Neumann; St. Joseph's Catholic Church, Sea Isle; St. Joseph's Church, Somers Point; St. Joseph Pro-Cathedral; St. Joseph the Worker Parish; Church of St. Katharine Drexel; St. Mary's R.C. Church; St. Mary's Church; St. Mary of Mount Carmel Parish; Parish of St. Maximilian Kolbe; Parish of St. Michael the Archangel; Parish of St. Monica; St. Padre Pio; St. Peter, Merchantville, NJ Parish; Church

4

Page:    5
Debtor:    The Diocese of Camden, New Jersey
Case No.:    20-21257 (JNP)
Adv. Proc. Nos.:    21-01393 (JNP); 21-01394 (JNP)
Caption:    *Stipulated Scheduling Order*

---

of St. Rose of Lima; St. Simon Stock Parish; St. Stephen's R.C. Church; St. Teresa of Calcutta Parish; St. Thomas' Catholic Church; Church of St. Thomas Moore; St. Vincent de Paul Parish; Church of Saints Peter and Paul; Master Ecclesiae Chapel, Inc.; Saint Yi Yun Il John Cherry Hill Korean Catholic Mission, Inc.; Saint Andrew Kim Korean Catholic Mission, Inc.; Padre Pio Shrine; Holy Spirit High School; Camden Catholic High School; Pope Paul VI High School; Bishop James T. McHugh Regional School; and St. Joseph Child Development Center, Inc. (collectively, the "Defendants") commencing the adversary proceedings at Adv. Pro. Nos. 21-01393 (JNP) and 21-01394 (JNP) (the "Adversary Proceedings"); and

**WHEREAS**, on October 12, 2021, the Committee filed a *Motion of the Official Committee of Tort Claimant Creditors for Entry of an Order Granting It Standing and Authorizing It to Prosecute and Settle Certain Claims on Behalf of the Debtor's Estate* in the main Chapter 11 case (Case No. 20-21257 (JNP), Dkt. No. 871) (the "Standing Motion"); and

**WHEREAS**, the Court entered an order scheduling a hearing on the adequacy of the Disclosure Statement for December 8, 2021; and

**WHEREAS,** this Stipulated Scheduling Order is based upon the agreement of all parties joining this stipulation;

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** as follows:

1.    The deadline for the Diocese and Defendants to file and serve any objection to the Standing Motion is November 24, 2021.

2.    The deadline for the Committee to file and serve a reply to the Diocese's and Defendants' objections to the Standing Motion is December 3, 2021.

5

4861-3618-1504, v. 1

Page:     6
Debtor:   The Diocese of Camden, New Jersey
Case No.: 20-21257 (JNP)
Adv. Proc. Nos.: 21-01393 (JNP); 21-01394 (JNP)
Caption:  *Stipulated Scheduling Order*

---

3. The deadline for the Committee to file and serve any objection to the Disclosure Statement is November 24, 2021.

4. The Deadline for the Diocese to file and serve a reply to the Committee's objection to the Disclosure Statement is December 3, 2021.

5. The hearing on the Standing Motion is scheduled for December 8, 2021 at 10:00 a.m.

6. Counsel for each of the Defendants hereby agrees that it has accepted service of the Complaints for its respective client and hereby waives service of a summons with respect to the Complaints pursuant to Fed. R. Civ. P. 4(d) and Fed. R. Bankr. P. 7004(a)(1) but Defendants do not waive any other claims and/or defenses with respect to the Complaints.

7. The deadline for the Diocese and all other Defendants to answer or otherwise respond to the Complaints is stayed pending adjudication of the Standing Motion.

8. Within twenty (20) days of entry of an Order adjudicating the Standing Motion, Defendants shall file an answer or otherwise respond under Fed. R. Civ. P. 12 or Fed. R. Civ. P. 56 to the Complaints. Notwithstanding the foregoing, if the Committee must amend the complaints following a hearing on the Standing Motion, Defendants shall have twenty (20) days from the filing of the amended complaint to answer or otherwise respond.

Page:       7
Debtor:     The Diocese of Camden, New Jersey
Case No.:   20-21257 (JNP)
Adv. Proc. Nos.: 21-01393 (JNP); 21-01394 (JNP)
Caption:    *Stipulated Scheduling Order*

Dated: October 21, 2021

By: */s/ Michael A. Kaplan*
**LOWENSTEIN SANDLER LLP**
Jeffrey D. Prol, Esq.
Michael A. Kaplan, Esq.
Colleen Maker, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone:  (973) 597-2500
Facsimile:  (973) 597-2400
jprol@lowenstein.com
mkaplan@lowenstein.com
cmaker@lowenstein.com

*Counsel to the Official Committee of Tort Claimant Creditors*

Dated: October 21, 2021

By: */s/ Damien N. Tancredi*
**FLASTER/GREENBERG, P.C.**
Damien Nicholas Tancredi, Esq.
Commerce Center
1810 Chapel Avenue West
Cherry Hill, NJ 08002
Telephone: (215) 587-5675
Damien.Tancredi@flastergreenberg.com

*Counsel to Diocese of Camden Trusts, Inc. and Padre Pio Shrine, Buena Borough, N.J., Inc.*

Dated: October 21, 2021

By: */s/ Richard D. Trenk*
**TRENK ISABEL P.C.**
Richard D. Trenk, Esq.
Robert S. Roglieri, Esq.
290 W. Mt. Pleasant Ave., Suite 2350
Livingston, New Jersey 07039
Telephone: (973) 533-1000
rtrenk@trenkisabel.law
rroglieri@trenkisabel.law

*Counsel to The Diocese of Camden, New Jersey, Chapter 11 Debtor and Debtor-in-Possession*

Dated:  October 21, 2021

By: */s/ Arthur J. Abramowitz*
**SHERMAN, SILVERSTEIN, KOHL, ROSE & PODOLSKY, P.A.**
Arthur J. Abramowitz, Esq.
7 Ridgedale Ave.
308 Harper Drive, Suite 200
Moorestown, NJ 08057
Telephone: (856) 662-0700
Facsimile: (856) 662-0165
aabramowitz@shermansilverstein.com

*Counsel to The Bishop James T. McHugh, Sts. Peter & Paul, St. Vincent DePaul, St. Thomas More, St. Thomas Roman Catholic Church, St. Teresa of Calcutta, St. Stephen, St. Simon Stock, St. Rose of Lima, St Peter Roman Catholic Church, St. Padre Pio, St. Monica, St. Michael the Archangel, St. Maximilian, St. Mary of Mt. Carmel, St. Mary's Church, St. Mary's R.C. Church, St. Katherine Drexel, St. Joseph the Worker, St. Joseph Pro-Cathedral,*

Page:       8
Debtor:     The Diocese of Camden, New Jersey
Case No.:   20-21257 (JNP)
Adv. Proc. Nos.: 21-01393 (JNP); 21-01394 (JNP)
Caption:    *Stipulated Scheduling Order*

*St. Joseph Roman Catholic Church, St Joseph's Catholic Church, St. John Neumann, St. Joachim, St. Gianna Beretta Molla, St. Gabriel the Archangel, St. Elizabeth Ann Seton, St. Damien, St. Clare of Assisi, St. Charles Borromeo, St. Bridget, St. Brendan the Navigator, St. Andrew of the Apostle, Sacred Heart Parish, Pope Paul VI High School, Parish of All Saints, Our Lady of Sorrows, Our Lady of Perpetual Help, Our Lady of Peace, Our Lady of Hope, Our Lady of Guadalupe, Our Lady, Star of the Sea, Our Lady of the Lakes, Our Lady of the Blessed Sacrament, Our Lady of the Angels, Notre Dame De La Mer, Most Precious Blood, Master Ecclesiae Chapel, Mary Queen of All Saints, Mary Mother of Mercy, Infant Jesus, Incarnation, Holy Trinity Parish, Holy Spirit High School, The Catholic Community of the Holy Spirit, Church of the Holy Family, Holy Eucharist, The Parish Of The Holy Cross, Holy Child, Holy Angels, Divine Mercy, Christ the Redeemer, Christ the King, Christ the Good Shepherd, Christ Our Light, Cathedral of the Immaculate Conception, Camden Catholic High School, Archbishop Damiano School, Saint Joseph High School, Hammonton, N.J., Inc., St. Andrew Kim Korean Mission, St. Josephs Child Development Center, and St. Yi Yun Il John Korean Catholic Mission.*