**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>THE DIOCESE OF CAMDEN, NEW JERSEY,<br><br>Debtor. | Chapter 11<br><br>Case No. 20-212570 (JNP) |

**VERIFIED RULE 2019 DISCLOSURE**

Jeff Anderson & Associates, P.A. (hereinafter "Jeff Anderson & Associates") submits this verified statement in accordance with Rule 2019 of the Federal Rules of Bankruptcy Procedure.

1. Jeff Anderson & Associates individually represents each Sexual Abuse Survivor Claimant ("Claimant") listed in Exhibit A attached to this Statement. Due to confidentiality, each Claimant has been identified by their Survivor Proof of Claim number assigned by the Clerk of the Court. The names and addresses of the confidential claimants are available to permitted parties who have executed a confidentiality agreement and have access to the Survivor Proof of Claim Forms. (Order Establishing Deadline for Filing Proofs of Claim and Approving the Form and Manner of Notice Thereof, ECF Doc. No. 409; Stipulation and Consent Order Regarding Insurer Access to Filed Survivor Proofs of Claim, ECF Doc. No. 605)

2. Pursuant to the individual retainer agreements, Jeff Anderson & Associates was individually retained by each Claimant listed in Exhibit A to pursue claims for damages against the Diocese of Camden as a result of sexual abuse. This includes representing and acting on behalf of each Claimant in the bankruptcy case. Exemplar copies of each form of retainer statement authorizing Jeff Anderson & Associates to act on behalf of each Claimant and providing for the payment of Jeff Anderson & Associates' fees and costs has been filed with this Statement. The form of retainer agreement pertaining to each Claimant is indicated on Exhibit A. Jeff Anderson

& Associates' interest relative to each Claimant is outlined in the exemplar retainer agreements and set forth by New Jersey Court Rule 1:21-7.

3. As of the date of this Statement, each Claimant maintains an individual economic interest against the Debtor Diocese of Camden that has been disclosed in the Survivor Proof of Claim Forms.

4. The information set forth in this Statement is intended only to comply with Bankruptcy Rule 2019 and not for any other purpose.

5. The undersigned reserves the right to amend or supplement this Verified Statement in accordance with the requirements of Bankruptcy Rule 2019 at any time in the future.

Pursuant to Rule 9011(e) of the Federal Rules of Bankruptcy Procedure, I verify under penalty of perjury that the foregoing statements are true and correct to the best of my knowledge, information and belief.

Dated: March 22, 2022

*/s/ Jeffrey Anderson*

**JEFF ANDERSON & ASSOCIATES PA**
Jeffrey Anderson (Attorney I.D. 311052019)
Michael Finnegan (*pro hac vice* forthcoming)
Trusha Goffe (*pro hac vice* forthcoming)
505 Thornall Street, Suite 405
Edison, New Jersey 08837
Telephone: (609) 901-5010
Email: jeff@andersonadvocates.com
Email: mike@andersonadvocates.com
Email: trusha@andersonadvocates.com

# EXHIBIT A

| Claimant Number | Type of Agreement | Date of Agreement | Affiliate Co-Counsel |
|---|---|---|---|
| 220 | 2 | 1/13/2020 | Gianforcaro Law |
| 221 | 1 | 5/19/2021 | Gianforcaro Law |
| 222 | 1 | 5/25/2021 | Gianforcaro Law |
| 223 | 1 | 1/21/2021 | Gianforcaro Law |
| 225 | 2 | 1/13/2019 | Gianforcaro Law |
| 226 | 3 | 6/17/2020 | Gianforcaro Law |
| 228 | 1 | 5/5/2021 | Gianforcaro Law |
| 229 | 1 | 5/5/2021 | Gianforcaro Law |
| 231 | 2 | 2/2/2020 | Gianforcaro Law |
| 232 | 2 | 2/2/2020 | Gianforcaro Law |
| 233 | 3 | 1/2/2020 | Gianforcaro Law |
| 234 | 2 | 1/13/2021 | Gianforcaro Law |
| 235 | 1 | 5/14/2021 | Gianforcaro Law |
| 236 | 1 | 7/8/2020 | Gianforcaro Law |
| 237 | 2 | 1/22/2020 | Gianforcaro Law |
| 238 | 1 | 5/24/2021 | Gianforcaro Law |
| 239 | 1 | 4/22/2021 | Gianforcaro Law |
| 240 | 1 | 5/14/2021 | Gianforcaro Law |
| 241 | 1 | 5/14/2021 | Gianforcaro Law |
| 242 | 1 | 3/29/2021 | Gianforcaro Law |
| 243 | 1 | 9/29/2020 | Gianforcaro Law |
| 244 | 1 | 6/17/2020 | Gianforcaro Law |
| 245 | 1 | 9/24/2020 | Gianforcaro Law |
| 246 | 1 | 6/18/2021 | Gianforcaro Law |
| 247 | 1 | 12/22/2020 | Gianforcaro Law |
| 248 | 1 | 10/8/2020 | Gianforcaro Law |
| 249 | 2 | 5/19/2020 | Gianforcaro Law |
| 250 | 2 | 1/2/2020 | Gianforcaro Law |
| 251 | 1 | 5/14/2021 | Gianforcaro Law |
| 252 | 1 | 10/14/2021 | Gianforcaro Law |
| 253 | 1 | 11/11/2020 | Gianforcaro Law |
| 254 | 1 | 5/5/2021 | Gianforcaro Law |
| 255 | 1 | 4/28/2021 | Gianforcaro Law |
| 256 | 2 | 1/28/2020 | Gianforcaro Law |
| 257 | 3 | 2/7/2020 | Gianforcaro Law |
| 258 | 1 | 10/28/2020 | Gianforcaro Law |
| 259 | 1 | 1/7/2021 | Gianforcaro Law |
| 260 | 1 | 3/29/2021 | Gianforcaro Law |
| 422 | 1 | 6/30/2021 | Gianforcaro Law |
| 435 | 1 | 11/24/2021 | Gianforcaro Law |

| Claimant Number | Type of Agreement | Date of Agreement | Affiliate Co-Counsel |
|---|---|---|---|
| 438 | 1 | 6/30/2021 | Gianforcaro Law |
| 441 | 1 | 6/29/2021 | Gianforcaro Law |
| 444 | 1 | 6/23/2021 | Gianforcaro Law |
| 445 | 4 | 6/25/2021 | Gianforcaro Law & Carino Law |
| 452 | 1 | 6/7/2021 | Gianforcaro Law |
| 454 | 1 | 6/30/2021 | Gianforcaro Law |
| 455 | 1 | 7/27/2021 | Gianforcaro Law |
| 456 | 1 | 6/17/2021 | Gianforcaro Law |
| 458 | 1 | 6/25/2021 | Gianforcaro Law |
| 459 | 1 | 7/9/2021 | Gianforcaro Law |
| 460 | 1 | 7/9/2021 | Gianforcaro Law |
| 461 | 1 | 6/25/2021 | Gianforcaro Law |
| 462 | 1 | 5/24/2021 | Gianforcaro Law |
| 463 | 2 | 1/28/2020 | Gianforcaro Law |
| 464 | 1 | 5/27/2021 | Gianforcaro Law |
| 471 | 1 | 7/21/2021 | Gianforcaro Law |
| 472 | 1 | No Signed Agreement | Gianforcaro Law |
| 473 | 1 | 6/7/2021 | Gianforcaro Law |
| 474 | 1 | 7/9/2021 | Gianforcaro Law |
| 475 | 1 | 10/14/2021 | Gianforcaro Law |
| 489 | 1 | No Signed Agreement | Gianforcaro Law |
| 490 | 1 | 6/25/2021 | Gianforcaro Law |
| 505 | 1 | 6/30/2021 | Gianforcaro Law |
| 516 | 1 | 7/12/2021 | Gianforcaro Law |
| 517 | 1 | No Signed Agreement | Gianforcaro Law |
| 518 | 1 | 6/30/2021 | Gianforcaro Law |
| 520 | 1 | 7/13/2021 | Gianforcaro Law |
| 528 | 1 | 10/18/2021 | Gianforcaro Law |
| 529 | 1 | 8/11/2021 | Gianforcaro Law |
| 530 | 1 | No Signed Agreement | Gianforcaro Law |
| 536 | 1 | 9/30/2021 | Gianforcaro Law |
| 537 | 1 | 11/2/2021 | Gianforcaro Law |
| 538 | 1 | 11/16/2021 | Gianforcaro Law |
| 539 | 1 | No Signed Agreement | Gianforcaro Law |

# EXHIBIT “1”

JEFF ANDERSON & ASSOCIATES PA
REACHING ACROSS TIME FOR JUSTICE

Gianforcaro Law

# LAWYER-CLIENT CONTINGENT FEE AGREEMENT

## THE PURPOSE OF THIS AGREEMENT

I, [redacted] have hired the law firms of Jeff Anderson & Associates, PA and Gianforcaro Law (the "Lawyers") to represent me in investigating and pursuing my claims for injuries and damages arising from sexual abuse against the **Diocese of Camden**. The Lawyers only represent me in the matter referenced above. This representation lasts until a settlement or final judgment. I am not hiring the Lawyers for any other purpose and they have no obligation to represent me in any other matters.

## CONDITIONS

This agreement takes effect to commit the Lawyers to representation only when I return this signed copy to the Lawyers.

## LEGAL FEES

It is understood that recovery includes, but is not limited to, any settlement amount, judgment, award, or other compensation, as well as any awarded attorney's fees and/or costs.

> **I will pay no fee if there is no award or recovery.**
> **I will pay no costs if there is no award or recovery.**

As compensation to the Lawyers, I agree to pay the Lawyers for their services as follows:

(a) 33⅓% of the first up to $750,000 recovered;

(b) 30% of the next up to $750,000 recovered;

(c) 25% of the next up to $750,000 recovered;

(d) 20% of the next up to $750,000; and

(e) all additional amounts to which the Lawyers are entitled, in excess of the above, after the Lawyers apply to the court for additional reasonable fees, if the Lawyers apply, in light of all the circumstances that then exist.

## LEGAL COSTS AND EXPENSES – DEFINITION OF "RECOVERED"

The amount "recovered," as that term is used in this agreement, will be calculated by deducting from the total amount of the settlement or judgment (including any amount recovered as post-judgment interest or punitive damages) the costs and expenses incurred by the Lawyers in connection with pursuing my claims.

The Lawyers must pay expenses to handle my case. It is difficult for the Lawyers to accurately predict the amount and type of expenses they will have to pay. Some examples of these expenses are court filing fees, court-reporter fees, travel and lodging expenses, consultant fees,

expert witness fees, charges for telephone, postage, and photocopying, and charges for my medical records.

I permit the Lawyers to pay the expenses they decide, in their sole discretion, are appropriate in handling my case. If the Lawyers obtain a recovery for me, they will give me a written statement at the end of my case explaining the outcome of my case, the total recovery, the Lawyers' fees, the expenses I have to pay, and my net recovery. I realize the Lawyers cannot guarantee a recovery for me.

## JOINT REPRESENTATION AND FEE SHARING

The Lawyers jointly assume responsibility for the representation of me. I acknowledge and agree that that Jeff Anderson & Associates and Gianforcaro Law will divide the Legal Fees. The division of the fees between the Lawyers will be determined at the end of the representation based on the contribution to the case.

## RESPONSIBILITIES OF THE PARTIES

I authorize the Lawyers to take any steps they deem necessary to pursue a claim, including initiating litigation. I agree to cooperate in any way necessary, including promptly responding to letters, emails, and phone calls. I agree to keep the Lawyers updated on my contact information and developments in the case.

I understand the Lawyers may need to obtain my medical records, income tax records, or other records while investigating or pursuing my claims, and I hereby authorize them to do so. I also authorize the Lawyers to re-release copies of any of my medical records that they receive if, in their discretion, it would be appropriate to do so in the investigation or pursuit of my claims.

## ADVANCE WAIVER OF ACTUAL OR POTENTIAL CONFLICTS

The Lawyers may represent other individuals who were injured, and may have been injured by the same perpetrator and/or by the same defendant. It is possible that some of the Lawyers' present or future clients could have interests which conflict with mine, such as follows:

(i) That there is a limited amount of funds available for all survivors of the same perpetrator or defendant due to insurance limits, bankruptcy, etc. and that the Lawyers' representation of other survivors may cause my recovery to be reduced.

(ii) That the Lawyers' representation of another survivor of the same perpetrator or defendant may alert the defendants of the existence of a potential adverse witness to my case.

The Lawyers will advocate for each client individually.

By signing this agreement, I authorize the Lawyers to vigorously advocate for all of their clients, regardless of whether that may create a conflict to my interests even if that could reduce my recovery. As a condition to the Lawyers' undertaking this matter, I give my informed consent by initialing below and hereby waive any actual or potential conflict of interests and agree that the

Lawyers may continue to represent or may undertake in the future to represent existing or new clients in any matter even if the interests of such individuals in those other matters are actually or potentially adverse to me.

Client's Initials: ________

**ALTERNATE-FEE ARRANGEMENT**

I agree that I could choose now to pay the Lawyers an hourly rather than a contingent fee. By signing this agreement, I waive this alternate-fee option. I understand that I can contact the Lawyers before signing this agreement to discuss an alternate-fee arrangement.

**WITHDRAWAL, DISCHARGE AND LIEN**

I agree that the Lawyers may withdraw from my case at any time if I do not cooperate in the handling of my case, if the Rules of Professional Conduct that apply to the Lawyers permit or require them to withdraw, or if upon further review the Lawyers discover information that lead them to recommend that I dismiss my lawsuit or that I hire other lawyers to handle my case. If the Lawyers decide to withdraw from my case, they will try to protect my interests to the extent reasonably possible by giving me reasonable notice, allowing me time to obtain other lawyers, and giving me any papers and property in their possession which belong to me. The Lawyers have no duty to find another attorney in the event they withdraw from my case.

I realize that I have the right to terminate the Lawyers at any time, even if I have no reason. If I terminate the Lawyers, I understand that the Lawyers have a right to seek compensation on the basis of the contingent fee agreement, based on considerations that are beyond the value of the Lawyers' hourly rates in this matter and expenses. I agree that the Lawyers have a lien on and a security interest in any recovery for their fees and expenses associated with their efforts on my behalf.

**DISCLAIMER**

The Lawyers cannot assure me that I will recover any sum or sums in this matter. I acknowledge that the Lawyers have made no promise or guarantees about the outcome of this matter.

**SEVERABILITY IN EVENT OF PARTIAL INVALIDITY**

If any provision of this agreement is held in whole or in part to be unenforceable for any reason, the remainder of that provision and of the entire agreement will be severable and remain in effect.

**APPROVAL OF THIS AGREEMENT**

I have read this agreement, I have asked the Lawyers all of the questions I have about this agreement, I understand the above terms, and I agree to the above terms. I further acknowledge receipt of a copy of this signed agreement.

DATE:______________ CLIENT: ____________________________

Signature

NAME: ____________________________

ADDRESS: ____________________________

____________________________

PHONE: ____________________________

EMAIL: ____________________________

The Lawyers will provide representation as per this Agreement, assuming that, upon investigation of this matter, we find that the matter warrants further action. If the matter does not warrant further action, the Lawyers will notify me by First Class Mail, at my last known address, that no further action is warranted and that this contract is terminated as a result.

JEFF ANDERSON & ASSOCIATES, PA

DATE: ______________ BY:____________________________

GIANFORCARO LAW

DATE: ______________ BY:____________________________

EXHIBIT “2”

JEFF ANDERSON & ASSOCIATES PA
REACHING ACROSS TIME FOR JUSTICE

Gianforcaro Law

# LAWYER-CLIENT CONTINGENT FEE AGREEMENT

## THE PURPOSE OF THIS AGREEMENT

I, [redacted], have hired the law firms of Jeff Anderson & Associates, PA and Gianforcaro Law (the "Lawyers") to represent me in investigating and pursuing my claims for injuries and damages arising from sexual abuse against the **Diocese of Camden** [redacted] I am not hiring the Lawyers for any other purpose and they have no obligation to represent me in any other matters.

## CONDITIONS

This agreement takes effect to commit the Lawyers to representation only when I return this signed copy to the Lawyers.

## SCOPE OF SERVICES

The Lawyers represent only me in the matter referenced above. This representation lasts until a settlement or final judgment.

## RESPONSIBILITIES OF THE PARTIES

I authorize the Lawyers to take any steps they deem necessary to pursue a claim, including initiate litigation. I agree to cooperate in any way necessary, including promptly respond to letters, emails, and phone calls. I agree to keep the Lawyers updated on my contact information and developments in the case.

I understand the Lawyers may need to obtain my medical records, income tax records, or other records while investigating or pursuing my claims, and I hereby authorize them to do so. I also authorize the Lawyers to re-release copies of any of my medical records that they receive if, in their discretion, it would be appropriate to do so in the investigation or pursuit of my claims.

## ADVANCE WAIVER OF ACTUAL OR POTENTIAL CONFLICTS

The Lawyers may represent other individuals who were injured, and may have been injured by the same perpetrator and/or by the same defendant. It is possible that some of the Lawyers' present or future clients could have interests which conflict with mine, such as follows:

(i) That there is a limited amount of funds available for all survivors of the same perpetrator or defendant due to insurance limits, bankruptcy, etc. and that the Lawyers' representation of other survivors may cause my recovery to be reduced.

(ii) That the Lawyers' representation of another survivor of the same perpetrator or defendant may alert the defendants of the existence of a potential adverse witness to my case.

The Lawyers will advocate for each client individually.

By signing this agreement, I authorize the Lawyers to vigorously advocate for all of their clients, regardless of whether that may create a conflict to my interests even if that could reduce my recovery. As a condition to the Lawyers' undertaking this matter, I give my informed consent by initialing below and hereby waive any actual or potential conflict of interests and agree that the Lawyers may continue to represent or may undertake in the future to represent existing or new clients in any matter even if the interests of such individuals in those other matters are actually or potentially adverse to me.

Client's Initials: ________

**LEGAL FEES**

It is understood that recovery includes, but is not limited to, any settlement amount, judgment, award, or other compensation, as well as any awarded attorney's fees and/or costs.

> **I will pay no fee if there is no award or recovery.**
> **I will pay no costs if there is no award or recovery.**

As compensation to the Lawyers, I agree to pay the Lawyers for their services as follows:

(a) 33⅓% of the first up to $750,000 recovered;

(b) 30% of the next up to $750,000 recovered;

(c) 25% of the next up to $750,000 recovered;

(d) 20% of the next up to $750,000; and

(e) all additional amounts to which the Lawyers are entitled, in excess of the above, after the Lawyers apply to the court for additional reasonable fees, if the Lawyers apply, in light of all the circumstances that then exist.

The Lawyers would only make an additional application for reasonable fees, as described in (e) above, after providing written notice to you of their application.

For the Lawyers to be entitled to an increased fee over and above the fee schedule explained above, the Lawyers must demonstrate that the fee allowed under the Rule is not reasonable compensation for the services actually rendered or that the case presented problems that required exceptional skills beyond those normally encountered in such cases or that the case was unusually time consuming.

In determining whether a fee is reasonable on the amount of recovery in excess of $3,000,000 dollars, the court will determine the fair and reasonable amount based on several factors, including the inherent risk, success of the Lawyers' efforts, the recovered amount involved, and the amount of work and skill that the Lawyers provided.

## COSTS AND EXPENSES – DEFINITION OF "RECOVERED"

The amount "recovered," as that term is used in this agreement, will be calculated by deducting from the total amount of the settlement or judgment (including any amount recovered as post-judgment interest or punitive damages) the expenses incurred by the Lawyers in connection with pursuing my claims.

The Lawyers must pay expenses to handle my case. It is difficult for the Lawyers to accurately predict the amount and type of expenses they will have to pay. Some examples of these expenses are court filing fees, court-reporter fees, travel and lodging expenses, consultant fees, expert witness fees, computer service fees, charges for telephone, postage, and photocopying, and charges for my medical records.

I permit the Lawyers to pay the expenses they decide, in their sole discretion, are appropriate in handling my case. If the Lawyers obtain a recovery for me, they will give me a written statement at the end of my case explaining the outcome of my case, the total recovery, the Lawyers' fees, the expenses I have to pay, and my net recovery. I realize the Lawyers cannot guarantee a recovery for me.

## SETTLEMENT PAYMENTS OVER A PERIOD OF TIME

If my case is settled in whole or in part by periodic payments (which is sometimes referred to as a structured settlement), the fee is based on the value of the settlement at the time of settlement, including the actual cost of the structure.

## RESPONSIBILITY AND FEE SHARING

I agree that the Lawyers may associate with other attorneys to assist in prosecuting my claim. The association of other attorneys will not change the Lawyers' fees specified above. But any fees earned may be shared with associated attorneys. If the Lawyers do associate with other attorneys, you will be notified, the other attorneys will be identified, and you will be told the terms of any sharing of fees with the other attorneys.

Here, I agree that Jeff Anderson & Associates and Gianforcaro Law will divide the Lawyers' Fees. The division of the fees between the Lawyers will be determined at the end of the representation based on the contribution to the case.

## ALTERNATE-FEE ARRANGEMENT

I agree that I could choose now to pay the Lawyers an hourly rather than a contingent fee. By signing this agreement, I waive this alternate-fee option. I understand that I can contact the Lawyers before signing this agreement to discuss an alternate-fee arrangement.

## MY RIGHT TO APPROVE A SETTLEMENT

The Lawyers will not settle my claims without my approval.

## RECEIPT OF PROCEEDS

By this agreement I authorize the Lawyers to endorse any settlement or judgment proceeds. All proceeds shall be deposited into the Lawyers' trust account for disbursement in accordance with the provisions of this agreement.

## LIEN

I agree that the Lawyers have a lien on and a security interest in any recovery for their fees and expenses associated with their efforts on my behalf. That is true even if the Lawyers are fired by me or the Lawyers withdraw representation.

## WITHDRAWAL

I agree that the Lawyers may withdraw from my case if I do not cooperate in the handling of my case or if the Rules of Professional Conduct that apply to the Lawyers permit or require them to withdraw. I further agree that even after I start a lawsuit, the Lawyers may discover facts that lead them to recommend that I dismiss my lawsuit or that I hire other lawyers to handle my case. If the Lawyers decide to withdraw from my case, they will try to protect my interests to the extent reasonably possible by giving me reasonable notice, allowing me time to obtain other lawyers, and giving me any papers and property in their possession which belong to me. The Lawyers have no duty to find another attorney in the event they withdraw from my case.

## DISCHARGE

I realize that I have the right to fire the Lawyers at any time, even if I have no reason. If I fire the Lawyers, I understand that the Lawyers have a right to seek compensation on the basis of the contingent fee agreement, based on considerations that are beyond the value of the Lawyers' hourly rates in this matter and expenses.

## CONCLUSION OF SERVICES

If, upon investigation of this matter, the Lawyers find that no further action is warranted, the Lawyers will notify me by First Class Mail, sent to my last known address, that no further action is warranted and that this contract is terminated as a result.

## THIS AGREEMENT REPLACES OTHER AGREEMENTS

This agreement states the entire agreement between me and the Lawyers, and takes the place of any earlier oral or written agreements. This agreement is to be interpreted in accordance with Minnesota law. The terms of this agreement may only be changed by a separate written agreement signed and dated by me and the Lawyers.

## PRESERVATION

I agree to preserve documents and items in my possession or control that may be relevant to my claim. This includes, but is not limited, to medical records, bills, electronic mail, Facebook, and/or other social media posts, blogs, photographs, videos, journals, calendars, etc. I

understand that failure to preserve all relevant information could result in the eventual dismissal of my claim or other penalties or sanctions against me. If I have any questions, I will contact the Lawyers before taking any action to destroy or alter any relevant information or if I am uncertain whether a document or item is relevant.

## FILE RETENTION POLICY

I understand that the Lawyers have implemented a file retention program under which they will keep my file for a certain number of years after termination of my representation. When my case is completed, the Lawyers will notify me that they are closing my file and that they will keep my file in storage for a stated number of years after the file's closure. After the stated number of years has passed, I will be contacted and my file either will be returned to me or will be destroyed in a manner that ensures confidentiality of the information contained therein.

## DISCLOSURE OF INSURANCE INFORMATION

Consistent with or as may be required by certain states' rules of ethics or for members of the bar, the Lawyers hereby confirm that they have professional liability insurance coverage that applies to and covers the legal services governed by this agreement.

## DISCLAIMER

The Lawyers cannot assure me that I will recover any sum or sums in this matter. I acknowledge that the Lawyers have made no promise or guarantees about the outcome of this matter.

## SEVERABILITY IN EVENT OF PARTIAL INVALIDITY

If any provision of this agreement is held in whole or in part to be unenforceable for any reason, the remainder of that provision and of the entire agreement will be severable and remain in effect.

## APPROVAL OF THIS AGREEMENT

I have read this agreement, I have asked the Lawyers all of the questions I have about this agreement, I understand the above terms, and I agree to the above terms. I further acknowledge receipt of a copy of this signed agreement.

DATE:________________ CLIENT: ____________________________
Signature

NAME: ____________________________

ADDRESS: ____________________________

____________________________

PHONE: ____________________________

EMAIL: ____________________________

The Lawyers will provide representation as per this Agreement, assuming that, upon investigation of this matter, we find that the matter warrants further action. If the matter does not warrant further action, the Lawyers will notify me by First Class Mail, at my last known address, that no further action is warranted and that this contract is terminated as a result.

JEFF ANDERSON & ASSOCIATES, PA

DATE: ______________ BY: ______________________________

GIANFORCARO LAW

DATE: ______________ BY: ______________________________

EXHIBIT “3”

JEFF ANDERSON & ASSOCIATES PA
REACHING ACROSS TIME FOR JUSTICE

Gianforcaro Law

# LAWYER-CLIENT CONTINGENT FEE AGREEMENT

## THE PURPOSE OF THIS AGREEMENT

I, [redacted], have hired the law firms of Jeff Anderson & Associates, PA, and Gianforcaro Law (the "Lawyers") to represent me in investigating and pursuing my claims for injuries and damages arising from sexual abuse against the **Diocese of Camden;** [redacted]. I am not hiring the Lawyers for any other purpose and they have no obligation to represent me in any other matters.

## CONDITIONS

This agreement takes effect to commit the Lawyers to representation only when I return this signed copy to the Lawyers.

## SCOPE OF SERVICES

The Lawyers represent me only in the matter referenced above. This representation lasts until a settlement or final judgment.

## RESPONSIBILITIES OF THE PARTIES

I authorize the Lawyers to take any steps they deem necessary to pursue a claim, including initiating litigation. I agree to cooperate in anyway necessary, including promptly responding to letters, emails, and phone calls. I agree to keep the Lawyers updated on my contact information and developments in the case.

I understand the Lawyers may need to obtain my medical records, income tax records, or other records while investigating or pursuing my claims, and I hereby authorize them to do so. I also authorize the Lawyers to re-release copies of any of my records that they receive if, in their discretion, it would be appropriate to do so in the investigation or pursuit of my claims.

Accepting or rejecting an offer of settlement will be my sole discretion. The Lawyers will provide advice about that decision.

## LAWYERS' FEES

It is understood that recovery includes, but is not limited to, any settlement amount, judgment, award, or other compensation, as well as any awarded attorney's fees and/or costs.

**I will pay no fee if there is no award or recovery.**

**I will pay no costs if there is no award or recovery.**

As compensation to the Lawyers, I agree to pay the Lawyers for their services as follows:

(a) 33 1/3% of the first up to $750,000 recovered;

(b) 30% of the next up to $750,000 recovered;

(c) 25% of the next up to $750,000 recovered;

(d) 20% of the next up to $750,000; and

(e) all additional amounts to which the Lawyers are entitled, in excess of the above, after the Lawyers apply to the court for additional reasonable fees, if the Lawyers apply, in light of all the circumstances that then exist.

The Lawyers would only make an additional application for reasonable fees, as described in (e) above, after providing written notice to me of their application.

For the Lawyers to be entitled to an increased fee over and above the fee schedule explained above, the Lawyers must demonstrate that the fee allowed under the Rule is not reasonable compensation for the services actually rendered or that the case presented problems that required exceptional skills beyond those normally encountered in such cases or that the case was unusually time consuming.

In determining whether a fee is reasonable on the amount of recovery in excess of $3,000,000 dollars, the court will determine the fair and reasonable amount based on several factors, including the inherent risk, success of the Lawyers' efforts, the recovered amount involved, and the amount of work and skill that the Lawyers provided.

**DEFINITION OF "RECOVERED"**

The amount "recovered," as that term is used in this agreement, will be calculated by deducting from the total amount of the settlement or judgment (including any amount recovered as post-judgment interest or punitive damages) the expenses incurred by the Lawyers in connection with pursuing my claims.

I understand that I may be obligated to repay any medical providers or insurers who paid for medical treatment associated with my injuries. These medical providers and insurers may have a lien against any settlement or judgment I obtain. If I am obligated to reimburse any health insurance entities for payments made, such liens will

be paid by the Lawyers from my recovery, after Lawyers' fees and expenses are deducted.

**CONFLICT WAIVER AND THE LAWYERS' REPRESENTATION OF OTHERS**

The Lawyers represent other individuals who were injured as a result of childhood sexual abuse and who may have claims involving the same perpetrator(s) or defendant(s). And in the future, the Lawyers will likely represent more individuals who are also survivors of childhood sexual abuse, potentially with claims involving the same perpetrator(s) or defendant(s). This presents some challenges and opportunities for the Lawyers representing me, and I should be aware of and understand these before engaging their services.

Individuals who are injured by some of the same or similar defendants and who are represented by the same lawyers have some advantages in scale against large, well-heeled defendants. For example, these lawyers can have more leverage in settlement negotiations and more influence against the considerable resources of the defendants. Also, many of the litigation costs including some investigation and discovery costs, can potentially be borne more collectively and divided among clients of the Lawyers, making the costs of litigation potentially less expensive for the clients represented. If there will be an allocation of costs in this matter for expenses that benefited more matters than mine alone, the allocation of particular costs will be the subject of future discussion between me and the Lawyers.

The Lawyers have informed me that although they are representing other individuals with similar claims against the same defendant(s), they believe they can competently and diligently represent me. I recognize that it is not possible to identify every potential conflict that could arise from the Lawyers' representation of other individuals, but I am aware of the possibility that the defendant(s) in my matter may have a limited amount of funds available, including insurance, for settlements with or to pay judgments on behalf of all survivors' claims. The possibility that the defendant(s) will seek the protection of bankruptcy laws, because of the number and significance of the claims they will face, also exists. No one knows yet how many survivors of sexual abuse will bring claims and the Lawyers do not know how many individuals they will represent with claims against the same defendant(s).

I understand that defendants (or courts) sometimes have differing ideas about how matters should be litigated or how settlement negotiations might be conducted. The defendant(s), for example, may want to discuss a potential settlement on an aggregate or global scale. If they do or if the Lawyers believe there would be some potential advantage in a different approach, the Lawyers will provide me with more information and I will have the opportunity to fully evaluate whether I want to participate and if I want the Lawyers to continue to represent me.

In other ways, the Lawyers' representation of other individuals could also affect my representation. For example, the Lawyers' representation of another survivor of the same perpetrator(s) or defendant(s) might alert the defendant(s) to the existence of a potential adverse witness to my case. If that were to happen, the Lawyers would discuss the matter with me or, potentially, might have to withdraw from representing me.

Before signing this Agreement, I considered the recommendation of my Lawyers that I consult with another lawyer about the potential conflicts that might arise from the Lawyers' representation of other individuals and I agree that I had a reasonable opportunity to consult with another lawyer. By signing this agreement, and despite the potential conflicts that might arise as a result of the Lawyers representing other individuals with claims against the same defendant(s), I authorize the Lawyers to represent me.

Client's Initials: ________

**SETTLEMENT PAYMENTS OVER A PERIOD OF TIME**

If my case is settled in whole or in part by periodic payments (which is sometime referred to as a structured settlement), the fee is based on the value of the settlement at the time of settlement, including the actual cost of the structure.

**RESPONSIBILITY AND FEE SHARING**

I agree that the Lawyers may associate with other attorneys to assist in prosecuting my claim. The association of other attorneys will not change the Lawyers' fees specified above. But any fees earned may be shared with associated or referring attorneys. If the Lawyers do associate with other attorneys, I will be notified, the other attorneys will be identified, and I will be told the terms of any sharing of fees with the other attorneys.

Here, I agree that Jeff Anderson & Associates and Gianforcaro Law will divide the Lawyers' Fees. The division of the fees between the Lawyers will be determined at the end of the representation based on the contribution to the case.

**ALTERNATE-FEE ARRANGEMENT**

I agree that I could choose to pay the Lawyers an hourly rather than a contingent fee. By signing this agreement, I waive this alternate-fee option. I understand that I can contact the Lawyers before signing this agreement to discuss an alternate-fee arrangement.

**MY RESPONSIBILITY TO PAY EXPENSES**

The Lawyers must pay expenses to handle my case. It is difficult for the Lawyers to accurately predict the amount and type of expenses they will have to pay. Some examples of these expenses are court filing fees, court-reporter fees, traveling and lodging expenses, consultant fees, expert-witness fees, computer-service fees, charges for telephone, postage, and photocopying, and charges for my records.

I permit the Lawyers to pay the expenses they decide, in their sole discretion, are appropriate in handling my case. I will not have to pay the Lawyers for these expenses if they do not obtain a recovery for me. But if there is a recovery of some amount for me through a settlement or judgment, in addition to paying the Lawyers' fees, I agree to pay the Lawyers from that amount the expenses the Lawyers incurred in handling my case.

If the Lawyers obtain a recovery for me, they will give me a written statement at the end of my case explaining the outcome of my case, the total recovery, the Lawyers' fees, the expenses I have to pay, and my net recovery. I realize the Lawyers cannot guarantee a recovery.

**MY RIGHT TO APPROVE A SETTLEMENT**

My Lawyers will not settle my claims without my approval.

**RECEIPT OF PROCEEDS**

By this agreement I authorize the Lawyers to endorse any settlement or judgment proceeds and deposit these proceeds into the Lawyers' trust account for disbursement in accordance with the provisions of this agreement.

**LIEN**

I agree that the Lawyers have a lien on and a security interest in any recovery for their fees and expenses associated with their efforts on my behalf. That is true even if the Lawyers are fired by me or the Lawyers withdraw representation.

**THE LAWYERS' RIGHT TO WITHDRAW**

I agree that the Lawyers may withdraw from my case if I do not cooperate in the handling of my case or if the Rules of Professional Conduct that apply to the Lawyers permit or require them to withdraw. I further agree that even after I start a lawsuit, the Lawyers may discover facts that lead them to recommend that I dismiss my lawsuit or that I hire other lawyers to handle my case. If the Lawyers decide to withdraw from my case, they will try to protect my interests to the extent reasonably possible by giving me reasonable notice, allowing me time to obtain other lawyers, and giving me any papers

and property in their possession which belong to me. The Lawyers have no duty to find other lawyers in the event they withdraw from my case.

**MY RIGHT TO FIRE THE LAWYERS**

I realize that I have the right to fire the Lawyers at any time, even if I have no reason. If I fire the Lawyers, I understand that the Lawyers have a right to seek compensation on the basis of the contingent fee agreement, based on considerations that are beyond the value of the Lawyers' hourly rates in this matter and expenses.

**CONCLUSION OF SERVICES**

If, upon investigation of this matter, the Lawyers find that no further action is warranted, the Lawyers will notify me by First Class Mail, sent to my last known address, that no further action is warranted and that this contract is terminated as a result.

**THIS AGREEMENT REPLACES OTHER AGREEMENTS**

This agreement states the entire agreement between me and the Lawyers, and takes the place of any earlier oral or written agreements. This agreement is to be interpreted in accordance with Minnesota law. The terms of this agreement may only be changed by a separate written agreement signed and dated by me and the Lawyers.

**PRESERVATION**

I agree to preserve documents and items in my possession or control that may be relevant to my claim. This includes, but is not limited to medical records, bills, electronic mail, Facebook, and/or other social media posts, blogs, photographs, videos, journals, calendars, etc. I understand that failure to preserve all relevant information could result in the eventual dismissal of my claim or other penalties or sanctions against me. If I have any questions, I will contact the Lawyers before taking any action to destroy or alter any relevant information or if I am uncertain whether a document or item is relevant.

**FILE RETENTION POLICY**

I understand that the Lawyers have implemented a file-retention program under which they will keep my file for a certain number of years after termination of my representation. When my case is completed, the Lawyers will notify me that they are closing my file and that they will keep my file in storage for a stated number of years after the file's closure. After the stated number of years has passed, I will be contacted and my file either will be returned to me or will be destroyed in a manner that ensures confidentiality of the information contained therein.

## DISCLOSURE OF INSURANCE INFORMATION

Consistent with or as may be required by certain states' rules of ethics or for members of the bar, the Lawyers hereby confirm that they have Professional Liability insurance coverage that applies to and covers the legal services governed by this agreement.

## DISCLAIMER

The Lawyers cannot assure me that I will recover any sum or sums in this matter. I acknowledge that the Lawyers have made no promises or guarantees about the outcome of this matter.

## SEVERABILITY IN EVENT OF PARTIAL INVALIDITY

If any provision of this agreement is held in whole or in part to be unenforceable for any reason, the remainder of that provision and of the entire agreement will be severable and remain in effect.

## APPROVAL OF THIS AGREEMENT

I have read this agreement, I have asked the Lawyers all of the questions I have about this agreement, I understand the above terms, and I agree to the above terms.

DATE:________________ CLIENT: ______________________________
Signature

NAME: ______________________________

ADDRESS: ______________________________

______________________________

PHONE: ______________________________

EMAIL: ______________________________

The Lawyers will provide representation as per this Agreement, assuming that, upon investigation of this matter, they find that the matter warrants further action. If the matter does not warrant further action, the Lawyers will notify me by First Class Mail, at my last known address, that no further action is warranted and that this contract is terminated as a result.

**JEFF ANDERSON & ASSOCIATES, PA**

Dated:__________________ By:______________________________________

**GIANFORCARO LAW**

Dated:__________________ By:______________________________________

# EXHIBIT “4”

JEFF ANDERSON & ASSOCIATES PA
REACHING ACROSS TIME FOR JUSTICE

Gianforcaro Law

## LAWYER-CLIENT CONTINGENT FEE AGREEMENT

### THE PURPOSE OF THIS AGREEMENT

I, [redacted] have hired the law firms of Jeff Anderson & Associates, PA, Gianforcaro Law, and Carino Law (the "Lawyers") to represent me in investigating and pursuing John Roselli's claims for injuries and damages arising from sexual abuse against the **Diocese of Camden**. The Lawyers only represent me in the matter referenced above. This representation lasts until a settlement or final judgment. I am not hiring the Lawyers for any other purpose and they have no obligation to represent me in any other matters.

### CONDITIONS

This agreement takes effect to commit the Lawyers to representation only when I return this signed copy to the Lawyers.

### LEGAL FEES

It is understood that recovery includes, but is not limited to, any settlement amount, judgment, award, or other compensation, as well as any awarded attorney's fees and/or costs.

**I will pay no fee if there is no award or recovery.**
**I will pay no costs if there is no award or recovery.**

As compensation to the Lawyers, I agree to pay the Lawyers for their services as follows:

(a) 33⅓% of the first up to $750,000 recovered;

(b) 30% of the next up to $750,000 recovered;

(c) 25% of the next up to $750,000 recovered;

(d) 20% of the next up to $750,000; and

(e) all additional amounts to which the Lawyers are entitled, in excess of the above, after the Lawyers apply to the court for additional reasonable fees, if the Lawyers apply, in light of all the circumstances that then exist.

### LEGAL COSTS AND EXPENSES – DEFINITION OF "RECOVERED"

The amount "recovered," as that term is used in this agreement, will be calculated by deducting from the total amount of the settlement or judgment (including any amount recovered as post-judgment interest or punitive damages) the costs and expenses incurred by the Lawyers in connection with pursuing my claims.

By signing this agreement, I authorize the Lawyers to vigorously advocate for all of their clients, regardless of whether that may create a conflict to my interests even if that could reduce my recovery. As a condition to the Lawyers' undertaking this matter, I give my informed consent by initialing below and hereby waive any actual or potential conflict of interests and agree that the Lawyers may continue to represent or may undertake in the future to represent existing or new clients in any matter even if the interests of such individuals in those other matters are actually or potentially adverse to me.

Client's Initials: [redacted]

## ALTERNATE-FEE ARRANGEMENT

I agree that I could choose now to pay the Lawyers an hourly rather than a contingent fee. By signing this agreement, I waive this alternate-fee option. I understand that I can contact the Lawyers before signing this agreement to discuss an alternate-fee arrangement.

## WITHDRAWAL, DISCHARGE AND LIEN

I agree that the Lawyers may withdraw from my case at any time if I do not cooperate in the handling of my case, if the Rules of Professional Conduct that apply to the Lawyers permit or require them to withdraw, or if upon further review the Lawyers discover information that lead them to recommend that I dismiss my lawsuit or that I hire other lawyers to handle my case. If the Lawyers decide to withdraw from my case, they will try to protect my interests to the extent reasonably possible by giving me reasonable notice, allowing me time to obtain other lawyers, and giving me any papers and property in their possession which belong to me. The Lawyers have no duty to find another attorney in the event they withdraw from my case.

I realize that I have the right to terminate the Lawyers at any time, even if I have no reason. If I terminate the Lawyers, I understand that the Lawyers have a right to seek compensation on the basis of the contingent fee agreement, based on considerations that are beyond the value of the Lawyers' hourly rates in this matter and expenses. I agree that the Lawyers have a lien on and a security interest in any recovery for their fees and expenses associated with their efforts on my behalf.

## DISCLAIMER

The Lawyers cannot assure me that I will recover any sum or sums in this matter. I acknowledge that the Lawyers have made no promise or guarantees about the outcome of this matter.

## SEVERABILITY IN EVENT OF PARTIAL INVALIDITY

If any provision of this agreement is held in whole or in part to be unenforceable for any reason, the remainder of that provision and of the entire agreement will be severable and remain in effect.

## APPROVAL OF THIS AGREEMENT

The Lawyers must pay expenses to handle my case. It is difficult for the Lawyers to accurately predict the amount and type of expenses they will have to pay. Some examples of these expenses are court filing fees, court-reporter fees, travel and lodging expenses, consultant fees, expert witness fees, charges for telephone, postage, and photocopying, and charges for my medical records.

I permit the Lawyers to pay the expenses they decide, in their sole discretion, are appropriate in handling my case. If the Lawyers obtain a recovery for me, they will give me a written statement at the end of my case explaining the outcome of my case, the total recovery, the Lawyers' fees, the expenses I have to pay, and my net recovery. I realize the Lawyers cannot guarantee a recovery for me.

**JOINT REPRESENTATION AND FEE SHARING**

The Lawyers jointly assume responsibility for the representation of me. I acknowledge and agree that that Jeff Anderson & Associates, Gianforcaro Law, and Carino Law will divide the Legal Fees as follows: Carino Law will receive thirty-three and a third percent (33 1/3%) and Jeff Anderson & Associates, P.A. and Gianforcaro Law will receive the remainder of the fee.

**RESPONSIBILITIES OF THE PARTIES**

I authorize the Lawyers to take any steps they deem necessary to pursue a claim, including initiating litigation. I agree to cooperate in any way necessary, including promptly responding to letters, emails, and phone calls. I agree to keep the Lawyers updated on my contact information and developments in the case.

I understand the Lawyers may need to obtain my medical records, income tax records, or other records while investigating or pursuing my claims, and I hereby authorize them to do so. I also authorize the Lawyers to re-release copies of any of my medical records that they receive if, in their discretion, it would be appropriate to do so in the investigation or pursuit of my claims.

**ADVANCE WAIVER OF ACTUAL OR POTENTIAL CONFLICTS**

The Lawyers may represent other individuals who were injured, and may have been injured by the same perpetrator and/or by the same defendant. It is possible that some of the Lawyers' present or future clients could have interests which conflict with mine, such as follows:

(i) That there is a limited amount of funds available for all survivors of the same perpetrator or defendant due to insurance limits, bankruptcy, etc. and that the Lawyers' representation of other survivors may cause my recovery to be reduced.

(ii) That the Lawyers' representation of another survivor of the same perpetrator or defendant may alert the defendants of the existence of a potential adverse witness to my case.

The Lawyers will advocate for each client individually.

I have read this agreement, I have asked the Lawyers all of the questions I have about this agreement, I understand the above terms, and I agree to the above terms. I further acknowledge receipt of a copy of this signed agreement.

DATE: [redacted]

CLIENT: [redacted]
Signature

NAME: [redacted]

ADDRESS: [redacted]

PHONE: [redacted]

EMAIL: [redacted]

The Lawyers will provide representation as per this Agreement, assuming that, upon investigation of this matter, we find that the matter warrants further action. If the matter does not warrant further action, the Lawyers will notify me by First Class Mail, at my last known address, that no further action is warranted and that this contract is terminated as a result.

JEFF ANDERSON & ASSOCIATES, PA

DATE: [redacted]

BY: [redacted]

GIANFORCARO LAW

DATE: [redacted]

BY: [redacted]

CARINO LAW

DATE: [redacted]

BY: [redacted]