**SEIDMAN & PINCUS LLC**
Jeffrey A. Kramer
777 Terrace Avenue, Suite 508
Hasbrouck Heights, New Jersey 07604
Telephone: (201) 473-0047
Email: jk@seidmanllc.com

**REBENACK, ARONOW & MASCOLO, LLP**
J. Silvio Mascolo
111 Livingston Avenue
New Brunswick, New Jersey 08901
Telephone: (732) 247-3600
Email: jmascolo@ram.law

**PFAU COCHRAN VERTETIS AMALA, PLLC**
Michael T. Pfau (*pro hac vice*)
Jason P. Amala (*pro hac vice*)
403 Columbia St., Suite 500
Seattle, Washington 98104
Telephone: (206) 451-8260
Email: michael@pcvalaw.com
Email: jason@pcvalaw.com

*Counsel to RAM Law Claimants*

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>THE DIOCESE OF CAMDEN, NEW JERSEY,<br><br>Debtor. | Chapter 11<br><br>Case No. 20-21257 (JNP) |

**VERIFIED STATEMENT OF REBENACK, ARONOW & MASCOLO LLP, PFAU COCHRAN VERTETIS AMALA PLLC AND SEIDMAN & PINCUS LLC PURSUANT TO BANKRUPTCY RULE 2019**

Pursuant to Rule 2019 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), undersigned counsel hereby submit this verified statement in the chapter 11 case (the "Chapter 11 Case") of the above-captioned debtor (the "Debtor").

1. Each of the clients set forth on **Exhibit 1** hereto (the "RAM Law Clients") has retained Rebenack, Aronow & Macolo, LLP ("RAM Law") and Pfau Cochran Vertetis Amala PLLC ("PCVA") to represent him as litigation counsel in connection with, among other things, abuse claims against the Debtor and other third-party defendants. Due to confidentiality, each of the RAM Law Clients listed in Exhibit 1 has been identified by their Sexual Abuse Proof of Claim Form number assigned by the Clerk of Court. The name and address of each of the confidential RAM Law Clients is available to permitted parties who have executed a confidentiality agreement and have access to the Sexual Abuse Claim Forms. (Confidentiality Order dated February 3, 2021).

2. As of the date of this statement, each of the RAM Law Clients maintains an individual economic interest against the Debtor Diocese of Camden, New Jersey that has been disclosed in the Sexual Abuse Survivor Proof of Claim Forms or will be disclosed in the future. Exhibit 1 sets forth the nature and amount of the disclosable economic interests held by each of the RAM Law Clients in relation to the Debtor as of April 4, 2022, and the other information required to be disclosed by Bankruptcy Rule 2019.

3. True and correct copies of exemplar engagement agreements between RAM Law, PCVA and the RAM Law Clients are attached hereto as **Exhibit 2**. Please note that the individual engagement agreements set forth the identities of the applicable abuser(s) in the first paragraph of section 1 thereof.

4. RAM Law and PCVA contacted Jeffrey A. Kramer of Seidman & Pincus, LLC ("Seidman") regarding representation as bankruptcy counsel in connection with the Chapter 11 cases on or about March 15, 2022. On behalf of the RAM Law Claimants, RAM Law and PCVA executed an hourly-rate engagement agreement with Seidman dated and effective as of March 15,

2022, on April 4, 2022. A true and correct copy of the engagement agreement between RAM Law, PCVA, and Seidman is attached hereto as **Exhibit 3**.

5. RAM Law, PCVA, and Seidman do not represent the interests of, and are not fiduciaries for, any abuse claimant, other creditor, party in interest, or other entity that has not signed an engagement agreement with RAM Law, PCVA, or Seidman, as applicable.

6. The information set forth in this Verified Statement is intended only to comply with Bankruptcy Rule 2019 and not for any other purpose.

7. Nothing contained in this Verified Statement is intended or shall be construed to constitute: (i) a waiver or release of the rights of any of the RAM Law Clients to have any final order entered by, or other exercise of the judicial power of the United States performed by, an Article III court; (ii) a waiver or release of the rights of any of the RAM Law Clients to have any and all final orders in any and all non-core matters entered only after *de novo* review by a United States District Judge; (iii) consent to the jurisdiction of the Court over any matter; (iv) an election of remedy; (v) a waiver of release of any rights any of the RAM Law Clients may have to a jury trial, whether in state or federal court; (vi) a waiver or release of the right to move to withdraw the reference with respect to any matter or proceeding that may be commenced in the Chapter 11 Cases against or otherwise involving any of the RAM Law Clients; (vii) a waiver or release of any other rights, claims, actions, defenses, setoffs, or recoupments to which any of the RAM Law Clients are or may be entitled, in law or in equity, under any agreement or otherwise, with all such rights, claims, actions, defenses, setoffs, or recoupments being expressly reserved; or (viii) a waiver or release of any of the RAM Client's rights under 28 U.S.C. § 157(b)(5) to have any of their personal injury tort claims tried in the district court in which the Chapter 11 Cases are pending, or in the

district court in the district in which the claim arose, as determined by the district court in which the Chapter 11 Cases are pending.

8. The undersigned reserve the right to amend or supplement this Verified Statement in accordance with the requirements of Bankruptcy Rule 2019 at any time in the future.

9. The undersigned verifies that the foregoing is true and correct, to the best of the undersigned's knowledge and belief.

DATED: April 4, 2022

By: */s/ Jeffrey A. Kramer*

SEIDMAN & PINCUS, LLC
Jeffrey A. Kramer
777 Terrace Avenue, Suite 508
Hasbrouck Heights, New Jersey 07604
Telephone: (201) 473-0047
Email: jk@seidmanllc.com

REBENACK, ARONOW & MASCOLO, LLP
J. Silvio Mascolo
111 Livingston Avenue
New Brunswick, New Jersey 08901
Telephone: (732) 247-3600
Email: jmascolo@ram.law

PFAU COCHRAN VERTETIS AMALA, PLLC
Michael T. Pfau (*pro hac vice*)
Jason Amala (*pro hac vice*)
403 Columbia St., Suite 500
Seattle, Washington 98104
Telephone: (206) 451-8260
Email: michael@pcvalaw.com
jason@pcvalaw.com

*Counsel to the RAM Law Clients*

## VERIFICATION

The undersigned verifies that the foregoing is true and correct, to the best of the undersigned's knowledge and belief.

| | |
|---|---|
| By: Jason P. Amala, Esq.<br>PFAU COCHRAN VETETIS AMALA, PLLC | April 4, 2022<br>Dated |
| J. Silvio Mascolo<br>By: J. Silvio Mascolo, Esq.<br>REBENACK, ARONOW & MASCOLO, LLP | April 4, 2022<br>Dated |
| By: Jeffrey A. Kramer, Esq.<br>SEIDMAN & PINCUS, LLC | April 4, 2022<br>Dated |

**CERTIFICATE OF SERVICE**

I hereby certify that on this day, a true and correct copy of the foregoing document was filed electronically with the Court and sent electronically by the courts CM/ECF system to all counsel of record.

DATED: April 4, 2022

By: */s/ Jeffrey A. Kramer*

SEIDMAN & PINCUS, LLC
Jeffrey A. Kramer
777 Terrace Avenue, Suite 508
Hasbrouck Heights, New Jersey 07604
Telephone: (201) 473-0047
Email: jk@seidmanllc.com

*Counsel to the RAM Law Clients*

# <u>Exhibit 1</u>

# RAM Law Clients

| POC Number | Address | Affiliate Counsel (if applicable) | Economic Interest |
|---|---|---|---|
| 426 | c/o Pfau Cochran Vertetis Amala,<br>403 Columbia St. Suite 500<br>Seattle, WA 98104 | RAM Law | Unliquidated Abuse Claim |
| 164 | c/o Pfau Cochran Vertetis Amala,<br>403 Columbia St. Suite 500<br>Seattle, WA 98104 | RAM Law | Unliquidated Abuse Claim |
| 431 | c/o Pfau Cochran Vertetis Amala,<br>403 Columbia St. Suite 500<br>Seattle, WA 98104 | RAM Law | Unliquidated Abuse Claim |
| 165 | c/o Pfau Cochran Vertetis Amala,<br>403 Columbia St. Suite 500<br>Seattle, WA 98104 | RAM Law | Unliquidated Abuse Claim |
| 166 | c/o Pfau Cochran Vertetis Amala,<br>403 Columbia St. Suite 500<br>Seattle, WA 98104 | RAM Law | Unliquidated Abuse Claim |
| 163 | c/o Pfau Cochran Vertetis Amala,<br>403 Columbia St. Suite 500<br>Seattle, WA 98104 | RAM Law | Unliquidated Abuse Claim |

# <u>Exhibit 2</u>

# Exemplar PCVA & RAM Engagement Letters

Pfau Cochran Vertetis Amala

JUL 22 2020

Seattle Office

# REBENACK, ARONOW & MASCOLO, LLP
## AGREEMENT TO PROVIDE LEGAL SERVICES
## PERSONAL INJURY MATTER

THIS AGREEMENT, dated July 7, 2020, is made

BETWEEN the Client,
whose address is [redacted]

AND the Law Firm,
whose address is
REBENACK, ARONOW & MASCOLO, LLP
111 Livingston Avenue
New Brunswick, NJ 08901

AND the Law Firm,
whose address is
PFAU COCHRAN VERTETIS AMALA PLLC
403 Columbia St., Suite 500
Seattle, WA 98104

WHEREAS the Litigation entails numerous complex factual and legal issues and entails considerable risk;

WHEREAS the Litigation requires the expenditure of substantial resources by the Law Firms retained to prosecute the Litigation;

WHEREAS the Client seeks to maximize recovery while limiting the expenditure of his or her own resources; and

NOW, THEREFORE, the Client and the Law Firms AGREE AS FOLLOWS:

**1. <u>Your Injury or Damages.</u>** You, the Client, have been injured or suffered damages as a result of childhood sexual abuse involving You and Father Flemming and Father McLaughlin.

You agree that the Law Firms will make a claim on your behalf against others who are responsible for your injuries or damages. You feel those who are responsible are:

Diocese of Camden and any associated entities.

**2. <u>Legal Services.</u>** The Law Firms will protect your legal rights and do all necessary legal work to properly represent you with regard to this matter as outlined by the scope of this Agreement.

**3. <u>Cost and Expenses.</u>** The Law Firms have sole discretion as to whether to advance the costs and expenses associated with the prosecution of your case. You are only required to reimburse the Law Firms for these costs and expenses if we recover money for you. The reimbursement will come from those recovered funds. If there is no amount recovered, the Client will have no responsibility to repay the Law Firms for costs and expenses. The Law Firms have sole discretion as to whether to continue to advance costs as the lawsuit proceeds. For example, if we believe during the course of your representation, that your case is no longer meritorious or no longer viable, we may choose to stop advancing costs and expenses.

Such costs and expenses include, among other things, experts' fees and expenses for other testimony or evidence, court costs, travel expenses, accountants' fees, appraisers' fees, service fees, deposition costs, costs of brief, transcripts on appeal and photocopying, long-distance telephone and postage expenses beyond basic postage. You will not be required to pay for usual and customary overhead expenses, such as local telephone charges, basic postage costs and expenses associated with legal research.

Such costs and expenses do not include the cost of retaining other legal counsel necessary for the Law Firms to pursue this matter on your behalf, including bankruptcy counsel and trusts and estates counsel.

If the Law Firms recommend that you settle this matter and you choose not to accept that recommendation, you are responsible for all costs associated with the matter moving forward regardless of the outcome of the matter from the time you reject the Law Firms' recommendation.

The Law Firms have sole discretion to determine whether or not litigation insurance should be purchased to reduce the risk of the cost of expenses being lost should your case proceed to trial and an adverse verdict is the result. The cost of such insurance will be a litigation expense on the settlement statement.

**4. Legal Fees.** If the Law Firms recover money for you, which is greater than your costs and expenses (see paragraph 3), you will pay the Law Firms a legal fee. The fee will be based on a percentage of the net recovery. The legal fee will be split equally between the Law Firms. Net recovery is the total recovered on your behalf, minus your costs and expenses, and minus any interest included in a judgment to R. 4:42-11(b). The fee will be as follows:

33 1/3% of the first $750,000 net recovery;
30% of the next $750,000 net recovery;
25% of the next $750,000 net recovery;
20% of the next $750,000 net recovery
Fees on net recoveries exceeding $2,000,000 will be determined by the court.

In certain cases it may be possible to recover attorney's fees from the defendants in addition to other damages. If attorney's fees are awarded by the Court in this case, I /we agree that the Law Firms shall have the sole option of accepting as a fee the attorney's fee awarded by the Court or electing to add the attorney's fee to the total award, verdict, judgment, or settlement and then applying the fee arrangement set out in Paragraph 4 of this agreement. In no event will the Law Firms be entitled to both the entire amount of Court awarded attorney's fees and the entire amount of the contingency fee as set forth in this Agreement.

**5. Reduced Fees For Infants or Incompetents.**

_X_ This agreement is not signed on behalf of an infant or an incompetent.

**6. Alternative Fee Plan.** The Law Firms have offered to represent you and charge you legal fees which you will be required to pay even if you recover no money. You have rejected this and have, instead, agreed to pay the contingent fees, as set forth in this Agreement.

Fees under the alternative fee plan will be as follows:

| | |
|---|---|
| Partners | $550.00/hour |
| Of Counsel | $450.00/hour |
| Associates | $375.00/hour |
| Paralegals | $100.00/hour |
| Law Clerks | $100.00/hour |

7. **Increased Legal Fees.** The Law Firms reserve the right, pursuant to *R.* 1:21-7(f) to make further application to the Court on written notice to the Client for an additional fee should the attorneys, at the conclusion of the matter, deem the fee provided for by this arrangement to be inadequate.

8. **Disqualification of Benefits.** You acknowledge that receipt of compensation in this matter may affect your entitlement to certain benefits such as SSI or Medicaid. You are responsible for identifying and evaluating the potential effect of compensation on your entitlement or continued entitlement to any such benefits. The Law Firms' scope of representation hereunder does not include any work necessary to identify, evaluate or protect your entitlement or continued entitlement to any such benefits. Furthermore, litigation costs do not include any costs you incur to identify, evaluate or protect your entitlement or continued entitlement to any such benefits, such as the creation of a special needs trust. Thus, the Law Firms shall not advance any such costs.

9. **Liens.** You acknowledge that certain third party liens might attach to your net compensation proceeds, including, but not limited to liens asserted by healthcare insurers, Workers' Compensation insurers, Medicare, Medicaid, private disability insurers, medical providers holding a letter of protection and the Victims of Crime Compensation Office. The Law Firms' scope of representation hereunder does not include any work regarding such liens other than disbursing your net compensation to satisfy any such liens, if known, according to law. If you retain and incur costs for a third party to address any third party liens, such costs are not litigation costs. Thus, the Law Firms shall not advance any such costs.

10. **No Guarantee.** The Law Firms agree to provide conscientious, competent and diligent services and at all times will seek to achieve solutions which are just and reasonable for you. However, because of the uncertainty of legal proceedings, the interpretation and changes in the law and many unknown factors, attorneys cannot and do not warrant, predict or guarantee results or the final outcome of any case.

11. **Return of Property.** At the conclusion of this matter, all property belonging to you will be returned. The remainder of the file will be retained for 6 years, at which time it will be destroyed. Our record retention policy was developed pursuant to Ethics Opinion 692, a copy of which will be forwarded to you upon request. If you seek to have your file or any materials retrieved more than one year after your case closed or our representation concluded you will be charged a $100 retrieval fee plus copying costs.

12. **Litigation Insurance.** The Law Firms reserve the right to purchase litigation insurance in relation to your case. Litigation insurance provides the Law Firms with a mechanism to control their risk. The insurance provides coverage for expenses that the Law Firms incur for the prosecution of your case, in the event there is no recovery in your case. The Law Firms must pay a premium for that insurance coverage. Should the Law Firms choose to purchase such insurance,

the cost of same is a litigation expense which will be handled in accordance with paragraph 3 above.

**13. Termination.**

(A). Client may terminate this Agreement as to the Law Firms, with or without cause and without penalty, by providing the Law Firms with written notice of termination. Law Firms may terminate this agreement with or without cause and without penalty, by providing Client with written notice of termination if the Client fails to cooperate in the prosecution of this action or such other reason as may be approved upon application to the Court.

(B). If the Law Firms are terminated for any reason, they shall be entitled (a) to be reimbursed, pursuant to terms above, for reasonable out-of-pocket costs and expenses that they incurred, due immediately upon its termination by Client, and (b) to be paid such compensation as might be payable to them in accordance with this Agreement and to the fullest extent permitted by the law governing legal fees, when any recovery in the Litigation pursuant to terms above is obtained.

**14. Jurisdiction.** All disputes under this Agreement shall be decided under the laws of the State of New Jersey and brought in the courts of the State of New Jersey.

**15. Signatures.** You have read this Agreement. The Law Firms have answered all of your questions and fully explained this Agreement to your complete satisfaction. You have been given a signed copy of this Agreement.

By ______________________
Jay Mascolo
Partner
Rebenack, Aronow & Mascolo, LLP
Attorneys at Law

[redacted]

By ______________________
Thomas B. Vertetis
Partner
Pfau Cochran Vertetis Amala PLLC
Attorneys at Law

# <u>Exhibit 3</u>

# Seidman & Pincus LLC Engagement Letter

MEMBERS:
MITCHELL B. SEIDMAN*
E-MAIL: ms@seidmanllc.com

ANDREW J. PINCUS*
E-MAIL: ap@seidmanllc.com

# SEIDMAN & PINCUS, LLC

ATTORNEYS AT LAW
777 TERRACE AVENUE, SUITE 508
HASBROUCK HEIGHTS, NEW JERSEY 07604
(201) 473-0047 FAX: (201) 288-7009

OF COUNSEL:
LANI D'AGOSTINO~~
E-MAIL: ld@seidmanllc.com

JENNIFER S. MANHEIM*
E-MAIL: jm@seidmanllc.com

MARIA A. ARNOTT*
E-MAIL: ma@seidmanllc.com

REENA FORST+
E-MAIL: rforst@rflawfirm.com

MINDY ZLOTOGURA*
E-MAIL: mz@seidmanllc.com

JEFFREY A. KRAMER#
E-MAIL: jk@seidmanllc.com

ADMISSION:
* MEMBER OF NJ & NY BAR
+ MEMBER OF NJ, NY & DC BAR
# MEMBER OF NJ & DC BAR
~~ MEMBER OF NJ BAR

April 4, 2022

**VIA EMAIL**

Jason P. Amala, Esq.
PFAU COCHRAN VETETIS AMALA, PLLC
403 Columbia St., Suite 500
Seattle, Washington 98104
jason@pcvalaw.com

J. Silvio Mascolo, Esq.
REBENACK, ARONOW & MASCOLO, LLP
111 Livingston Avenue
New Brunswick, New Jersey 08901
jmascolo@ram.law

**Re: In re The Diocese of Camden, New Jersey
Bankruptcy Court Docket No. 20-212570 (JNP)**

Dear Mr. Amala and Mr. Mascolo:

Thank you for considering our office for representation of the RAM Law Claimants[1] with respect to The Diocese of Camden, New Jersey bankruptcy case. Please be advised that New Jersey law requires that we have a written retainer agreement on file for all clients for whom we are performing services. This letter, when signed and accepted by you on behalf of the individual RAM Law Claimants and as counsel to the RAM Law Claimants ("Claimants Counsel")[2] shall constitute the retainer agreement with our firm for all matters on which the RAM Law Claimants engage us, including the above referenced bankruptcy case. The terms hereof shall be applicable *nunc pro tunc* to the initial contact with our firm on March 15, 2022.[3]

It is our policy that the establishment of our fees is accomplished through the exercise of judgment on each individual matter taking into consideration a number of factors including the time and labor required, the novelty and difficulty of the issues involved, the skill required to properly perform the legal services requested, time limitations imposed by the client, and the experience, reputation and ability of the attorney or attorneys performing services. Our objective is to charge a fair fee for the services we render.

[1] "RAM Law Claimants" is defined herein as the claimants represented by Rebenack, Aronow & Mascolo, LLP, and Pfau Cochran Vertetis Amala PLLC in the above-referenced The Diocese of Camden, New Jersey bankruptcy case.
[2] Claimants Counsel has advised us that they are authorized to retain professionals on behalf of the RAM Law Claimants pursuant to their individual retention agreements with each of the RAM Law Claimants.
[3] This retainer agreement clarifies, supersedes and replaces the retainer agreement executed on March 15, 2022.

1. **Scope of Services**. We will act as counsel to the RAM Law Claimants and give legal advice in connection with any matters where the RAM Law Claimants engage us. At present the RAM Law Claimants have asked us to represent them as local bankruptcy counsel in connection with the above matter.

2. **Fees and Costs**. We will be entitled to a fee for services based upon the amount of professional time spent as dictated by the hourly rates we have agreed on with the RAM Law Claimants. I will be the attorney responsible for the RAM Law Claimants' matters. My hourly rate on the RAM Law Claimants' matters will be $425 per hour. The rate of any other attorneys from our office who work on the RAM Law Claimants' matters will be $400 per hour. Paralegal time is billed out at $90 per hour.

3. **Billing**. The RAM Law Claimants will be billed on a monthly basis by invoices specifying the services rendered by each person, the time spent by each person on each such service, and a breakdown of all costs incurred. Invoices will be provided to Claimants Counsel who shall be solely responsible for payment of such invoices. By signing below Claimants Counsel agree to pay each invoice upon receipt. We will bill for interoffice conferences, and for travel time (portal to portal).

We will also be entitled to be reimbursed for our necessary costs and expenses incurred in the RAM Law Claimants' matters. The expenses which we are entitled to reimbursement for are all out-of-pocket disbursements including, but not by way of limitation, filing fees, sheriff fees, photocopies (at .15 cents per page), travel, telephone calls, postage, incoming and outgoing facsimile charges (at .50 cents per page), search services, publishing and duplication costs, overtime word processing and secretarial expenses, same day messenger and overnight delivery charges, and computer research charges (such as Westlaw and Lexis). Deposition charges, if any, will be sent directly to Claimants Counsel for payment to the certified stenographer. Retention of outside experts (i.e., economists, appraisers, accountants, subject experts, investigators, etc.) will be the subject of discussions with Claimants Counsel prior to their retention. Claimants Counsel will be responsible for payment of any such subject expert's fee by making payment directly to the expert. All of the aforesaid disbursements will be detailed in our monthly statements.

All bills are to be paid within 20 days of receipt. If Claimants Counsel wish to ask about a bill or the legal services we have rendered, please call our office when you receive the RAM Law Claimants' bill. If no comment about the billing is received within twenty days of the statement date, we will assume that you have seen the bill and find it acceptable. We reserve the right to assess a finance charge of 1-1/2% per month, if we deem it appropriate, if payment is not made within 30 days.

4. **Retainer**. We generally require a retainer for all new engagements in our office. The initial retainer requested for the RAM Law Claimants' matter is $5,000, payable by Claimants Counsel. Additional retainers will be requested if necessary.

5. **Termination of Representation**. Our representation on any matter will terminate upon completion of that matter. We reserve the right to withdraw from any matter if you fail to honor this agreement or for any just reason as permitted or required by law. In the event of such withdrawal, Claimants Counsel agree to pay us for all fees and expenses incurred prior to the withdrawal.

Please acknowledge your understanding and acceptance of the terms and conditions outlined herein by signing on behalf of the individual members of the RAM Law Claimants, dating the bottom of this letter, and returning it to us. We thank you for showing confidence in us by selecting us to represent the RAM Law Claimants.

Very truly yours,
*/s/ Mitchell B. Seidman*
Mitchell B. Seidman

cc: Jeffrey A. Kramer, Esq.

The undersigned hereby agrees to and accepts the terms of the retention of SEIDMAN & PINCUS, LLC, as set forth above on behalf of the individual RAM Law Claimants and as counsel to the RAM Law Claimants.

______________________________ April 4, 2022
By: Jason P. Amala, Esq.
PFAU COCHRAN VETETIS AMALA, PLLC — Dated

*J. Silvio Mascolo*
______________________________ April 4, 2022
By: J. Silvio Mascolo, Esq.
REBENACK, ARONOW & MASCOLO, LLP — Dated