**Fill in this information to identify the case:**

Debtor name    **The Diocese of Camden, New Jersey**

United States Bankruptcy Court for the:    DISTRICT OF NEW JERSEY

Case number (if known)    **20-21257 (JNP)**

☑ Check if this is an amended filing

## Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐ *Schedule H: Codebtors* (Official Form 206H)
☑ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐ Amended *Schedule*
☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☑ Other document that requires a declaration      **Statement of Financial Affairs**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **April  6, 2022**

X   **/s/ Laura J. Montgomery**
Signature of individual signing on behalf of debtor

**Laura J. Montgomery**
Printed name

**Diocesan Finance Officer**
Position or relationship to debtor

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                                    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name __The Diocese of Camden, New Jersey__

United States Bankruptcy Court for the:   DISTRICT OF NEW JERSEY

Case number (if known)   __20-21257__

☑ Check if this is an
amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals

12/15

| Part 1: | Summary of Assets |
| --- | --- |

1. **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B*.................................................................................... $      **Unknown**

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*................................................................................ $     **60,807,802.55**

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*.................................................................................. $     **60,807,802.55**

| Part 2: | Summary of Liabilities |
| --- | --- |

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*................... $     **3,461.80**

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*........................................ $     **63,041.64**

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*.............................. +$     **25,723,748.14**

4. Total liabilities ...........................................................................................................
   Lines 2 + 3a + 3b

   $     **25,790,251.58**

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1(b)**

**TRENK ISABEL SIDDIQI**
 **& SHAHDANIAN P.C.**
Richard D. Trenk, Esq.
Robert S. Roglieri, Esq.
290 W. Mt. Pleasant Ave., Suite 2350
Livingston, New Jersey 07039
Telephone: (973) 533-1000
Email: rtrenk@trenkisabel.law
Email: rroglieri@trenkisabel.law

*Counsel for The Diocese of Camden, New Jersey,*
*Chapter 11 Debtor and Debtor-in-Possession*

| | |
|---|---|
| In re: | Chapter 11 |
| THE DIOCESE OF CAMDEN, NEW JERSEY, | Case No. 20-21257 (JNP) |
| Debtor. | |

### AMENDMENT TO SCHEDULES OF ASSETS
### AND LIABILITIES AND LIST OF CREDITORS

Please specify the list or schedule(s) to be amended:

☒ Schedule A/B – Assets – Real and Personal Property
☒ Statement of Financial Affairs

The schedules of assets and liabilities and list of creditors having been previously filed, is amended as follows:

1. Schedule B Part 4, Questions 13 and Question 17 are amended to **add** investments as disclosed in the Second Amended First Day Declaration of Laura J. Montgomery.

**Part 4:    Investments**

**13. Does the debtor own any investments?**

☐ No. Go to Part 5.
☒ Yes Fill in the information below.

17.    **Total of Part 4.**

*See Schedule of*
*Investments*
*below*

**Schedule B Schedule of Investments**

| Investment | Amount | Description |
|---|---|---|
| National Catholic Risk Retention Group | $288,369 | Captive Insurance Investment |
| Special Gifts DOC Restricted | $903,330 | DOC Restricted Funds held in PNC Special Gift Account |
| Special Gifts Unrestricted | $4,997,166 | DOC Unrestricted Funds held in PNC Special Gift Account |
| Revolving Fund | $0.00 | Diocesan share in PNC Revolving Fund Accounts |
| **TOTAL** | $6,188,865 | |

4823-3661-4607, v. 1

2.  Schedule B Part 7, Questions 38 – 45 and Rider 2 are amended to provide information
which was unavailable at the time of filing.

**Part 7:** **Office furniture, fixtures, and equipment; and collectibles**

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
☒ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** <br> **Office Furniture** <br> *See attached Rider #2 for complete listing* | **Unknown** | | **$217,437.00[1]** |
| 40. **Office fixtures** <br> **Office Fixtures** <br> *See attached Rider # 2 for complete listing* | **Unknown** | | **See footnote 1** |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** <br> **Office, equipment, computer and communication systems equipment, and software** <br> *See attached Rider # 2 for complete listing* | **Unknown** | | **See footnote 1** |
| 42. **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles <br> 42.1. **Collectibles, antiques and jewelry (including religious accessories)** <br> *See attached Rider # 2 (A) for complete listing* | **Unknown** | | **$12,265.00** |

43. **Total of Part 7.**
Add lines 39 through 42.  Copy the total to line 86.

| |
|---|
| **$229,702.00** |

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
☒ No
☐ Yes

---

[1] **This figure is the cumulative total of all items listed in Rider #2 to questions 39, 40 and 41.**

4823-3661-4607, v. 1

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
☐ No
☒ Yes

3.     Schedule B Part 8, Question 47 and Rider 3 are amended to **add** vehicles.

**Part 8:   Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**
☐ No.  Go to Part 9.
☒ Yes Fill in the information below.

| General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
| --- | --- | --- | --- |
| 47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1.   **See attached Rider # 3 for complete listing** | **Unknown** | | **$435,449.00** |

4.     Schedule B Part 8, Question 50 is amended to provide information which was unavailable at the time of filing.

| 50.   **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** | | | |
| --- | --- | --- | --- |
| **(10) Backhoes** | **Unknown** | **Recent cost** | **$60,000.00** |

4

5.   Schedule B Part 11, Question 73 is amended to **add** the following insurance policies:

## 73.   Interests in insurance policies or annuities

**Known LMI Insurance Policies** _____   **Unknown**

Package Policies:

| Policy No. | Policy Period(s) |
|---|---|
| MO 10490 / 5488 | November 27, 1972 to November 27, 1975 |
| SL 3081 / SLC 5088 | November 27, 1975 to November 27, 1978 |
| SL 3473 / SLC 5499 | November 27, 1978 to November 27, 1980 |
| SL 3759 / SLC 5778 | November 27, 1980 to November 27, 1983 |
| ISL 3146 / ICO 5001 | November 27, 1983 to November 27, 1985 |
| SL 3146 / ICO 5303 | November 27, 1985 to November 27, 1986 |
| ISL 3717 | November 27, 1986 to November 27, 1987 (*unconfirmed*) |

Excess Umbrella Policies:

| Policy No. | Policy Period(s) |
|---|---|
| MW 22161 / MC 6365 | November 27, 1972 to November 27, 1975 |
| MW 22702 / MC 6739 | November 27, 1975 to November 27, 1978 |

Excess Broadform Liability Policies:

| Policy No. | Policy Period(s) |
|---|---|
| SL 3475 / SLC 55012 | November 27, 1978 to November 27, 1980 (*unconfirmed*) |
| SL 3784 / SLC 58023 | November 27, 1980 to November 27, 1981 (*unconfirmed*) |
| SL 3932 / SLC 59364 | November 27, 1981 to November 27, 1983 (*unconfirmed*) |
| ISL 3148 / ICO 5003 | November 27, 1983 to November 27, 1984 (*unconfirmed*) |
| ISL 3315 | February 19, 1985 to November 27, 1985 (*unconfirmed*) |

Excess Broadform Claims Made Policy:

| Policy No. | Policy Period(s) |
|---|---|
| ISL 3687 | November 27, 1986 to November 27, 1987 (*unconfirmed*) |

## 73.   Interests in insurance policies or annuities

**Known Interstate Insurance Policies** _____   **Unknown**

| Policy No. | Effective Dates |
|---|---|
| 83-152644 | 11/27/78 – 11/27/79 |
| | 11/27/79 – 11/27/80 |
| | 11/27/80 – 11/27/81 |
| | 11/27/81 – 11/27/82 |
| 83-0169766 | 11/27/82 – 11/27/83 |
| | 11/27/83 – 11/27/84 |
| | 11/27/84 – 11/27/85 |
| 83-0172325 | 11/27/85 – 11/27/86 |

5

73.   **Interests in insurance policies or annuities**

**Known National Catholic Insurance Policies**                                                    Unknown

| Policy Effective Date | Buffer Policy | Excess Policy |
|---|---|---|
| 11/27/1988 | RRG 1024 | NONE |
| 11/27/1989 | RRG 10241 | NONE |
| 11/27/1990 | RRG 10242 | NONE |
| 11/27/1991 | RRG 10243 | NONE |
| 11/27/1992 | RRG 10244 | NONE |
| 11/27/1993 | RRG 10245 | NONE |
| 11/27/1994 | RRG 10246 | NONE |
| 11/27/1995 | RRG 10247 | NONE |
| 11/27/1996 | RRG 10248 | NONE |
| 11/27/1997 | RRG 10249 | NONE |
| 11/27/1998 | RRG 10249-01 | NONE |
| 11/27/1999 | RRG 10249-02 | NONE |
| 11/27/2000 | RRG 10249-03 | NONE |
| 11/27/2001 | RRG 10249-04 | XS 10249-04 |
| 11/27/2002 | RRG 10249-05 | XS 10249-05 |
| 11/27/2003 | RRG 10249-06 | XS 10249-06 |
| 11/27/2004 | RRG 10249-07 | XS 10249-07 |
| 11/27/2005 | RRG 10249-08 | XS 10249-08 |
| 11/27/2006 | RRG 10249-09 | XS 10249-09 |
| 11/27/2007 | RRG 10249-10 | XS 10249-10 |
| 11/27/2008 | RRG 10249-11 | NONE |
| 11/27/2009 | RRG 10249-12 | NONE |
| 11/27/2010 | RRG 10249-13 | NONE |
| 11/27/2011 | RRG 10249-14 | NONE |
| 11/27/2012 | RRG 10249-15 | NONE |
| 11/27/2013 | RRG 10249-16 | NONE |
| 11/27/2014 | RRG 10249-17 | NONE |
| 11/27/2015 | RRG 10249-18 | NONE |
| 11/27/2016 | RRG 10249-19 | NONE |
| 11/27/2017 | RRG 10249-20 | NONE |
| 11/27/2018 | RRG 10249-21 | NONE |
| 11/27/2019 | RRG 10249-22 | FM 10249-22 |
| 11/27/2020 | RRG 10249-23 | FM 10249-23 |
| 11/27/2021 | RRG 10249-24 | FM 10249-24 |

73.   **Interests in insurance policies or annuities**

**Known AIG Insurers Insurance Policies**                                                    Unknown

| Policy Name & No. | Effective Dates |
|---|---|
| Granite State policy 6685-5570 | 2/19/85 to 11/27/85 |
| Lexington policy (participation) 10491/5490 | 11/27/72 to 11/27/75 |
| Lexington policy 5529648 | 11/27/87 to 11/27/88 |
| Lexington policy 5529684 | 11/27/88 to 11/27/89 |
| Lexington policy 567253 | 11/27/89 to 11/27/90 |
| Lexington policy 4013337 | 11/27/01 to 11/27/02 |
| Lexington potential policy 0491718 | Unknown |

| Lexington policy 0507431 | 11/27/07 to 11/27/08 |
|---|---|
| Lexington policy 001172957 | 11/27/08 to 11/27/09 |
| Lexington policy 065302858 | 11/27/09 to 11/27/10 |
| Lexington policy 6796498 | 11/27/09 to 11/27/10 |
| Lexington policy 013136577 | 11/27/10 to 11/27/11 |
| National Union policy 346-57-00 | 11/27/98 to 11/27/01 |

## 73. Interests in insurance policies or annuities

**Known Century Insurers Insurance Policies**                                      **Unknown**

| Insurer | Policy | Policy Number | Policy Period |
|---|---|---|---|
| INA | Primary | CP 21793 | 4/2/69-11/27/69 |
| INA | Primary | CP 22444 | 11/27/69-11/27/72 |
| INA | Excess | XBC 71244 | 11/27/69-11/27/72 |
| INA | Excess | XBC 105373 | 11/27/72-11/27/75 |
| CIC | Excess | CIS 430647 | 11/27/83-11/27/84 |
| CIC | Excess | CIS 431707 | 11/27/84-2/19/85 |
| Federal | Excess | (93)7908-94-87 | 11/27/92-11/27/93 |
| Federal | Excess | (94)7908-94-87 | 11/27/93-11/27/94 |
| Federal | Excess | (95)7908-94-87 | 11/27/94-11/27/95 |
| Federal | Excess | (96)7908-94-87 | 11/27/95-11/27/96 |
| Federal | Excess | (97)7908-94-87 | 11/27/96-11/27/97 |
| Federal | Excess | (00)7908-94-87 | 11/27/97-11/27/00 |
| INA | Excess | XCB G1560689-7 | 11/27/93-11/27/94 |
| INA | Excess | XCB G1817128-4 | 11/27/94-11/27/95 |
| IUIC | Excess | XCP G24875532 | 12/10/10-11/27/11 |
| IUIC | Excess | XCQ G25833910 | 11/27/11-11/27/12 |

4823-3661-4607, v. 1

6.  Statement of Financial Affairs Question 26d is amended to include the following information:

> 26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.
>
> **Name and address**
> 26d.1.  PNC Bank
>           Public Finance Group
>           1600 Market Street
>           Philadelphia, PA 19103

7.  Statement of Financial Affairs Question 21 (rider 11) is amended to correct the account number of Ocean First Bank and provide the value as follows:

> 21. List any property that the debtor holds or controls that another entity owns.  Include any property borrowed from being stored for, or held in trust.  Do not list leased or rented property.

| Owner's Name and Address | Location of the Property | Describe the Property | Value |
|---|---|---|---|
| Various annuitants | OceanFirst Bank | Gift Annuity Account (ending in 6016) | $736,557.67 |

8

8. Statement of Financial Affairs Question 21 (rider 11) is amended to revise the owner's name and address, revise the property description and amended the values of each of the following:

21. List any property that the debtor holds or controls that another entity owns. Include any property borrowed from being stored for, or held in trust. Do not list leased or rented property.

| Owner's Name and Address | Location of the Property | Describe the Property | Value |
|---|---|---|---|
| Various parishes, schools, Catholic Strong, Funds raised for others and other Catholic entities | PNC Bank NA, as Custodian under agreement dated 12/12/11 for Diocese or Camden CHFS | Targeted General Investment Account | $69,221,475.90 |
| Various parishes, schools, Catholic Strong, Funds raised for others and other Catholic entities | PNC Bank, NA, as Custodian under agreement dated 12/12/11 for Diocese of Camden CHFS | Treasury General Investment Account | $10,866.97 |
| Various parishes & schools and other Catholic entities | PNC Bank NA as Custodian under agreement dated 12/12/11 for Diocese of Camden CHFS | Special Gifts/Tuition Assistance Investment Account | $7,078,149.59 |
| Various parishes, schools, Catholic Strong, Funds raised for others and other Catholic entities | PNC Bank NA as Custodian under agreement dated 12/12/11 for Diocese of Camden Stock CHFS | Stock Investment Account | $4,444,390.86 |

9

Rider # 2
Schedule B Questions #39, 40 and 41
Office Furniture, Office Fixtures and Office Equipment

### *The Diocese of Camden, New Jersey*

**Located at: 631 Market Street, Camden, NJ**
**2nd Floor**

### *Reception Area*
Contents consisting of:
> (1) wood armchair w/ upholstered seat and back
> (2) upholstered armchairs

### *Work Area*
Contents of work area consisting of:
> (2) assorted metal upholstered swivel armchairs
> (1) Formica computer table
> (1) single pedestal Formica top metal desk
>> w/ side return, w/ hutch w/ 4 sections of metal framed fabric covered office parturition
> (1) 2 drawer metal file cabinet
> (1) 3 drawer metal lateral file cabinet
> (1) GBC electric Image-Maker 3000 binding machine

Contents of work area consisting of:
> (1) double pedestal Formica top wood desk
> (1) metal upholstered swivel armchair
> (1) 2 drawer metal file cabinet
> (1) 4 drawer metal file cabinet

Contents of work area consisting of:
> (1) metal upholstered swivel chair
> (6) 3 drawer metal lateral file cabinets
> (1) wood armchair w/ upholstered seat and back
> (1) 5 drawer metal file cabinet
> (1) 4 drawer metal file cabinet
> (1) wood end table
> (1) Smith Corona Coronet Super
> (12) typewriter
> (2) 4 drawer metal lateral file cabinets
> (1) 5 drawer metal lateral file cabinet

Contents of work area consisting of:
> (1) double pedestal wood 3 section L shaped desk
> (1) metal upholstered swivel armchair
> (2) 3 drawer metal lateral file cabinets

(3) 4 drawer metal lateral file cabinet
(1) wood end table
(1) wood bookcase, 48" high, 3 tier

Contents of work area consisting of:
(1) double pedestal wood 3 section L shapes desk
(1) metal upholstered swivel armchair
(2) portable Pendaflex files
(1) metal upholstered armchair
(2) wood bookcases, 48" high, 3 tier
(3) 4 drawer metal lateral file cabinets
(1) Casio electronic printing calculator with display
(1) wood coat tree

Contents of work area consisting of:
(1) double pedestal wood 3 section L shape desk 1- metal upholstered armchair
(1) wood table, 42" diameter
(2) wood armchairs w/ upholstered seat and back
(1) wood credenza, 72" long w/ hutch
(1) wood bookcase, 72" high, 5 tier
(1) Formica bookcase, 42"high, 3 tier
(1) Sharp electronic printing calculator with display

Contents of work area consisting of:
(1) single pedestal wood desk,
        w/ side return, w/ attached back single pedestal work area w/ 4 door hutch w/ matching
        wood credenza w/ hutch
(1) metal upholstered swivel armchair
(1) white wipe-off board
(3) wood armchairs w/ upholstered seat and back
(1) wood pedestal, 24" diameter x 20" high
(1) torchiere
(1) Lasko Xtra Air tower fan
(1) Rowena Turbo fan

Contents of work area consisting of:
(1) wood desk,
        w/ side return w/ attached back credenza w/ hutch
(1) metal upholstered swivel armchair
(2) wood armchair w/ upholstered seat and back
(1) Casio electronic printing calculator w/ display
(1) 5 drawer metal lateral file cabinet
(1) wood bookcase, 72"high, 5 tier

Contents of work area consisting of:
(1) wood desk,
        w/ side return w/ attached back credenza w/ 4 door hutch

(1) metal upholstered swivel armchair, mesh back
(1) electric heater
(1) Canon electronic printing calculator w/ display
(1) 3 drawer metal lateral file cabinet 1- wood bookcase, 72", 6 tier
(2) wood armchairs w/ upholstered seat and back 1- floor lamp w/ shade

Contents of conference room consisting of:
(1) wood conference table
(12) wood armchairs w/ leather upholstered seat and back
(3) wood armchairs w/ upholstered seat, back & arms (soiled)
(1) metal easel
(1) Pro Colorama projection screen

Contents of office consisting of:
(1) single pedestal Formica desk,
        w/ matching single pedestal back work area w/ 4 door hutch
(1) metal upholstered swivel armchair
(1) 3 drawer metal lateral file cabinet
(2) wood armchairs w/ upholstered seat and back
(1) Holmes tower fan
(1) Ativa paper shredder, 10 sheet
(1) 2 drawer metal file cabinet
(1) wood bookcase, 6o"high, 4 tier
(1) wood coat tree

Contents of office consisting of:
(2) 4 drawer metal lateral file cabinets
(3) 4 drawer metal file cabinets
(1) 3 drawer metal lateral file cabinet
(1) portable Pendaflex file

Contents of office consisting of:
(1) double pedestal Formica desk
(1) metal upholstered swivel armchair
(1) 3 drawer Formica pedestal
(1) 2 drawer Formica lateral file cabinet
(2) 4 drawer metal file cabinets
(1) wood armchair w/ upholstered seat and back
(1) 4 drawer metal lateral file cabinet
(1) table lamp w/ shade
(1) DeLonghi electric heater

Contents of office consisting of:
(1) wood desk
        w/ side return w/ attached back credenza w/ hutch
(1) metal upholstered swivel armchair
(1) wood armchair w/ upholstered seat and back

(2) 5 drawer metal lateral file cabinet
(1) wood bookcase, 48" high, 4 tier
(1) DeLonghi electric heater

Contents of office consisting of:
    (1) wood desk
          w/ side return w/ attached back credenza w/ hutch
    (1) metal upholstered swivel armchair
    (3) wood armchairs w/ upholstered seat and back
    (1) torchiere
    (2) wood bookcases, 72" high, 4 tier
    (2) upholstered armchairs
    (1) wood pedestal, 22" diameter x 20"  high
    (2) assorted table

Contents of mail room consisting of:
    (3) 2 door metal storage cabinets, 64" high
    (2) assorted metal sorting racks
    (4) assorted folding tables
    (1) lightweight platform truck
    (1) metal chair w/ upholstered seat
    (2) wire mail carts
    (1) wood chair w/ upholstered seat
    (1) metal upholstered swivel armchair w/ mesh back
    (1) portable stand
    (1) Formica desk w/ over shelf
    (1) single pedestal Formica top metal desk
    (1) Formica top metal table, 72"long
    (1) Office Depot paper folder
    (1) Xerox Color C70 digital laser production printer *(leased)*
    (1) FP Postage machine *(Property of vendor)*

Contents of office consisting of:
    (2) modular work areas, each consisting of:
        (3) metal framed fabric covered office partitions; 48" x 65"high
        (1) single pedestal 2 section Formica top work area
          w/ 1- top cabinet, 1- top shelf
    (1) metal upholstered swivel armchair w/ mesh back
    (1) metal upholstered swivel armchair
    (1) 3 drawer metal lateral file cabinet
    (2) 4 drawer metal lateral file cabinets
    (1) Formica bookcase, 84" high, 6 tier

Contents of hallway consisting of:
    (6) 4 drawer metal file cabinets
    (1) 5 drawer metal file cabinet
    (3) 4 drawer metal insulated file cabinets

(1) 3 drawer metal file cabinet
(1) Husky fiberglass step ladder
(3) 4 drawer metal lateral file cabinets
(1) wood bookcase, 84" high, 6 tier
(2) wood upholstered side chairs
(1) small wood end table
(2) assorted small tables

Contents of work area consisting of:
(3)5 drawer metal lateral file cabinets
(3) 4 drawer metal lateral file cabinets

Contents of work area consisting of:
(1) single pedestal Formica desk w/ side return
(1) metal upholstered swivel armchair
(1) 5 drawer metal lateral file cabinet
(1) 2 drawer metal lateral file cabinet
(1) Formica top metal computer table

Contents of work area consisting of:
(5) assorted s drawer metal lateral file cabinets
(1) 4 drawer metal file cabinet

Contents of work area consisting of:
(1) double pedestal Formica desk
(1) metal upholstered swivel armchair
(1) 4 drawer metal file cabinet
(1) Formica bookcase, 84" high, 6 tier
(1)-Formica top metal table, 36" diameter
(1) 3 drawer metal lateral file cabinet
(1)-wood armchair w/ upholstered seat
1- Sharp electronic printing calculator with display

Contents of work area consisting of:
(1) double pedestal wood 3 section L shaped desk
(1) wood credenza w/ hutch
(1) metal upholstered swivel armchair w/ mesh back
(1) wood armchair w/ upholstered seat and back
(1) 2 drawer metal pedestal
(1) portable typing stand

Contents of office consisting of:
(1) double pedestal wood 3 section L shaped desk
(1) metal upholstered swivel arm chair w/ mesh back
(1) wood credenza, 72" long
(1) 4 drawer metal file cabinet
(1) 4 drawer metal lateral file cabinet

(1) wood armchair w/ upholstered seat and back

Contents of office consisting of:

(1) double pedestal wood desk
(1) metal upholstered swivel armchair
(1) wood armchair
(1) wood coffee table
(1) 2 drawer metal file cabinet
(1) wood bookcase, 72' high, 5 tier
(1) 4 drawer metal file cabinet

Contents of office consisting of:

(1) double pedestal Formica section L shaped desk
(1) metal upholstered swivel armchair
(1) wood armchair w/ upholstered seat and back
(1) 3 drawer metal lateral file cabinet
(1) 4 drawer metal lateral file cabinet
(1) Formica bookcase, 72" high, 4 tier
(1) wood bookcase, 48" high, 4 tier
(1) glass top metal stand
(1) Holmes fan

Contents of office consisting of:

(1) wood desk
          w/ side return
          w/ attached back credenza w/ 4 door hutch
(1) metal upholstered swivel armchair w/ mesh back
(2) 5 drawer metal file cabinets
(1) 2 drawer metal lateral file cabinet
(1) 1-table lamp w/ shade
(1) 3 drawer plastic cabinet
(1) Formica top metal table, 36" diameter
(3) wood armchairs w/ upholstered seat and back
(2) wood bookcases, 72" high, 5 tier

Contents of vault consisting of:

(12) sections of metal shelving, 8'-o high, 7 tier
(12) 4 drawer metal file cabinets
(2) 4 drawer metal insulated file cabinets
(3) 2 door metal storage cabinets, 72" high
(4) 5 drawer metal file cabinets
(1) 3 drawer metal file cabinet
(1) 3 drawer metal lateral file cabinet
(1) section of metal shelving, 6'-o high, 5 tier
(1) IBM Personal Wheel Writer 2 typewriter
(1) Formica top metal table, 5'-o long
(1) metal folding chair

Contents of computer room consisting of:
- (2) 5 tier plastic racks
- (1) Formica top metal table, 5'-0 long
- (1) metal upholstered stool
- (1) metal upholstered swivel armchair
- (1) 6'-o fiberglass step ladder
- (1) wood armchair

H.P. computer rack containing:
- (2) Dell PowerEdge R420 servers (2012), Xeon
  - Each w/ 2 Sata 500GB 7.2K HD
- (1) Comdial PC080-119.3 CPU
- (1) Dell CRT monitor
- (1) Storage unit w/ 11- SAS 450 GB15K HD
- (1) Storage unit w/ 4- EMC 071-000-508 power supply blower units
- (1) APC Smart UPS 5000 UPS

H.P. computer rack containing:
- (1) Dell PowerEdge R.420 server (2012), Xeon
  - w/ 2- SAS 300GB 5K HD
  - 2- SATA 500GB 7.2K HD
- (1) EMC storage unit w/ 6- SATA 2TB 7.2K HD
- (1) APC Smart UPS 5000 UPS

Computer rack containing:
- (2) HP ARUBA 2530-48G POE+ switches (J9772A)
- (2) Adtran Total Access 9ooe IP Gateways
- (1) Cyber Power CPS-1215RMS surge protector
- (1) H.P. Procurve 2848 (J4904A) switch
- (1 )H.P. Assoo (JG240A) switch
- (1) Trendnet TC-P24C5E patch panel
- (1) Fortinet Fortigate 200E Firewall
- (2) Trango System TrangoLink GigaPlus model GigaPlus-IDU-1
- (1)- H.P. Procurve 4108GL (J486sA) switch
  - w/ 6- H.P. Procurve 10/100-TX GL modules (J4862A)
  - 1- HP Procurve 100/1000-T GL module (J4863A)
  - 1- HP Procurve Gigabit Transceiver GL module (J4864A)
- (1) ADC Kentrox DataSmart 658
- (1) APC UPS
- (1) Cisco 4431 ISR router *(Property of Telesystem)*

Group of computer equipment consisting of:
- (4) Dell OptiPlex 3050 computer (2017), Core i5
  - w/ Dell LCD monitor
- (10) Dell OptiPlex 3070 computer (2019), Core i5
  - w/ Dell LCD monitor
- (8) Dell OptiPlex 5040 computers (2015), Core i5
  - Each w/ Dell LCD monitor
- (1) Dell OptiPlex 5060 computer (2018), Core i7

w/ Dell LCD monitor
(1) Dell OptiPlex 5040 computer, Core i5
    w/ Acer LCD machine
(7) Dell Notebook computers, Core i7
    each w/ Dell LCD monitor
(1) Viewsonic VX2250WM LED monitor (7/2011)
(1) Dell Latitude E5540 notebook computer (2013), Core i5
(4) Dell Latitude E5550 notebook computers (2014), Core i5
(2) Panasonic KX-FL511 All-In-One (2003)
(1)- Zebra P11oi ID card printer
(1) Ricoh Fax 5510L All-In-One (2002)
(1) H.P. ScanJet G4010 scanner (2008)
(1) Brother QL-1050 thermal printer (2007)
(2) H.P. LaserJet 4300DTN printers (2003)
(2) H.P. LaserJet 1018 printers (2006)
(1) H.P. LaserJet Pro MFPM130FW All-In-One (2017)
(1) ViewSonic LCD monitor
(2) assorted Dell LCD monitors
(5) Dell LCD monitors
(1) H.P. LaserJet 2030TN printer
(1) H.P. LaserJet 1536 DNF MFP All-In-One
(1) H.P. Color LaserJet Pro M479FDW All-In-One
(1) H.P. Color LaserJet Pro MFPM277DW All-In-One
(4)  H.P. LaserJet P1006 printers (2008)
(3) Epson GT-S50 scanners (2009)
(1) Brother MFC-8710DW All-In-One (2012)
(1) H.P. LaserJet P1005 printer (2008)
(3) H.P. LaserJet P1102W printers (2010)
(1) H.P. LaserJet 6L printer (1999)
(1) Brother IntelliFax 2820 facsimile machine (2007)
(3) H.P. LaserJet 6P printers (1999)
(1) H.P. LaserJet P1606DN printer (2010)
(1) Canon ImageClass MF4770N All-In-One (2012)
(1) Brother IntelliFax 2840 facsimile machine (2013)
(1) Lexmark M3250 printer (2018)
(2) H.P. LaserJet 1200 printers (2003)
(1) H.P. LaserJet 4250N printer (2005)
(2) H.P. LaserJet 4050TN printers (1999)
(1) H.P. LaserJet P2015DN printer (2007)
(1) Dymo LabelWriter 450 printer
(1) Canon ImageClass MF4350D All-In-One (2008)
(1) H.P. LaserJet 1320N printer (2004)
(1) H.P. LaserJet Pro 400 M401N printer (2012)
(3) H.P. LaserJet 1160 printers (2005)
(1) Brother IntelliFax 2940 facsimile machine (2013)
(1) H.P. LaserJet P2015D printer (2007)
(1) OCE model TDS100 wide format copier 40"
(1) H.P. DesignJet 510 (CH337A) color plotter (2009) 42" wide format
(1) Graphtec model IS200-11eN-Pro monochrome scanner 42" wide format

Telephone system consisting of:
      (38) Yealink model SIP-T53 VoIP telephones
      (1) Yealink model CP920 HD IP conference phone
      (1) Yealink model CP960 HD IP conference phone w/ CP wireless expansion mic

**Located at: 631 Market Street, Camden, NJ**
**3rd Floor**

Contents of area consisting of:
>    (2) metal upholstered armchairs
>    (1) glass top metal end table

Contents of conference room consisting of:
>    (1) 5 section wood conference table
>    (40) wood armchairs w/ upholstered seats and backs
>    (4) wood console tables, 16" x 52" w/ glass tops
>    (1) portable Formica podium w/ microphone

Group of equipment consisting of:
>    (1) Sharp model LC-80LE650U, 80" Aquos HD Series LED TV
>>        w/ wall mount
>>        w/ 2- QSC speakers
>    (1) Pair of QSC Klo.2 10" 2-way active loudspeakers w/ stands
>    (1) QSC TouchMix-8 digital mixer
>    (1) Road case containing;
>>        (1) Furman M-8X2 outlet power conditioner
>>        (1) Shure UA844+SWB antenna power distribution system
>>        (4) Shure SLX4 wireless receivers w/ microphones
>>        (1) lightweight platform truck

Contents of room consisting of:
>    (2) metal upholstered armchairs
>    (2) wood armchairs w/ upholstered seat and back
>    (1) wood end table, 24" diameter w/ glass top
>    (1) table lamp w/ shade
>    (1) upholstered armchair
>    (1) wood upholstered swivel armchair
>    (1) metal upholstered swivel armchair

Contents of hallway consisting of:
>    (2) 2 door metal storage cabinets, 72" high
>    (1) 4 drawer metal lateral file cabinet
>    (1) 5 drawer metal lateral file cabinet
>    (1) metal garment rack
>    (1) Cardiac Science defibrillator w/ wall mounted cabinet
>    (1) wood bookcase, 48" high, 3 tier

Contents of office consisting of:
>    (1) L shape modular desk
>>        w/ (2) top cabinets, (2) top shelves, (1) 3 drawer metal pedestal (1) 2 drawer metal file
>>        cabinet w/ metal framed fabric covered office partition
>    (1) metal upholstered swivel arm chair
>    (1) metal armchair w/ upholstered seat and back
>    (1) metal bookcase, 30" high, 2 tier
>    (4) 5 drawer metal lateral file cabinets

(1) 4 drawer metal lateral file cabinet
(1) single door top cabinet

Contents of office consisting of:
    (1) double pedestal wood desk w/ glass top
        w/ double pedestal wood credenza w/ 4 door hutch
    (1) metal upholstered swivel armchair
    (1) wood table, 42" diameter w/ glass top
    (4) wood arm chairs w/ upholstered seat, arm, and back
    (1) wood bookcase, 72" high, 6 tier
    (1) wood arm chair w/ upholstered seat and back
    (1) wood table 18x24
    (1) Ativa 141C paper shredder

Contents of office consisting of:
    (1) double pedestal wood desk
    (1) wood upholstered swivel armchair
    (2) wood armchairs w/ upholstered seat, arm, and back
    (3) wood bookcases, 48" high, 4 tier
    (2) wood end tables
    (1) table lamp w/ shade

Contents of room consisting of:
    (1) double pedestal Formica desk
    (1) Formica credenza
    (2) wood armchairs w/ upholstered seat and back
    (1) 4 drawer metal file cabinet
    (1) wood console table
    (1) wood bookcase, 72" high, 5 tier
    (1) small end table
    (1) 2 door metal storage cabinet, 72" high
    (1) metal garment rack

Contents of office consisting of:
    (1) single pedestal wood desk w/ side return
    (1) metal upholstered swivel armchair
    (1) wood credenza w/ hutch
    (1) wood end table
    (1) table lamp w/ shade
    (1) wood bookcase w/ bottom 2 door cabinet, 72"high
    (1) 2 drawer metal file cabinet
    (2) wood armchairs w/ upholstered seat, arms and back

Contents of office consisting of:
    (1) single pedestal Formica desk w/ side return 1
    (1) metal upholstered swivel armchair
    (2) wood armchairs w/ upholstered seat and back
    (1) 2 door wood cabinet, 32" high
    (1) 5 drawer metal lateral file cabinet

(1) white wipe-off board
(1) corkboard
(1) 5 drawer metal file cabinet
(1) double pedestal wood desk
(1) wood bookcase, 72" high, 5 tier

Contents of room consisting of:
(1) 5 tier plastic rack
(1) 2 door metal storage cabinet, 72" high
(1) step ladder
(1) portable typing stand
(1) 6' folding table
(1) Ricoh IM C3000 color laser multifunction printer ***(leased)***

Contents of hallway consisting of:
(1) 2 tier wood console table
(1) wood console table
(1) 2 section wood bookcase, 30" high, 2 tier
(1) Formica bookcase, 36" high, 3 tier
(1) 2 section wood bookcase, 72" high. 5 tier
(1) Formica bookcase, 84"high, 5 tier
(3) wood bookcase, 52" high, 3 & 4 tier
(1) wood end table
(1) 2 drawer metal file cabinet
(1) 3 drawer metal lateral file cabinet
(1) wood bookcase, 72" high, 5 tier

Contents of work area consisting of:
(1) double pedestal Formica desk
(2) assorted metal upholstered swivel armchairs
(1) metal upholstered armchair
(1) wood end table
(1) 4 drawer metal lateral file cabinet
(1) 4 drawer metal file cabinet
(1) portable typing stand
(1) 2 drawer metal lateral file cabinet w/ Formica top
(1) Formica bookcase, 42" high, 3 tier
(1) metal coat tree
(1) single pedestal Formica desk w/ side return
(1) lightweight platform truck
(2) Formica bookcases, 84" high, 5 & 7 tier
(1) wood bookcase, 48" high, 4 tier
(1) wood armchair w/ upholstered seat and back

Contents of work area consisting of:
(1) wood armchair w/ upholstered seat and back
(1) metal upholstered arm chair
(1) 4 drawer metal lateral file cabinet
(1) Formica top metal table, 42" diameter

(1) Keurig coffee maker
(1) wood bookcase, 72" high, 5 tier
(1) wire rack, 48" high, 4 tier
(1) wood bookcase, 32" high, 3 tier

Contents of work area consisting of:
(1) metal upholstered swivel armchair
(2) lightweight platform trucks
(1) wood bookcase, 48" high, 4 tier
(1) table lamp
(1) wood 3 door cabinet, 32"high
(1) 4 drawer metal file cabinet
(1) group of plastic storage containers

Contents of work area consisting of:
(1) double pedestal Formica desk
(1) metal upholstered swivel chair
(2) Formica tables
(1) metal upholstered armchair
(1) 4 drawer metal lateral file cabinet
(1) tower fan

Contents of work area consisting of:
(1) single pedestal Formica top wood desk w/ side return
(1) metal upholstered swivel armchair
(1) 4 drawer metal lateral file cabinet
(1) 3 drawer metal lateral file cabinet
(1) Formica bookcase, 42" high, 3 tier
(1) Formica bookcase, 36" high, 2 tier

Contents of work area consisting of:
(1) metal upholstered swivel chair
(1) wood armchair w/ upholstered seat and back
(3) 4 drawer metal file cabinets
(1) box fan
(1) group of plastic storage bins

Contents of work area consisting of:
(1) single pedestal Formica top metal desk w/ side return
(2) wood armchairs w/ upholstered seat and back
(1) Formica top metal console table
(1) Formica bookcase, 60" high, 4 tier

Contents of office consisting of:
(1) single pedestal wood desk w/ side return
(1) metal upholstered swivel armchair
(1) double pedestal wood credenza, 72"long
(1) upholstered arm chair
(1) table lamp w/ shade
(1) wood bookcase, 48"high, 4 tier
(1) small 3 tier stand

Contents of office consisting of:
    (2) Formica top metal tables, 36" x 36"
    (6) wood armchairs w/ upholstered seat and backs
    (1) metal upholstered swivel armchair
    (1) portable metal garment rack
    (2) 5 tier plastic racks
    (1) wood table
    (1) double pedestal wood credenza
    (1) group of assorted decorations

Contents of office consisting of:
    (1) single pedestal Formica desk w/ side return
    (1) metal upholstered swivel armchair
    (1) Formica bookcase, 72" high, 6 tier
    (1) Formica bookcase, 48" high, 4 tier

Contents of room consisting of:
    (6) 4 drawer metal file cabinets
    (1) metal upholstered swivel chair
    (1) wood armchair w/ upholstered seat and back
    (1) single pedestal Formica top metal desk 24" x 36"
    (1) 3 drawer metal pedestal
    (1) Fellowes PS-79Ci paper shredder

Contents of room consisting of:
    (2) upholstered armchairs
    (2) wood armchairs w/ upholstered seat and back
    (1) Formica computer table
    (1) table lamp w/ shade
    (1) wood bookcase, 36"high, 3 tier

Contents of work area consisting of:
    (1) single pedestal wood desk w/ side return w/ hutch
    (1) metal upholstered swivel armchair
    (1) small wood end table
    (2) wood armchairs w/ upholstered seat and back
    (2) 4 drawer metal file cabinets
    (1) wood coat tree
    (1) 3 tier wood cart
    (3) wood bookcases, 48" high, 3 & 4 tier
    (1) wood bookcase, 60" high, 5 tier
    (1) 2 door metal storage cabinet, 72" high

Contents of office consisting of:
    (1) single pedestal wood desk w/ side return
    (1) metal upholstered swivel armchair, mesh back
    (2) desk lamps w/ shades
    (1) upholstered armchair
    (2) assorted wood end tables
    (1) wood bookcase, 72" high w/ bottom storage

Contents of office consisting of:
      (1) single pedestal Formica desk w/ side return
      (1) metal upholstered swivel armchair w/ mesh back
      (1) 2 drawer metal file cabinet
      (1) wood armchair w/ upholstered seat and back
      (1) wood bookcase, 72'high, 5 tier
      (1) 2 drawer Formica lateral file cabinet
      (1) table lamp w/ shade
      (1) Lakewood electric radiator
      (1) Honeywell air cleaner
      (1) Staples paper shredder

Contents of office consisting of:
      (1) single pedestal Formica desk w/ side return
      (1) metal upholstered swivel armchair
      (2) wood armchairs w/ upholstered seat and back
      (1) wood console table
      (2) assorted Formica bookcases, 72"high, 5 & 6 tier
      (1) Formica bookcase, 30" high, 2 tier
      (2) metal bookcases, 36" high, 3 tier

Contents of office consisting of:
      (1) double pedestal wood desk
      (1) metal upholstered swivel armchair
      (3) assorted wood bookcases, 72" high, 5 tier
      (1) electric heater
      (1) small wood end table
      (1) wood table, 30" diameter
      (1) floor lamp w/ shade
      (2) wood armchairs w/ upholstered seat and back
      (1) tower fan
      (1) Honeywell heater
      (1) wood credenza

Contents of work area consisting of:
      (1) single pedestal Formica top metal desk
      (1) metal upholstered swivel armchair
      (1) 4 drawer metal file cabinet
      (1) Formica top folding table
      (1) metal bookcase, 36" high, 3 tier
      (1) world globe
      (1) Canon Microfilm Scanner 350 II, s/n  DZ300002
      w/ roll/fiche carrier 200 (not connected)

**Located at: 631 Market Street, Camden, NJ**
**5th Floor**

Contents reception area consisting of:
>   (1) upholstered armchair
>   (1) small wood plant stand
>   (1) wood and glass display case, 72" high, 4 tier
>   (2) assorted wood end tables
>   (1) wood coat tree
>   (1) wood podium
>   (1) table lamp w/ shade
>   (1) upholstered sofa
>   (1) wood coffee table
>   (1) torchiere
>   (1) wood bookcase, 36" high, 3 tier
>   (1) framed picture
>   (1) Bishop's crozier

Contents of work area consisting of:
>   (1) metal upholstered swivel armchair
>   (3) 3 drawer metal lateral file cabinets
>   (4) 2 drawer metal lateral file cabinets
>   (1) wood bookcase, 48" high, 4 tier

Contents of office consisting of:
>   (1) double pedestal wood
>   (3) section L shaped desk w/ hutch
>   (1) metal upholstered swivel armchair
>   (1) wood bookcase, 48"high, 4 tier
>   (1) 3 drawer metal lateral file cabinet
>   (1) upholstered armchair

Contents of room consisting of:
>   (5) 3 drawer metal lateral file cabinets
>   (1) Fellowes C-480 crosscut paper shredder
>   (1) Formica top metal table, 36" diameter
>   (1) Panasonic KX-30P electric 3-hole paper punch
>   (1) Ricoh C6ooo color laser multifunction printer **(leased)**

Contents of hallway consisting of:
>   (1) 3 drawer metal lateral file cabinet
>   (1) 4 drawer metal lateral file cabinet
>   (1) 5 drawer metal lateral file cabinet
>   (1) small Formica stand

Contents of conference room consisting of:
>   (1) Formica conference table 46" x 120"
>   (11) wood armchairs w/ upholstered seat and back
>   (1) small wood end table
>   (1) 3 drawer metal lateral file cabinet
>   (1) wood armchair w/ upholstered seat, arm and back

(2) assorted framed pictures

Contents of office consisting of:
(1) single pedestal wood desk w/ side return
(1) metal upholstered swivel armchair
(1) upholstered armchair
(2) wood armchairs w/ upholstered seat, arm and back
(1) 2 door Formica cabinet, 66" high
(1) wood bookcase, 48" high, 4 tier

Contents of office consisting of:
(1) single pedestal Formica desk
         w/ front shelf/cubby
         w/ side return
(1) single pedestal Formica credenza w/ 4 door hutch
(1) metal upholstered swivel armchair
(1) upholstered armchair
(1) 3 drawer metal lateral file cabinet
(1) framed wall mirror
(1) floor lamp w/ shade

Contents of office consisting of:
(1) single pedestal wood desk w/ side return
(3) assorted 4 drawer metal lateral file cabinets
(1) 5 drawer metal lateral file cabinet
(1) wood armchair w/ upholstered seat, arms, and back
(1) small wood end table
(1) Formica bookcase, 65"high, 5 tier

Contents of office consisting of:
(1) double pedestal wood desk w/ glass top
(1) single pedestal wood desk
(1) Formica end table
(1) wood upholstered swivel armchair
(2) drawer wood lateral file cabinet
(2) wood bookcases, 72" high w/ bottom 2 door storage
(1) upholstered sofa w/ throw pillows
(1) wood end table
(1) wood coffee table
(1) plant stand
(1) wood console table
(2) table lamps w/ shades
(2) wood armchairs w/ cloth upholstered seat, arms, and back
(2) wood armchairs w/ upholstered seat and back

Contents of hallway consisting of:
(1) wood console table
(1) table lamp w/ shade
(2) wood armchairs w/ upholstered seat, arms, and back
(1) wood bookcase, 48" high, 3 tier
(1) wood credenza w/ Sanyo single door refrigerator
(1) Angelus Bell and Stained Glass from the Second Chancery Building of Diocese of

Camden, 1941-1971 (stained glass, each 14" x 30")

Contents of office consisting of:
  (1) wood table, 36" x 72"
  (5) wood armchairs w/ upholstered seat and back
  (1) wood pedestal, 20" diameter x 20" high
  (1) wood bookcase, 60" high, 5 tier
  (1) small wood stand
  (1) wood bookcase, 42" high, 3 tier
  (1) Samsung, 32" LCD television w/ wall mount

Contents of office consisting of:
  (1) double pedestal wood desk
  (1) double pedestal wood credenza
  (1) 2 drawer wood lateral file cabinet
  (1) metal upholstered swivel armchair
  (6) wood armchairs w/ upholstered seat, arms, and back
  (1) wood table, 36" x 72"
  (1) wood and glass single door display case, 29" high x 48"long 2 tiers
  (1) Pelonis electric radiator

Contents of room consisting of:
  (1) 2 drawer metal lateral file cabinet
  (1) 4 drawer wood lateral file cabinet
  (2) 5 drawer metal file cabinets
  (1) 5 drawer metal lateral file cabinet

Contents of office consisting of:
  (1) double pedestal Formica top wood desk w/ matching credenza
  (1) 2 drawer wood lateral file cabinet
  (1) metal upholstered swivel armchair
  (1) wood armchairs w/ upholstered seat, arms, and back
  (1) small wood table w/ drawer
  (1) Formica top metal table, 42" diameter
  (2) wood armchairs w/ upholstered seat and back
  (1) Formica bookcase, 60" high, 5 tier
  (1) 3 section wall unit/bookcase, 72" high

Contents of private dining room consisting of:
  (1) wood table, 42" x 83"
  (1) wood credenza, 72" long
  (8) upholstered chairs
  (1) upholstered armchair
  (2) assorted framed pictures
  (1) table lamp w/ shade
  (1) wood cabinet

Contents of kitchen area consisting of:
  (1) Formica top metal table, 30" x 72" long
  (1) 3 tier plastic cart
  (1) Magic Chef microwave oven w/ stand
  (1) Oster toaster oven

(1) Newco 3 burner coffee maker
(1) GE 2 door refrigerator/freezer
(1) Sharp Platinum Collection microwave oven
(1) Frigidaire single oven electric range
(1) Oster toaster
(2) Assorted snack and drink vending machines *(property of the vendor)*

Contents of dining area consisting of:
(1) Formica top metal table, 30" x 72"
(2) assorted framed pictures
(1) Magic Chef microwave oven w/ portable Formica stand
(9) Formica top metal tables, 60" diameter
(54) Artcobell 4 leg stacking chairs
(1) upholstered sofa
(1) wood end table
(1) table lamp w/ shade
(2) plant stands
(1) wood bench
(1) Schuerman Spinet upright piano w/ wood bench
(1) wood frame wall mirror
(1) combination white wipe-off/corkboard

**Located at: 631 Market Street, Camden, NJ**
**Cemetery Administration**

Contents of Blue Supplies Truck (2008 Ford F350) consisting of:
   (15) screwdrivers
   (5) wrenches
   (122) socket set
   (3) pry bar
   (2) tape measure
   (2) hammer
   (1) hacksaw
   (1) grease gun
   (2) snips
   (1) pipe cutter
   (2) wire brush
   (1) shop towels
   (1) hand cleaner
   (1) zip ties
   (1) grease fittings
   (1) fuses
   (1) jumper cables
   nuts, bolts, screws

**Located at: 15 North 7th Street, Camden, NJ**

Contents of room consisting of:
- (1) double pedestal Formica top metal desk
- (1) wood upholstered swivel armchair
- (2) wood armchairs w/ upholstered seat, arms and seat
- (1) Canon electronic printing calculator with display
- (1) plant stand/pedestal
- (1) portable typing stand
- (1) paper shredder, no name visible
- (2) 5 drawer metal lateral file cabinets
- (1) 3 drawer metal lateral file cabinet
- (1) formica bookcase, 30" high, 2 tier
- (1) metal garment rack
- (1) Ricoh IM C3000 color laser multifunction printer *(leased)*

Contents of work area consisting of:
- (1) double pedestal wood desk
- (1) metal upholstered swivel armchair
- (1) 4 drawer metal lateral file cabinet
- (1) portable Formica top metal table
- (1) metal upholstered swivel chair
- (1) plastic top folding table, 5'-o long
- (1) wood end table
- (1) 4 tier plastic rack
- (1) 4 drawer metal file cabinet

Contents of office consisting of:
- (1) double pedestal wood desk
- (1) wood credenza
- (1) metal upholstered swivel armchair
- (1) stacking chair
- (1) wood upholstered armchair
- (1) 4 drawer metal lateral file cabinet
- (1) Formica bookcase, 42" high, 3 tier
- (1) SAi electric radiator
- (1) Formica top console table

Contents of office consisting of:
- (1) single pedestal Formica top wood desk w/ side return
- (1) metal upholstered swivel armchair
- (1) wood credenza
- (1) wood upholstered armchair
- (1) wood armchair w/ upholstered seat, arms and back
- (1) 2 drawer metal lateral file cabinet w/ Formica top

Contents of office consisting of:
- (1) double pedestal wood desk
- (2) wood credenzas

(1) metal upholstered swivel armchair
(2) wood bookcases, 62" high, 5 tier
(1) wood table
(3) wood armchairs w/ upholstered seat and back
(1) table lamp w/ shade
(1) floor lamp w/ shade
(1) Holmes electric heater

Contents consisting of:
(1) single pedestal wood desk w/ side return
(1) metal upholstered swivel armchair
(2) wood armchairs w/ upholstered seat and back
(1) wood credenza/ 4 drawer lateral file cabinet
(1) wood bookcase, 72" high, 6 tier
(1) portable printer stand

Contents of room consisting of:
(5) 5 drawer metal lateral file cabinets

Contents of office consisting of:
(1) double pedestal wood desk
(1) metal upholstered swivel armchair
(2) wood armchairs w/ upholstered seat and back
(1) 2 door metal storage cabinet, 42" high
(1) 4 drawer metal lateral file cabinet
(1) Honeywell electric heater
(1) white wipe-off board
(1) bookcase, 36" high, 3 tier

Contents of office consisting of:
(1) single pedestal wood desk w/ side return
(1) metal upholstered swivel armchair
(2) wood upholstered armchairs
(1) 4 drawer metal file cabinet

Contents of room consisting of:
(4) sections of metal shelving, 5 tier
(1) 6 step metal safety ladder
(4) sections of metal shelving, 6 tier
(1) Oster microwave oven
(1) Black & Deck toaster oven
(1) single door office refrigerator
(2) projection screens

Contents of conference room consisting of:
(1) wood conference table, 47 ½" x 118 ½"
(10) assorted metal upholstered swivel armchairs
(1) metal upholstered swivel armchair w/ mesh back
(1) metal upholstered swivel arm chair, high back
(1) wood end table
(2) wood bookcases, 84"high, 6 tier

(2) metal folding chair

Contents of office consisting of:
  (1) 3 section L shaped Formica top modular desk
    w/ (1) 3 drawer pedestal (1) 2 drawer pedestal
    w/ (5) top cabinets
  (1) metal upholstered swivel armchair
  (1) Canon electronic printing calculator with display
  (1) wood end table
  (1) 2 drawer metal lateral file cabinet
    w/ Formica top

Contents of office consisting of:
  (1) single pedestal wood desk
  (1) metal upholstered swivel armchair w/ mesh back
  (1) 4 drawer metal lateral file cabinet
  (1) 3 drawer metal file cabinet
  (1) 3 section wood L shape desk w/ 3- 2 drawer pedestals
  (1) metal upholstered swivel armchair

Contents of office consisting of:
  (1) double pedestal 3 section L shape desk
  (1) metal upholstered swivel armchair
  (2) wood armchairs w/ upholstered seat and back
  (1) portable Formica stand
  (1) Formica bookcase, 48" high, 4 tier

Contents of room consisting of:
  (2) 4 drawer metal file cabinets
  (1) 2 door wood cabinet, 30" high
  (1) 2 drawer metal lateral file cabinet w/ top 2 door cabinet
  (1) 4 drawer metal lateral file cabinet w/ Formica top
  (2) 6 drawer metal cabinets w/ Formica tops
  (1) 3 drawer metal file cabinet

Contents of room consisting of:
  (2) assorted metal upholstered swivel armchairs
  (1) Sai electric radiator
  (2) wood credenzas
  (1) lightweight platform truck
  (1) table lamp w/ shade
  (1) metal upholstered arm chair
  (1) formica kitchen counter w/ 4 door wood base
  (1) portable typing stand
  (1) Sunbeam microwave oven

Contents of room consisting of:
  (1) 2 drawer wood lateral file cabinet w/ woodwork surface
  (1) wood table w/ storage base
  (2) sections of metal shelving, 6 tier
  (1) Xerox WorkCentre 7556 multifunction printer *(leased)*

Contents of room consisting of:
      (1) metal upholstered swivel armchair
      (1) small Formica top metal student desk
      (1) Martin Yale P7200 table-top paper folding machine

Contents of office consisting of:
      (1) double pedestal wood desk
      (1) plastic stacking chair
      (3) assorted metal upholstered swivel armchairs
      (1) metal upholstered chair
      (1) 3 drawer plastic cabinet

Contents of office consisting of:
      (1) single pedestal Formica desk
      (1) portable Formica computer stand
      (1) metal upholstered swivel armchair
      (2) wood armchairs w/ upholstered seat and back
      (2) 4 drawer metal file cabinets

Contents of room consisting of:
      (2) folding tables, 8'-o long
      (1) metal upholstered swivel armchair
      (1) 2 section wood bookcase, 84" high, s tier
      (1) Formica bookcase, 72" high, 4 tier
      (1) Formica bookcase, 30" high, 2 tier
      (1) Xerox Color C70 printer **(leased)**

**Located at: 15 North 7th Street, Camden, NJ**
**2nd Floor**

Contents of hallway consisting of:
    (1) Ricoh IM C3000 color laser multi-function printer

Contents of office area consisting of:
    (2) wood armchairs
    (1) wood end table
    (2) modular work areas, each consisting of:
        (5) metal framed fabric covered office partitions
        (2) 2 section L shape Formica top work surface
            w/ 2- assorted metal pedestals
    (8) 5 drawer metal file cabinets
    (1) 4 drawer metal file cabinet
    (1) metal upholstered swivel armchair
    (1) Formica printer stand
    (1) folding table, 3'-0 long

Contents of office consisting of:
    (1) single pedestal Formica desk w/ side return
        w/ 2 drawer pedestal
    (1) metal upholstered swivel armchair
    (1) Formica bookcase, 48" high, 3 tier
    (2) wood armchairs w/ upholstered seat and back
    (1) wood bookcase, 72"high, 5 tier
    (1) 5 drawer metal file cabinet
    (1) 5 drawer metal lateral file cabinet
    (1) white wipe-off board
    (1) Lasko fan

Contents of office consisting of:
    (1) double pedestal wood desk
    (1) metal upholstered swivel armchair
    (2) wood armchairs w/ upholstered seat, arms, and back
    (1) Formica bookcase, 48" high, 3 tier
    (1) 4 drawer metal file cabinet
    (1) 5 drawer metal file cabinet
    (1) Formica top metal stand
    (1) Lakewood electric radiator

Contents of office consisting of:
    (1) single pedestal Formica top metal desk w/ side return
    (1) metal upholstered swivel armchair w/ mesh back
    (2) wood armchairs w/ upholstered seat and back
    (1) wood bookcase, 48" high, 3 tier
    (1) 5 drawer metal file cabinet
    (1) 4 drawer metal file cabinet
    (1) table lamp w/ shade
    (1) floor lamp w/ shade

Contents of office consisting of:

      1- double pedestal Formica desk
      1- metal upholstered swivel arm chair
      1- Formica top metal table, 72" long
      1- Formica bookcase, 72" high, 5 tier
      1- Formica bookcase, 42" high, 3 tier
      1- 4 drawer metal file cabinet
      1- wood armchair w/ upholstered seat and back
      1- electric heater

Contents of room consisting of:

      1-formica top metal table, 48" diameter
      3- wood armchairs w/ upholstered seat and back
      2- metal upholstered swivel armchairs
      3- 5 drawer metal file cabinets
      3- Formica bookcases, 48" high, 3 & 4 tier
      1- plastic top folding table
      1- Xerox XRX-24S paper shredder

Contents of work area consisting of:

      (1) double pedestal Formica desk
      (1) metal table
      (1) metal upholstered swivel chair
      (1) metal upholstered swivel armchair
      (1) Formica top metal computer table
      (1) electric heater
      (1) wood credenza
      (1) 2 door metal storage cabinet, 72" high
      (1) wood bookcase, 84" high, 7 tier
      (2) white wicker chairs w/ 1- ottoman
      (2) assorted wood chairs
      (1) portable plastic and metal equipment cart
      (3) sections of assorted multi-tier metal racks

Contents of office consisting of:

      (1) double pedestal Formica top wood desk
      (1) metal upholstered swivel armchair
      (1) wood armchair
      (1) metal upholstered chair
      (1) 2 door metal storage cabinet, 72" high
      (1) 1typing stand
      (2) 2 drawer metal lateral file cabinets, each w/ top cabinet

Contents of office consisting of:

      (1) single pedestal Formica top metal desk w/ side return
      (1) metal upholstered swivel armchair
      (1) Formica top metal corner table
      (2) wood armchairs
      (3) 4 drawer metal file cabinets
      (1) 5 drawer metal cabinet

Contents of office consisting of:

(1) double pedestal L shape wood desk
(1) metal upholstered swivel armchair
(1) wood armchair w/ upholstered seat and back
(1) wood armchair w/ upholstered seat, arms, and back
(1) 2 door metal storage cabinet, 32" high
(1) 4 drawer metal lateral file cabinet
(1)- electric heater
(1) Royal crosscut paper shredder
(1) Canon electronic printing calculator with display
(1) 3 drawer metal lateral file cabinet
(1)- Victor 2 drawer metal insulated file cabinet
(3) 3 tier wood barrister bookcases

Contents of office consisting of:
(1) single pedestal Formica top metal desk w/ side return
(1) metal upholstered swivel armchair
(3) wood armchairs
(1) Formica top metal corner table
(1) table lamp w/ shade
(1) wood chair
(1) metal table
(1) 5 drawer metal file cabinet
(1) metal bookcase, 36"high, 3 tier
(1) small metal stand
(1) upholstered armchair
(1) 3 tier wood barrister bookcase
(1) wood bookcase, 60" high, s tier

Contents of conference room consisting of:
(7) wood armchairs w/ upholstered seat and back
(1) Formica top conference table, 36" x 144"
(1) Formica conference table, 35 ½" x 71 ½"
(2) wood armchairs w/ cloth upholstered seat and back
(1) metal upholstered chair
(1) wood armchair
(5) wood bookcases, 84"high, 7 tier
(1) Emerson 2 door refrigerator/freezer
(1) small metal table

Contents of office area consisting of:
(1) 5 drawer metal cabinet
(1) 5 drawer metal file cabinet
(10) 4 drawer metal file cabinets
(1) metal coat tree
(3) assorted metal upholstered swivel armchairs
(1) 2 drawer Formica lateral file cabinet
(1) Formica top metal computer table
(1) electric heater
(1) 2 drawer metal lateral file cabinet
(1) electric radiator
(1) modular work area
       w/ metal framed fabric covered office partition

       w/ L shape Formica work surface w/ pedestal
(1) 2 station modular work area
       w/ metal framed fabric covered office partition
       w/ 2- L shape Formica top work surfaces w/ pedestals
(2) 2 drawer metal file cabinets
(1) wire rack, 4 tier
(1) wood chair w/ upholstered seat

Contents of office consisting of:
      (1) single pedestal wood desk w/ side return
      (1) metal upholstered swivel armchair
      (1) 4 drawer metal file cabinet
      (1) electric radiator
      (2) assorted metal upholstered armchairs
      (1) wood armchair

Contents of office consisting of:
      (1) double pedestal Formica desk
      (1) metal upholstered swivel armchair
      (1) wood armchair w/ upholstered seat and back
      (2) wood armchairs w/upholstered seat, arms and back
      (2) 4 drawer metal file cabinets
      (1) 2 door wood cabinet, 36" high
      (1) Formica bookcase, 52" high, 4 tier
      (1) double pedestal Formica top wood credenza

Contents of office consisting of:
      (1) double pedestal Formica top wood desk
      (1) metal upholstered swivel armchair
      (1) wood armchair
      (1) Formica bookcase, 36"high, 4 tier
      (2) 4 drawer metal file cabinets
      (1) single pedestal Formica desk
      (1) wood armchair w/ upholstered seat, arms, and back

**Located at: 15 North 7th Street, Camden, NJ**
**3rd Floor**

Contents of room consisting of:
>    (1) single pedestal Formica desk w/ side return
>        w/ 4 door hutch
>    (1) metal upholstered swivel armchair
>    (2) metal upholstered armchairs
>    (1) floor table lamp w/ shade
>    (1) metal armchair w/ upholstered seat and back
>    (1) 4 drawer metal lateral file cabinet
>    (1) Formica bookcase, 72" high, 5 tier
>    (1) Formica cabinet, 32" high

Contents of office consisting of:
>    (1) double pedestal wood desk
>    (1) metal upholstered swivel armchair
>    (1) Formica top metal table, 48" diameter
>    (5) wood armchairs w/ upholstered seat and back
>    (1) wood bookcase, 72"high, 5 tier
>    (1) 3 drawer metal lateral file cabinet
>    (2) assorted wood end tables
>    (1) table lamp w/ shade
>    (2) upholstered armchairs
>    (1) pair of wood bookcases, 72" high, 5 tier
>    (1) floor lamp w/ shade
>    (1) 4 drawer metal file cabinet
>    (1) 2 drawer metal file cabinet
>    (1) towerfan

Contents of office consisting of:
>    (1) double pedestal Formica desk
>    (1) Formica top wood end table
>    (1) metal upholstered swivel armchair
>    (4) assorted wood armchairs w/ upholstered seat and back
>    (1) 4 drawer metal file cabinet
>    (1) Formica top metal table, 36" diameter
>    (1) floor lamp w/ glass shade
>    (1) combination white/corkboard
>    (1) wood bookcase, 66" high, 5 tier
>    (1) wood bookcase, 6o"high, 5 tier
>    (1) plant stand

Contents of office consisting of:
>    (1) single pedestal wood desk w/ side return
>    (1) 2 drawer Formica lateral file cabinet

Contents of office consisting of:
>    (1) Formica bookcase, 48"high, 3 tier
>    (1) wood credenza, w/ 2 tier hutch

Contents of office consisting of:
    (1) metal bookcase, 48" high, 3 tier
    (1) wood 12 bin cubby
    (1) wood bookcase, 42" high, 3 tier
    (1) wood end table

Contents of room consisting of:
    (1) Formica top metal table, 48" diameter
    (6) wood armchairs w/ upholstered seat and back
    (1) wood credenza
    (5) metal folding chairs

Contents of office consisting of:
    (1) single pedestal Formica desk w/ side return
    (1) metal upholstered swivel armchair
    (1) wood armchair w/upholstered seat and back
    (1) 3 drawer metal lateral file cabinet
    (1) floor lamp w/ shade
    (1) Formica top metal table

Contents of office consisting of:
    (1) double pedestal wood desk
    (1) wood credenza
    (2) assorted metal upholstered swivel armchairs
    (1) Formica top metal table
    (2) Formica bookcases, 72"high, 5 tier
    (2) wood armchairs w/ upholstered seat and back
    (1) Formica top metal table, 36" diameter
    (1) table lamp w/ shade

Contents of office consisting of:
    (1) single pedestal wood desk w/ side return
    (1) metal upholstered swivel chair
    (1) Formica bookcase, 72" high, 5 tier
    (1) wood bookcase, 36" high, 3 tier
    (1) wood armchair w/ upholstered seat and back
    (1) 4 drawer metal lateral file cabinet

Contents of office consisting of:
    (1) double pedestal wood desk
    (2) metal upholstered swivel chairs
    (1) single pedestal desk return
    (1) 4 drawer metal lateral file cabinet
    (1) wood bookcase, 48"high, 3 tier
    (1) wood credenza
    (1) wood armchair w/ upholstered seat and back
    (1) Formica bookcase, 72" high, 5 tier
    (1) Lasko tower fan

Contents of office consisting of:
    (1) single pedestal Formica desk w/ side return
    (1) metal upholstered swivel armchair

(1) Formica bookcase, 48" high, 4 tier
(1) wood side table

Contents of office consisting of:
(1) single pedestal Formica desk w/ side return
(1) metal upholstered swivel armchair
(1)  3 panel room partition
(3) Formica bookcases, 84" high, 6 tier
(1) wood armchair w/ upholstered seat and back
(1) folding table, 6'-o long

Contents of consisting of:
(1) double pedestal Formica desk
(1) 3 drawer metal pedestal
(1) metal upholstered swivel armchair
(1) 4 drawer metal file cabinet
(1) metal upholstered chair
(1) wood end table

Contents of office consisting of:
(1) single pedestal Formica desk
(1) 2 drawer metal file cabinet
(1) metal upholstered swivel armchair
(1) Formica bookcase, 52" high, 4 tier
(2) wood armchairs w/ upholstered seat
(1) Formica bookcase, 3o"high, 2 tier
(1) 2 step ladder
(1) Formica bookcase, 36" high, 3 tier
(1) 4 drawer metal lateral file cabinet

Contents of office consisting of:
(1) single pedestal Formica desk w/ side return
(1) metal upholstered swivel armchair
(1) 3 drawer metal lateral file cabinet
(2) wood armchairs w/ upholstered seat and back
(1) wood end table
(1) table lamp w/ shade
(1) oscillating table fan
(1) Formica bookcase, 72"high, 5 tier

Contents of break room consisting of:
(10) wood tables, 28" x 45"
(35) wood chairs
(1) wood credenza
(1) 3 tier cart
(1) coffee maker
(1) wood table
(1) wood corner stand
(3) assorted Formica bookcases
(6) wood upholstered stools
(3) wood high top tables, 23 ½ x 31 ½
Soda vending machine *(Property of the vendor)*

Ricoh IM C6ooo color laser multifunction printer *(leased)*

Contents of kitchen consisting of:
    (1) Amana model ASD2522WRW06 side by side refrigerator/freezer
    (1) Hamilton Beach toaster oven
    (1) G.E. microwave oven
    (1) 3 tier metal cart

Contents of room consisting of:
    (1) 3 tier cart
    (1) wood credenza
    (1) table lamp w/ shade
    (6) metal folding chairs
    (1) Formica top metal table, 48" diameter
    (3) metal armchairs w/ upholstered seat and back
    (2) metal upholstered chairs
    (2) wood armchairs w/ upholstered seat and back
    (1) Lasko tower fan

Contents of office consisting of:
    (1) single pedestal Formica desk w/ side return
    (2) assorted metal upholstered swivel armchairs
    (1) upholstered armchair
    (1) wood credenza/4 drawer lateral file cabinet
    (1) 2 section wood bookcase, 82" high, 6 tier
    (1) floor lamp w/ shade
    (1) Lasko tower fan
    (1) coat tree
    (1) wood side table
    (1) 4 drawer metal file cabinet
    (1) Lorell electric heater

Contents of room consisting of:
    (1) Formica top metal table, 48" long
    (3) wood armchairs w/ upholstered seat and back
    (1) Formica bookcase, 72" high, 4 tier
    (1) 2 door wood cabinet, 32" high

Contents of office consisting of:
    (1) double pedestal wood desk
    (2) assorted metal upholstered swivel armchairs
    (2) 4 drawer metal lateral file cabinets
    (1) wood bookcase, 60" high, 5 tier
    (1) 2 drawer wood lateral file cabinet

Contents of office consisting of:
    (1) double pedestal wood desk
    (1) wood credenza
    (1) metal upholstered swivel armchair
    (1) 2 drawer wood file cabinet
    (1) wood 4 tier barrister bookcase
    (1) Formica bookcase, 72" high, 5 tier

(1) wood bookcase, 82" high
(2) metal upholstered armchairs
(1) wood end table

Contents of vault consisting of:
(1) wood table, 30" diameter
(4) wood spindle back chairs
(1) 2 door metal storage cabinet, 72" high
(1) 2 door formica cabinet, 42" high

Group of equipment consisting of:
(1) SlingStudio mobile production kit
            w/ model S8300-100 hub
            w/ camera link
            w/ accessories
            w/ carrying case
(1) Mevo Camera bundle w/ carrying case
(1) LXi CRT television w/ VCR
(1) Philips combination VHS/DVD player

Contents of Tribunal lobby consisting of:
(4) upholstered armchairs
(1) wood end table
(1) wood pedestal w/ bust of Pope
(1) statue
(1) cross
(1) 2 panel stain glass
(1) wood coffee table
(1) framed picture
(1) wood podium
(1) wood wall crucifix
(1) carved wood religious statue
(1) 2 panel stained glass window with painted and stained glass

Contents of room consisting of:
(4) upholstered armchairs
(1) Formica top metal table, 60" diameter
(2) Formica bookcases, 60" high, 4 tier
(1) floor world globe
(1) wood table, 42" x 108" w/ dual pedestal base
(4) wood chairs w/ upholstered seat and backs
(2) oak pews w/ seat cushion
(3) wood celebrant chairs w/ seat cushions
(1) pedestal fan
(1) wood bookcase, 72" high, s tier
(3) carved wood religious statues
(1) carved wood and painted wall crucifix w/ side figures

Contents of office consisting of:
(7) 5 drawer metal file cabinets
(4) 4 drawer metal file cabinets
(1) wood table

(2) assorted metal upholstered swivel armchairs
(1) portable copier stand
(1) Fellowes SB-99Ci paper shredder
(4) 10 drawer metal cabinets
(1) wood armchair w/ upholstered seat, arms, and back
(1)-portable Formica typing stand
(1) 5 drawer metal lateral file cabinet
(1) modular single pedestal Formica top metal desk
      w/ 5 metal framed fabric covered office partition
(1) modular work area consisting of:
      (5) metal framed fabric covered office partitions
      (2) single pedestal Formica top metal desks
Ricoh IMC3000 color laser multifunction printer *(leased)*

Contents of breakroom consisting of:
      (1) Sanyo 2 door refrigerator/freezer
      (2) Formica top metal table, 36" diameter
      (6) metal upholstered chairs
      (1) Panasonic microwave oven
      (1) DeLonghi toaster oven
      (1) Mr. Coffee coffee maker

Contents of office consisting of:
      (1) double pedestal Formica desk
      (1) metal upholstered swivel chair
      (1) wood armchair w/ upholstered seat and back
      (2) 5 drawer metal file cabinets
      (1) Formica comer computer desk
      (1) small 2 tier wood stand
      (1) 2 drawer Formica file cabinet
      (1) Formica bookcase, 72"high, 5 tier

Contents of office consisting of:
      (1) single pedestal. wood desk w/ side return
      w/ 2 drawer lateral file cab cabinet
      (1) wood credenza
      (1) metal upholstered swivel armchair
      (1) wood armchair w/ upholstered seat and back
      (1) table lamp w/ shade
      (1) wood bookcase, 48" high, 4 tier

Contents of work area consisting of:
      (1) single pedestal Formica desk w/ side return
      (1) wood upholstered swivel armchair
      (2) wood bookcases, 72" high, 5 tier
      (1) portable Formica top metal table
      (2) Formica bookcases, 72" high, 5 tier
      (1) 2 tier end table
      (1) wood bookcase, 80" high, w/ bottom 2 door cabinet
      (2) wood armchairs w/ upholstered seat, arms and back
      (1) 2 drawer metal file cabinet

Contents of office consisting of:
>       (1) double pedestal wood desk
>       (1) wood upholstered swivel armchair
>       (2) wood armchairs w/ upholstered seat and back
>       (1) wood upholstered armchair
>       (1) small portable table
>       (1) wood bookcase, 72" high, 5 tier
>       (1)  metal coat tree
>       (1) 3 tier stand
>       (1) Brother electric typewriter
>       (1) Formica computer table
>       (1) wood bookcase, 72" high w/ bottom 2 door cabinet

Contents of office consisting of:
>       (1) single pedestal Formica desk w/ side return
>       (1) metal upholstered swivel armchair
>       (2) wood upholstered armchairs
>       (1) portable Formica top metal stand
>       (1) wood end table
>       (1) 5 drawer metal file cabinet
>       (1) wood coat tree
>       (1) 10 drawer metal cabinet
>       (1) wood bookcase, 72" high, 5 tier

Contents of office consisting of:
>       (1) double pedestal Formica top wood desk
>       (1) metal upholstered swivel armchair
>       (1) wood bookcase, 84" high, 6 tier
>       (1) 5 drawer metal file cabinet
>       (1) wood upholstered armchair
>       (1) portable Formica top metal stand

Contents of office consisting of:
>       (1) double pedestal Formica top wood desk
>       (1) metal upholstered swivel armchair
>       (1) portable Formica typing stand
>       (1) wood bookcase, 48' high, 4 tier
>       (1) oscillating fan
>       (1) 3 tier wire rack
>       (1) 5 drawer metal file cabinet
>       (1) GoECO Life paper shredder

Contents of computer room consisting of:
>       (1) Formica top metal corner table
>       (1) 2 drawer metal file cabinet
>       (2) metal folding chairs
>       (1) wood conference table, 36" x 72"
>       (1) upholstered swivel armchair
>       (1) metal upholstered swivel chair
>       (1) 3 tier cart

Computer rack containing:
    (1) H.P. Aruba 2530-48G POE+Switch (J9772A) switch
    (1) H.P. Procurve 4108GL switch (J486sA)
        w/ 4- H.P. ProCurve 10/100-TX GL modules (J4862A&B)
        1- H.P. Procurve 100/1000-T GL module (J4863A)
        1- H.P. Procurve gigabit transceiver GL module (J4864A)
    (1) ADC Kentrox Datasmart Max 761
    (2) Trango System TrangoLink GigaPlus-IDU-1 1-
    (1) APC UPS

Group of computer equipment consisting of:
    (11) Dell OptiPlex 3050 computers (2017)
        Core i5 w/ Dell LCD monitors
    (3) Dell OptiPlex 5060 computers (2018)
        w/ Dell LCD monitors
    (5) Dell OptiPlex 3070 computers (2019)
        Core i5 w/ Dell LCD monitors
    (2) Dell OptiPlex 3020 computers (2014)
        Core i5 w/ Dell LCD monitors
    (3) Dell Latitude E5550 notebook computers (2014), Core i5
    (9) Dell Latitude notebook computers, Core i5
    (5) Dell notebook computers, Core i7
    (1) Dell Latitude E5540 (2013), Core i5 notebook computer
    (1) Dell Latitude 3570 notebook computer (2016), Core i5
    (3) Dell Precision Tower 3420 computers, Core i5
        w/ Dell LCD monitors
    (3) Dell OptiPlex 5040 computers (2015)
        Core i5 w/ Dell monitors
    (1) Dell Precision Tower 3420 computer, Core i5
        w/ LG model 43UD79, 42.5" LED monitor (2019)
    (1) Samsung UN24H4000AF, 24" LED television
    (1) Dell PowerEdge 2850 server (2006), (not connected)
    (1) Dell PowerEdge 2650 server (2004), (not connected)
    (1) Check scanner
    (7) Dell LCD monitors
    (8) Dell LCD monitors (not connected)
    (1) Brother IntelliFax 41ooe facsimile machine (2007)
    (1) H.P. LaserJet P4014N printer (2008)
    (1) H.P. PageWide Pro 452DW InkJet printer (2016)
    (1) H.P. LaserJet 4050TN printer (1999)
    (1) H.P. LaserJet P2035N printer (2008)
    (1) H.P. Color LaserJet CP3525N printer (2008)
    (1) Brother IntelliFax 4100 facsimile machine (2003)
    (1) H.P. LaserJet Pro M402N printer (2015)
    (1) H.P. LaserJet 4200N printer (2003)
    (1) Brother IntelliFax 1270 facsimile machine (1997)
    (1) H.P. LaserJet 5200TN printer (2007)
    (1) Brother IntelliFax 2840 facsimile machines (2013)
    (1) H.P. LaserJet 2300N printer (2003)
    (1) Epson flatbed scanner
    (3) H.P. LaserJet P1006 printers (2008)
    (1) H.P. OfficeJet J3680 All-In-One (2007)

(1) H.P. LaserJet 1160 printer (2005)
(1) H.P. LaserJet 2100 printer (1999)
(1) H.P. LaserJet 1100 printer (2000)
(1) H.P. LaserJet Pro 400 M401DW printer (2012)
(1) H.P. LaserJet 1320N printer (2004)
(1) H.P. OfficeJet 5255 All-In-One (2018)
(1) H.P. LaserJet P2015DN printer (2007)
(1) H.P. LaserJet 1102W printer (2010)
(1) H.P. Color LaserJet Pro M454DN printer

(1) Telephone system consisting of:
(40) Yealink model SIP-T53 telephones

**Located at: 15 North 7th Street, Camden, NJ**
**Basement**

Contents of Hallway consisting of:
    (1) wood credenza
    (1) 2 drawer Formica lateral file cabinet
    (1) 4 drawer metal lateral file cabinet
    (13) metal folding chairs

Contents of breakroom consisting of:
    (3) Formica top metal tables, 53 ½" diameter
    (12)  wood armchairs w/ upholstered seat and back
    (1) Newco coffee maker
    (1) Sharp Carousel microwave oven
    (1) Black & Decker toaster oven
    (1) G.E. 2 door refrigerator/freezer
    (1) 5 tier wire rack, 72" high
    (2) Assorted soda and snack machines *(property of vendor)*

Contents of room consisting of:
    (5) Formica top metal tables, 60" diameter
    (1) portable Formica computer table
    (40)  metal folding chairs 1- wood podium
    (1) wood conference table, 58 ½" x 142 ½"
    (1) 3 tier equipment cart
    (1) group of assorted chairs and student chair desks

Contents of maintenance room consisting of:
    (1) 8'-o fiberglass step ladder
    (1) 6'-o fiberglass step ladder
    (1) pedestal fan
    (1) electric radiator
    (1) 4'-o aluminum step ladder
    (1) Ridgid shop vacuum
    (5) assorted metal racks
    (1) lot of assorted plastic storage bin
    (2) door metal storage cabinets, 72"high
    (1) 2 door metal storage cabinet, 42" high
    (2) assorted hand trucks
    (1) group of assorted office furniture, cabinets, file cabinets, chairs, and etc.

**Located at: 1300 Tuckahoe Road, Newfield, NJ**
**All Saints Cemetery & Mausoleum**

Contents of shop consisting of:
    (1) Wood Desk
    (1) Metal Desk
    (2) Office Chair
    (2) Visitor Chair
    (2) File Cabinets
    (1) Refrigerator
    (1) Microwave
    (1) Computer
    (1) Hand Grinder
    (1) Drill
    (1) Chainsaw
    (1) Leaf Blower-Back Pack
    (3) Weed Whackers
    (1) Battery charger
    (1) Air compressor-60 gallons
    (1) Plow
    (1) Snow Blower
    (1) 8-ton hydraulic lift
    (2) Riding mower-60" zero turn
    (1) Motorized Casket Lift

Contents of office break room consisting of:
    (1) Refrigerator
    (1) Microwave

Contents of office consisting of:
    (1) Wood Desk
    (1) Office Chair
    (1) Visitor Chair
    (1) Side Table
    (1) Telephone

Contents of office reception area consisting of:
    (1) Wood Desk
    (1) Office Chair
    (4) Visitor Chair
    (2) Side Table
    (1) Credenza
    (1) Telephone

Contents of office consisting of:
    (1) Wood Desk
    (1) Office Chair
    (3) Visitor Chair
    (1) Side Table
    (1) Calculator
    (1) Telephone

(1) Computer
(1) Desktop Printer

Contents of office conference area consisting of:
    (1) Conference Table
    (6) Conference Chair
    (1) Side Table
    (1) Credenza
    (1) Telephone

Contents of office storage area consisting of:
    (5) File Cabinet

Contents of chapel and mausoleum consisting of:
    (6) Backless Benches
    (8) Cushioned Benches w/back
    (6) Round Glass Tables
    (10) pews
    (1) Altar

**Located at: 2398 Route 70 West, Cherry Hill, NJ**
**Calvary Cemetery**

Contents of reception area consisting of:
  (1) Wood Desk
  (1) Office Chair
  (1) Visitor Chair
  (1) Side Table
  (1) Bookcase
  (2) Credenza
  (8) File Cabinets
  (1) Telephone
  (1) Computer
  (1) Desktop Printer

Contents of office consisting of:
  (1) Wood Desk
  (1) Office Chair
  (3) Visitor Chair
  (1) Side Table
  (1) File Cabinets
  (1) Telephone
  (1) Computer
  (1) Desktop Printer

Contents of office consisting of:
  (1) Wood Desk
  (1) Office Chair
  (3) Visitor Chair
  (1) Side Table
  (1) File Cabinets
  (1) Telephone
  (1) Computer
  (1) Desktop Printer

Contents of conference room consisting of:
  (1) Conference Table
  (5) Conference Chair
  (2) Side Table
  (1) Credenza
  (2) File Cabinets
  (1) Telephone

Contents of office storage area consisting of:
  (1) Visitor Chair
  (1) Side Table
  (1) Bookcase
  (1) Credenza

(2) File Cabinets
(1) Desktop printer

Contents of chapel area consisting of:
(14) Visitor Chair
(14) Pews
(1) Altar
(2) Power Tools

Contents of shop storage area consisting of:
(12) Power Tools

Contents of shop area consisting of:
(155) Tools
(13) Power Tools
(1) Plow

Contents of shop kitchen area consisting of:
(4) Visitor Chair
(1) Side Table
(1) File Cabinet
(1) Window Unit Air Conditioner

**Located at: 260 W. White Horse Pike, Berlin, NJ 08009**
**Gate of Heaven Cemetery**

Contents of office consisting of:
- (1) Wood Desk
- (1) Office Chair
- (2) Visitor Chair
- (1) Side Table
- (1) File Cabinets
- (1) Telephone
- (1) Computer

Contents of reception area consisting of:
- (1) Wood Desk
- (1) Office Chair
- (4) Visitor Chair
- (1) Bookcase
- (2) Credenza
- (1) Telephone
- (1) Computer

Contents of conference area consisting of:
- (6) Visitor Chair
- (1) Conference Table
- (1) Side Table
- (1) Telephone

Contents of office consisting of:
- (1) Wood Desk
- (1) Office Chair
- (2) Visitor Chair
- (1) Telephone

Contents of foreman office consisting of:
- (1) Wood Desk
- (1) Office Chair
- (1) Visitor Chair
- (1) Bookcase
- (5) File Cabinets
- (1) Telephone
- (1) Computer

Contents of shop area consisting of:
- (1) Metal Desk
- (2) Office Chair
- (2) Visitor Chair
- (1) Bookcase
- (2) File Cabinets

(1) Telephone
(1) Computer
(2) Weed Eater
(1) Weed Wacker
(10 Fuel Tanks
(1) Leaf Blower
(1) Leaf Catcher
(1) Air Compressor
(1) Back Pack Sprayer
(1) Stihl Pole & Trimmer
(2) Blow Torch Tanks
(1) Bench Grinder
(1) DVR Monitor & Security System
(2) Plow
(2) Snow Blower
(3) Mower
(1) Tractor
(2) Trailer

**Located at: 5061 Harding Highway, Mays Landing, NJ 08330**
**Holy Cross Cemetery**

Contents of office reception area consisting of:
       (1) Wood Desk
       (1) Office Chair
       (4) Visitor Chair
       (2) Side Table
       (1) Credenza
       (1) Telephone
       (1) Computer

Contents of office consisting of:
       (1) Wood Desk
       (1) Office Chair
       (1) Visitor Chair
       (1) Credenza
       (1) Telephone
       (1) Computer

Contents of office consisting of:
       (1) Wood Desk
       (1) Office Chair
       (2) Visitor Chair
       (1) Side Table
       (1) Credenza
       (1) Telephone
       (2) Computer
       (1) Desktop Printer

Contents of office conference area consisting of:
       (1) Conference Table
       (4) Conference Chair
       (1) Credenza
       (1) Telephone

Contents of office storage area consisting of:
       (1) Side Table

Contents of shop area consisting of:
       (1) Metal Desk
       (4) Office Chair
       (1) Visitor Chair
       (1) Side Table
       (142) Folding Chairs
       (1) Telephone
       (1) Computer
       (10) Rakes

(2) Sledgehammer
(14) Shovels
(1) Gas Grave Tamper
(2) Chain Saws
(1) Gas Tree Trimmer
(1) Gas Shrub Trimmer
(1) Gas Edger
(1) Drill
(1) Cordless Drill
(1) Circular Saw
(1) Ladders
(2) Cremation Table Setup
(2) Lockers
(9) Weed Trimmers
(2) Backpack Blower
(1) Little Wonder Push Blower
(2) Spreader
(1) Hand Tamper
(1) Air Compressor Husky
(1) Wet Tile Saw RYOBI
(1) Shop Vacuum
(1) Gas Water Pump for Emptying Graves
(2) Chemical Gas Sprayer
(32) Screwdrivers
(3 sets) Impact Sockets
(1 set) Sockets
(2) Impact Socket Gun
(3) Wheelbarrow
(2) Plow
(5) Lawnmowers
(2) Snowblower
(1) Landscape Trailer
(1) Kabota
(4) Casket Lowering Devices
(1) Generator

Contents of shop lunch area consisting of:
(1) Wood Desk
(2) Folding Chair
(1) Computer
(1) Laser Engraver

Contents of shed consisting of:
(2) Ladders
(1) Electric Leaf Blower
(2) Lift for Caskets for Mausoleum

Contents of chapel consisting of:
> (48) Folding Chairs
> (1) Altar
> (2) Candle Stands

**Located at: 235 S. Pomona Road, Pomona, NJ**
**Newman Center of Stockton University**

Contents of office consisting of:
      (1) Wood Desk
      (1) Office Chair
      (1) Visitor Chair
      (1) Side Table
      (1) Bookcase
      (1) File Cabinet
      (1) Telephone
      (1) Computer
      (1) Desktop Printer

Contents of office consisting of:
      (1) Wood Desk
      (1) Office Chair
      (2) Visitor Chair
      (1) Side Table
      (2) Bookcase
      (1) Computer
      (1) Desktop Printer

Contents of room consisting of:
      (1) Wood Game Table
      (5) Conference chairs
      (1) Bookcase
      (1) Tall grandfather clock
      (2) Living Room Sofa
      (1) Living Room Love Seat
      (2) End Tables

Contents of room consisting of:
      (2) Bookcase
      (3) Futons
      (1) Entertainment Center

Contents of chapel consisting of:
      (1) Kneeler
      (1) Tabernacle

Contents of storage room consisting of:
      (8) round conference tables
      (3) Card Tables
      (1) Bookcase
      (1) Telephone

(1) Surround Sound
(1) wood table
(1) plastic shelves

Contents of kitchen consisting of:
(1) Bookcase
(1) Refrigerator
(30) Dishes
(50) Silverware
(10) Pots/Pans
(1) Plastic table

Contents of room consisting of:
(68) Visitor Chairs
(1) Altar
(1) Keyboard
(3) Microphones

Contents of restroom consisting of:
(1) Wooden cabinet

**Located at: 15 North 7th Street, Camden, NJ**
**Pastoral Center**

Contents of room consisting of:
      (1) Wood Desk
      (1) Metal Desk
      (2) Office Chair
      (4) Visitor Chair
      (4) Side Table
      (1) Bookcase
      (4) File Cabinets
      (1) Fax Machine

Contents of room consisting of:
      (10) Office Chair
      (1) Conference Table
      (1) Side Table
      (2) Bookcase
      (1) Telephone

Contents of room consisting of:
      (1) Metal Desk
      (8) Metal shelving

Contents of room consisting of:
      (1) Wood Desk
      (1) Office Chair
      (2) Visitor Chair
      (1) Side Table
      (1) File Cabinets
      (1) Telephone
      (1) Computer

Contents of room consisting of:
      (1) Wood Desk
      (1) Office Chair
      (2) Visitor Chair
      (1) Bookcase
      (2) File Cabinets
      (1) Telephone
      (1) Computer

Contents of room consisting of:
      (1) Wood Desk
      (1) Office Chair
      (2) Visitor Chair
      (1) Side Table

(1) Bookcase
(1) Credenza
(1) Telephone
(1) Computer
(1) Desktop Printer

Contents of room consisting of:
(1) Wood Desk
(1) Office Chair
(4) Visitor Chair
(1) Side Table
(2) Bookcase
(2) Credenza
(1) Telephone
(1) Computer
(1) Desktop Printer

Contents of room consisting of:
(1) Wood Desk
(3) Office Chair
(1) Credenza
(1) File Cabinet
(1) Telephone
(1) Computer
(1) Desktop Printer

Contents of room consisting of:
(1) Wood Desk
(1) Metal Desk
(1) Office Chair
(2) Visitor Chair
(1) Side Table
(1) Bookcase
(1) Credenza
(1) File Cabinet
(1) Telephone
(1) Computer

Contents of room consisting of:
(3) Wood Desk
(3) Office Chair
(2) Visitor Chair
(3) Side Table
(1) Bookcase
(9) File Cabinet
(3) Telephone
(3) Computer

(3) Adding machine

Contents of room consisting of:
    (1) File Cabinet

Contents of room consisting of:
    (6) Wood Desk
    (6) Office Chair
    (6) Visitor Chair
    (3) Side Table
    (10) Bookcase
    (5) File Cabinet

Contents of room consisting of:
    (3) Wood Desk
    (3) Office Chair
    (2) Visitor Chair
    (3) Bookcase
    (2) File Cabinets
    (1) Telephone
    (1) Computer

Contents of room consisting of:
    (3) Wood Desk
    (3) Metal Desk
    (14) Office Chair
    (2) Side Table
    (8) Bookcase
    (4) File Cabinets
    (3) Telephone
    (2) Computer

Contents of room consisting of:
    (2) Wood Desk
    (3) Office Chair

Contents of room consisting of:
    (3) Wood Desk
    (3) Office Chair
    (9) Visitor Chair
    (3) Side Table
    (2) Bookcase
    (3) Credenza
    (1) File Cabinets
    (2) Telephone
    (2) Computer

Contents of room consisting of:
    (1) Wood Desk
    (1) Office Chair
    (1) Bookcase
    (1) File Cabinets
    (1) Desktop Printer

Contents of room consisting of:
    (1) Wood Desk
    (1) Office Chair
    (4) Visitor Chair
    (1) Conference Table
    (3) Bookcase
    (1) Telephone
    (1) Computer

Contents of room consisting of:
    (2) Wood Desk
    (2) Office Chair
    (10) Visitor Chair
    (4) Bookcase
    (3) File Cabinets
    (2) Telephone
    (2) Computer

Contents of room consisting of:
    (1) Wood Desk
    (2) Bookcase
    (2) File Cabinets
    (1) Computer

Contents of room consisting of:
    (1) Wood Desk
    (1) Office Chair
    (2) Visitor Chair
    (3) Bookcase
    (1) File Cabinets
    (1) Telephone
    (1) Computer

Contents of room consisting of:
    (1) Wood Desk
    (1) Office Chair
    (2) Visitor Chair
    (3) Bookcase
    (1) File Cabinets
    (1) Telephone

(1) Computer

Contents of storage room consisting of:
    (7) File Cabinets

Contents of room consisting of:
    (1) Wood Desk
    (1) Office Chair
    (2) Visitor Chair
    (1) Bookcase
    (1) File Cabinets
    (1) Telephone
    (1) Computer

Contents of room consisting of:
    (1) Wood Desk
    (1) Office Chair
    (4) Bookcase
    (1) Telephone
    (1) Computer

Contents of room consisting of:
    (2) Conference Table
    (16) Conference Chair
    (5) Credenza

Contents of tribunal area consisting of:
    (2) Wood Desk
    (14) File Cabinets
    (1) Computer

Contents of room consisting of:
    (1) Wood Desk
    (1) Office Chair
    (2) Visitor Chair
    (3) Side Table
    (1) Bookcase
    (2) File Cabinets
    (1) Computer
    (1) Desktop Printer

Contents of room consisting of:
    (3) Wood Desk
    (3) Office Chair
    (9) Visitor Chair
    (3) Side Table
    (2) Bookcase

(3) Credenza
(1) File Cabinets
(2) Telephone
(2) Computer

Contents of room consisting of:
(1) Wood Desk
(1) Office Chair
(2) Visitor Chair
(3) Bookcase
(1) Telephone
(1) Computer
(1) Desktop Printer

Contents of room consisting of:
(8) File Cabinets

Contents of room consisting of:
(1) Wood Desk
(2) Office Chair
(1) Visitor Chair
(3) Credenza
(1) Telephone
(1) Computer

Contents of room consisting of:
(1) Office Chair
(2) Side Table
(5) Bookcase
(2) File Cabinets

Contents of room consisting of:
(1) Wood Desk
(3) Office Chair

Contents of room consisting of:
(1) Wood Desk
(2) Office Chair
(2) File Cabinets
(1) Telephone

Contents of room consisting of:
(1) Bookcase
(1) File Cabinets

Contents of room consisting of:
(1) Wood Desk

(1) Office Chair
(2) Visitor Chair
(2) Side Table
(1) File Cabinets
(1) Telephone

Contents of room consisting of:
(1) Wood Desk
(1) Office Chair
(4) Visitor Chair
(1) Conference Table
(1) Bookcase
(1) Credenza
(1) Telephone
(1) Computer
(1) Desktop Printer

Contents of room consisting of:
(2) Wood Desk
(1) Office Chair
(2) Visitor Chair
(1) Bookcase
(2) File Cabinets
(1) Telephone
(1) Computer
(1) Desktop Printer

Contents of room consisting of:
(1) Wood Desk
(1) Office Chair
(2) Visitor Chair
(2) Bookcase
(2) File Cabinets
(1) Telephone
(1) Computer

Contents of room consisting of:
(1) Metal Desk
(1) Office Chair
(2) Visitor Chair
(2) Bookcase
(1) File Cabinets
(1) Telephone
(1) Computer

Contents of room consisting of:
(1) Wood Desk

(1) Office Chair
(1) Visitor Chair
(1) Bookcase
(1) File Cabinets
(1) Telephone

Contents of room consisting of:
(1) Wood Desk
(1) Office Chair
(2) Visitor Chair
(1) Side Table
(1) Bookcase
(2) File Cabinets
(1) Telephone
(1) Computer

Contents of room consisting of:
(2) Conference Table
(13) Conference Chair
(1) Side Table
(9) Bookcase
(1) File Cabinets

Contents of room consisting of:
(1) Wood Desk
(1) Metal Desk
(1) Office Chair
(4) Visitor Chair
(2) Side Table
(1) Bookcase
(1) File Cabinets
(1) Telephone
(1) Computer

Contents of room consisting of:
(1) Wood Desk
(1) Office Chair
(2) Visitor Chair
(3) Bookcase
(3) File Cabinets
(1) Telephone
(1) Computer
(1) Adding Machine

Contents of room consisting of:
(1) Metal Desk
(1) Office Chair

(1) Visitor Chair
(1) Bookcase
(1) Telephone
(1) Computer

Contents of room consisting of:
(3) Metal Desk
(3) Office Chair
(2) Visitor Chair
(1) Side Table
(1) Credenza
(18) File Cabinets
(2) Telephone
(2) Computer

Contents of room consisting of:
(1) Wood Desk
(1) Office Chair
(3) Visitor Chair
(1) File Cabinets
(1) Telephone
(1) Computer
(1) Desktop Printer
(1) Adding Machine
(1) Fax Machine

Contents of room consisting of:
(1) Wood Desk
(1) Metal Desk
(1) Office Chair
(2) Visitor Chair
(2) Side Table
(4) Bookcase
(1) Credenza
(4) File Cabinets
(1) Computer
(1) Desktop Printer

Contents of room consisting of:
(2) Wood Desk
(2) Office Chair
(1) Bookcase
(2) File Cabinets
(1) Telephone
(1) Computer

Contents of basement area consisting of:
  (1) Wood Desk
  (11) Office Chair
  (7) Visitor Chair
  (1) Conference Table
  (5) Side Table
  (6) File Cabinets
  (2) Computer
  (1) Desktop Printer

Contents of basement storage area consisting of:
  (3) Wood Desk
  (7) Metal Desk
  (8) Office Chair
  (4) Visitor Chair
  (3) Side Table
  (7) Bookcase
  (32) File Cabinets
  (1) Desktop Printer

Contents of basement lunch area consisting of:
  (13) Office Chair
  (3) Conference Table

**Located at: 128 North Broadway Street, Camden, NJ**
**Camden Center for Law & Social Justice**

Contents of room consisting of:
  (5) Office Chair
  (12) Visitor Chair
  (1) Side Table
  (1) Telephone

Contents of room consisting of:
  (2) Visitor Chair
  (1) File Cabinets

Contents of room consisting of:
  (3) Wood Desk
  (1) Bookcase
  (1) Telephone
  (1) Desktop Printer

Contents of room consisting of:
  (6) File Cabinets

Contents of room consisting of:
  (16) Telephones

**Located at: 250 Saint Mary's Drive, Cherry Hill, NJ**
**Sacred Heart North**

Contents of room consisting of:
- (1) Side Table
- (1) Bookcase
- (1) Living Room Love Seat
- (2) End Tables
- (1) Recliner
- (1) Entertainment Center

Contents of room consisting of:
- (1) Living Room Sofa
- (2) Living Room Love Seat
- (3) End Tables
- (1) Entertainment Center

Contents of room consisting of:
- (1) Wood Desk
- (1) Bookcase
- (3) Recliner
- (1) Queen Mattress
- (1) Queen Bed Frame
- (1) Nightstand
- (2) Lamps

Contents of room consisting of:
- (1) Wood Desk
- (2) Bookcase
- (1) Recliner
- (1) Queen Mattress
- (1) Queen Bed Frame
- (1) Bureau
- (1) Nightstand
- (1) Lamp

Contents of room consisting of:
- (1) Wood Desk
- (1) Office Chair
- (1) Visitor Chair
- (1) Side Table
- (1) Bookcase
- (1) Queen Mattress
- (1) Queen Bed Frame
- (1) Bureau
- (1) Nightstand
- (3) Lamps

Contents of laundry room consisting of:
  (1) Washer
  (1) Dryer

Contents of room consisting of:
  (1) Wood Desk
  (1) Office Chair
  (1) Side Table
  (2) End Tables
  (1) Recliner
  (1) Queen Mattress
  (1) Queen Bed Frame
  (1) Bureau

Contents of room consisting of:
  (1) Wood Desk
  (1) Visitor Chair
  (1) Side Table
  (1) Bookcase
  (1) Recliner
  (1) Queen Mattress
  (1) Queen Bed Frame
  (1) Bureau

Contents of room consisting of:
  (1) Wood Desk
  (1) Visitor Chair
  (1) Side Table
  (1) Bookcase
  (1) Recliner
  (1) Queen Mattress
  (1) Queen Bed Frame
  (1) Bureau

Contents of kitchen consisting of:
  (1) Dining Table
  (5) Dining Chairs
  (1) Refrigerator

**Located at: 250 Saint Mary's Drive, Cherry Hill, NJ**
**Sacred Heart Convent**

Contents of room consisting of:
      (1) Wood Desk
      (3) Visitor Chair
      (2) Nightstand
      (2) Lamp

Contents of dining room consisting of:
      (1) Dining Table
      (10) Dining Chairs

Contents of office consisting of:
      (1) Wood Desk
      (1) Office Chair
      (9) Bookcase
      (4) File Cabinets

Contents of room consisting of:
      (1) Queen Mattress
      (1) Queen Bed Frame
      (1) Bureau

Contents of room consisting of:
      (1) Queen Mattress
      (1) Queen Bed Frame
      (1) Bureau

Contents of room consisting of:
      (1) Wood Desk
      (1) Office Chair
      (1) Recliner
      (1) Queen Mattress
      (1) Queen Bed Frame
      (1) Nightstand

Contents of room consisting of:
      (1) Wood Desk
      (1) Office Chair
      (3) Bookcase
      (1) File Cabinets

Contents of room consisting of:
      (1) Office Chair
      (1) Bookcase
      (1) Credenza

Contents of room consisting of:
      (1) Wood Desk
      (1) Visitor Chair
      (1) Bureau

Contents of room consisting of:
      (1) Wood Desk
      (1) Visitor Chair
      (1) Queen Mattress
      (1) Queen Bed Frame
      (1) Bureau
      (1) Nightstand

Contents of room consisting of:
      (1) Wood Desk
      (1) Bookcase
      (1) Queen Mattress
      (1) Queen Bed Frame
      (1) Bureau

Contents of room consisting of:
      (1) Wood Desk
      (1) Visitor Chair
      (1) Bureau

Contents of room consisting of:
      (1) Wood Desk
      (1) Queen Mattress
      (1) Queen Bed Frame
      (1) Bureau

Contents of room consisting of:
      (1) Visitor Chair
      (1) Queen Mattress
      (1) Queen Bed Frame

Contents of room consisting of:
      (1) Wood Desk
      (1) Visitor Chair
      (1) Queen Mattress
      (1) Queen Bed Frame
      (1) Bureau
      (1) Nightstand

Contents of room consisting of:
      (1) Wood Desk

(1) Visitor Chair
(1) Side Table
(1) Bureau
(1) Nightstand

Contents of room consisting of:
(1) Wood Desk
(1) Queen Mattress
(1) Queen Bed Frame
(1) Bureau
(1) Nightstand

Contents of chapel consisting of:
(11) Pews
(1) Altar
(1) Tabernacle
(2) Organ

**Located at: 200 Saint Mary's Drive, Cherry Hill, NJ**
**Sacred Heart Residence**

Contents of (20) rooms each consisting of:
> (1) Wood Desk
> (1) Office Chair
> (1) Bookcase
> (1) Living Room Sofa
> (2) End Tables
> (1) Recliner
> (1) Entertainment Center
> (1) Queen Mattress
> (1) Queen Bed Frame
> (1) Bureau
> (1) Nightstand
> (2) Lamp

Contents of foyer consisting of:
> (2) Wood Desk
> (2) Office Chair
> (7) Visitor Chair
> (3) Side Table
> (2) Bookcase
> (1) File Cabinets
> (3) Lamp

Contents of chapel consisting of:
> (29) Pews / Chairs
> (1) Altar
> (1) Tabernacle
> (3) Statue
> (3) Statue Stand
> (1) Organ

Contents of room consisting of:
> (12) Visitor Chair
> (3) Side Table
> (2) Bookcase
> (3) Living Room Sofa
> (2) End Tables
> (3) Recliner
> (1) Entertainment Center
> (3) Lamp

Contents of dining room consisting of:
> (6) Dining Table
> (25) Dining Chairs

(1) Refrigerator
(1) Buffet
(1) China Cabinet

Contents of kitchen consisting of:
(2) Refrigerator
(1) Freezers
(1) Ice Machine
(1) Bakers Rack
(1) Prep Island
(1) Steamer
(2) Range/Oven

Content of basement consisting of:
(4) Refrigerator
(3) Washer
(3) Dryer
(2) Freezers

**Located at: 515 W. Browning Road, Bellmawr, NJ**
**New St. Mary**

Content of office reception area consisting of:
      (1) Wood Desk
      (1) Office Chair
      (4) Visitor Chair
      (1) Side Table
      (1) Bookcase
      (1) Credenza
      (1) Telephone
      (1) Computer
      (1) Desktop Printer

Content of office consisting of:
      (1) Wood Desk
      (1) Office Chair
      (2) Visitor Chair
      (1) Side Table
      (1) Bookcase
      (1) Telephone
      (1) Computer

Content of office consisting of:
      (1) Wood Desk
      (1) Office Chair
      (2) Visitor Chair
      (1) File Cabinet
      (1) Telephone
      (1) Computer
      (1) Desktop Printer

Content of office conference room consisting of:
      (1) Wood Desk
      (2) Visitor Chair
      (1) Conference Table
      (8) Conference Chairs
      (1) Telephone

Content of office filing room consisting of:
      (1) Wood Desk
      (1) Office Chair
      (1) Visitor Chair
      (6) File Cabinet
      (2) Storage Cabinet
      (1) Computer

Content of (2) office closets each consisting of:
    (1) Security Camera Equipment

Content of office lunchroom consisting of:
    (1) Side Table
    (1) Copier
    (1) Microwave
    (1) Refrigerator
    (1) Coffee Maker
    (1) Toaster Oven

Content of office garage/storage area consisting of:
    (2) Hammers
    (2) Screwdrivers
    (1) Power saw
    (1) Ladder
    (1) Cross
    (1) Snowblower
    (1) Lift

Content of heater room in mausoleum/chapel consisting of:
    (1) Casket Lift $1,500

Content of mausoleum and prayer area consisting of:
    (7) Visitor Chair
    (6) Side Table
    (10) Pews
    (1) Altar

Content of (2) restrooms in mausoleum/chapel each consisting of:
    (1) Cabinet

Content of closet/storage area in mausoleum/chapel consisting of:
    (1) Security Camera Equipment

Content of shop office consisting of:
    (1) Wood Desk
    (1) Office Chair
    (1) Visitor Chair
    (1) Side Table
    (1) Telephone
    (1) Computer
    (1) Desktop Printer

Content of shop storage area consisting of:
    (3) Bookcase
    (2) Credenza

(2) File Cabinet
(1) Podium Ambow
(1) Security Camera Equipment
(1) Power saw
(3) Drills
(3) Grinders
(1) Dremel
(1) Sawzall
(1) Chain Saw
(1) Jack Hammer
(1) Post Hole Digger
(1) Snowblower
(1) Landscape Trailer
(5) Riding Lawn Mower
(2) Push Lawn Mower
(1) Plow

Content of shop lunchroom consisting of:
(6) Visitor Chair
(1) Microwave
(1) Refrigerator
(4) Hammer
(26) Screwdriver
(24) Wrench
(5) Plyers

Content of shop garage area consisting of:
(2) File Cabinet
(1) Ladder
(1) Battery Charger
(2) Water Pump
(1) Air Compressor
(3) Wheel Barrel
(1) Compressor
(1) Fuel Tank Diesel & Gasoline
(3) Car Jack
(12) Shovel
(7) Grave Heaters
(1) Power Edger
(1) Power Sweeper
(3) Weed Whacker
(9) Rake
(3) Pitchfork
(1) Leaf Blower
(1) Hedge Prunner
(2) Hand Truck
(2) Tent

(24) Folding Chair
(2) Shop lights
(1) Truck Lift  $50
(6) Lowering Devices $100

**Located at: 336 Kings Highway, Clermont, NJ**
**Resurrection Cemetery**

Content of reception area consisting of:
     (1) Wood Desk
     (1) Office Chair
     (3) Visitor Chair
     (1) Telephone
     (1) Computer
     (2) Desktop Printer

Content of office area consisting of:
     (1) Wood Desk
     (1) Office Chair
     (1) Visitor Chair
     (1) Telephone
     (1) Desktop Printer

Content of office area consisting of:
     (1) Wood Desk
     (1) Office Chair
     (1) Visitor Chair
     (1) File Cabinet
     (1) Telephone

Content of conference room consisting of:
     (1) Conference Table
     (7) Conference Chair
     (1) Telephone

Content of shop area consisting of:
     (1) Computer
     (80) Tools
     (20) Power Tools
     (2) Plow

**Located at: 1056 Seashore Road, Cape May, NJ**
**St. Mary's Cemetery**

Content of office area consisting of:
    (1) Wood Desk
    (1) Office Chair
    (4) Visitor Chair
    (2) Side Table
    (2) File Cabinet
    (1) Telephone
    (1) Window Unit Air Conditioner
    (10) Tools
    (3) Power Tools

Content of shed consisting of:
    (20) Tools
    (6) Power Tools
    (2) Trailers $230

Content of shed consisting of:
    (10) Tools
    (1) Power Tools

**Located at: 741 E. Walnut Road, Vineland, NJ**
**Sacred Heart Cemetery**

Content of lunch/conference area consisting of:
    (1) Office Chair
    (1) Conference Table
    (4) Conference Chairs
    (1) File Cabinet
    (1) Telephone
    (1) Computer
    (1) Desktop Printer
    (1) Window Unit Air Conditioner

Content of reception area consisting of:
    (1) Wood Desk
    (1) Office Chair
    (4) Visitor Chairs
    (1) Bookcase
    (1) File Cabinet
    (1) Telephone
    (1) Computer
    (1) Window Unit Air Conditioner

Content of office consisting of:
    (1) Wood Desk
    (1) Office Chair
    (4) Visitor Chair
    (1) Credenza
    (1) Telephone
    (1) Computer
    (1) Desktop Printer
    (1) Window Unit Air Conditioner

Content of office consisting of:
    (1) Metal Desk
    (1) Office Chair
    (1) Visitor Chair
    (2) Side Table
    (4) File Cabinets
    (1) Folding Table
    (1) Telephone
    (1) Computer
    (1) Desktop Printer
    (1) Window Unit Air Conditioner

Content of chapel consisting of:
    (18) Visitor Chair

(15) Pews
(1) Altar
(1) Tabernacle

Content of work garage consisting of:
(2) Leaf Blower
(2) Hand Grinders
(1) Air Compressor
(1) 18'' Chain Saw
(12) Folding chairs
(1) Plow
(2) Trailer
(2) 60" Lawn Mowers
(2) snow blowers
(1) 52" Lawn Mower
(1) Tractor
(1) Pressure washer

**Located at: 500 S. New Road, Absecon, NJ**
**Carlo Acutis Center, Holy Spirit High School**

Content of chapel consisting of:
      (14) Pews
      (1) Altar
      (1) Tabernacle

Content of foyer area consisting of:
      (1) Visitor Chair
      (2) Credenza
      (1) Water Cooler
      (1) Piano

Content of room consisting of:
      (5) Classroom Table
      (35) Classroom Chair

Content of dining room consisting of:
      (1) Water Cooler
      (6) Dining Table
      (36) Dining Chair
      (1) Refrigerator
      (3) Window Unit Air Conditioner
      (2) Folding Table

Content of kitchen consisting of:
      (15) Dining Chair
      (1) Microwave

Content of kitchen consisting of:
      (2) Dining Table
      (11) Dining Chair
      (1) Refrigerator
      (1) Window Unit Air Conditioner

Content of room consisting of:
      (1) Bookcase
      (1) Piano
      (1) Classroom chair

Content of laundry area consisting of:
      (4) Folding Table
      (2) Washer
      (1) Dryer

Content of room consisting of:
    (4) Bureau
    (2) Wood bed frame
    (2) Twin mattress
    (2) Lamp
    (2) Nightstand

Content of room consisting of:
    (1) Wood Desk
    (1) Visitor chair
    (1) Wood bed frame
    (1) Twin mattress
    (1) Lamp

Content of room consisting of:
    (3) Visitor chair
    (1) Lamp
    (1) Classroom Table
    (6) Classroom Chair

Content of (40) bedrooms consisting of:
    (2) Water cooler
    (80) Wood bed frame
    (80) Twin mattress
    (40) Lamps
    (4) Window Unit Air Conditioner

Content of conference room consisting of:
    (1) Water cooler
    (6) Window Unit Air Conditioner
    (10) Classroom Table
    (60) Classroom Chair

Content of room consisting of:
    (3) Visitor chair
    (1) Lamp
    (1) Classroom Table
    (8) Classroom Chair

**Located at: 510 Cooper Street, Woodbury, NJ**
**Bishop's Residence**

Content of front porch consisting of:
      (1) Visitor Chair
      (1) Credenza
      (1) Chess Set
      (2) Living Room Love Seat

Content of living room consisting of:
      (3) Visitor Chair
      (2) Side Table
      (1) Display Cabinet w/ Contents
      (1) Living Room Sofa
      (1) Living Room Love Seat
      (2) End Tables
      (2) Lamp
      (1) Coffee Table
      (2) Wall Art

Content of dining room consisting of:
      (1) Display Cabinet w/ Contents
      (1) Dining Table
      (11) Dining Chair
      (1) China Cabinet
      (1) Silverware Cabinet

Content of foyer consisting of:
      (2) Wood Desk
      (2) Visitor Chair
      (3) Side Table

Content of sun porch consisting of:
      (2) Visitor Chair
      (1) Side Table
      (1) Living Room Sofa

Content of kitchen consisting of:
      (1) Wood Desk
      (1) Dining Table
      (4) Dining Chair
      (1) Refrigerator
      (3) Small Countertop Appliance
      (1) Wine Chiller
      (1) Water Cooler
      (2) Prep Island

Content of conference room consisting of:
      (1) Wood Desk
      (2) Refrigerator
      (1) Conference Table
      (24) Conference Chair
      (1) Telephone
      (2) Small Countertop Appliance
      (1) Freezer
      (1) Television
      (1) Speaker System
      (1) Copier
      (1) Statue

Content of den consisting of:
      (1) Living Room Sofa
      (2) End Tables
      (2) Recliner
      (1) Entertainment Center
      (2) Lamp
      (1) Television
      (1) Wall Art

Content of foyer consisting of:
      (2) Side Table
      (1) Crucifix

Content of bedroom consisting of:
      (1) Recliner
      (1) Queen Mattress
      (1) Queen Bed Frame
      (1) Bureau
      (2) Nightstand

Content of bedroom consisting of:
      (1) Wood Desk
      (1) Office Chair
      (1) Bookcase
      (1) Queen Mattress
      (1) Queen Bed Frame
      (1) Bureau
      (2) Nightstand
      (5) Lamp

Content of office consisting of:
      (1) Wood Desk
      (1) Office Chair
      (1) File Cabinet

(1) Computer
(1) Desktop Printer

Content of bedroom consisting of:
    (1) Queen Mattress
    (1) Queen Bed Frame
    (1) Bureau
    (1) Nightstand
    (1) Lamp

Content of bedroom consisting of:
    (1) Visitor Chair
    (1) Queen Mattress
    (1) Queen Bed Frame
    (1) Bureau
    (1) Nightstand
    (1) Lamp

Content of bedroom consisting of:
    (1) Washer
    (1) Dryer

Content of bedroom consisting of:
    (3) Bookcase
    (1) Living Room Love Seat
    (1) Queen Mattress
    (1) Queen Bed Frame
    (1) Bureau
    (1) Nightstand
    (2) Lamp
    (1) Television
    (1) Wardrobe

Content of office consisting of:
    (1) Wood Desk
    (1) Office Chair
    (1) Bookcase
    (1) File Cabinet
    (1) Computer
    (1) Desktop Printer

Content of foyer area consisting of:
    (4) Bookcase

Content of office consisting of:
    (1) Wood Desk
    (1) Office Chair

(1) Lamps
(1) Computer
(1) Desktop Printer

Content of chapel consisting of:
(9) Visitor Chair
(1) Side Table
(1) Credenza
(1) Altar
(4) Stained Glass Windows
(4) Kneelers
(2) Statues
(1) Ambo

Content of patio area consisting of:
(1) Grill
(1) Patio Set

Content of pool house consisting of:
(13) Visitor Chair
(2) Window Unit Air Conditioner
(1) Patio Set
(6) Folding Table
(28) Pool Chair

**Located at: 1 Redmond Avenue, Glassboro, NJ**
**Rowan University Newman Center**

Content of office consisting of:
     (1) Wood Desk
     (1) Office Chair
     (1) Side Table
     (2) Bookcase
     (2) Lamp
     (1) Living Room Love Seat
     (1) Telephone

Content of office consisting of:
     (1) Wood Desk
     (2) Office Chair
     (1) Visitor Chair
     (1) Bookcase
     (2) File Cabinet
     (1) Dining Table

Content of room consisting of:
     (2) Side Table
     (2) Bookcase
     (6) Living Room Sofa
     (1) End Table
     (1) Entertainment Center

Content of kitchen consisting of:
     (4) Wood dining chair
     (2) End Tables
     (1) Refrigerator
     (30) Dishes
     (40) Pieces of Silverware
     (10) Pots/Pans

Content of chapel area consisting of:
     (4) Visitor chair
     (1) Altar
     (1) Tabernacle

Content of basement area consisting of:
     (6) Conference Chair
     (2) Lamp
     (1) Dining Table
     (4) Wood Dining Chair
     (2) End Table
     (1) Entertainment Center

### *The Diocese of Camden, New Jersey*
### *Catholic Charities*

**Located at: 1845 Haddon Avenue, Camden, NJ**
**East Side**

### *Reception Area*
Contents consisting of:
- (1) wood bench, 40" long
- (1) aluminum frame white wipe-off board
- (2) upholstered sofas, 84" long
- (1) wood coffee table w/ drop sides, 38" x 52"
- (3) wood end tables w/ drop sides, 25" x 30"
- (2) table lamps w/ shades
- (2) upholstered armchairs
- (1) Formica bookcase, 36" high, 2 tier
- (1) metal coat tree
- (1) plant w/ pot
- (1) wood console table, 14" x 38" w/ center drawer
- (1) wood console table, 14" x 55"
- (1) wood frame wall mirror, 24" x 36"
- (1) modular work station consisting of;
  - (6) metal framed fabric covered office partition, 44" high
    - w/ top shelf, 15" x 48"
  - (1) 3 section Formica top L shape work area
    - w/ 1- 3 drawer metal pedestal
      - 1- 2 drawer metal pedestal
- (1) metal upholstered swivel armchair
- (1) small fan

Assorted religious items consisting of:
(1) vintage gilt gold great jubilee wood cross icon wall plaque 40" X 27"
(1) wooden metal wall cross crucifix, 27" x 14"

### *Break Room*
Contents of break room consisting of:
- (15) wood chairs w/ upholstered seats (poor condition)
- (2) wood armchairs w/ upholstered seats
- (5) wood chairs
- (4) wood ladder back chairs
- (1) Formica top metal table ~25 ½" x 28 ½"
- (2) Formica top tables, 72" diameter (damaged)
- (1) Magic Chef household microwave oven w/ portable stand

(2) Formica top wood tables, 35 ½" x 47 ½"
(2) Coleman Xtremes portable coolers
(1) tile top wood table, 33 ½" diameter
(1) wood cupboard, 31" wide x 71" high
(1) tile top wood cabinet, 19" x 44"
(1) Newco model ACE-LP coffee maker
(1) GE model GSH25GGCB WW 2 door side by side refrigerator/freezer
(1) GE model GSD3300K65WW under counter dishwasher
(1) Rival toaster oven
(1) Black & Decker 4 slice toaster
(1) Oster household microwave oven
(1) Frigidaire model FRS26BH5CWO 2 door side by side Refrigerator /freezer (07-2003)
(1) Quartet 2 door wall mounted signboard, 34" x 46 ½
(2) Assorted snack and soda vending machines *(property of the vendor)*
(1) Water cooler *(property of the vendor)*


### Conference Room

Contents of conference room consisting of:
 (1) wood conference table, 6'-o wide x 18'-o long
 (16) metal upholstered swivel armchairs
 (8) metal armchairs w/ upholstered seat and back (grey fabric)
 (4) metal armchairs w/ upholstered seat and back (white fabric)
 (1) wood chair w/ upholstered seat
 (1) Buhl projection screen
 (1) wood end table, 17x28

Group of religious items consisting of:
 (1) wood pedestal stand, 49" high w/ St. Vincent De Paul icon on wood
 (1) wood pedestal stand, 45 ½" high
   w/ Dorothy Day of New York plaque icon on wood
 (1) wood pedestal stand, 56" high w/ Mother Teresa of Calcutta Icon on wood
 (1) Our Lady of Grace Mary statue 26" high
 (1) St. Joseph holding baby Jesus statue 26" high


### Small Conference Room

Contents of small conference room consisting of:
 (1) Formica conference table, 36" x 72"
 (6) metal upholstered swivel armchairs
 (1) aluminum frame white wipe-off board
 (1) 4 drawer metal lateral file cabinet
 (1) custom painted wood cabinet, 98" long x 21" deep x 84" high 1-
 (1) Fellowes Powershield 485Ci crosscut paper shredder (poor condition)

***Office***
Contents of office consisting of:
        (1) single pedestal Formica desk
                w/ side return
                w/ attached back credenza/ 2 drawer lateral file cabinet
                w/ 4 door hutch
        (1) wall mounted metal top cabinet
        (1) metal upholstered swivel armchair
        (1) Formica table, 42" diameter
        (4) wood armchairs w/ upholstered seat and back (poor condition)
        (1) 2 drawer metal lateral file cabinet
        (1) aluminum frame white wipe-off board
        (1) 4 drawer metal lateral file cabinet
        (1) Formica bookcase, 60" high, 5 tier
        (2) assorted Victor electronic printing calculator with display

***Office***
Contents of office consisting of:
        (1) single pedestal Formica desk
                w/ side return
                w/ attached single pedestal back credenza w/ 4 door hutch
        (1) Formica table, 42" diameter
        (1) wood coat tree
        (3) metal armchairs w/ upholstered seat and back
        (1) wood bookcase, 72"high, 4 tier
        (1) wood 2 drawer cabinet, 19" x 36"
        (1) wood frame white wipe-off board
        (1) wood secretary desk, 31" wide x 86"high
        (2) wood armchairs w/ upholstered seat and back
        (1) table lamp w/ shade
        (1) Fellowes 49C paper shredder

***Office***
Contents of office consisting of:
        (1) single pedestal Formica desk
                w/ side return
                w/ attached back credenza/ 2 drawer lateral file cabinet
        (1) metal upholstered swivel armchair
        (1) Formica table
        (3) wood armchairs w/ upholstered seat and back
        (1) Formica bookcase, 60" high, 4 tier
        (1) wood end table w/ drop sides, 25" x 30"
        (1) 2 seat wood armchair w/ upholstered seat and back

***Office***
Contents of office consisting of:
        (1) Formica top wood table, 41" x 69"
        (1) metal upholstered swivel armchair
        (1) wood upholstered swivel armchair (damaged)
        (1) wood bookcase, 48"high, 4 tier

(1)  wood console table, 14" x 39" w/ center drawer
(1) upholstered love seat
(1) floor lamp w/ shade
(1) Formica entertainment cabinet, 58" high
(1) Sony Trinitron 27" CRT television (obsolete)
(2) upholstered armchairs
(1) wood end table, 20" x 27"
(1) 5 drawer wood dresser
(1) 2 drawer metal file cabinet
(1) 2 drawer Formica lateral file cabinet
(1) Formica computer stand

### *Copy Room*
Contents of copy room consisting of:
(1) Xerox Color C70 Pro multi-function printer ***(leased)***

### *Small Conference Room*
Contents of small conference room consisting of:
(1) Formica conference table, 48" x 96"
(1) wood credenza 17'' x 60"
(1) 2 drawer wood cabinet, 17'' x 28"
(1) 2 drawer metal file cabinet
(6) metal armchairs w/ upholstered seat and back
(1) metal stacking armchair w/ upholstered seat and back
(2) assorted wood frame mosaic wood pictures

### *Closet*
Contents of closet consisting of:
(1) 2 door metal storage cabinet, 72" high
(1) 6'-o fiberglass step ladder
(1) metal folding chair

### *Office*
Contents of office consisting of:
(1) single pedestal Formica desk w/ side return (poor condition)
(1) metal upholstered swivel armchair
(1) wood 2 drawer cabinet
(1) Formica bookcase, 48" high, 3 shelf
(1) 4 drawer metal lateral file cabinet
(1) 2 tier plastic and metal cart
(2) metal armchairs w/ upholstered seat and back
(1) wood end table w/ drop sides, 25" x 30"
(1) Honeywell electric heater
(1) Sharp electronic printing calculator with display

### *Office*
Contents of office consisting of:
(1) single pedestal Formica desk w/ side return (poor condition)
(1) Formica top metal table
(1) metal upholstered swivel armchair (poor condition)
(4) 4 drawer metal file cabinets

(4) wood chairs
(1) corkboard
(1) metal bookcase, 41" high, 3 tier
(1) portable cart
(2) wood armchairs w/upholstered seat and back (soiled)
(1) wood table, painted base, 40" diameter

### *Office*
Contents of office consisting of:
(1) double pedestal wood desk, 36" x 66"
(1) Formica top metal table, 24" x 60" (poor condition)
(1) 4 drawer metal file cabinet
(2) wood armchairs w/ upholstered seat and back
(1) metal upholstered swivel armchair
(1)  metal upholstered armchair
(1) marble top wood stand, 33" high
(1) wood end table
(2) table lamps w/ shades
(1) floor lamp w/ shade
(1) 3 bulb floor lamp

### *Office*
Contents of office consisting of:
(2) folding tables, 5'-o long
(1) 4 drawer metal lateral file cabinet
(1) wood armchair w/ upholstered seat and back
(1) metal upholstered armchair
(1) metal armchair w/ upholstered seat and back
(1) aluminum frame white wipe-off board & corkboard
(1) 2 drawer Formica storage cabinet, 30" high
(1) wood bookcase, 72" high, s tier
(1) Patton electric heater

### *Office*
Contents of office consisting of:
(1) single pedestal Formica desk
        w/ side return
        w/ attached back credenza w/ 4 door hutch
(1) metal upholstered swivel armchair
(2) 4 drawer metal lateral file cabinets
(2) wood armchairs w/ upholstered seat and back
(1) 3 drawer metal lateral file cabinet
(1) white wipe-off board
(2) Harper hand trucks
(1) Hawaiian Breeze pedestal fan
(1) Sharp electronic printing calculator with display

### *Office*
Contents of office consisting of:
(1) single pedestal wood desk (poor condition)
        w/ matching wood credenza
        w/ matching 3 drawer wood pedestal

(1) metal upholstered swivel armchair
(3) wood armchairs w/ upholstered seat and back
(1) framed picture
(1) wood framed cork/white wipe-off board
(1) Artic fresh single door office refrigerator, 27" high
(1) Westinghouse household microwave oven
(1) wood end table w/ drop sides 25" x 30"

### *Office*
Contents of office consisting of:
    (1) single pedestal Formica desk w/ side return
        w/ top wall mounted 4 door cabinet
        w/ matching 2 drawer Formica lateral file cabinet
        w/ top bookcase
    (1) metal armchair w/ upholstered seat and back
    (1) metal upholstered swivel armchair
    (1) 4 drawer metal lateral file cabinet
    (1) Formica bookcase, 48" high, 4 tier

### *Storage Room*
Contents of storage room consisting of:
    (2) Sections of metal shelving, 75" high, 5 tier

### *Office*
Contents of office consisting of:
    (1) single pedestal Formica desk w/ side return
    (1) metal upholstered swivel armchair
    (1) wood frame combination cork/white wipe-off board
    (2) wood armchairs w/ upholstered seat and back
    (1) wood end table
    (1) 2 drawer Formica lateral file cabinet w/ top bookcase, 67'' high
    (1) Whirlpool single door office refrigerator, 34" high

### *IT Work Area*
Contents of IT work area consisting of:
    (1) U shape 2 station modular work area consisting of:
        (12) metal framed fabric covered office partitions, 65" high
        (6) metal framed fabric covered office partitions, 45" high
        (2) 5 section Formica top U shape work areas
            Each w/ 1- 2 drawer pedestal
        (1) 3 drawer pedestal
        (1) top cabinet, 60" long w/ bottom light
        (1) top metal shelf, 48" long w/ bottom light
    (4) assorted metal upholstered swivel arm chairs
    (1) desktop adjustable computer stand

### *Work Area*
Contents of work area consisting of:
    (8) station modular work area consisting of:
        (28) metal framed fabric covered office partitions 48" wide x 65" high
    (8) 3 section L shape Formica work areas

Each w/( 1) 2 drawer pedestal
(1) 3 drawer pedestal
(1)  top cabinet, 48" long w/ bottom light
(1) top metal shelf, 48" long w/ bottom light
(7) assorted metal upholstered swivel armchairs
(2) 2 drawer metal lateral file cabinets
(3) 2 drawer metal file cabinets
(2) 3 tier plastic and metal carts
(1) 3 drawer Formica pedestal
(1) metal upholstered swivel armchair, mesh back
(1) 2 tier stand
(2) 4 drawer metal lateral file cabinets
(2) assorted metal upholstered armchairs
(2) Sharp electronic printing calculators w/ displays

(6) station modular work area consisting of:
(22) metal framed fabric covered office partitions 48" wide x 65" high
(6) 3 section L shaped Formica work areas
Each w/ (1) 2 drawer pedestal
(1) 3 drawer pedestal
(1) top cabinet, 48" long w/ bottom light
(1) top metal shelf, 48" long w/ bottom light
(8) assorted metal upholstered swivel armchairs
(1) 3 drawer metal pedestal

(6) station modular work area consisting of:
(22) metal framed fabric covered office partitions, 48" wide x 65" high
(6) 3 section L shaped Formica work areas
Each w/ (1) 2 drawer pedestal
(1) 3 drawer pedestal
(1) top cabinet, 48" long w/ bottom light
(1) top metal shelf, 48" long w/ bottom light
(6) assorted metal upholstered swivel armchairs
(2) 2 drawer metal lateral file cabinets
(2) 4 drawer metal lateral file cabinets
(1) metal upholstered armchair
(2) drawer metal file cabinets
(1) plastic folding table
(1) white wipe-off board

(6) station modular work area consisting of:
(22) metal framed fabric covered office partitions 48" wide x 65" high
(6) 3 section L shaped Formica work areas
Each w/ (1) 2 drawer pedestal
(1) 3 drawer pedestal
(1) top cabinet, 48" long w/ bottom light
(1) top metal shelf, 48" long w/ bottom light
(8) assorted metal upholstered swivel armchairs
(1) 1- wood swivel chair w/ upholstered seat
(2) 2 drawer metal file cabinets
(1) 4 drawer metal file cabinet 1-formica bookcase, 30" high

(1) adjustable table top computer stand

(27) 4 drawer metal lateral file cabinets
(2) 5 drawer metal lateral file cabinets
(2) 2 drawer metal lateral file cabinets
(3) 4 drawer metal file cabinets
(1) 2 door metal storage cabinet, 72" high
(1) Formica table, 47" diameter
(4) assorted metal upholstered armchairs
(1) Formica bookcase, 48" high
(1) 5 drawer metal file cabinet
(1) Formica top metal table, 30" x 72"
(1) Brother EM-630 typewriter
(1) GBC CombBind C110e binding machine
(1) Martin Yale P7200 table-top paper folding machine

### ***Computer Room***
Contents of computer room consisting of:
    (1) Formica top metal work bench, 30" x 70" w/ bottom shelf
        w/ 2- overshelves, 17" x 70"
    (1) Air King pedestal fan
    (1) metal hand truck
    (1) light weight platform truck
    (1) Cosco 3 step ladder
    (1) wood bookcase, 55" high, 4 tier

Dell computer rack containing:
    (1) EMC2 MPE Celerra NX4 storage array
        w/ (12) SAS 450GB 15K HD
        (1) DVD
        (4) power supplies
    (1) Dell keyboard/monitor
    (1) 3Com Baseline switch 2920-SFP Plus (3CRBSG2093)
    (2) H.P. Procurve switch 2824 (J4903A)
    (1) APC Smart-UPS 5000 UPS

Dell computer rack containing:
    (2) Dell PowerEdge R420 servers (2012)
        Each w/ (2)- SATA500GB 7.2KHD
    (1) EMC Avamar ADS Gen4S M1200 storage node
        w/ (6) SATA 2TB 7.2K HD
    (1) APC Smart-UPS 5000 UPS

Computer rack containing:
    (1) QNAP NAS TS-X53D processor, Intel Celeron J4125
    Quad-Core
    (1) Cisco 4431 Integrated service router
    (2) Aruba 2530-48G networking switches
    (1) H.P. A5500-48G switch, JG240A
    (1) 3Com 2924SFP Plus baseline switch, 3CBLSG24
    (1) Adtran Total Access 900e gateway

(1) H.P. Aruba ARCN0103 mobility controller
(1) Fortinet FortiGate 200E Firewall
(1) Tripplite DRS-1215 surge suppressor
(1) Canoga Perkins 9145E-104 network interface device

Security system consisting of:
(1) UNV model NVR301-08L-P8 network video recorder
(1) Dell LCD monitor
(7) CCIV cameras
(1) UPS

Telephone system consisting of:
(52) Yealink model SIP-T53 VOiP telephones
(11) Yealink model SIP-T53 VOiP telephones (not in use)
(1) Yealink model CP960 HD IP conference phone
(1) Yealink model CPW90 CP wireless expansion microphone
(1) Yealink model CP920 HD IP conference phone
(2) Siemens OptiPoint 500 standard telephones

Group of computer equipment consisting of:
(3) Dell OptiPlex 5040 computers (2015), Core i5 w/ Dell LCD monitors
(1) Dell Latitude 3590 notebook computer (2018), Core i7
(1) H.P. HSTND-9091-L LCD monitor
(1) Viewsonic LCD monitor
(5) Dell OptiPlex 5060 computers(2018), Core i7 w/ Dell LCD monitors
(8) Dell LCD monitors
(1) Dell Latitude notebook computer, Core i7
(1) Dell Latitude 3570 notebook computer (2016), Core i5
(2) Dell OptiPlex 3070 computer (2019), Core i5 w/ Dell LCD monitor
(1) Dell OptiPlex 3020 computer (2013), Core i5 w/ Dell LCD monitor
(2) Dell Latitude notebook computers, Core i5
(1) Dell Latitude E6540 notebook computer (2013)
(19) Dell OptiPlex 3020 computers (2013), Core i5 (not in use)
(8) Dell OptiPlex 3070 computers (2019), Core i5 (not in use)
(3) Dell OptiPlex 3050 computers (2017), Core i5 (not in use)
(7) Dell OptiPlex 5040 computers (2015), Core i5 (not in use)
(7) Dell OptiPlex 3010 computers, Core i5 (not in use)
(27) assorted Dell Latitude, Latitude 3570, Latitude E5530, Latitude E5540, Latitude E5550
notebook computers, Core is, Core i7 (not in use)
(19) Dell Inspiron notebook computers (2017), AMD A9 (not in use)
(1) lot of assorted power supplies, cords, and etc.
(18) Dell LCD monitors (not in use)
(2) Viewsonic LCD monitors (not in use)
(1) Brother MFC-7340 All-In-One (2009)
(1) Canon Pixma TS6220 All-In-One (2019)
(1) H.P. OfficeJet Pro 8600 All-In-One (2011)
(1) Brother IntelliFax 2840 facsimile machine (2013)
(1) Brother IntelliFax 1270 facsimile machine (1997)
(4) H.P. LaserJet P1102W printers (2010)
(1) H.P. LaserJet Pro M402N printer (2015)
(2) H.P. LaserJet 1018 printers (2006)

(2) H.P. LaserJet P1006 printers (2008)
(1) Zebra ZXP Series 3 ID card printer (not in use)
(2) Epson GT-S50 scanners (2009)
(2) H.P. ScanJet Pro 2000 S1scanner (2017)
(1) 1- Digital CheXpress CX30 scanner
(1) RDM EC9100iAF scanner
(1) H.P. LaserJet Enterprise M507 printer
(1) H.P. LaserJet P3015 printer (not connected)
(1) Dell model 1201MP DLP projector w/ case
(1) Epson VS250 model H838A LCD projector w/ case
(1) Dell model 1510X DLP projector w/ case
(1) Dell model 1200MP DLP projector w/ case
(1) Canon model LV-X1U projector w/ case
(1) EIKI LC-300 LC color video projector
(1) H.P. ProCurve 2610-24-PWR switch (not connected)
(1) Speco model DVR-16TL/160 DVR (not connected)
(1) H.P. ProCurve 4104GL switch (J4887A)
      w/(3) H.P. ProCurve 10/100-TX GL modules (J4862B)
      (1) H.P. ProCurve 100/1000-T GL module (J4863A) (not connected)
(1) H.P. ProCurve 2512 switch (J4812A) (not connected)
(1) Siemens Hipath 3700/3750 phone system cabinet
      w/ assorted boards

### *West Side Reception Area*
Contents of reception area consisting of:
(1) wood bench, 40" long
(1) wood end table
(1) modular reception station consisting of:
      (6) metal framed fabric covered office partition, 44" high 1
      (1) 2 section top shelf, 15" x 72"
      (1) 3 section Formica top L shaped work area
          w/ (1) 2 drawer metal pedestal
          (1) 3 drawer metal pedestal
(1) metal upholstered swivel chair
(10) wood arm chairs w/ upholstered seats and back
(1) wood end table, 22" x 26"
(1) wood frame octagon wall mirror, 33" diameter
(1) wood frame corkboard
(1) table lamp w/ shade

Contents of room consisting of:
(1) metal upholstered swivel armchair (damaged)
(2) assorted metal upholstered chairs
(1) metal armchair w/ upholstered seat and back
(1) Formica conference table, 43" x 96"
(1) lot of assorted plastic storage containers

Contents of office consisting of:
      (1) double pedestal Formica desk (poor condition)
      (2) metal upholstered swivel armchairs
      (1) Formica computer desk
      (1) IBM WheelWriter 70 Series II typewriter
      (2) assorted aluminum framed corkboards (poor condition)
      (1) 3 tier wire rack, 30" high w/ casters
      (1) Philips DVP 3150V DVD player/VCR
      (1) Philips 20" LCD television
      (1) 2 drawer metal lateral file cabinet
      (2) 4 drawer metal lateral file cabinets
      (9) 4 drawer metal file cabinets
      (1) 4 drawer metal lateral file cabinet
      (1) 2 door metal storage cabinet, 72" high
      (1) 5 drawer metal file cabinet
      (1) single pedestal wood desk (poor condition)
      (2) assorted 2 drawer metal file cabinets

Contents of copy room consisting of:
      (1) Formica table, 35 ½" x 71"
      (1) 2 section 42 bin sorting rack
      (1) Xerox AltaLink B8055 high volume multifunction printer *(leased)*
      (1) Pitney Bowes postage machine *(property of Pitney Bowes)*

Contents of training room consisting of:
      (1) Formica top metal trapezoid table
      (1) aluminum frame white wipe-off board, 48" x 96"
      (2) metal upholstered armchairs
      (9) assorted Formica top metal computer tables, 30" x 48"
      (3) Formica top metal tables, 30" x 96"
      (1) chrome 2 row clothes rack
      (21) metal upholstered stacking chairs, vinyl
      (5) metal upholstered stacking chairs, black vinyl
      (25) assorted metal upholstered stacking armchairs, cloth & vinyl
      (6) assorted stacking metal armchairs w/ upholstered seat and back
      (1) wood armchair w/ upholstered seat and back
      (1) metal garment rack
      (1) wood bookcase, 72" high
      (1) metal chair w/ upholstered seat 3- metal bookcases, 78" high, 6 tier
      (1) 2 seat wood armchair w/ upholstered seat and back
      (1) metal upholstered swivel chair
      (1) wood stand, 18" x 22"
      (1) Formica top metal podium

Contents of copy room consisting of:
      (1) portable Formica 2 door cabinet, 33" high
      (1) 36 bin sorting rack
      (1) Xerox AltaLink B8055 high volume multifunction printer *(leased)*

Contents of office consisting of:
    (1) double pedestal Formica top metal desk
    (1) metal upholstered swivel armchair
    (1) metal armchair w/ upholstered seat and back
    (1) 4 drawer metal file cabinet
    (1) 2 drawer metal file cabinet

Contents of office consisting of:
    (1) metal table, 30" x 55" w/ center drawer
    (1) Formica top metal table, 30" x 72"
    (1) metal upholstered swivel armchair
    (2) wood chairs w/ upholstered seat
    (5) drawer metal file cabinets
    (1) 4 drawer metal file cabinet
    (1) Formica top metal table, 26" x 26"
    (1) Formica bookcase, 30" high, 2 tier

Contents of office consisting of:
    (1) double pedestal wood desk, 22" x 52"
    (1) wood armchair w/ upholstered seat and back
    (2) Formica bookcases, 72" high, 5 tier
    (1) metal upholstered swivel chair
    (1) Formica computer stand
    (1) white wipe-off board
    (1) single pedestal wood desk (poor condition)
    (1) metal upholstered swivel armchair
    (1) 5 drawer metal file cabinet
    (1) Formica bookcase, 48" high, 4 tier
    (1) 2 drawer metal file cabinet

Contents of office consisting of:
    (1) single pedestal wood desk (poor condition)
    (1) Formica bookcase, 60" high, 4 tier
    (1) metal upholstered swivel armchair
    (2) wood armchairs w/ upholstered seat and back
    (1) 5 drawer metal lateral file cabinet
    (1) 2 drawer formica lateral file cabinet
    (1) metal folding chair w/ upholstered seat and back
    (3) 4 drawer metal file cabinets
    (2) 2 drawer metal file cabinets
    (1) 36 bin mail sorting rack
    (1) Holmes tower fan (poor condition)
    (1) small wood 4 drawer cabinet
    (1) wood end table (poor condition)

Contents of office consisting of:
    (1) double pedestal wood desk, 29" x 60"
    (1) metal upholstered swivel armchair
    (2) wood armchairs
    (1) wood chair w/ upholstered seat
    (1) 4 drawer metal lateral file cabinet
    (1) metal coat tree

(1) white wipe-off board 1- corkboard
(1) 2 drawer metal file cabinet
(1) wood 3 section bookcase, 71" long x 31" high, 2 & 3 tier
(1) 2 drawer Formica lateral file cabinet
(3) Formica bookcases, 72" high, 5 tier

Contents of office consisting of:
      (1) single pedestal Formica desk, 30" x 66"
           w/ side return
           w/ attached back 2 drawer lateral file cabinet/credenza
      (1) metal upholstered swivel armchair
      (4) 4 drawer metal lateral file cabinets
      (1) 4 drawer metal file cabinet
      (1) 5 drawer metal file cabinet
      (1) 24 bin sorting rack
      (1) Corkboard
      (2) wood armchairs w/ upholstered seat and back
      (1) electric heater

Contents of office consisting of:
      (1) double pedestal Formica top metal desk
      (1) metal upholstered swivel armchair
      (1) wood armchair w/ upholstered seat and back
      (2) 4 drawer metal lateral file cabinets
      (1) table lamp w/ shade
      (1) Markel electric heater
      (1) floor lamp w/ shade
      (1) upholstered sofa, 84" long w/ matching love seat, 60" long
      (1) Formica bookcase, 60'; high 5 tier
      (1) portable white wipe off board

Contents of meeting room consisting of:
      (1) Single pedestal Formica top metal desk, 18" x 36"
      (1) metal upholstered swivel armchair
      (1) corkboard
      (1) upholstered sofa, 64" long
      (1) upholstered chair
      (1) wood end table, 16" x 24" (poor condition)
      (1) table lamp w/ shade
      (4) assorted framed pictures

Contents of meeting room consisting of:
      (1) double pedestal Formica top metal desk, 24" x 60"
      (1) metal upholstered swivel armchair
      (1) upholstered love seat
      (1) wood armchair w/ upholstered seat and back
      (1) table lamp w/ shade
      (2) assorted wood end tables (poor condition)
      (1) corkboard
      (2) assorted framed pictures

Contents of meeting room of:
      (1) single pedestal Formica top metal desk, 30" x 60"
      (1) metal upholstered swivel armchair (very poor condition)
      (1) wood armchair w/ upholstered seat and back
      (2) upholstered club chairs
      (1) metal upholstered armchair
      (1) wood end table, 18" x 28"
      (2) assorted table lamps w/ shades
      (1) upholstered chair w/ matching ottoman
      (1) corkboard
      (4) assorted framed pictures
      (1) Duracraft pedestal fan

Contents of office consisting of:
      (1) 3 section Formica top metal L shape desk w/ over shelf
           w/ 3 drawer portable pedestal
      (1) metal upholstered swivel armchair
      (1) 4 drawer metal lateral file cabinet
      (1) wood table, 42" diameter
      (3) wood chairs w/ upholstered seat
      (1) 2 door wood cabinet, 28" high (damaged)
      (1) wood armchair w/ upholstered seat and back
      (1) Lasko electric heater

Contents of office consisting of:
      (1) single pedestal wood desk w/ side return
      (1) Formica bookcase, 72" high, 2 door base, 4 tier
      (1) white wipe-off board
      (1) wood chair w/ upholstered seat
      (2) metal upholstered armchairs (poor condition)
      (1) 4 drawer metal lateral file cabinet
      (1) 15 bin sorting rack

Contents of work area consisting of:
      Large 23 station U shape modular work area consisting of:
           (87) metal framed fabric covered office partitions, 44" high
           (32) acrylic sneeze guards/shields, 24" x 32"
               (screwed to top of partitions)
           (23) 3 section L shaped Formica work areas
               Each w/ (1) 2 drawer pedestal
                   (1) 3 drawer pedestal
      (18) assorted 2 drawer metal file cabinets
      (18) assorted metal upholstered swivel armchairs
      (6) assorted metal upholstered arm chairs
      (1) single door copier cabinet
      (1) wood table, 20" x 29"
      (1) wood stand
      (2) 3 drawer metal pedestals
      (1) Formica bookcase, 30" high, 2 tier
      (1) single pedestal wood desk
      (3) wood armchairs w/ upholstered seat and back
      (1) metal bookcase, 41" high

       (1)- 2 drawer Formica lateral file cabinet
       (1- Formica bookcase, 44" high, 3 tier
(     (1) metal upholstered swivel armchair, mesh back

       (2) station modular work area consisting of:
              8- metal framed fabric covered office partitions, 44" high
              2- acrylic sneeze guards/shields, 24" x 32"
              (screwed to top of partitions)
       (2) 3 section L shape Formica work areas
              Each w/ (1) 2 drawer pedestal
              (1) 3 drawer pedestal
       (2) metal upholstered swivel armchairs
       (2) metal upholstered armchairs
       (1) wood bookcase, 36" high

       (2) station modular work area consisting of:
              (8) metal framed fabric covered office partitions, 44" high
              (4) acrylic sneeze guards/shields, 24" x 32"
              (screwed to top of partitions)
       (2) 3 section L shape Formica work areas
              Each w/ (1)- 2 drawer pedestal
              (1) 3 drawer pedestal
       (1) white wipe-off board
       (2) assorted metal upholstered swivel armchairs
       (2) assorted wood armchairs w/ upholstered seat and back

Balance of work area consisting of:
       (24) 5 drawer metal file cabinets
       (11) 4 drawer metal file cabinets
       (13) 4 drawer metal lateral file cabinets
       (1) 2 door wood cabinet, 29" high
       (1) Formica bookcase, 41" high
       (1) Formica bookcase, 72" high, 5 tier
       (1) 2 drawer metal file cabinet
       (1) wood end table
       (1) 5 drawer metal lateral file cabinet
       (1) 2 drawer metal lateral file cabinet
       (1) wood table w/ drawer
       (1) wood end table
       (1) 2 drawer Formica lateral file cabinet
       (1) wood bookcase, 48" high
       (3) assorted electric heaters
       (1) NakajimaAE-340 typewriter
       (1) Smith Corona WordSmith typewriter

Group of computer equipment consisting of:
       (7) Dell OptiPlex 3050 computers (2017) Core i5
              w/ Dell LCD monitor
       (6) Dell OptiPlex 5040 computers (2015) Core i5
              w/ Dell LCD monitor
       (8) Dell OptiPlex 5060 computers (2018) Core i7
              w/ Dell LCD monitor

(1) Dell OptiPlex 3010 computer, Core i5
  w/ Dell LCD monitor
(1) Dell OptiPlex 3070 computer (2019), Core i5
  w/ Dell LCD monitor
(2) Dell Latitude notebook computers, Core i5
(1) Dell LCD monitors
(1) H.P. LaserJet P2035N printer (2008)
(1) Dell OptiPlex 3020 computer (2013), Core i5
  w/ Dell LCD monitor
(1) Brother IntelliFax 2840 facsimile machine (2013)
(2) Panasonic KX-FL511 facsimile machines (2003)
(1) H.P. LaserJet 1018 printer (2006)
(1) H.P. LaserJet Pro M402DN printer (2015)
(1) Brother MFC4800 facsimile machine (2004)
(1) H.P. LaserJet P3015 printer (2010)
(1) H.P. LaserJet Pro M102W printer (2016)
(1) Epson DS-510 scanner (2014)
(1) H.P. LaserJet 1200 Series printer (2003)
(1) H.P. LaserJet P1006 printer (2008)

### _Basement_

Contents of basement consisting of:
(1) 3 drawer metal file cabinet
(1) 2 door metal storage cabinet, 42" high
(2) Sentry Fire-Safe Media File 6720
(2) 3 sections 4 tier plastic racks
(2) 2 door metal storage cabinets, 72" high
(2) folding tables
(2) portable light weight metal garment racks
(6) 4 tier wire racks, 72" high
(3) sections of metal shelving
(6) sections of medium duty metal racks
  48" wide x 96" long x 84" high, 3 tier wood shelves
(9) sections of medium duty metal racks
  36" wide x 96" long x 60" high, 3 tier wood shelves
(42) assorted 4 & 5 drawer metal file cabinets
(4) 4 drawer metal lateral file cabinet
(1) portable chrome clothes rack

Group of tools and equipment consisting of:
(1) Ridgid shop vacuum
(1) metal hand truck
(1) universal dolly for stacking chairs
(1) Dayton hydraulic pallet jack
(1) Craftsman 10" table saw w/ leg set
(1) Dunlap bench drill press
(1) Sears 10" compound miter saw model 172.231940
(1) Bostitch portable air compressor, 6 gallon
(2) wood top metal work tables (tops are doors)
(1) group of assorted hand & power hand tools

Group of computer and telephone equipment
     (items in storage, operating condition unknown) consisting of:
     (9) cartons of Siemens Optipoint 500 standard telephones
     (8) Newline Trutouch TT6515B 65" interactive flat panel displays
     (1) DS Datamation mobile notebook/laptop computer charging
          cart, 30 shelves
     (1) small lot of assorted computers, LCD monitors, cables, networking switches, and etc.

Group of assorted donations consisting of:
     Households furniture
     Lamps
     Small appliances
     Glassware
     Dinnerware
     Megalight lamps
     canned food
     dry goods and etc.

Rider # 2A

Schedule B Question # 42

Collectibles, antiques and jewelry (including religious accessories)

**Located at: 631 Market Street, Camden, NJ**

| | | |
|---|---|---|
| (1) Episcopal Cross | Custom made gold pectoral cross, set with rubies and seed pearls assumed to be 18Kt yellow gold and gold filigree set with 15 rubies of various sizes and 62 seed pearls, set in 6 dials or circles on the cross frame, measuring 4.75" x 3.25" with a weight of ~24.0 dwt. there is some damage to seed pearls. Reportedly given by Pope Pius X to Archbishop Ryan, first quarter of the 20th century. | $2,000.00 |
| (1) Episcopal Ring | Custom made gold, emerald, and diamond ring, not marked assume to be 18Kt yellow gold set with 1 large square cut emerald measuring approximately 19 mm x 6 mm surrounded by 30 round cut diamonds each approximately .03 carat total weight approximately .90 carats. Ring weights approximately 13.0 dwt. Reportedly given by Pope Pius X to Archbishop Ryan, first quarter of 20th century. | $1,200.00 |
| (1) Sick Call Set | A liturgical Sick Call Set in oak box having a crucifix, 2 patens, porringer, and brush, with candelabra, made in quadruple silver plate, circa 1897, the box measuring 11" x 12." | $75.00 |
| (1) Ecclesiastical Ring | An 18Kt yellow gold solid man's ring having a raised Diocese crest on the plate, engraved on sides, inscribed "From the People of St. Rose of Lima Newfield." Ring dated April 2004 ring weighs approximately 28.0 dwt. | $2,200.00 |
| (1) Gold Chain | An unmarked gold rope chain, spiral link, 50" long, assume to be 18Kt yellow gold, weighing approximately 28.00 dwt. | $1,900.00 |
| (1) Sterling Silver Chain | A triple link sterling silver neck chain, marked .925 Italy 46" long weighing approximately 20.0 dwt. | $30.00 |
| (1) Sterling Silver Chain | A triple link sterling silver neck chain, marked sterling, having an attached charm (unmarked) of a miter hat, chain measuring 44" long weighing approximately 21.0 dwt. | $50.00 |
| (1) Pectoral Cross | A contemporary gold colored silver cross with a coral cabochon, pierced frame, marked 800 (German mark for silver), measuring 4.12" long and weighing approximately 37.0 dwt. | $75.00 |
| (1) Pectoral Cross | A sterling silver cross measuring 4.25", set with a single round amethyst, approximately 3.0 carat, cross weighs approximately 37.0 dwt. and is marked "PF Gill & Sons, Sterling." | $100.00 |
| (1) Pectoral Cross | A silver cross/crucifix with various scenes of Christ's life, marked 800 but pewter finish, 4.25" in length, weighing approximately 58.0 dwt. | $100.00 |
| (1) Pectoral Cross | A silver cross with gold overlay/wash depicting Mary having a descending dove flanked by 10 figures, marked 800, stock # 7505, 3.5"length, weighing approximately 67.0 dwt. It is accompanied by a gold-colored | $125.00 |

| | | |
|---|---|---|
| | unmarked chain, which does not appear to be a high karat. | |
| (1) Pectoral Cross | A silver and turquoise cross, unmarked, set with a 12.7 mm oval turquoise stone in center, cross weighs approximately 26.0 dwt. Marked "Presented by the Catholic Cemeteries of New Mexico. | $75.00 |
| (1) Pectoral Cross | A sterling silver cross/crucifix with Mary, marked .925, 3" in length weighing approximately 34.00 dwt. | $65.00 |
| (1) Pectoral Cross | A silver cross molded with 4 Biblical scenes and 24" sterling silver (marked) chain, cross probably not silver, cross measures 2.25" in length, chain weighs approximately 22.0 dwt. | $40.00 |
| (4) Crosses | Lot of 4 miscellaneous pectoral type crosses, not marked silver, one with blue enamel, 3 with chains (not marked). | $80.00 |
| (1) Chalice/Paten | Gold wash over silver with hexagonal shaped base on applied raised cross. Engraved "Rev. Charles P. Barth, Ordained May 25, 1956." Chalice stands 8.25" tall with a 5.75" paten (engraved on base, marked sterling). Weight of chalice and paten is approximately 29.0 troy ounces. | $700.00 |
| (1) Chalice/Paten | Brass or gold wash with raised/applied cross, 8" tall with 5" paten (engraved cross on bottom), neither marked. inscribed "In Memory of Marian Lanchoney." Comes with fitted case, weight inconsequential. | $175.00 |
| (1) Chalice/Paten | A gold wash over sterling hexagonal base chalice with raised Celtic cross, 8" tall, engraved "Andrew J. Bolgar, May 22nd, 1965" paten is 6" and has engraved cross and inscription on base. Chalice is approximately 26.0 troy ounces, paten is approximately 7.6 troy ounces. | $650.00 |
| (1) Chalice/Paten | Unmarked brass/gold wash with round base and dove descending in world motif. Incised "Alphonse Thiebealt 8/31/78, 7'' tall. Paten is 5" round with inlaid HIS. Weight inconsequential. | $150.00 |
| (1) Chalice/Paten | Unmarked brass/gold wash with red enamel cross and center ring, Incised "In Memory of Joseph A. Baron." Stands 8.25" tall. Paten is 5.5" and has an engraved cross on base. | $150.00 |
| (1) Chalice/Paten | A sterling 4-sided stepped base chalice having a ringed center and an applied cross with embedded amethyst. Engraved "1943 James Louis Schad." It stands 8" tall and weighs approximately 15.0 troy ounces, it is marked J. Piana (trademark). The paten is not marked, probably brass with incised cross 5.5." | $375.00 |
| (1) Chalice/Paten | A sterling silver round base chalice, applied cross, engraved "In Memory of Sir Knight Nicholas Volpetti." It was made by Louis Meyer Inc., Philadelphia, #163 measuring 8.25" tall. It weighs approximately 9.2 troy ounces. paten is unmarked brass. | $225.00 |

| (1) Chalice/Paten | A sterling silver scalloped octagonal chalice with incised cross, marked #2136. It is engraved "Rev, Thomas D. Classick, May 18, 1940." It stands 9.5" tall and weighs approximately 23.0 troy ounces paten is unmarked brass having an incised cross. | $575.00 |
|---|---|---|
| (1) Chalice/Paten | An unmarked silver colored chalice with a celluloid figural pedestal (faux ivory), of Biblical figures or saints.  Stands 6.75" tall.  Weight inconsequential, (damaged).  Paten is 6.25" and has a celluloid insert medallion matching the chalice but of Christ the Good Shepherd. | $100.00 |
| (1) Chalice/Paten | A sterling silver hexagonal based chalice with applied gem studded cross (oval glass crystal) having a ringed center.  Made in Holland, Andrian Hamers.  Engraved "Mother and Dad to Joseph, May 16, 1964." It stands 8" tall and weighs approximately 29.0 troy ounces, the brass-colored paten is not marked but has an incised decoration of the Holy Mother and Child, 5.75" diameter. | $750.00 |
| (1) Chalice/Paten | A metal and enamel overlay chalice with molded row of saints, gilt interior, no markings.  Engraved "In Memory of Peter Joseph Giuffer 4-11-77."  The paten is brass colored, 5.5" diameter.  Made in Spain. | $75.00 |
| (1) Brass Crucifix | A carved wood crucifix with glass and brass, measures 43" x 22", some damages. | $200.00 |
| (1) Statue | A molded composition religious statue, Mary with the Christ Child, 21" tall. Purchased at The Louvre, museum reproduction. | $25.00 |

Rider # 3
Schedule B Question # 47
Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles

| Make | Model | Year | Miles | Value | Source | VIN # |
|------|-------|------|-------|-------|--------|-------|
| Honda | Accord | 2016 | 55,000 | $11,753 | Kelley Blue Book | 1HGCR2F32GA030591 |
| Chevrolet | Venture | 2004 | 204,175 | $738 | Kelley Blue Book | 1GNDX03E64D190414 |
| Nissan | Sentra | 2004 | 79,124 | $966 | Kelley Blue Book | 3N1CB51DX4L462115 |
| Honda | Civic LX | 2014 | 45,350.00 | $7,500 | Kelley Blue Book | 19XFB2F55EE238203 |
| Honda | Civic | 2012 | 111,972 | $3,370 | Kelley Blue Book | 2HGFB2F55CH593780 |
| Nissan | Sentra | 2006 | 152,554 | $469 | Kelley Blue Book | 3N1CB51D86L483158 |
| Nissan | Sentra | 2006 | 148,231 | $469 | Kelley Blue Book | 3N1CB51D26L483158 |
| Ford | F150 | 2003 | 27,378 | $2,109 | Kelley Blue Book | 1FTRF17273NB71631 |
| Honda | Accord | 2012 | 80,745 | $5,253 | Kelley Blue Book | 1HGCP2F62CA110886 |
| Honda | Civic | 2012 | 114,000 | $2,720 | Kelley Blue Book | 19XFB2F50CE347522 |
| Hyundai | Accent | 2009 | 89,320 | $976 | Kelley Blue Book | KMHCN46C59U371793 |
| GMC | Acadia | 2009 | 55,073 | $4,807 | Kelley Blue Book | 1GKEV13D39J173325 |
| Toyota | Corolla | 2011 | 38,235 | $5,957 | Kelley Blue Book | JTDBU4EE4B9147283 |
| Honda | Civic | 2011 | 25,000 | $4,540 | Kelley Blue Book | 2HGFA1F52BH509961 |
| Honda | Accord | 2012 | 58,302 | $6,710 | Kelley Blue Book | 19XFB2F50CE348198 |
| Nissan | Murano | 2015 | 84,557 | $10,117 | Kelley Blue Book | 5NIAZ2MH1FN2228179 |
| Dodge | Grand Caravan | 2013 | 41,023 | $6,492 | Kelley Blue Book | 2C4RDGCG8DR740985 |
| Ford | F350 | 2008 | 176,000 | $9,252 | Kelley Blue Book | 1FDWF34548EE06633 |
| Ford | F450 | 1997 | 65,000 | $19,900 | Commercial Truck Trader | 3FELF47F5VMA15490 |
| Ford | F150 | 1998 | 68,000 | $3,204 | Kelley Blue Book | 1FTZF1721WNB55414 |
| GMC | Sierra | 2008 | 21,000 | $33,750 | Commercial Truck Trader | 1GDJC34K88E136203 |
| Ford | F550 | 2008 | 85,000 | $29,995 | Commercial Truck Trader | 1FDAF56Y48EC84451 |
| Chevrolet | Silverado | 2015 | 41,000 | $47,266 | Tree Trader | 1GB3KYCG5FF567460 |
| Ford | F550 | 2011 | 89,000 | $49,995 | Commercial Truck Trader | 1FDUF5GY1BEB71401 |
| Ford | F250 | 2003 | 170,668 | $3,815 | Kelley Blue Book | 1FTNF20L53EC85635 |
| Ford | Ranger | 2007 | 32,522 | $13,063 | Kelley Blue Book | 1FTYR14U67PA47370 |
| Ford | F350 | 2009 | 15,862 | $6,918 | Kelley Blue Book | 1FDWF37Y19EA15219 |
| Ford | F350 | 2016 | 5,395 | $33,900 | Commercial Truck Trader | 1FDRF3H67GEB19642 |
| Ford | F550 | 2010 | 22,000 | $54,950 | Commercial Truck Trader | 1FDAF5GY0AEA66365 |
| Ford | F600G | 1988 | 24,241 | $29,995 | Commercial Truck Trader | 1FDNF60H6JVA15955 |
| Ford | F350 | 2000 | 71,000 | $10,000 | Second Life Truck | 1FDWF36S3YED54320 |
| Ford | F550 | 2006 | 56,000 | $14,500 | Commercial Truck Trader | 1FDAF57Y56ED69407 |