| |
|---|
| **UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY** |
| In re:<br><br>THE DIOCESE OF CAMDEN, NEW JERSEY,<br><br>                Debtor. |

Chapter 11

Case No. 20-21257 (JNP)

## NOTICE OF INTENT OF SEXUAL ABUSE SURVIVORS REPRESENTED BY PGMBM, LLC TO PARTICIPATE IN PLAN CONFIRMATION PROCEEDINGS

In accordance with the *Order (I) Scheduling Certain Dates and Deadlines in Connection with Confirmation of the Debtor's Fifth Amended Plan of Reorganization, (II) Establishing Certain Protocols, and (III) Granting Related Relief* [Dkt. No. 1474] (the "**Confirmation Scheduling Order**"), the sexual abuse survivors represented by PGMBM, LLC who have submitted a proof of claim form with respect to the Debtor ("Claimants"), hereby provide notice of intent to participate in the Confirmation Proceedings (as defined in the Confirmation Scheduling Order). Pursuant to the Confirmation Scheduling Order, these Claimants agree to comply with the deadlines set forth therein and the terms of the Discovery Confidentiality Order (Dkt. No. 391).

1. The address of the Claimants is identified on the attached Ex. A.

2. The claims against the Debtor are set forth in proof of claim forms identified on the attached Ex. A.

3. The names and addresses of counsel for the Claimants is identified on the attached Ex. A.

Dated: 4/11/2022

*/s/ Gabriel C. Magee*
Gabriel C. Magee, Esq.
NJ ID: 017052011
PGMBM, LLC
161 WASHINGTON ST., SUITE 250
CONSHOHOCKEN, PA 19428
(610) 941-4204
gmagee@pgmbm.us
*Attorney for Claimants*

# **Exhibit A**

# **PGMBM, LLC (formerly Pogust Millrood, LLC) Clients**

| Last Name | First Name | POC Number | Address | Affiliate Counsel | Economic Interest |
|---|---|---|---|---|---|
| XXXX | XXXX | 375 | c/o PGMBM, LLC, 161 Washington St, St. 250, Conshohocken, PA 19428 | Laffey, Bucci, Kent | Unliquidated Abuse Claim |
| XXXX | XXXX | 483 | c/o PGMBM, LLC, 161 Washington St, St. 250, Conshohocken, PA 19428 | Laffey, Bucci, Kent | Unliquidated Abuse Claim |