# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY**<br>Caption In Compliance With D.N.J. LBR 9004-1<br><br>**Squire Patton Boggs (US) LLP**<br>Mark D. Sheridan, Esq.<br>Mark C. Errico, Esq.<br>382 Springfield Ave., Suite 300<br>Summit, NJ 07401<br>Telephone: 973-848-5600<br>Email: mark.sheridan@squirepb.com<br>Email: mark.errico@squirepb.com<br><br>**O'MELVENY & MYERS LLP**<br>Tancred Schiavoni, Esq. (admitted pro hac vice)<br>Matthew L. Hinker, Esq. (admitted pro hac vice)<br>Times Square Tower<br>7 Times Square<br>New York, NY 10036<br>Telephone: 212-326-2000<br>Email: tschiavoni@omm.com<br>Email: mhinker@omm.com<br><br>*Counsel for Century Indemnity Company, as successor to CCI Insurance Company, as successor to Insurance Company of North America* | |
| *In re*:<br><br>THE DIOCESE OF CAMDEN, NEW JERSEY,<br><br>      Debtor. | Case No. 20-21257 (JNP)<br><br>Chapter 11<br><br><br>Judge: Jerrold N. Poslusny, Jr. |

**NOTICE OF RECEIPT OF DOCUMENT PRODUCTION IN RESPONSE TO CENTURY'S REQUEST FOR PRODUCTION OF DOCUMENTS DIRECTED TO THE UNKNOWN CLAIMS REPRESENTATIVE, MICHAEL HOGAN**

PLEASE TAKE NOTICE that on July 26, 2022 the Unknown Claims Representative produced documents in response to a subpoena served by Century Indemnity Company, as successor to CCI Insurance Company, as successor to Insurance Company of North America ("Century").

Dated: July 27, 2022

By: s/ Mark C. Errico

**Squire Patton Boggs (US) LLP**
Mark D. Sheridan, Esq.
Mark C. Errico, Esq.
382 Springfield Ave., Suite 300
Summit, NJ 07401
Telephone: 973-848-5600
Email: mark.sheridan@squirepb.com
Email: mark.errico@squirepb.com

**O'MELVENY & MYERS LLP**
Tancred Schiavoni, Esq. (admitted pro hac vice)
Matthew L. Hinker, Esq. (admitted pro hac vice)
Times Square Tower
7 Times Square
New York, NY 10036
Telephone: 212-326-2000
Email: tschiavoni@omm.com
Email: mhinker@omm.com

*Counsel for Century Indemnity Company, as successor to CCI Insurance Company, as successor to Insurance Company of North America; and Federal Insurance Company and Illinois Union Insurance Company*