# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF NEW JERSEY

| |
|---|
| **UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY** <br> Caption In Compliance With D.N.J. LBR 9004-1 <br><br> **Squire Patton Boggs (US) LLP** <br> Mark D. Sheridan, Esq. <br> Mark C. Errico, Esq. <br> 382 Springfield Ave., Suite 300 <br> Summit, NJ 07401 <br> Telephone: 973-848-5600 <br> Email: mark.sheridan@squirepb.com <br> Email: mark.errico@squirepb.com <br><br> **O'MELVENY & MYERS LLP** <br> Tancred Schiavoni, Esq. (admitted pro hac vice) <br> Matthew L. Hinker, Esq. (admitted pro hac vice) <br> Times Square Tower <br> 7 Times Square <br> New York, NY 10036 <br> Telephone: 212-326-2000 <br> Email: tschiavoni@omm.com <br> Email: mhinker@omm.com <br><br> *Counsel for Century Indemnity Company, as successor to CCI Insurance Company, as successor to Insurance Company of North America* |

| | |
|---|---|
| *In re*: <br><br> THE DIOCESE OF CAMDEN, NEW JERSEY, <br><br>      Debtor. | Case No. 20-21257 (JNP) <br><br> Chapter 11 <br><br><br> Judge: Jerrold N. Poslusny, Jr. |

**NOTICE OF RECEIPT OF DOCUMENT PRODUCTION IN RESPONSE TO CENTURY'S REQUEST FOR PRODUCTION OF DOCUMENTS DIRECTED TO THE UNKNOWN CLAIMS REPRESENTATIVE, MICHAEL HOGAN**

PLEASE TAKE NOTICE that on August 10, 2022 the Unknown Claims Representative produced documents in response to a subpoena served by Century Indemnity Company, as successor to CCI Insurance Company, as successor to Insurance Company of North America ("Century").

Dated: August 10, 2022

By: *s/Mark C. Errico*

**Squire Patton Boggs (US) LLP**
Mark D. Sheridan, Esq.
Mark C. Errico, Esq.
382 Springfield Ave., Suite 300
Summit, NJ 07401
Telephone: 973-848-5600
Email: mark.sheridan@squirepb.com
Email: mark.errico@squirepb.com

**O'MELVENY & MYERS LLP**
Tancred Schiavoni, Esq. (admitted pro hac vice)
Matthew L. Hinker, Esq. (admitted pro hac vice)
Times Square Tower
7 Times Square
New York, NY 10036
Telephone: 212-326-2000
Email: tschiavoni@omm.com
Email: mhinker@omm.com

*Counsel for Century Indemnity Company, as successor to CCI Insurance Company, as successor to Insurance Company of North America; and Federal Insurance Company and Illinois Union Insurance Company*