**TRENK ISABEL SIDDIQI**
 **& SHAHDANIAN P.C.**
Richard D. Trenk, Esq.
Robert S. Roglieri, Esq.
290 W. Mt. Pleasant Ave., Suite 2370
Livingston, New Jersey 07039
Telephone:  (973) 533-1000
Email:  rtrenk@trenkisabel.law
Email:  rroglieri@trenkisabel.law

*Counsel to The Diocese of Camden, New Jersey,*
*Chapter 11 Debtor and Debtor-in-Possession*

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re: | Chapter 11 |
| THE DIOCESE OF CAMDEN, NEW JERSEY, | Case No. 20-21257 (JNP) |
| Debtor. | |

**MONTHLY FEE STATEMENT OF COOPER LEVENSON, P.A., SPECIAL COUNSEL FOR THE DIOCESE OF CAMDEN, NEW JERSEY, DEBTOR AND DEBTOR-IN-POSSESSION, FOR JANUARY 2023**

Dated:  February 20, 2023, 2023

**TRENK ISABEL SIDDIQI**
 **& SHAHDANIAN P.C.**

*/s/ Robert S. Roglieri*
Richard D. Trenk, Esq.
Robert S. Roglieri, Esq.
290 W. Mt. Pleasant Ave., Suite 2350
Livingston, New Jersey 07039
Telephone:  (973) 533-1000
Email:  rtrenk@trenkisabel.law
Email:  rroglieri@trenkisabel.law
*Counsel to The Diocese of Camden, New Jersey,*
*Chapter 11 Debtor and Debtor-in-Possession*



```
DIOCESE OF CAMDEN                                    FEBRUARY 17, 2023
MC KERNAN MC KERNAN GODINO                           File: 44494
113 NORTH SIXTH STREET                               Fed ID: 22-1971679
CAMDEN, NJ 08102-1269
```

**To insure proper credit please indicate Invoice #1102105
and File #44494 on your remittance.**

RE: DIOCESE OF CAMDEN

**ACCOUNT SUMMARY**

| | |
|---|---:|
| Services Reflected on Attached Bill | 4,686.00 |
| Disbursements Reflected on Attached Bill | (241.00) |
| Amount Due this Bill | $4,445.00 |

Please take the time to review your bill carefully.
**IF WE DO NOT HEAR FROM YOU WITHIN FIFTEEN DAYS OF THE DATE OF THIS INVOICE,THE INVOICE
WILL BE CONSIDERED CORRECT AS ISSUED AND YOUR PROMPT PAYMENT WILL BE EXPECTED**
Direct inquiries to Ron Rose (609)572-7388
**PAYMENT DUE UPON RECEIPT**
Now accepting VISA, MASTERCARD OR AMERICAN EXPRESS by phone

**COOPER LEVENSON, P.A.**

1125 Atlantic Avenue, Atlantic City, NJ 08401 ● (609) 344-3161 ● Toll Free (800) 529-3161 ● Fax (609) 344-0939
www.cooperlevenson.com

```
File: 44494.00019                                                    Invoice # 1102105
RE: NEW JERSEY ATTORNEY GENERAL TASK FORCE INVESTIGATION             FEBRUARY 17, 2023
                                                                     Page 2
```

| DATE | ATTY | SERVICES RENDERED | HOURS | AMOUNT |
|---|---|---|---:|---:|
| 01/20/23 | LDL | REVIEW AND/OR ANALYZE CORRESPONDENCE RE: NJ TASK FORCE SUBPOENA | .40 | 260.00 |
| 01/20/23 | LDL | DRAFT/REVISE RESPONSE RE: NJ TASK FORCE SUBPOENA | .40 | 260.00 |
| 01/20/23 | LDL | COMMUNICATE/WITH CLIENT PHONE CONFERENCE WITH JAMES GODINO RE: NJ TASK FORCE SUBPOENA | .50 | 325.00 |
| 01/20/23 | JBS | REVIEW AND/OR ANALYZE LETTER FROM STATE RE: NJ TASK FORCE SUBPOENA | .40 | 124.00 |
| 01/20/23 | JBS | DRAFT/REVISE LETTER RE OPINION - RE: NJ TASK FORCE SUBPOENA | .50 | 155.00 |
| 01/22/23 | JBS | DRAFT/REVISE DETAILED LETTER RE: NJ TASK FORCE INVESTIGATION | 2.80 | 868.00 |
| 01/23/23 | LDL | REVIEW AND/OR ANALYZE - REVISE DRAFT CORRESPONDENCE RE: NJ TASK FORCE SUBPOENA | .70 | 455.00 |
| 01/23/23 | LDL | REVIEW AND/OR ANALYZE REVIEW MULTIPLE PRIOR CORRESPONDENCES RE: NJ TASK FORCE SUBPOENA | 1.50 | 975.00 |
| 01/23/23 | LDL | COMMUNICATE/WITH CLIENT JAMES GODINO RE: NJ TASK FORCE SUBPOENA | .20 | 130.00 |
| 01/23/23 | LDL | OTHER ISSUANCE OF CORRESPONDENCE RE: NJ TASK FORCE SUBPOENA | .50 | 325.00 |
| 01/23/23 | JBS | DRAFT/FURTHER REVISE LETTER - REVISE AND FILE RE: NJ TASK FORCE INVESTIGATION | .90 | 279.00 |
| 01/31/23 | LDL | COMMUNICATE/OTHER COUNSEL PHONE CONFERENCE WITH COUNSEL FOR DIOCESE OF PATERSON RE: NJ TASK FORCE SUBPOENA | .40 | 260.00 |

| TIMEKEEPER | HOURS | RATE | FEES |
|---|---:|---:|---:|
| LLOYD D. LEVENSON | 4.60 | 650.00 | $2,990.00 |
| JENNIFER B. SWIFT- BARR | 4.60 | 310.00 | $1,426.00 |
| TOTAL PROFESSIONAL CHARGES | 9.20 | | $4,416.00 |

**TOTAL DUE THIS MATTER**         **$4,416.00**

_____
**COOPER LEVENSON, P.A.**

1125 Atlantic Avenue, Atlantic City, NJ 08401 ● (609) 344-3161 ● Toll Free (800) 529-3161 ● Fax (609) 344-0939
www.cooperlevenson.com

```
File: 44494.00050                                              Invoice # 1102105
RE: S.B. VS. DIOCESE OF CAMDEN                                 FEBRUARY 17, 2023
                                                               Page 3
```

| DATE | ATTY | SERVICES RENDERED | HOURS | AMOUNT |
|---|---|---|---|---|
| 01/26/23 | RZK | COMMUNICATE FROM PLAINTIFF , FROM THE COURT, PLAINTIFF'S RESPONSE, CO DEFENDANT'S COUNSEL AND WITH THE COURT | .40 | 180.00 |
| 01/27/23 | RZK | REVIEW AND/OR ANALYZE PLAINTIFFS MOTIONS | .20 | 90.00 |

| TIMEKEEPER | HOURS | RATE | FEES |
|---|---|---|---|
| RONA Z. KAPLAN | 0.60 | 450.00 | $270.00 |
| TOTAL PROFESSIONAL CHARGES | 0.60 | | $270.00 |

| DATE | DISBURSEMENTS INCURRED | QUANTITY | RATE | AMOUNT |
|---|---|---|---|---|
| 01/09/23 | CREDIT COST BURKE CORT REPORTING LLC | 1.00 | -66.00 | -66.00 |
| | | | TOTAL DISBURSEMENTS | -$66.00 |

**TOTAL DUE THIS MATTER**     **$204.00**

_____

**COOPER LEVENSON, P.A.**

1125 Atlantic Avenue, Atlantic City, NJ 08401 ● (609) 344-3161 ● Toll Free (800) 529-3161 ● Fax (609) 344-0939
www.cooperlevenson.com

File: 44494.00208  
RE: WALSH, JAMES VS. ST. LAWRENCE CATHOLIC CHURCH; OUR LADY OF GUADALUPE PARISH

Invoice # 1102105  
FEBRUARY 17, 2023  
Page 4

| DATE | DISBURSEMENTS INCURRED | QUANTITY | RATE | AMOUNT |
|---|---|---|---|---|
| 01/29/22 | REVERSAL FROM CANCELLED VOUCHER 363032 | 1.00 | -175.00 | -175.00 |
|  |  |  | TOTAL DISBURSEMENTS | -$175.00 |

**TOTAL DUE THIS MATTER**          **$(175.00)**

---

**COOPER LEVENSON, P.A.**

1125 Atlantic Avenue, Atlantic City, NJ 08401 ● (609) 344-3161 ● Toll Free (800) 529-3161 ● Fax (609) 344-0939  
www.cooperlevenson.com