**TRENK ISABEL SIDDIQI**
 **& SHAHDANIAN P.C.**
Richard D. Trenk, Esq.
Robert S. Roglieri, Esq.
290 W. Mt. Pleasant Ave., Suite 2370
Livingston, New Jersey 07039
Telephone: (973) 533-1000
Email: rtrenk@trenkisabel.law
Email: rroglieri@trenkisabel.law

*Counsel to The Diocese of Camden, New Jersey,*
*Chapter 11 Debtor and Debtor-in-Possession*

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>THE DIOCESE OF CAMDEN, NEW JERSEY,<br><br>Debtor. | Chapter 11<br><br>Case No. 20-21257 (JNP) |

**MONTHLY FEE STATEMENT OF TRENK ISABEL SIDDIQI & SHAHDANIAN P.C., COUNSEL FOR THE DIOCESE OF CAMDEN, NEW JERSEY, DEBTOR AND DEBTOR-IN-POSSESSION, FOR MARCH 2023**

Dated: April 10, 2023

**TRENK ISABEL SIDDIQI**
 **& SHAHDANIAN P.C.**

*/s/ Robert S. Roglieri*
Richard D. Trenk, Esq.
Robert S. Roglieri, Esq.
290 W. Mt. Pleasant Ave., Suite 2370
Livingston, New Jersey 07039
Telephone: (973) 533-1000
Email: rtrenk@trenkisabel.law
Email: rroglieri@trenkisabel.law

*Counsel to The Diocese of Camden, New Jersey,*
*Chapter 11 Debtor and Debtor-in-Possession*

**TRENK ISABEL SIDDIQI & SHAHDANIAN P.C.**
ATTORNEYS AT LAW

290 W. Mt. Pleasant Avenue, Suite 2350, Livingston, NJ 07039
45 Essex Street, Suite 106, Hackensack, NJ 07601

**Date:** 04/10/2023

Diocese of Camden
Reverend Robert E. Hughes
631 Market Street
Camden, NJ 08102

**Re:** Chapter 11 Reorganization
**File #:** 18585-002

**TRENK ISABEL SIDDIQI & SHAHDANIAN P.C.**
ATTORNEYS AT LAW

290 W. Mt. Pleasant Avenue, Suite 2350, Livingston, NJ 07039
45 Essex Street, Suite 106, Hackensack, NJ 07601

# INVOICE

**Date:** 04/10/2023
**Invoice #:** 4430
**Matter:** Chapter 11 Reorganization
**File #:** 18585-002

**Bill To:**
Diocese of Camden
Reverend Robert E. Hughes
631 Market Street
Camden, NJ 08102

**Due Date:** 05/10/2023

**Payments received after 04/10/2023 are not reflected in this statement.**

## Professional Services

| Date | | Details | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 03/02/2023 | RSR | B110-Case Administration<br>Telephone call with D. Banker re: finalizing mediation payments | 0.20 | $405.00 | $81.00 |
| 03/02/2023 | RSR | B110-Case Administration<br>Email to Fr. Hughes re: signing AIG settlement agreement | 0.20 | $405.00 | $81.00 |
| 03/02/2023 | RSR | B110-Case Administration<br>Review and revise NJDOT agreement | 0.50 | $405.00 | $202.50 |
| 03/02/2023 | RSR | B110-Case Administration<br>Email to J. Vizzard re: revised agreement | 0.20 | $405.00 | $81.00 |
| 03/02/2023 | RSR | B110-Case Administration<br>Review and revise NCRRG Agreement and email to D. Campbell re: same | 0.50 | $405.00 | $202.50 |
| 03/02/2023 | RSR | B110-Case Administration<br>Follow up with C. Gualrap re: comments to NJDOT agreement | 0.20 | $405.00 | $81.00 |
| 03/02/2023 | RSR | B190-Other Contested Matters (excluding assumption/rejection motions)<br>Review and analyze outstanding issues relating to NCRRG settlement | 0.50 | $405.00 | $202.50 |
| 03/02/2023 | RDT | B110-Case Administration<br>Review J Vizzard email re agreement, access to Pennoni monitors | 0.40 | $630.00 | $252.00 |

**TRENK ISABEL SIDDIQI & SHAHDANIAN P.C.**
ATTORNEYS AT LAW

290 W. Mt. Pleasant Avenue, Suite 2350, Livingston, NJ 07039
45 Essex Street, Suite 106, Hackensack, NJ 07601

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 03/02/2023 | RDT | B110-Case Administration<br>Conf w R Roglieri re Ajuk edits to agreement | 0.40 | $630.00 | $252.00 |
| 03/02/2023 | RDT | B110-Case Administration<br>Conf w R Roglieri re Finance Council meeting | 0.30 | $630.00 | $189.00 |
| 03/02/2023 | RDT | B110-Case Administration<br>Review February fee statement | 0.40 | $630.00 | $252.00 |
| 03/03/2023 | MBM | B160-Fee/Employment Applications<br>Review and revise February invoice of TISS prior to filing (1.30). Compile and e-file MFS (.20). Email to client regarding same. (.20). | 1.70 | $225.00 | $382.50 |
| 03/03/2023 | MBM | B160-Fee/Employment Applications<br>Review of Order Granting TISS' interim fee application (.20). Discuss same with R. Trenk (.20). Email to client regarding same (.20). Update fee chart (.20) | 0.80 | $225.00 | $180.00 |
| 03/03/2023 | RDT | B110-Case Administration<br>Review emails from J Schwartz and other re allocation of mediator expense | 0.40 | $630.00 | $252.00 |
| 03/03/2023 | RSR | B160-Fee/Employment Applications<br>Review and revise TISS February MFS | 0.90 | $405.00 | $364.50 |
| 03/03/2023 | RSR | B170-Fee/Employment Objections<br>Review and analyze Porzio January fee statement in preparation of negotiating discount | 0.50 | $405.00 | $202.50 |
| 03/03/2023 | MBM | B170-Fee/Employment Objections<br>Reviewed and analyzed Porzio's January Monthly fee statement and prepare objection (1.10). Email to R. Roglieri regarding same (.30). | 1.40 | $225.00 | $315.00 |
| 03/06/2023 | RSR | B170-Fee/Employment Objections<br>Review and analyze Hogan/Webber McGill fee applications; email to counsel re: same | 0.40 | $405.00 | $162.00 |
| 03/06/2023 | RSR | B160-Fee/Employment Applications<br>Telephone call and email to R. Parisi re: informal objection to Porzio fee statement | 0.20 | $405.00 | $81.00 |
| 03/06/2023 | RSR | B110-Case Administration<br>Draft notice of agenda for matters scheduled to heard on March 8, 2023 | 0.40 | $405.00 | $162.00 |
| 03/06/2023 | RSR | B110-Case Administration<br>Email to K. Ryan regarding hearing on LMI motion and CourtSolutions; review docket and email response to A. Walker re: hearing dates | 0.30 | $405.00 | $121.50 |
| 03/06/2023 | RDT | Review emails re Porzio fee statement (.20); conf w R Roglieri re extension to object (.20) | 0.40 | $630.00 | $252.00 |
| 03/06/2023 | MBM | B170-Fee/Employment Objections<br>Review of email regarding Porzio monthly fee statement | 0.20 | $225.00 | $45.00 |

**TRENK ISABEL SIDDIQI & SHAHDANIAN P.C.**
ATTORNEYS AT LAW

290 W. Mt. Pleasant Avenue, Suite 2350, Livingston, NJ 07039
45 Essex Street, Suite 106, Hackensack, NJ 07601

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | | objection. Discuss same with R. Roglieri. | | | |
| 03/06/2023 | MBM | B170-Fee/Employment Objections<br>Review of email regarding Webber McGill and Judge Hogan fee application objection. Discuss same with R. Roglieri. | 0.40 | $225.00 | $90.00 |
| 03/07/2023 | RSR | B110-Case Administration<br>Review and analyze opinion on LMI settlement motion (.2); telephone call with L. Montgomery re: same (.1) | 0.30 | $405.00 | $121.50 |
| 03/07/2023 | RDT | B110-Case Administration<br>Review court decision denying LMI motion for judicial mediation (.40); conference w R Roglieri re ramifications (.20); review email to Father Hughes and L. Montgomery (.20) | 0.80 | $630.00 | $504.00 |
| 03/08/2023 | MBM | B110-Case Administration<br>Review of file and docket for objections to Eisner's January MFS. Preparation CNO. Compile and e-file same. Email to client regarding same. | 0.50 | $225.00 | $112.50 |
| 03/08/2023 | MBM | B110-Case Administration<br>Review of file and docket for objections to Cooper's January MFS. Preparation CNO. Compile and e-file same. Email to client regarding same. | 0.50 | $225.00 | $112.50 |
| 03/08/2023 | RDT | B110-Case Administration<br>TC M Kaplan re decision denying judicial settlement conference; Lowenstein February fees | 0.40 | $630.00 | $252.00 |
| 03/08/2023 | RDT | B110-Case Administration<br>Review J Schwartz email to D Tancredi re execution of AIG settlement agreement (.20); conf w R Roglieri re finalizing Ajuk/National Catholic settlement agreemend (.30) | 0.50 | $630.00 | $315.00 |
| 03/08/2023 | RSR | B110-Case Administration<br>Prepare final AIG settlement agreement; email to J. Schwartz re: same | 0.40 | $405.00 | $162.00 |
| 03/08/2023 | RSR | B110-Case Administration<br>Email to D. Campbell re: finalizing settlemetn agreement | 0.20 | $405.00 | $81.00 |
| 03/09/2023 | RDT | B110-Case Administration<br>Review emails w D McGill Re future claims rep fee apps; extension of time to object | 0.40 | $630.00 | $252.00 |
| 03/09/2023 | RDT | B110-Case Administration<br>Review J Vizzard email Re voucher language | 0.30 | $630.00 | $189.00 |
| 03/09/2023 | RSR | B160-Fee/Employment Applications<br>Review and analyze Lowenstein and Salisbury fee applications to ensure compliance with stipulations | 0.60 | $405.00 | $243.00 |
| 03/09/2023 | RSR | B170-Fee/Employment Objections<br>Telephone call with D. McGill re: fee applications of Hogan | 0.30 | $405.00 | $121.50 |

**TRENK ISABEL SIDDIQI & SHAHDANIAN P.C.**
ATTORNEYS AT LAW

290 W. Mt. Pleasant Avenue, Suite 2350, Livingston, NJ 07039
45 Essex Street, Suite 106, Hackensack, NJ 07601

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | | and McGill | | | |
| 03/09/2023 | RSR | B160-Fee/Employment Applications<br>Follow up with R. Parisi re: resolution of Porzio MFS | 0.20 | $405.00 | $81.00 |
| 03/10/2023 | JMS | A103-Draft/Revise B110-Case Administration<br>Revise Payment Voucher and Invoice re Pennoni (.10); e-mail L. Montgomery for execution of same (.05); e-mail executed Voucher with invoice to J. Vizzard, Esq. (.05). | 0.20 | $225.00 | $45.00 |
| 03/10/2023 | RDT | B110-Case Administration<br>Review Pennoni letter re document review of Dewberry responses | 0.30 | $630.00 | $189.00 |
| 03/10/2023 | RSR | B190-Other Contested Matters (excluding assumption/rejection motions)<br>Finalize settlement agreement and file same | 1.50 | $405.00 | $607.50 |
| 03/10/2023 | RSR | B190-Other Contested Matters (excluding assumption/rejection motions)<br>Draft Exhibit C to Settlement Agreement | 0.90 | $405.00 | $364.50 |
| 03/10/2023 | MBM | B170-Fee/Employment Objections<br>Emails to and from R. Roglieri regarding status of Webber McGill and Hogan fee application. | 0.20 | $225.00 | $45.00 |
| 03/10/2023 | MBM | B170-Fee/Employment Objections<br>Initial review of LS 4th interim fee application. Update file and calendar. | 0.30 | $225.00 | $67.50 |
| 03/10/2023 | MBM | B170-Fee/Employment Objections<br>Initial review of Carl Salibury's first interim fee application. Update file and calendar. | 0.20 | $225.00 | $45.00 |
| 03/10/2023 | MBM | B170-Fee/Employment Objections<br>Review of email from R. Trenk regarding objection to fee applications. | 0.20 | $225.00 | $45.00 |
| 03/10/2023 | RSR | B110-Case Administration<br>Finalize all documents related to NCRRG settlement (.9); email to Prime Clerk re: service of same (.2) | 1.10 | $405.00 | $445.50 |
| 03/13/2023 | JMS | A103-Draft/Revise B110-Case Administration<br>Draft Press Releases re Confirmation of Eighth Amended Plan. | 0.60 | $225.00 | $135.00 |
| 03/13/2023 | RDT | B110-Case Administration<br>Review J Prol email w February fee statement (.30); conf w R Roglieri re amount/scope of services (.20) | 0.50 | $630.00 | $315.00 |
| 03/13/2023 | RDT | B110-Case Administration<br>Review C Gaulupp revised letter re analysis of NJ DOT responses | 0.30 | $630.00 | $189.00 |
| 03/14/2023 | JMS | A103-Draft/Revise B110-Case Administration<br>Revise Press Releases. | 0.20 | $225.00 | $45.00 |
| 03/14/2023 | MBM | B170-Fee/Employment Objections | 1.70 | $225.00 | $382.50 |

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | | Review of Lowenstein Sandler' February Monthly Fee Statement (.50) and draft objection to same (1.00). Email to R. Trenk & R. Roglieri regarding same (.20). | | | |
| 03/14/2023 | MBM | B170-Fee/Employment Objections<br>Discuss Webber McGill's fee application hearing with R. Roglieri. Telephone call with D. McGill and R. Roglieri regarding same. | 0.50 | $225.00 | $112.50 |
| 03/14/2023 | RDT | B110-Case Administration<br>Draft and revise press memorandum for decisions | 0.40 | $630.00 | $252.00 |
| 03/15/2023 | MBM | B170-Fee/Employment Objections<br>Review of team emails regarding objection to McGill and Hogan Fee Application. | 0.20 | $225.00 | $45.00 |
| 03/15/2023 | MBM | B110-Case Administration<br>Prepare adjournment request form for Webber McGill Fee application hearing. Prepare adjournment request for for Michael Hogan fee application hearing. Email to chambers regarding same. | 0.50 | $225.00 | $112.50 |
| 03/15/2023 | RSR | B160-Fee/Employment Applications<br>Review and analyze draft stipulation from Porzio | 0.50 | $405.00 | $202.50 |
| 03/15/2023 | RSR | B170-Fee/Employment Objections<br>Telephone call with D. McGill re: resolution of fee applications; email to M. Massoud re: adjournment of hearing | 0.50 | $405.00 | $202.50 |
| 03/16/2023 | MBM | B170-Fee/Employment Objections<br>Call to chambers regarding fee application hearing. | 0.10 | $225.00 | $22.50 |
| 03/16/2023 | RSR | B110-Case Administration<br>Review and analyze court decision regarding insurer motion for surreply | 0.30 | $405.00 | $121.50 |
| 03/16/2023 | RSR | B170-Fee/Employment Objections<br>Review and finalize Porzio stipulation on fees | 0.40 | $405.00 | $162.00 |
| 03/16/2023 | RSR | B110-Case Administration<br>Review and analyze insurance mediation payments; email to L. Montgomery re: same | 0.50 | $405.00 | $202.50 |
| 03/18/2023 | RDT | B110-Case Administration<br>Review B Weisenberg email re Ajuk/National Catholic Risk Retention settlement approval | 0.30 | $630.00 | $189.00 |
| 03/19/2023 | RSR | B110-Case Administration<br>Research regarding whether an LLC is property of the estate | 0.80 | $405.00 | $324.00 |
| 03/19/2023 | RSR | B190-Other Contested Matters (excluding assumption/rejection motions)<br>Review and revise proposed form of order on NCRRG settlement in light of no objections | 0.50 | $405.00 | $202.50 |

# TRENK ISABEL SIDDIQI & SHAHDANIAN P.C.
## ATTORNEYS AT LAW

290 W. Mt. Pleasant Avenue, Suite 2350, Livingston, NJ 07039
45 Essex Street, Suite 106, Hackensack, NJ 07601

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 03/20/2023 | RSR | B110-Case Administration<br>Draft and file notice of agenda for 3/21 hearing date (.5); email to PrimeClerk re: service of same (.1) | 0.60 | $405.00 | $243.00 |
| 03/20/2023 | RSR | B110-Case Administration<br>Telephone call with K. Ryan re: hearing on motion to approve NCRRG settlement; email to counsel re: same | 0.30 | $405.00 | $121.50 |
| 03/20/2023 | MBM | B110-Case Administration<br>Update chart of all professional fees requested and allowed fees. | 1.20 | $225.00 | $270.00 |
| 03/20/2023 | MBM | B160-Fee/Employment Applications<br>Compile and e-file monthly fee statement on behalf of Eisner. Email to client regarding same. Update calendar. | 0.40 | $225.00 | $90.00 |
| 03/20/2023 | MBM | B110-Case Administration<br>Compile and e-file monthly fee statement on behalf of Cooper. Email to client regarding same. Update calendar. | 0.40 | $225.00 | $90.00 |
| 03/20/2023 | MBM | B170-Fee/Employment Objections<br>Review of Porzio's February monthly fee statement. Calendar objection deadline. | 0.20 | $225.00 | $45.00 |
| 03/20/2023 | MBM | B110-Case Administration<br>Discuss TISS' February Monthly Fee Statement and Lowenstein's February Fee statement with R. Trenk. | 0.30 | $225.00 | $67.50 |
| 03/21/2023 | MBM | B110-Case Administration<br>Review of file and docket for objection to TISS February Monthly Fee Statement. Prepare CNO. Compile and e-file same. Email to client regarding same. | 0.50 | $225.00 | $112.50 |
| 03/22/2023 | MBM | B170-Fee/Employment Objections<br>Review Porzio January Fee Stipulation. Update chart of approved fees. | 0.30 | $225.00 | $67.50 |
| 03/22/2023 | RSR | B110-Case Administration<br>Draft stipulation on Lowenstein February 2023 fees | 0.60 | $405.00 | $243.00 |
| 03/22/2023 | RSR | B110-Case Administration<br>Review outstanding insurance mediation amounts to ensure full payment | 0.50 | $405.00 | $202.50 |
| 03/22/2023 | RDT | B110-Case Administration<br>Review L Montgomery email re DOT issues | 0.30 | $630.00 | $189.00 |
| 03/23/2023 | RDT | B110-Case Administration<br>Conf w R Roglieri re press release drafts | 0.30 | $630.00 | $189.00 |
| 03/23/2023 | RDT | B110-Case Administration<br>Review D Bochnski email re DOT responses; draft response to DB and C Gaulrapp | 0.30 | $630.00 | $189.00 |
| 03/23/2023 | RDT | B110-Case Administration<br>Review W Gaus email re DOT responses to Pennoni issues | 0.30 | $630.00 | $189.00 |

**TRENK ISABEL SIDDIQI & SHAHDANIAN P.C.**
ATTORNEYS AT LAW

290 W. Mt. Pleasant Avenue, Suite 2350, Livingston, NJ 07039
45 Essex Street, Suite 106, Hackensack, NJ 07601

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 03/24/2023 | RSR | B170-Fee/Employment Objections<br>Draft stipulation on LS fees for February 2023 | 0.50 | $405.00 | $202.50 |
| 03/27/2023 | MBM | B110-Case Administration<br>Assist in preparation of file in advance of meeting with the Diocese. | 0.30 | $225.00 | $67.50 |
| 03/27/2023 | RDT | B110-Case Administration<br>Meeting at Diocese Offices w Father Hughes, Vicar General, L Montgomery, R Roglieri re status, PNC Bank, revolving funds, labor issues, related matters | 1.90 | $630.00 | $1,197.00 |
| 03/27/2023 | RDT | B110-Case Administration<br>Travel to/from Camden for meeting (charged at 50% of normal rate) | 2.40 | $315.00 | $756.00 |
| 03/27/2023 | RDT | B110-Case Administration<br>Review J Vizzard, DAG email w fully executed copy of NJ DOT second agreement | 0.20 | $630.00 | $126.00 |
| 03/27/2023 | RSR | B120-Asset Analysis and Recovery<br>Telephone call with D. Biase re: listing Newark property, request for authorization to change locks | 0.30 | $405.00 | $121.50 |
| 03/27/2023 | RSR | B195-Non-Working Travel<br>Round trip travel time to Camden for meeting with L. Montgomery and F. Hughes | 2.90 | $202.50 | $587.25 |
| 03/27/2023 | RSR | B110-Case Administration<br>Meeting with L. Montgomery and Fr. Hughes re: case update | 1.90 | $405.00 | $769.50 |
| 03/28/2023 | RDT | B110-Case Administration<br>Review D Bochanski email re NJ DOT issues | 0.30 | $630.00 | $189.00 |
| 03/28/2023 | RSR | B170-Fee/Employment Objections<br>Review and analyze Porzio fee statement; email to R. Parisi re: same | 0.30 | $405.00 | $121.50 |
| 03/28/2023 | MBM | B170-Fee/Employment Objections<br>Reviewed Porzio's February Monthly Fee Statement and prepared informal objection (.90). Emails to and from R. Roglieri regarding same (.20). | 1.10 | $225.00 | $247.50 |
| 03/28/2023 | MBM | B160-Fee/Employment Applications<br>Email to L. Montgomery regarding Order on Eisner's 6th interim fee application. | 0.20 | $225.00 | $45.00 |
| 03/28/2023 | MBM | B160-Fee/Employment Applications<br>Email to L. Montgomery regarding Order on Cooper's 6th interim fee application. | 0.20 | $225.00 | $45.00 |
| 03/28/2023 | MBM | B160-Fee/Employment Applications<br>Review Lowenstein's 4th interim fee application and various consent orders to confirm discounts have been applied (.90). Update and revise fee chart (.30). Email to and from team regarding same (.30). Discuss same with | 1.60 | $225.00 | $360.00 |

**TRENK ISABEL SIDDIQI & SHAHDANIAN P.C.**
TISS ATTORNEYS AT LAW

290 W. Mt. Pleasant Avenue, Suite 2350, Livingston, NJ 07039
45 Essex Street, Suite 106, Hackensack, NJ 07601

| Date | | Details | Quantity | Rate | Amount |
|---|---|---|---|---|---|
| | | R. Roglieri (.10) | | | |
| 03/28/2023 | MBM | B160-Fee/Employment Applications<br>Review Salisbury's interim fee application and various consent orders to confirm discounts have been applied (.90). Update and revise fee chart (.30). Email to team regarding same (.30). Discuss same with R. Roglieri (.10). | 1.60 | $225.00 | $360.00 |
| 03/29/2023 | RSR | B110-Case Administration<br>Review and analyze BSA opinion re: application to Diocese case | 2.80 | $405.00 | $1,134.00 |
| 03/29/2023 | RSR | B160-Fee/Employment Applications<br>Finalize Lowenstein fee stipulation (.2); draft certification of consent (.2); email with B. Weisenberg finalizing stipulation (.1); email to chambers re: same (.2) | 0.70 | $405.00 | $283.50 |
| 03/30/2023 | MBM | B170-Fee/Employment Objections<br>Internal emails regarding Porzio monthly fee statement objection and stipulation resolving same. | 0.20 | $225.00 | $45.00 |
| 03/30/2023 | RDT | B110-Case Administration<br>Review W Gaus, DOT Project Engineer re portion of project beginning 4/4 | 0.30 | $630.00 | $189.00 |
| 03/30/2023 | RSR | B170-Fee/Employment Objections<br>Finalize Porzio fee stipulation for February 2023 | 0.40 | $405.00 | $162.00 |
| | | **For professional services rendered** | **57.50** | | **$21,422.25** |

**Additional Charges**

| Date | | Details | Quantity | Rate | Amount |
|---|---|---|---|---|---|
| 02/13/2023 | RSR | E110-Out-of-town travel<br>Travel to Newark for Mediation | 1 | $31.08 | $31.08 |
| 03/27/2023 | RSR | E110-Out-of-town travel<br>Travel and tolls to Camden for meeting with Fr. Hughes & L Montgomery | 1 | $141.06 | $141.06 |
| 03/31/2023 | RSR | E106-Online research<br>Pacer | 1 | $80.70 | $80.70 |
| | | **Total additional charges** | | | **$252.84** |
| | | **Invoice Amount** | | | **$21,675.09** |

**TRENK ISABEL SIDDIQI & SHAHDANIAN P.C.**
ATTORNEYS AT LAW

290 W. Mt. Pleasant Avenue, Suite 2350, Livingston, NJ 07039
45 Essex Street, Suite 106, Hackensack, NJ 07601

**Time Keepers**

| Name | Title | Time Spent | Rate | Amount |
|---|---|---|---|---|
| Marybeth Massoud | Paralegal | 17.90 | $225.00 | $4,027.50 |
| Robert S. Roglieri | Partner | 25.80 | $382.24 | $9,861.75 |
| Joyce M. Savio | Paralegal | 1.00 | $225.00 | $225.00 |
| Richard D. Trenk | Partner | 12.80 | $570.94 | $7,308.00 |