**TRENK ISABEL SIDDIQI**
  **& SHAHDANIAN P.C.**
Richard D. Trenk, Esq.
Robert S. Roglieri, Esq.
290 W. Mt. Pleasant Ave., Suite 2350
Livingston, NJ 07039
Telephone: (973) 533-1000
Email:  rtrenk@trenkisabel.law
Email:  rroglieri@trenkisabel.law

*Counsel to The Diocese of Camden, New Jersey,*
*Chapter 11 Debtor and Debtor-in-Possession*



**Order Filed on October 12, 2023
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re: | Chapter 11 |
| THE DIOCESE OF CAMDEN, NEW JERSEY, | Case No. 20-212570 (JNP) |
| Debtor. | |

**ORDER DENYING (I) MOTION FOR ENTRY OF AN ORDER APPROVING SETTLEMENT OF CONTROVERSY BY AND AMONG THE DIOCESE AND THE SETTLING INSURERS PURSUANT TO FED. R. BANKR. P. 9019 AND (II) MOTION OF THE OFFICIAL COMMITTEE OF TORT CLAIMANT CREDITORS FOR A JUDGMENT ON PARTIAL FINDINGS**

The relief set forth on the following page, numbered two (2), is hereby **ORDERED**.

**DATED: October 12, 2023**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

(Page 2)

| | |
|---|---|
| Debtor: | The Diocese of Camden, New Jersey |
| Case No.: | 20-21257 (JNP) |
| Caption of Order: | *ORDER DENYING (I) MOTION FOR ENTRY OF AN ORDER APPROVING SETTLEMENT OF CONTROVERSY BY AND AMONG THE DIOCESE AND THE SETTLING INSURERS PURSUANT TO FED. R. BANKR. P. 9019 AND (II) MOTION OF THE OFFICIAL COMMITTEE OF TORT CLAIMANT CREDITORS FOR A JUDGMENT ON PARTIAL FINDINGS* |

**THIS MATTER**, having been opened by the Court's Opinion issued August 29, 2023 [ECF 3335] (the "Opinion"); and the Opinion having set forth the bases for denying the: (i) *Motion for Entry of an Order Approving Settlement of Controversy by and Among the Diocese and the Settling Insurers Pursuant to Fed. R. Bankr. P. 9019* [ECF 1087] (as thereafter supplemented, the "9019 Motion"); and (ii) *Motion of the Official Committee of Tort Claimant Creditors for a Judgment on Partial Findings* [ECF 2667] (the "Motion for Judgment"); and for the reasons set forth in the Court's Opinion;

**IT IS HEREBY ORDERED that:**

1. The Motion for Judgment be and hereby is **DENIED** as set forth in the Opinion.

2. The 9019 Motion be and hereby is **DENIED** as set forth in the Opinion.