**Order Filed on October 16, 2023
United States Bankruptcy Court
District of New Jersey**

**UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY**
Caption in Compliance with D.N.J. LBR 9

| | |
|---|---|
| **TRENK ISABEL SIDDIQI & SHAHDANIAN P.C.**<br>Richard D. Trenk, Esq.<br>Robert S. Roglieri, Esq.<br>290 W. Mt. Pleasant Ave., Suite 2370<br>Livingston, NJ 07039<br>Telephone: (973) 533-1000<br>Email: rtrenk@trenkisabel.law<br>Email: rroglieri@trenkisabel.law<br><br>*Counsel to The Diocese of Camden, New Jersey* | **LOWENSTEIN SANLER LLP**<br>Jeffrey Prol, Esq<br>Lynda A. Bennett, Esq.<br>Michael A. Kaplan, Esq.<br>Brent Weisenberg, Esq.<br>One Lowenstein Drive<br>Roseland, NJ 07068<br>Telephone: (973) 597-2500<br>Email: jprol@lowenstein.com<br>Email: lbennett@lowenstein.com<br>Email: mkaplan@lowenstein.com<br>Email: bweisenberg@lowenstein.com<br><br>*Counsel to the Official Committee of Tort Claimant Creditors* |
| *In re*:<br><br>THE DIOCESE OF CAMDEN, NEW JERSEY,<br><br>Debtor. | Chapter 11<br><br>Case No. 20-21257 (JNP) |

### ORDER DENYING CONFIRMATION OF EIGHTH AMENDED PLAN OF REORGANIZATION

The relief set forth on the following page, numbered two (2), is hereby **ORDERED**.

**DATED: October 16, 2023**

_____
Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

(Page 2)

| | |
|---|---|
| Debtor: | The Diocese of Camden, New Jersey |
| Case No.: | 20-21257 (JNP) |
| Caption of Order: | Order Denying Confirmation of Eighth Amended Plan of Reorganization |

**THIS MATTER,** having come before the Court upon the *Eighth Amended Plan of Reorganization* [ECF 1725] filed by The Diocese of Camden, New Jersey and the Official Committee of Tort Claimant Creditors; ( collectively, the **"Plan Proponents"** ) and the Court having rendered an Opinion on August 29, 2023 [ECF 3336] (the "**Opinion**"); and for the reasons set forth in the Court's Opinion;

**IT IS HEREBY ORDERED** that:

1. Confirmation of the Eighth Amended Plan of Reorganization be and hereby is **DENIED** without prejudice to the Court considering the First Modified Eighth Amended Plan of Reorganization.

4863-5556-5703, v. 1