Form 147 – ntccnfpln

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

---

Case No.:  20–21257–JNP
Chapter:  11
Judge:  Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   The Diocese of Camden, New Jersey
   631 Market Street
   Camden, NJ 08102

Social Security No.:


Employer's Tax I.D. No.:
   21–0634498

---

## NOTICE OF ORDER CONFIRMING CHAPTER 11 PLAN

   NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 11 plan was entered on March 15, 2024.

   IT IS FURTHER NOTICED,


1. The clerk shall close the case 180 days after entry of the order confirming plan. Local Rule 3022–1(a).


2. On motion of a party in interest filed and served within the time period set forth above, the court may for cause extend the time for closing the case. Local Rule 3022–1(c).


3. All applications for allowance of fees and expenses shall be filed within 90 days after entry of a final order confirming plan, or such fees and expenses shall be deemed to be waived. Local Rule 2016–4.


Dated: March 15, 2024
JAN: kvr

                                        Jeanne Naughton
                                        Clerk