| | |
|---|---|
| United States Bankruptcy Court<br>District of New Jersey<br>Caption in Compliance with D.N.J. LBR 9004-1<br><br>**DUANE MORRIS LLP**<br>**A Delaware Limited Liability Partnership**<br>Sommer L. Ross, Esq.<br>NJ Bar No. 004112005<br>1940 Route 70 East, Suite 100<br>Cherry Hill, NJ 08003-2171<br>Telephone: 856.874.4200<br>Email: SLRoss@duanemorris.com<br><br>*Counsel for Certain Underwriters at Lloyd's, London and Certain London Market Companies* | |
| In re:<br><br>THE DIOCESE OF CAMDEN, NEW JERSEY,<br><br>Debtor. | Chapter 11<br><br>Case No. 20-21257 (JNP)<br><br>Honorable Jerrold N. Poslusny, Jr. |

**NOTICE OF APPEAL OF ORDER CONFIRMING
SECOND MODIFIED EIGHTH AMENDED PLAN OF
REORGANIZATION**

**Part 1: Identify the appellant(s)**

1. Name(s) of appellant(s):

    Certain Underwriters at Lloyd's, London, Catalina Worthing Insurance Ltd f/k/a HFPI (as Part VII transferee of Excess Insurance Company Ltd. and London & Edinburgh Insurance Company Ltd.), RiverStone Insurance (UK) Ltd. (as successor in interest to Terra Nova Insurance Company Ltd), and Sompo Japan Nipponkoa Insurance Company of Europe Limited (f/k/a The Yasuda Fire & Marine Insurance Company of Europe Ltd.) (collectively, "London Market Insurers" or "LMI")

2. Position of appellant(s) in the adversary proceeding or bankruptcy case that is the subject of this appeal:

|  |  |
|---|---|
| For appeals in an adversary proceeding.<br>❑ Plaintiff<br>❑ Defendant<br>❑ Other (describe) _____ | For appeals in a bankruptcy case and not in an adversary proceeding.<br>❑ Debtor<br>❑ Creditor<br>❑ Trustee<br>☒ Other (describe)  Insurer |

**Part 2: Identify the subject of this appeal**

1. Describe the judgment, order, or decree appealed from:

    1. *Oral Ruling on May 31, 2022* ("Oral Ruling Approving Disclosure Statement") [Dkt. 1722], an official transcript of which is attached hereto as **Exhibit A**;

    2. *Order (A) Approving Eighth Amended Disclosure Statement; (B) Establishing Plan Solicitation, Voting and Tabulation Procedures; (C) Scheduling a Confirmation Hearing and Deadline for Filing Objections to Eighth Amended Plan; and (D) Granting Related Relief* ("Disclosure Statement Order") [Dkt. No. 1818], a copy of which is attached hereto as **Exhibit B**;

    3. *Memorandum Decision* ("Standing Order") [Dkt. No. 2226], a copy of which is attached hereto as **Exhibit C**;

    4. *Oral Ruling on August 26, 2022* ("Oral Ruling on Discovery Disputes") [Dkt. 2321], an official transcript of which is attached hereto as **Exhibit D**;

    5. *Order Granting Interstate's and Century's Motion to Compel Compliance with Audio Rulings* ("Order on Motion to Compel") [Dkt. No. 3039], a copy of which is attached hereto as **Exhibit E**;

    6. *Memorandum Decision Denying Confirmation of Eighth Amended Plan* ("Memorandum Decision") [Dkt. No. 3336], a copy of which is attached hereto as **Exhibit F**;

    7. *Order Denying Confirmation of Eighth Amended Plan of Reorganization* ("Order Denying Eighth Amended Plan") [Dkt. No. 3435], a copy of which is attached hereto as **Exhibit G**;

    8. *Order Regarding Resolicitation of Plan Proponents' First Modified Eighth Amended Plan of Reorganization* ("Resolicitation Order") [Dkt. No. 3447], a copy of which is attached hereto as **Exhibit H**;

    9. *Oral Ruling on December 15, 2023* ("Oral Ruling Denying First Modified Eighth Amended Plan") [Dkt. No. 3574], an official transcript of which is attached hereto as **Exhibit I**;

10. *Oral Ruling on February 16, 2024* ("Oral Ruling Denying Second Modified Eighth Amended Plan") [ Dkt. No. 3649], an official transcript of which is attached hereto as **Exhibit J**;

11. *Oral Ruling on March 14, 2024* ("Oral Ruling Granting Third Modified Eighth Amended Plan") [Dkt. No. 3680], an official transcript of which is attached hereto as **Exhibit K**;

12. *Order Confirming Third Modified Eighth Amended Plan of Reorganization* ("Confirmation Order") [Dkt. No. 3684], an official transcript of which is attached hereto as **Exhibit L**; and

13. All other subsumed judgments, orders, and decrees brought up for review in the appeal.

2. State the date on which the judgment, order, or decree was entered:

1. The Oral Ruling Approving Disclosure Statement was entered on May 31, 2022;

2. The Disclosure Statement Order was entered on June 20, 2022;

3. The Standing Order was entered on August 12, 2022;

4. The Oral Ruling on Discovery Disputes was entered on August 26, 2022;

5. The Order on Motion to Compel was entered on January 6, 2023;

6. The Memorandum Decision was entered on August 29, 2023;

7. The Order Denying Eighth Amended Plan was entered on October 16, 2023;

8. The Resolicitation Order was entered on October 19, 2023;

9. The Oral Ruling Denying First Modified Eighth Amended Plan was entered on December 15, 2023;

10. The Oral Ruling Denying Second Modified Eighth Amended Plan was entered on February 16, 2024;

11. The Oral Ruling Granting Third Modified Eighth Amended Plan was entered on March 14, 2024; and

12. The Confirmation Order was entered on March 15, 2024.

**Part 3: Identify the other parties to the appeal**

List the names of all parties to the judgment, order, or decree appealed from and the names, addresses, and telephone numbers of their attorneys (attach additional pages if necessary):

| | |
|---|---|
| Certain Underwriters at Lloyd's, London, and Certain London Market Companies **(Appellants)** | **DUANE MORRIS LLP**<br>Russell W. Roten, Esq.<br>Jeff D. Kahane, Esq.<br>Andrew Mina, Esq.<br>865 South Figueroa Street<br>Suite 3100<br>Los Angeles, California 90017-5450<br>Telephone: (213) 689-7400<br>Email: rwroten@duanemorris.com<br>      jkahane@duanemorris.com<br>      amina@duanemorris.com<br><br>– and –<br><br>**DUANE MORRIS LLP**<br>Sommer L. Ross, Esq.<br>1940 Route 70 East, Suite 100<br>Cherry Hill, NJ 08003-2171<br>Telephone: 856.874.4200<br>Email: slross@duanemorris.com<br><br>– and –<br><br>**CLYDE & CO US LLP**<br>Catalina J. Sugayan, Esq.<br>Michael L. Norton, Esq.<br>30 S. Wacker Drive<br>Suite 2600<br>Chicago, Illinois 60606<br>Telephone: (312) 635-7000<br>Email: catalina.sugayan@clydeco.us<br>      michael.norton@clydeco.us |
| The Diocese of Camden, New Jersey **(Debtor/Appellee)** | **TRENK ISABEL SIDDIQI & SHAHDANIAN P.C.**<br>Richard D. Trenk, Esq.<br>Robert S. Roglieri, Esq.<br>290 W. Mt. Pleasant Ave.<br>Suite 2370<br>Livingston, New Jersey 07039<br>Telephone: (973) 533-1000 |

4
DM3\10273600.1

| | |
|---|---|
| | Email:  rtrenk@trenkisabel.law<br>          rroglieri@trenkisabel.law |
| Official Committee of Tort Claimants Creditors **(Appellee)** | **LOWENSTEIN SANDLER LLP**<br>Jeffrey D. Prol, Esq.<br>Brent Weisenberg, Esq.<br>Michael A. Kaplan, Esq.<br>Lynda A. Bennett, Esq.<br>Rasmeet Kaur Chahil, Esq.<br>Colleen Restel, Esq.<br>Kenneth A. Rosen<br>One Lowenstein Drive<br>Roseland, New Jersey 07068<br>Telephone: (973) 597-2500<br>Email: camdendioceseteam@lowenstein.com<br>          jprol@lowenstein.com<br>          mkaplan@lowenstein.com<br>          lbennett@lowenstein.com<br>          rchahil@lowenstein.com<br>          crestel@lowenstein.com<br>          krosen@lowenstein.com |
| Interstate Fire & Casualty Company | **PARKER, HUDSON, RAINER & DOBBS LLP**<br>Harris B. Winsberg, Esq.<br>Matthew M. Weiss, Esq.<br>Matthew G. Roberts, Esq.<br>303 Peachtree Street NE<br>Suite 3600<br>Atlanta, Georgia 30308<br>Telephone: (404) 523-5300<br>Email: hwinsberg@phrd.com<br>          mweiss@phrd.com<br>          mroberts@phrd.com<br><br>– and –<br><br>**PARKER, HUDSON, RAINER & DOBBS LLP**<br>Todd C. Jacobs, Esq.<br>John E. Bucheit, Esq.<br>Two N. Riverside Plaza<br>Suite 1850<br>Chicago, Illinois 60606<br>Telephone: (312) 477-3306<br>Email: tjacobs@phrd.com |

5

| | |
|---|---|
| | jbucheit@phrd.com<br><br>– and –<br><br>**WHITE AND WILLIAMS LLP**<br>Siobhain P. Minarovich, Esq.<br>7 Times Square<br>Suite 2900<br>New York, New York 10036<br>Email: minarovichs@whiteandwilliams.com |
| Century Indemnity Company | **O'MELVENY & MYERS LLP**<br>Tancred Schiavoni, Esq.<br>Samantha M. Indelicato, Esq.<br>7 Times Square<br>New York, NY 10036<br>Telephone: 212-326-2157<br>Email: tschiavoni@omm.com<br>        sindelicato@omm.com<br><br>– and –<br><br>**STAMOULIS & WEINBLATT LLC**<br>Stamatios Stamoulis, Esq.<br>Richard C Weinblatt, Esq.<br>800 N. West Street<br>Suite 800<br>Wilmington, Delaware 19801<br>Telephone: (302) 999-1540<br>Email: stamoulis@swdelaw.com<br>        weinblatt@swdelaw.com<br><br>– and –<br><br>**SQUIRE PATTON BOGGS (US) LLP**<br>Mark D. Sheridan, Esq.<br>Mark C. Errico, Esq.<br>382 Springfield Ave., Suite 300<br>Summit, New Jersey 07401<br>Telephone: (973) 848-5600<br>Email: mark.sheridan@squirepb.com<br>        mark.errico@squirepb.com |
| The National Catholic Risk Retention Group, Inc. | **WOMBLE BOND DICKINSON (US) LLP**<br>David M. Banker, Esq.<br>Edward L. Schnitzer, Esq. |

6

| | |
|---|---|
| | 950 Third Avenue, Suite 2400<br>New York, New York 10022<br>Telephone: (332) 258-8400<br>Email: david.banker@wbd-us.com<br>    edward.schnitzer@wbd-us.com |
| Granite State Insurance Company and Lexington Insurance Company | **RIKER DANZIG LLP**<br>Joseph L. Schwartz, Esq.<br>Michael J. Rossignol, Esq.<br>Headquarters Plaza, One Speedwell Avenue<br>Morristown, New Jersey 07962-1981<br>Telephone: (973) 538-0800<br>Email: jschwartz@riker.com<br>    mrossignol@riker.com |
| Official Committee of Unsecured Trade Creditors | **PORZIO, BROMBERG & NEWMAN, P.C.**<br>John S. Mairo, Esq.<br>Warren J. Martin, Jr., Esq,<br>Rachel A. Parisi, Esq.<br>100 Southgate Parkway<br>P.O. Box 1997<br>Morristown, New Jersey 07962-1997<br>Telephone: 973-538-4006<br>E-mail: jsmairo@pbnlaw.com<br>    wjmartin@pbnlaw.com<br>    raparisi@pbnlaw.com |
| PNC Bank, N.A. | **BUCHANAN INGERSOLL & ROONEY PC**<br>Mark Pfeiffer, Esq.<br>Two Liberty Place<br>50 S. 16th Street,<br>Suite 3200<br>Philadelphia, Pennsylvania 19102<br>Telephone: (215) 665-8700<br>Email: mark.pfeiffer@bipc.com |
| Crystal Martell Gibbs | **DILWORTH PAXSON LLP**<br>Peter C. Hughes, Esq.<br>1500 Market Street<br>Suite 3500E<br>Philadelphia, Pennsylvania 19102<br>Telephone: (215) 575-7000<br>Email: phughes@dilworthlaw.com |
| Vincent Ajuk | **GIORDANO HALLERAN & CIESLA, P.C.**<br>Donald F. Campbell, Jr., Esq. |

7
DM3\10273600.1

| | |
|---|---|
| | 125 Half Mile Road<br>Suite 300<br>Red Bank, New Jersey 07701<br>Telephone: (732) 741-3900<br>Email: dcampbell@ghclaw.com |
| Diocese of Camden Trusts, Inc.; The Tuition Assistance Fund, Inc.; Diocese of Camden Healthcare Foundation, Inc.; The Diocesan Housing Services Corporation of the Diocese of Camden, Inc.; Catholic Charities, Diocese of Camden Inc.; Padre Pio Shrine, Beuna Borough, N.J., Inc. | **FLASTER/GREENBERG, P.C.**<br>Damien N. Tancredi, Esq.<br>1717 Arch Street<br>Suite 3300<br>Philadelphia, Pennsylvania 19103<br>Telephone: (267) 225-2195<br>Email:  damien.tancredi@flastergreenberg.com |
| Archbishop Damiano School; Camden Catholic High School; Cathedral of the Immaculate Conception; Christ Our Light; Christ the Good Shepherd; Christ the King; Christ the Redeemer; Church of the Holy Family; Divine Mercy; Holy Angels; Holy Child; Holy Eucharist; Holy Spirit High School; Holy Trinity Parish; Incarnation; Infant Jesus; Mary Mother of Mercy; Mary Queen of All Saints; Master Ecclesiae Chapel; Most Precious Blood; Notre Dame De La Mer; Our Lady of Guadalupe; Our Lady of Hope; Our Lady of Peace; Our Lady of Perpetual Help; Our Lady of Sorrows; Our Lady of the Angels; Our Lady of the Blessed Sacrament; Our Lady of the Lakes; Our Lady, Star of the Sea; Parish of All Saints; Pope Paul VI High School; Sacred Heart Parish; St. Joseph's Catholic Church; St. Peter Roman Catholic Church; St. Andrew of the Apostle; St. Brendan the Navigator; St. Bridget; St. Charles Borromeo; St. Clare of Assisi; St. Damien, St. Elizabeth Ann Seton, St. Gabriel the Archangel; St. Gianna Beretta Molla; St. Joachim; St. John Neumann; St. Joseph Pro-Cathedral; St. Joseph Roman Catholic Church; St. Joseph the Worker; St. Katherine Drexel; St. Mary of Mt. Carmel; St. Mary's Church; St. Mary's R.C. Church; St. Maximilian; St. Michael the Archangel; St. Monica; St. Padre Pio; St. | **SHERMAN, SILVERSTEIN, KOHL, ROSE & PODOLSKY, P.A.**<br>Arthur J. Abramowitz, Esq.<br>Bruce S. Luckman, Esq.<br>308 Harper Drive<br>Suite 200<br>Moorestown, New Jersey 08057<br>Telephone: (856) 661-2081<br>Email: abramowitz@shermansilverstein.com<br>           bluckman@shermansilverstein.com |

8

DM3\10273600.1

| | |
|---|---|
| Rose of Lima; St. Simon Stock; St. Stephen; St. Teresa of Calcutta; St. Thomas More; St. Thomas Roman Catholic Church; St. Vincent DePaul, Sts. Peter & Paul; The Bishop James T. McHugh; The Catholic Community of the Holy Spirit; The Parish Of The Holy Cross; St. Andrew Kim Korean Mission; St. Josephs Child Development Center; St. Yi Yun Il John Korean Catholic Mission; Saint Joseph High School, Hammonton, N.J., Inc. | |
| United States Trustee | **ANDREW R. VARA, UNITED STATES TRUSTEE FOR REGIONS 3 AND 9**<br>Jeffrey M. Sponder, Esq.<br>Lauren Bielskie, Esq.<br>One Newark Center<br>1085 Raymond Boulevard, Suite 2100<br>Newark, New Jersey 07102<br>Telephone: (973) 645-3014<br>Email: Jeffrey.M.Sponder@usdoj.gov<br>           Lauren.Bielskie@usdoj.gov |

**Part 4: Optional election to have appeal heard by District Court (applicable only in certain districts)**

If a Bankruptcy Appellate Panel is available in this judicial district, the Bankruptcy Appellate Panel will hear this appeal unless, pursuant to 28 U.S.C. § 158(c)(1), a party elects to have the appeal heard by the United States District Court. If an appellant filing this notice wishes to have the appeal heard by the United States District Court, check below. Do not check the box if the appellant wishes the Bankruptcy Appellate Panel to hear the appeal.

  ☒ Appellant(s) elect to have the appeal heard by the United States District Court rather than by the Bankruptcy Appellate Panel.

**Part 5: Sign below**

*/s/ Sommer L. Ross*                                                              Date: <u>March 26, 2024</u>
Signature of attorney for appellant(s) (or
appellant(s) if not represented by an attorney)

Name, address, and telephone number of
attorney (or appellant(s) if not represented by
an attorney):

**DUANE MORRIS LLP**
Sommer L. Ross, Esq.
NJ Bar No. 004112005
1940 Route 70 East, Suite 100
Cherry Hill, NJ 08003-2171
Telephone: 856.874.4200
Email: SLRoss@duanemorris.com

**DUANE MORRIS LLP**
Russell W. Roten, Esq. (Admitted *Pro Hac Vice*)
Jeff D. Kahane, Esq. (Admitted *Pro Hac Vice*)
Andrew E. Mina, Esq. (Admitted *Pro Hac Vice*)
865 South Figueroa Street, Suite 3100
Los Angeles, CA 90017-5450
Telephone: (213) 689-7400
Facsimile: (213) 402-7079
E-mail: rwroten@duanemorris.com
        jkahane@duanemorris.com
        amina@duanemorris.com

**CLYDE & CO. US LLP**
Catalina Sugayan, Esq. (Admitted *Pro Hac Vice*)
Michael Norton, Esq. (Admitted *Pro Hac Vice*)
30 S. Wacker Drive, Suite 2600
Chicago, IL 60606
Telephone: (312) 635-7000
E-mail: catalina.sugayan@clydeco.us
        michael.norton@clydeco.us