| |
|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br>Caption In Compliance With D.N.J. LBR 9004-1<br>**O'Melveny & Myers LLP**<br>Tancred Schiavoni, Esq. (*pro hac vice*)<br>Samantha M. Indelicato, Esq. (*pro hac vice*)<br>Times Square Tower<br>7 Times Square<br>New York, NY 10036<br>Telephone: 212-326-2000<br>Email: tschiavoni@omm.com<br>Email: sindelicato@omm.com<br><br>**Stamoulis & Weinblatt LLC**<br>Stamatios Stamoulis #01790-1999<br>800 N. West Street, Third Floor<br>Wilmington, DE 19801<br>Telephone: (302) 999-1540<br>stamoulis@swdelaw.com<br><br>*Counsel for Century Indemnity Company, as successor to CCI Insurance Company, as successor to Insurance Company of North America, Federal Insurance Company, and Illinois Union Insurance Company* |

| | |
|---|---|
| *In re*:<br><br>THE DIOCESE OF CAMDEN, NEW JERSEY,<br><br>Debtor. | Chapter 11<br><br>Case No. 20-21257 (JNP)<br><br>Honorable Jerrold N. Poslusny, Jr. |

**DECLARATION OF SAMANTHA M. INDELICATO IN SUPPORT OF THE INSURERS' EMERGENCY MOTION FOR STAY PENDING APPEAL OF ORDER CONFIRMING THIRD MODIFIED EIGHTH AMENDED PLAN OF REORGANIZATION OF THE DIOCESE OF CAMDEN**

I, Samantha M. Indelicato, pursuant to 28 U.S.C. § 1746(2), under penalty of perjury, hereby declare as follows:

1. I am a counsel at the firm O'Melveny & Myers LLP, Counsel for Century Indemnity Company, as successor to CCI Insurance Company, as successor to Insurance Company

1

of North America, Federal Insurance Company, and Illinois Union Insurance Company. I submit this declaration based on my personal knowledge of the proceedings in *In re The Diocese of Camden, New Jersey*, and my review of the documents described below.

2. Attached hereto as **Exhibit 1** is a true and accurate copy of the certified transcript of December 15, 2023 Rulings by the Honorable Jerrold N. Poslusny Jr.

3. Attached hereto as **Exhibit 2** is a true and accurate copy of the certified transcript of February 16, 2024 Rulings by the Honorable Jerrold N. Poslusny Jr.

4. Attached hereto as **Exhibit 3** is a true and accurate copy of excerpts from the certified transcript of September 21, 2022 Hearing held by the Honorable Jerrold N. Poslusny Jr.

5. Attached hereto as **Exhibit 4** is a true and accurate copy of the certified transcript of March 14, 2024 Rulings by the Honorable Jerrold N. Poslusny Jr.

6. Attached hereto as **Exhibit 5** is a true and accurate copy of excerpts from the certified transcript of May 31, 2022 Rulings by the Honorable Jerrold N. Poslusny Jr.

7. Attached hereto as **Exhibit 6** is a true and accurate copy of excerpts from the certified transcript of August 26, 2022 Rulings by the Honorable Jerrold N. Poslusny Jr.

8. Attached hereto as **Exhibit 7** is a true and accurate copy of excerpts from the certified trial transcript of November 9, 2022 before the Honorable Jerrold N. Poslusny Jr.

9. Attached hereto as **Exhibit 8** is a true and accurate copy of excerpts from the certified trial transcript of November 14, 2022 before the Honorable Jerrold N. Poslusny Jr.

10. Attached hereto as **Exhibit 9** is a true and accurate copy of excerpts from the certified trial transcript of November 30, 2022 before the Honorable Jerrold N. Poslusny Jr.

11.    Attached hereto as **Exhibit 10** is a true and accurate copy of the certified transcript of March 19, 2024 Oral Argument, *Truck Ins. Exch. v. Kaiser Gypsum Co.*, U.S. (2024) (No. 22-1079), in the U.S. Supreme Court.

12.    Attached hereto as **Exhibit 11** is a true and accurate copy of LMI's March 26, 2024 Notice of Appeal [Dkt. No. 3697], excluding the exhibits attached thereto.

13.    Attached hereto as **Exhibit 12** is a true and accurate copy of and Interstate's March 26, 2024 Notice of Appeal [Dkt. No. 3699], excluding the exhibits attached thereto.

14.    Attached hereto as **Exhibit 13** is a true and accurate copy of and Century's March 26, 2024 Notice of Appeal [Dkt. No. 3700], excluding the exhibits attached thereto.

Dated: March 26, 2024                              /s/   Samantha M. Indelicato

Samantha M. Indelicato
for O'MELVENY & MYERS LLP

*Century Indemnity Company, as successor to CCI Insurance Company, as successor to Insurance Company of North America; Federal Insurance Company, and Illinois Union Insurance Company*