| |
|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br>Caption in Compliance with D.N.J. LBR 9004-1(b) |
| **PORZIO, BROMBERG & NEWMAN, P.C.**<br>100 Southgate Parkway<br>P.O. Box 1997<br>Morristown, New Jersey 07962<br>(973) 538-4006<br>(973) 538-5146 Facsimile<br>Warren J. Martin Jr., Esq. (wjmartin@pbnlaw.com)<br>John S. Mairo, Esq. (jsmairo@pbnlaw.com)<br>Rachel A. Parisi, Esq. (raparisi@pbnlaw.com)<br>*Counsel to Official Committee of Unsecured Trade Creditors* |

| | |
|---|---|
| In re:<br><br>The Diocese of Camden, New Jersey,<br><br>                    Debtor. | Case No.: 20-21257 (JNP)<br><br>Chapter: 11<br><br>Judge: Hon. Jerrold N. Poslusny, Jr. |

**OFFICIAL COMMITTEE OF UNSECURED TRADE CREDITORS' JOINDER TO THE PLAN PROPONENTS' OBJECTION TO THE INSURERS' EMERGENCY MOTION FOR STAY PENDING APPEAL OF ORDER CONFIRMING THIRD MODIFIED EIGHTH AMENDED PLAN OF REORGANIZATION**

The Official Committee of Unsecured Trade Creditors (the "Trade Committee") appointed in the above-captioned case of The Diocese of Camden, New Jersey (the "Debtor"), by and through its undersigned counsel, hereby submits this joinder (the "Joinder") to the *Plan Proponents' Objection to the Insurers' Emergency Motion for Stay Pending Appeal of Order Confirming Third Modified Eighth Amended Plan of Reorganization* [ECF No. 3751] (the "Objection").

Based on the reasons set forth in the Objection, the Trade Committee respectfully requests that the Court deny the *Insurers Emergency Motion for Stay Pending Appeal of Order Confirming Third Modified Eighth Amended Plan of Reorganization of the Diocese of Camden* [ECF No. 3701] and grant such other and further relief as the Court deems just and proper.

1

7678405

Dated: April 12, 2024                 **PORZIO, BROMBERG & NEWMAN, P.C.**

By:   */s/ John S. Mairo*
     Warren J. Martin Jr., Esq.
     John S. Mairo, Esq.
     Rachel A. Parisi, Esq.
     100 Southgate Parkway
     P.O. Box 1997
     Morristown, New Jersey 07962
     Telephone: (973) 538-4006
     Facsimile: (973) 538-5146
     Email: wjmartin@pbnlaw.com
             jsmairo@pbnlaw.com
             raparisi@pbnlaw.com

*Counsel to the Official Committee of Unsecured Trade Creditors*

7678405