**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**
Caption in Compliance with D.N.J. LBR 9004-1(d)

**TRENK ISABEL SIDDIQI**
  **& SHAHDANIAN P.C.**
Richard D. Trenk, Esq.
Robert S. Roglieri, Esq.
290 W. Mt. Pleasant Ave., Suite 2370
Livingston, New Jersey 07039
Telephone:  (973) 533-1000
Email:  rtrenk@trenkisabel.law
Email:  rroglieri@trenkisabel.law

*Counsel to Chapter 11 Debtor,*
*The Diocese of Camden, New Jersey*

Order Filed on September 30, 2024
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In re:

THE DIOCESE OF CAMDEN, NEW JERSEY,

Debtor.

Chapter 11

Case No. 20-21257 (JNP)

**ORDER AUTHORIZING THE DIOCESE TO ENTER INTO POST-CONFIRMATION LOAN DOCUMENTS WITH PNC BANK, N.A. IN ACCORDANCE WITH TERMS OF CONFIRMATION ORDER**

The relief set forth on the following pages, numbered two (2) through three (3), is hereby **ORDERED**.

**DATED: September 30, 2024**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

| | |
|---|---|
| Debtor: | The Diocese of Camden, New Jersey |
| Case No.: | 20-21257 (JNP) |
| Caption of Order: | *ORDER AUTHORIZING THE DIOCESE TO ENTER INTO POST-CONFIRMATION LOAN DOCUMENTS WITH PNC BANK, N.A. IN ACCORDANCE WITH TERMS OF CONFIRMATION ORDER* |

**THIS MATTER**, having been presented to this Court by The Diocese of Camden, New Jersey, chapter 11 debtor (the "**Diocese**"), upon for entry of an order substantially in the form submitted herewith authorizing the Diocese to enter into loan and other agreements with PNC Bank, N.A. ("**PNC**") in accordance with the terms of the confirmed Plan of Reorganization (the "**Motion**")[1]; and the Court having reviewed the Motion; and the Court finding that (a) it has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; (b) this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2)(A); and (c) notice of the Motion was good and sufficient under the circumstances; and the Court having determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and the Court having determined that the relief sought in the Motion is in the best interests of the Diocese and its estate; and after due deliberation and sufficient cause appearing therefor;

**IT IS HEREBY ORDERED that:**

1. The Motion is GRANTED as set forth herein.

2. The Diocese is authorized to enter into the Modified Loan Documents with PNC Bank. The Diocese may execute and deliver to PNC Bank the Modified Loan Documents and any documents, instruments, and agreements as may be reasonably required by PNC Bank to implement the terms, and effectuate the purposes, of the Modified Loan Documents and this Order.

3. The Diocese and PNC Bank may make immaterial changes to the Modified Loan Documents without further order of the Court.

---

[1] Capitalized terms used but not defined herein shall have the same meaning ascribed to such terms in the Motion.

4859-4916-3752, v. 1

| | |
|---|---|
| Debtor: | The Diocese of Camden, New Jersey |
| Case No.: | 20-21257 (JNP) |
| Caption of Order: | *ORDER AUTHORIZING THE DIOCESE TO ENTER INTO POST-CONFIRMATION LOAN DOCUMENTS WITH PNC BANK, N.A. IN ACCORDANCE WITH TERMS OF CONFIRMATION ORDER* |

4. The provisions of this Order shall be binding upon and inure to the benefit of the Diocese and PNC Bank and their respective successors and assigns (including any trustee or other fiduciary hereafter appointed as legal representative of the Diocese or with respect to the property of the estate of the Diocese) whether in this chapter 11 case, in any subsequent cases under chapter 7 of the Bankruptcy Code, or upon dismissal of any such chapter 11 or chapter 7 case.

5. The provisions of this Order shall be immediately effective upon its entry by the Bankruptcy Court as provided for in the Bankruptcy Rules.

4859-4916-3752, v. 1