| | |
|---|---|
| **United States Bankruptcy Court**<br>**District of New Jersey**<br>Caption in Compliance with D.N.J. LBR 9004-1<br><br>**DUANE MORRIS LLP**<br>**A Delaware Limited Liability Partnership**<br>Sommer L. Ross, Esq.<br>NJ Bar No. 004112005<br>40 Lake Center Drive<br>401 Route 73 North, Suite 200<br>Marlton, NJ 08053<br>Telephone: 856.874.4200<br>Email: SLRoss@duanemorris.com<br><br>**SKARZYNSKI MARICK & BLACK LLP**<br>Russell W. Roten, Esq. (Admitted *pro hac vice*)<br>Jeff D. Kahane, Esq. (Admitted *pro hac vice*)<br>Timothy W. Evanston, Esq. (Admitted *pro hac vice*)<br>633 West Fifth Street, 26th Floor<br>Los Angeles, CA 90071<br>Telephone: 213.721.0650<br>Email:  rroten@skarzynski.com<br>   jkahane@skarzynski.com<br>   tevanston@skarzynski.com<br><br>**CLYDE & CO. US LLP**<br>Cathy J. Sugayan, Esq. (Admitted *pro hac vice*)<br>30 S Wacker Drive, Suite 2600<br>Chicago, IL 60606<br>Telephone: (312) 635-7000<br>E-mail:  catalina.sugayan@clydeco.us<br><br>*Counsel for Certain Underwriters at Lloyd's, London and Certain London Market Companies* | |
| In re:<br><br>THE DIOCESE OF CAMDEN, NEW JERSEY,<br><br>        Debtor. | Chapter 11<br><br>Case No. 20-21257 (JNP)<br><br>Related to Doc. 3982 |

**LONDON MARKET INSURERS' JOINDER TO CENTURY'S**
**MOTION TO EXTEND TIME TO FILE A RESPONSE**

DM3\11496332.1

Certain Underwriters at Lloyd's, London, Catalina Worthing Insurance Ltd f/k/a HFPI (as Part VII transferee of Excess Insurance Company Ltd. and London & Edinburgh Insurance Company Ltd.), RiverStone Insurance (UK) Ltd. (as successor in interest to Terra Nova Insurance Company Ltd), and Sompo Japan Nipponkoa Insurance Company of Europe Limited (f/k/a The Yasuda Fire & Marine Insurance Company of Europe Ltd.) (collectively, "London Market Insurers" or "LMI"), by and through their undersigned counsel, hereby joins in the relief requested by Century[1] in its *Motion to Extend Time to File a Response* [Dkt. No. 3982]. As set forth therein, Century seeks an extension until May 19, 2025, of the deadline to respond to the *Application in Support of Stipulation and Consent Order Between the Debtor and Tort Committee for Relief from the Automatic Stay* [Dkt. No. 3978] (the "Application") filed by the above-captioned "Debtor" and the Official Committee of Tort Claimant Creditors (collectively, the "Plan Proponents"). LMI respectfully submits that this modest extension is appropriate and should be granted under the circumstances.

The Application - which the Plan Proponents filed on a Sunday (April 27) - seeks entry of a consent order[2] lifting the §362 automatic stay "to allow" the continuation of "no less than four and no more than eight personal injury law suits *[sic]* commenced against the Debtor."[3] The Application does not contain any notice of motion or other indication of a response deadline but is instead accompanied by text on the docket stating that the "[o]bjection deadline is 5/5/2025,"[4] approximately one week after the Plan Proponents filed the Application. That is roughly half of

---

[1] Century" means Century Indemnity Company, as successor to CCI Insurance Company, as successor to Insurance Company of North America, Federal Insurance Company, and Illinois Union Insurance Company.

[2] *See* Application, Ex. A *(Stipulation and Consent Order for Relief from the Automatic Stay)*.

[3] *Id.* at § I; *see also* Application at 3 ("[The Plan Proponents request,] through this Application, that the Court lift the automatic stay to allow between four and eight pending personal injury lawsuits *[sic]* ... to proceed in state court ... against the [Debtor] ... ").

[4] *See* Dkt. No. 3978.

the time typically afforded under the Federal Rules of Bankruptcy Procedure,[5] and the Plan Proponents have not offered any justification for such an abbreviated schedule here. Accordingly, LMI joins with Interstate and Century and respectfully requests entry of an order extending until May 19, 2025, the deadline to respond to the Application.

Respectfully submitted,

Dated: May 5, 2025

By: /s/ Sommer L. Ross
**DUANE MORRIS LLP**
Sommer L. Ross, Esq.
NJ Bar No. 004112005
40 Lake Center Drive
401 Route 73 North, Suite 200
Marlton, NJ 08053
Telephone: (856) 874-4200
E-mail: SLRoss@duanemorris.com

**SKARZYNSKI MARICK & BLACK LLP**
Russell W. Roten, Esq. (Admitted *pro hac vice*)
Jeff D. Kahane, Esq. (Admitted *pro hac vice*)
Timothy W. Evanston, Esq. (Admitted *pro hac vice*)
633 West Fifth Street, 26th Floor
Los Angeles, CA 90071
Telephone: (213) 721-0650
Email: rroten@skarzynski.com
   jkahane@skarzynski.com
   tevanston@skarzynski.com

**CLYDE & CO. US LLP**
Catalina Sugayan, Esq. (Admitted *pro hac vice*)
30 S Wacker, Suite 2600
Chicago, IL 60606
Telephone: (312) 635-7000
E-mail: catalina.sugayan@clydeco.us

*Counsel for Certain Underwriters at Lloyd's, London and Certain London Market Companies*

---

[5] *See* FED. R. BANKR. P. 400l(d)(l)(A)(iii), (d)(2) (collectively providing a default timeframe of "within 14 days after the notice is mailed" for objections to "[a] motion to approve ... an agreement to modify or terminate the stay provided for in § 362").