# UNITED STATES BANKRUPTCY COURT

### DISTRICT OF NEW JERSEY
### MITCHELL H. COHEN U.S. COURTHOUSE
### 400 COOPER STREET
### CAMDEN, NEW JERSEY 08101-2067
### (856) 361-2310

**JERROLD N. POSLUSNY, JR.**
U.S. BANKRUPTCY JUDGE

July 10, 2025

**VIA EMAIL**

Richard D. Trenk
Trenk Isabel Siddiqi & Shahdanian P.C.
290 W. Mt. Pleasant Ave.
Suite 2370
Livingston, NJ 07039
rtrenk@trenkisabel.law

Jeffrey D. Prol
Lowenstein Sandler LLP
One Lowenstein Drive
Roseland, NJ 07068
JProl@lowenstein.com

Re:   Diocese of Camden, New Jersey (Case No. 20-21257)

Dear Messrs. Trenk and Prol:

    Enclosed, please find an email the Court received from an individual asserting to be a tort claimant. Generally, the email seeks information about the case and inquires how he can express his opinions about the case. I informed the claimant that I would hold the email until today to allow the individual an opportunity to file a motion. No such motion has been filed. I trust you will contact this individual to provide an update and relay any other pertinent information sought.

A copy of this letter will be filed on the docket. Due to the email including personal identifying information, it will not be included on the docket.

Very truly yours,

JERROLD N. POSLUSNY, JR.
U.S. Bankruptcy Judge

JNP

Enc.

Cc: CM/ECF Notice parties (w/o encl.)